**Fill in this information to identify the case:**

Debtor name   **BMT Designers & Planners, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  1, 2022**          X _____
                                                Signature of individual signing on behalf of debtor

**Ricky Cox**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **BMT Designers & Planners, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................   $    **1,027,614.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................................   $    **4,718,399.29**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*....................................................................................   $    **5,746,013.29**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **211,102.36**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    **10,201,150.64**

4.   **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b                              $    **10,412,253.00**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BMT Designers & Planners, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$50.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist** | **Operating** | **8340** | **$366,511.61** |
| 3.2. | **Truist** | **Money Market** | **4239** | **$2,160.78** |
| 3.3. | **Truist** | **Payroll** | **8359** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$368,722.39** |

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Debtor | **BMT Designers & Planners, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.1. | **HOLDER: Velocis Moore Shirlington; DESCRIPTION: Rent Deposit (Building Management Company)** | **$30,411.48** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **HOLDER: Ar Cty Bus License; DESCRIPTION: Business License** | **$60,502.00** |
|---|---|---|
| 8.2. | **HOLDER: AR Cty Property Tax; DESCRIPTION: Property Tax** | **$50,502.00** |
| 8.3. | **HOLDER: Barney & Barney; DESCRIPTION: Causalty and Surety Insurance** | **$3,971.16** |
| 8.4. | **HOLDER: Bloomberg; DESCRIPTION: Subscription** | **$2,995.50** |
| 8.5. | **HOLDER: Brown Rudnick LLP; DESCRIPTION: Professional Fees** | **Unknown** |
| 8.6. | **HOLDER: CAD; DESCRIPTION: CAD License** | **$140,756.56** |
| 8.7. | **HOLDER: Creative Systems; DESCRIPTION: Subscription** | **$1,590.00** |
| 8.8. | **HOLDER: Deltek; DESCRIPTION: Software License** | **$13,539.11** |
| 8.9. | **HOLDER: Prime Clerk LLC; DESCRIPTION: Professional Fees** | **Unknown** |
| 8.10. | **HOLDER: Shipconstructor; DESCRIPTION: Subscription** | **$3,323.54** |
| 8.11. | **HOLDER: SSI ; DESCRIPTION: Subscription** | **$3,201.19** |
| 8.12. | **HOLDER: Summit 7 ; DESCRIPTION: Sharepoint Migration** | **$18,872.25** |

| Debtor | **BMT Designers & Planners, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 8.13. | **HOLDER: Teneo Capital LLC; DESCRIPTION: Professional Fees** | **Unknown** |
|---|---|---|

| 8.14. | **HOLDER: Willis; DESCRIPTION: BMT D&O  Insurance** | **$27,143.04** |
|---|---|---|

| 9. | **Total of Part 2.** | **$356,807.83** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **4,186,759.85** | - | **1,135,239.72** | =.... | **$3,051,520.13** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **269,589.25** | - | **14,038.75** | =.... | **$255,550.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$3,307,070.63** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

Debtor  **BMT Designers & Planners, Inc.**                          Case number *(If known)* _____
        Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture & Equipment** | **$150,513.68** | **NET BOOK VALUE** | **$150,513.68** |
| 40. | **Office fixtures** **Appliances: 2 microwaves, 1 large refrigerator, 1 mini refrigerator, 1 dishwasher** | **Unknown** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers located at BMT HQ Arlington location** | **$96,321.19** | **NET BOOK VALUE** | **$96,321.19** |
| | **Computers located at former employee work from home locations across 31 states** | **$288,963.57** | **NET BOOK VALUE** | **$288,963.57** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | **10 scale models of ships with a replacement value of $10,000 - $30,000 each** | **$150,000.00** | | **$150,000.00** |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$685,798.44** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 Chevrolet Silverado Truck 2500 VIN 1GC2KXC88DZ132695, VA license plate WUH-6977** | **Unknown** | | **Unknown** |

Debtor **BMT Designers & Planners, Inc.**       Case number *(If known)* _____
    Name

| | | | |
|---|---|---|---|
| 47.2. | **2019 GMC Sierra Double Cab Truck VIN 2GTV2LEC8K1103131 VA license plate UNN-8138. Purchased 9/6/2019 for $33,142.12** | **Unknown** | **Unknown** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Geoprobe Direct Push Unit (Track-Mounted) Model 54DT** | **Unknown** | **Unknown** |

51.     **Total of Part 8.**                                                     **$0.00**

         Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
         ☐ No
         ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2900 S. Quincy St, Ste 210, Arlington, VA** | **Leasehold improvements - Buildout construction for move in** | **$1,027,614.00** | **NET BOOK VALUE** | **$1,027,614.00** |

56.     **Total of Part 9.**                                          **$1,027,614.00**

         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
         ☐ No
         ■ Yes

Debtor    **BMT Designers & Planners, Inc.**                                    Case number *(If known)* _____
            Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **Marine Group Boat Works Jordan Patrol Boat contract uncompensated effort; Delay, disruption and rework due to late or incomplete government and vendor furnished information,  demand to address excessive and late comments, and out of scope requirements.**                                    **Unknown**

| Nature of claim | **Dispute** |
|---|---|
| Amount requested | **$649,750.00** |

**Vigor Works LLC MSV(L) contract uncompensated effort and losses due to unilateral scope reduction; REAs, delay disruption and rework due to Vigor mismanagement, lost schedule incentive, unilateral scope reduction, royalty**                                    **Unknown**

| Nature of claim | **Dispute** |
|---|---|
| Amount requested | **$17,759,938.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                    **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

Debtor    **BMT Designers & Planners, Inc.**                                    Case number *(If known)* _____
          Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **BMT Designers & Planners, Inc.**    Case number *(If known)* _____
                Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $368,722.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $356,807.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,307,070.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $685,798.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $1,027,614.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,718,399.29 | + 91b.  $1,027,614.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,746,013.29 |

**Fill in this information to identify the case:**

Debtor name   **BMT Designers & Planners, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **BMT Designers & Planners, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**US Department of Revenue**<br>**Internal Revenue Service** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$211,102.36** | **$211,102.36** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Deferred Payroll Tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ABB INC.**<br>**11600 MIRAMAR PARKWAY**<br>**SUITE 100**<br>**MIRAMAR, FL 33025**<br>Date(s) debt was incurred  11/22/21<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$90,853.60** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ABS CORPORATE**<br>**1701 CITY PLAZA DRIVE**<br>**SPRING, TX 77389**<br>Date(s) debt was incurred  11/18/21<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,333.34** |

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.00 |
|---|---|---|---|

**ACQUISITION LOGISTICS ENG**
**6797 NORTH HIGH STREET**
**SUITE 324**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/03/21**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.00 |
|---|---|---|---|

**ADP SCREENING & SELECTION**
**P.O. BOX 645117**
**CINCINNATI, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/24/22**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**ADP, INC.**
**P.O. BOX 9001006**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/21**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.65 |
|---|---|---|---|

**AECOM**
**8324 NORTH STEVEN ROAD**
**MILWAUKEE, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,347.20 |
|---|---|---|---|

**AEROTEK, INC.**
**3689 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992,063.52 |
|---|---|---|---|

**AFFINITY POWER SYSTEMS**
**P.O. BOX 0498**
**HOUSTON, TX 77001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/21**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,774.78 |
|---|---|---|---|

**ALYTIC, INC.**
**7206 KITCHEN DRIVE**
**KING GEORGE, VA 22485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.21 |
|---|---|---|---|

**AMENTUM SERVICES INC**
**100 SOUTH CREST DRIVE**
**ATTN: LOCKBOX 116323**
**STOCKBRIDGE, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,551.33 |
|---|---|---|---|

**AMERICAN EXPRESS**
**P.O. BOX 1270**
**NEWARK, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.46 |
|---|---|---|---|

**ARAMARK REFRESHMENT**
**P.O. BOX 21971**
**NEW YORK, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,260.00 |
|---|---|---|---|

**ASTON CARTER, INC.**
**3689 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/21**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.41 |
|---|---|---|---|

**BENJAMIN OFFICE SUPPLY**
**758 EAST GUDE DRIVE**
**ROCKVILLE, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/08/21**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,520.00 |
|---|---|---|---|

**BERKELEY RESEARCH GROUP**
**P.O. BOX 676158**
**DALLAS, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/22/21**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995,610.58 |
|---|---|---|---|

**BMT DAS UK**
**BERKLEY HOUSE, THE SQUARE**
**LOWER BRISTOL ROAD**
**BATH BA2 3BH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

**Basis for the claim:  Intercompany Payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **BMT Designers & Planners, Inc.**                                    Case number (if known) _____
_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,536,302.43 |
|---|---|---|---|

**BMT GROUP LTD**
**1 PARK ROAD**
**TEDDIGNTON TW11 OAP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Intercompany Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,254.44 |
|---|---|---|---|

**BMT UK LTD**
**BUILDING 14**
**SHAMROCK QUAY, WILLIAM STREET,**
**HAMPSHIRE**
**SOUTHAMPTON S014 HQL, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Intercompany Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,660.00 |
|---|---|---|---|

**CADD MICROSYSTEMS, INC.**
**6361 WALKER LANE**
**SUITE 400**
**ALEXANDRIA, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/21**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,258.28 |
|---|---|---|---|

**CALL TOWER, INC.**
**DEPT LA 23615**
**PASADENA, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,489.84 |
|---|---|---|---|

**CAPITOL DOCUMENT SOLUTION**
**12115 PARKLAWN DRIVE**
**SUITE L**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,191,000.96 |
|---|---|---|---|

**CATERPILLAR, INC.**
**100 NE ADAMS**
**CATERPILLAR DEFENSE**
**PEORIA, IL 61629**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,210.00 |
|---|---|---|---|

**CHARLES ZIGELMAN**
**10621 GARDEN WAY**
**SPRING VALLEY, CA 91978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$997.50** |

**CISCO**
**170 WEST TASMAN DRIVE**
**SAN JOSE, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,767.02** |

**CONLEY AND ASSOCIATES**
**930 KEHRS MILL ROAD**
**SUITE 319**
**BALLWIN, MO 63011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,515.33** |

**CYBERSHEATH SERVICES INT**
**11710 PLAZA AMERICA DRIVE**
**RESTON, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,207.54** |

**DATA RESEARCH GROUP**
**233 EAST DAVIS STREET**
**SUITE 400**
**CULPEPER, VA 22701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DAVID BARDASH**
**2900 S. QUINCY ST, SUITE 210**
**ARLINGTON, VA 22206**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Director and officer indemnification__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$421.96** |

**DE LAGE LANDEN**
**P.O. BOX 41602**
**PHILADELPHIA, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/25/21__

**Basis for the claim:** __Trade Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,636.11** |

**DELL MARKETING L.P.**
**P.O. BOX 643561**
**C.O DELL USA L.P.**
**PITTSBURGH, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Trade Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BMT Designers & Planners, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,286.77**

**DELTEK SYSTEMS, INC.**
**P.O. BOX**
**BALTIMORE, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00**

**EAST PARTNERSHIP**
**9115 WHISPERING DRIVE**
**TOANO, VA 23168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/11/21__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,905.00**

**ELEMENT MATERIALS TECHNOL**
**9725 GIRARD AVENUE SOUTH**
**MINNEAPOLIS, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,022.59**

**EON PRODUCTS**
**P.O. BOX 443**
**SNELLVILLE, GA 30078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00**

**EUROFINS**
**P.O. BOX 11407**
**DEPT #220**
**BIRMINGHAM, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/05/21__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.00**

**EXOSTAR**
**2325 DULLES CORNER BOULEVARD**
**SUITE 600**
**HERNDON, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/29/21__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$604.88**

**FEDERAL EXPRESS CORP**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/09/21__

Basis for the claim:  __Trade Payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **BMT Designers & Planners, Inc.**                    Case number (if known) _____
_____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143,850.00** |
|---|---|---|---|

**FINCANTIERI MARINE GROUP**
**55 M STREET SE**
**SUITE 910**
**WASHINGTON, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/21**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,948.00** |
|---|---|---|---|

**FLEXICREW TECHNICAL**
**7047 LEE HIGHWAY**
**SUITE 100**
**CHATTANOOGA, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,118.11** |
|---|---|---|---|

**FLUET HUBER & HOANG PLLC**
**1751 PINNACLE DRIVE**
**SUITE 1000**
**TYSONS CORNER, VA 21102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,996.24** |
|---|---|---|---|

**GENESIS STAFFING**
**3517 LAUGHLIN DRIVE**
**MOBILE, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$402.90** |
|---|---|---|---|

**GUERNSEY OFFICE PRODUCTS**
**P.O. BOX 10846**
**CHANTILLY, VA 20153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$326.30** |
|---|---|---|---|

**HAMPTON RUBBER**
**P.O. BOX 1393**
**HAMPTON, VA 23661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,125.00** |
|---|---|---|---|

**HANDY MARINE ENGINEERING**
**8024 16TH AVENUE NW**
**SEATTLE, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$312.50**

**HAROLD HANSON**
**462 BELMONT BAY DRIVE**
**WOODBRIDGE, VA 22191**

Date(s) debt was incurred  **12/07/21**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$950.00**

**HR UNLIMITED, INC.**
**P.O. BOX 8624**
**FOUNTAIN VALLEY, CA 92728**

Date(s) debt was incurred  **11/29/21**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00**

**IHS MARKIT**
**15 INVERNESS WAY EAST**
**ENGLEWOOD, CO 80112**

Date(s) debt was incurred  **12/31/20**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660.00**

**INFOTEK CONSULTING LLC**
**11654 PLAZA AMERICA DRIVE**
**SUITE 168**
**RESTON, VA 20190**

Date(s) debt was incurred  **12/02/21**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,174.58**

**JK MOVING SERVICES**
**44112 MERCURE CIRCLE**
**STERLING, VA 20166**

Date(s) debt was incurred  **Multiple**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,600.00**

**JOHN MERCALDO**
**21 WATERS EDGE**
**MARSTON MILLS, MA 02648**

Date(s) debt was incurred  **11/30/21**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$467.68**

**KASTLE SYSTEMS**
**P.O. BOX 75151**
**BALTIMORE, MD 21275**

Date(s) debt was incurred  **Multiple**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BMT Designers & Planners, Inc.**                          Case number (if known) _____
_____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |

**MARINE MEASUREMENTS, LLC.**
**19 LOYOLA TERRACE**
**NEWPORT, RI 02848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/13/21__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,261.40 |

**MARINE SYSTEMS CORP.**
**23 DRY DOCK AVENUE**
**SUITE 620W**
**BOSTON, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/18/21__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,006.00 |

**MARITIME REPORTER**
**60 HERRMANN LANE**
**EASTON, CT 06612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,340.00 |

**MATTHEW P. TEDESCO**
**1900 ALASKAN WAY #313**
**SEATTLE, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/08/22__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $749.50 |

**MILES & STOCKBRIDGE**
**P.O. BOX 746592**
**ATLANTA, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,297.53 |

**NOISE CONTROL ENG., INC.**
**85 RANGEWAY ROAD**
**BLDG 2, 2ND FLOOR**
**BILLERICA, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730,235.20 |

**NORTHROP GRUMMAN**
**P.O. BOX 301321**
**DALLAS, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Multiple__

**Basis for the claim:**  __Trade Payable__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address
**O'NEIL & ASSOCIATES**
**495 BYERS ROAD**
**MIAMISBURG, OH 45342**

Date(s) debt was incurred  **Multiple**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$125,117.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address
**OFFICE DEPOT**
**P.O. BOX 88040**
**CHICAGO, IL 60680**

Date(s) debt was incurred  **Multiple**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$542.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address
**PAUL SCHNEIDER**
**2900 S. QUINCY ST, SUITE 210**
**ARLINGTON, VA 22206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Director and officer indemnification**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address
**PEERLESS TECH SOLUTIONS**
**101 E CHARLES STREET**
**SUITE 302**
**LA PLATA, MD 20646**

Date(s) debt was incurred  **1/20/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$9,029.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address
**PITNEY BOWES**
**P.O. BOX 371887**
**GLOBAL FINANCIAL SERVICES LLC**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred  **Multiple**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$357.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
**PYROGENESIS CANADA INC.**
**1744 WILLIAM STREET, SUITE 200**
**MONTREAL, QC H3J 1R4**
**CANADA**

Date(s) debt was incurred  **11/04/21**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$6,760.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
**RICKY COX**
**2900 S. QUINCY ST, SUITE 210**
**ARLINGTON, VA 22206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Director and officer indemnification**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BMT Designers & Planners, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.66** | Nonpriority creditor's name and mailing address
**RITA CHAUNDY**
**2900 S. QUINCY ST, SUITE 210**
**ARLINGTON, VA 22206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Director and officer indemnification__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.67** | Nonpriority creditor's name and mailing address
**ROBERT HALF TALENT**
**1401 I STREET NM**
**SUITE 400**
**WASHINGTON, DC 20005**

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$10,536.90**

---

**3.68** | Nonpriority creditor's name and mailing address
**RUBINO & MCGEEHIN**
**6903 ROCKLEDGE DRIVE**
**SUITE 1200**
**BETHESDA, MD 20817**

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$47,526.66**

---

**3.69** | Nonpriority creditor's name and mailing address
**SENODA INC**
**1300 PENNSYLVANIA AVENUE NW**
**SUITE 700**
**WASHINGTON, DC 20004**

Date(s) debt was incurred __12/05/21__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$4,509.39**

---

**3.70** | Nonpriority creditor's name and mailing address
**SHIPCONSTRUCTOR USA**
**2070 SCHILLINGER ROAD S**
**MOBILE, AL 36695**

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$54,283.68**

---

**3.71** | Nonpriority creditor's name and mailing address
**SHIRLINGTON TOWER**
**P.O. BOX 70392**
**NEWARK, NJ 07101**

Date(s) debt was incurred __01/03/22__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$134.14**

---

**3.72** | Nonpriority creditor's name and mailing address
**SPECTRUM FINANCIAL SERVIC**
**8614 WESTWOOD CENTER DRIVE**
**SUITE 700**
**VIENNA, VA 22182**

Date(s) debt was incurred __Multiple__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$20,851.64**

---

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,055.00**

**SSPA**
**CHALMERS TVARGATA 10**
**GOTEBORG SE-400 22**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/22/21__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,735.00**

**STROM WORLDWIDE**
**26852 TANIC DRIVE**
**SUITE 101**
**WESLEY CHAPEL, FL 33544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Multiple__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,726.83**

**SUMMIT 7 SYSTEMS**
**2 PARADE STREET**
**HUNTVILLE, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Multiple__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,577.50**

**TRIDENTIS, LLC**
**1199 N FAIRFAX**
**SUITE 410**
**ALEXANDRIA, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Multiple__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238.81**

**ULINE**
**P.O. BOX 88741**
**ACCOUNTS RECEIVABLE**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/06/21__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,951.01**

**UNISON MARKETPLACE, INC.**
**8500 LEESBURG PIKE**
**SUITE 602**
**VIENNA, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Multiple__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,128.40**

**UNISON SYSTEMS, INC.**
**6130 GREENWOOD PLAZA BLVD**
**SUITE 100**
**GREENWOOD, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Multiple__

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **BMT Designers & Planners, Inc.** _____   Case number (if known) _____
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.15 |

**VERIZON**
**P.O. BOX 25505**
**LEHIGH VALLEY, PA 18002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/21**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |

**VICTORIA DLUGOKECKI**
**746 ROOSEVELT ST**
**FRANKLIN SQUARE, NY 11010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/8/22**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.54 |

**VISION BUSINESS PRODUCTS**
**P.O. BOX 643897**
**PITTSBURGH, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/21**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,037.50 |

**WILLIAM B. HALE**
**1239 TIESTE DR**
**SAN DIEGO, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/8/22**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075,173.83 |

**WILMERHALE**
**1875 PENNSYLVANIA AVENUE NW**
**WASHINGTON, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,806.00 |

**WORKBOAT MAGAZINE**
**P.O. BOX 360033**
**BOSTON, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
| --- | --- |

| Debtor | **BMT Designers & Planners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ 211,102.36 |
| **5b. Total claims from Part 2** | | 5b. + | $ 10,201,150.64 |
| | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ 10,412,253.00 |

**Fill in this information to identify the case:**

Debtor name    **BMT Designers & Planners, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **SUBCONTRACTED NAVSEA T-ARC STUDY SERVICES, DATED 03/02/2021**<br><br>State the term remaining    **3/15/2022**<br><br>List the contract number of any government contract    **^Sub under N0002421C221** | **ABB INC.**<br>**11600 MIRAMAR PARKWAY**<br>**SUITE 100**<br>**MIRAMAR, FL 33025** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **SUBCONTRACTED NAVSEA T-ARC STUDY SERVICES**<br><br>State the term remaining    **3/15/2022**<br><br>List the contract number of any government contract    **^Sub under N0002421C221** | **ABS CORPORATE**<br>**1701 CITY PLAZA DRIVE**<br>**SPRING, TX 77389** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **SUBCONTRACTED MSVL LOGISTICS ANALYSIS SERVICES**<br><br>State the term remaining<br><br>List the contract number of any government contract    **^Sub under W56HZV-17-D0086** | **ACQUISITION LOGISTICS ENG**<br>**6797 NORTH HIGH STREET**<br>**SUITE 324**<br>**WORTHINGTON, OH 43085** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **OFFICE PAYROLL**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ADP, INC.**<br>**P.O. BOX 9001006**<br>**LOUISVILLE, KY 40290** |

| Debtor 1 | BMT Designers & Planners, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NSWCCD CODE 63 CONTRACT SUPPORT SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **AECOM** |
| | List the contract number of any government contract | **^Sub under N00178-04-D-4023-FD02** | **8324 NORTH STEVEN ROAD MILWAUKEE, WI 53223** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED USCG 140' AND 270' SLEP ELECTRICAL EQUIPMENT AND SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **AFFINITY POWER SYSTEMS** |
| | List the contract number of any government contract | **^Sub under 70Z02320DAVS03000 & 70Z08520CP4561600** | **P.O. BOX 0498 HOUSTON, TX 77001** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NSWCCD CODE 63 CONTRACT SUPPORT SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **ALYTIC, INC.** |
| | List the contract number of any government contract | **^Sub under N00178-04-D-4023-FD02** | **7206 KITCHEN DRIVE KING GEORGE, VA 22485** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NSWCCD CODE 63 CONTRACT SUPPORT SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **AMENTUM SERVICES INC** |
| | List the contract number of any government contract | **^Sub under N00178-04-D-4023-FD02** | **100 SOUTH CREST DRIVE ATTN: LOCKBOX 116323 STOCKBRIDGE, GA 30281** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE COFFEE MACHINE RENTAL** | |
|---|---|---|---|
| | State the term remaining | | **ARAMARK REFRESHMENT** |
| | List the contract number of any government contract | | **P.O. BOX 21971 NEW YORK, NY 10087** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1015 AUSTAL-IESH_LCS_30, DATED 07/23/2018** | **Austal USA** **195 Dunlap Dr** **Mobile, AL 36602** |
|---|---|---|---|

Debtor 1  **BMT Designers & Planners, Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **12/30/2022** |  |
|---|---|---|---|
|  | List the contract number of any government contract | **\*\*Austal PO D155159** |  |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1029 AUSTAL_EPF_13_CDR LS, DATED 06/17/2019** | **Austal USA 195 Dunlap Dr Mobile, AL 36602** |
|---|---|---|---|
|  | State the term remaining | **11/30/2022** |  |
|  | List the contract number of any government contract | **\*\*Austal PO D172426 N00024-19-C-2227** |  |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1031 AUSTAL_LCS32_IESH_ SUPPORT, DATED 08/13/2019** | **Austal USA 195 Dunlap Dr Mobile, AL 36602** |
|---|---|---|---|
|  | State the term remaining | **12/30/2022** |  |
|  | List the contract number of any government contract | **\*\*Austal PO D175851 N00024-16-R-2304** |  |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1035 AUSTAL_CDRL_EPF13 _ECP_, DATED 04/01/2020** | **Austal USA 195 Dunlap Dr Mobile, AL 36602** |
|---|---|---|---|
|  | State the term remaining | **11/30/2022** |  |
|  | List the contract number of any government contract | **\*\*Austal PO D172426-1 N00024-19-C-2227** |  |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1055 AUSTAL_EPF14_ECP, DATED 11/12/2020** | **Austal USA 195 Dunlap Dr Mobile, AL 36602** |
|---|---|---|---|
|  | State the term remaining | **1/30/2023** |  |
|  | List the contract number of any government contract | **\*\*Austal PO D181502-1 N00024-19-C-2227** |  |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1034 AUSTAL_EPF14, DATED 01/29/2020** | **Austal USA 195 Dunlap Dr Mobile, AL 36602** |
|---|---|---|---|
|  | State the term remaining | **11/22/2022** |  |
|  | List the contract number of any government contract | **\*\*Austal PO D181502 N00024-19-C-2227** |  |

Debtor 1 **BMT Designers & Planners, Inc.**                    Case number *(if known)* _____
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENG1071 AUSTAL_LAW_CS-PD CLIN0003, DATED 12/16/2021 | |
|---|---|---|---|
| | State the term remaining | 1/14/2022 | Austal USA 195 Dunlap Dr Mobile, AL 36602 |
| | List the contract number of any government contract | **N00024-21-C-2457 | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT 1001013 BAE WALLOPS, DATED 09/01/2016 | |
|---|---|---|---|
| | State the term remaining | 6/30/2022 | BAE Systems Redland Corp Center 520 Gaither Rd, Suite 1000 Rockville, MD 20850 |
| | List the contract number of any government contract | **N0017804D4018_9700 | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENG1039 BLOUNT BOATS_MD_DNR_IBT | |
|---|---|---|---|
| | State the term remaining | | Blount Boats Inc. 461 Water St. Warren, RI 02885 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTED USCG LOW TEMP STEEL STUDY SUPPORT SERVICES | |
|---|---|---|---|
| | State the term remaining | | BMT Canada Ltd. 311 Legget Drive OTTOWA, ON K2K 1Z8 CANADA |
| | List the contract number of any government contract | ^Sub under 70Z02321PMSE02200 | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTED MSVL, NAVSEA T-ARC, LAW DESIGN SUPPORT | |
|---|---|---|---|
| | State the term remaining | | BMT DAS UK BERKLEY HOUSE, THE SQUARE, LOWER BRISTOL ROAD BATH, BA2 3BH, UK |
| | List the contract number of any government contract | ^Sub under W56HZV-17-D0086,N00 02421C221, | |

Debtor 1    **BMT Designers & Planners, Inc.**                                    Case number *(if known)* _____

      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**SUBCONTRACTED MSVL, JPB DESIGN SUPPORT**

    State the term remaining

    List the contract number of any government contract

**^Sub under W56HZV-17-D0086**

**BMT UK LTD
BUILDING 14, SHAMROCK QUAY, WILLIAM STREET
HAMPSHIRE, SOUTHAMPTON S014 HQL, UK**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**OFFICE COPIER LEASE AGREEMENT**

    State the term remaining

    List the contract number of any government contract

**CAPITOL DOCUMENT SOLUTION
12115 PARKLAWN DRIVE
SUITE L
ROCKVILLE, MD 20852**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**SUBCONTRACTED USCG 270' SLEP GENERATOR SUPPLY AND SERVICES**

    State the term remaining

    List the contract number of any government contract

**^Sub under 70Z02320DAVS03000**

**CATERPILLAR, INC.
100 NE ADAMS
CATERPILLAR DEFENSE
PEORIA, IL 61629**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**SUBCONTRACTED MSVL PROGRAM LOGISTICS ANALYSIS SERVICES**

    State the term remaining

    List the contract number of any government contract

**^Sub under W56HZV-17-D0086**

**CONLEY AND ASSOCIATES
930 KEHRS MILL ROAD
SUITE 319
BALLWIN, MO 63011**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**SUBCONTRACTED IT NETWORKS CYBERSECURITY SERVICES**

    State the term remaining

    List the contract number of any government contract

**CYBERSHEATH SERVICES INT
11710 PLAZA AMERICA DRIVE
RESTON, VA 20190**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**SUBCONTRACTED NAVSUP CONTRACT EMSWEB SUPPORT SERVICES**

    State the term remaining

    List the contract number of any

**^Sub under**

**DATA RESEARCH GROUP
233 EAST DAVIS STREET
SUITE 400
CULPEPER, VA 22701**

---

Debtor 1    **BMT Designers & Planners, Inc.**                                    Case number *(if known)* _____

    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract      **N00189-20-F-3031** | |

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **PRIME CONTRACT ENV0032 NAVSUP_EPRWEB_SUPPORT, DATED 07/27/2020**<br><br>**7/26/2025**<br><br>**N00189-20-F-3031** | **DCMA Manassas**<br>**14501 George Carter Way**<br>**2nd Floor**<br>**Chantilly, VA 20151** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **PRIME CONTRACT 1005700 CODE 63 - OPTION YEAR 6, DATED 12/03/2015**<br><br>**6/1/2022**<br><br>**N00178-04-D-4023-FD02** | **DCMA Manassas**<br>**14501 George Carter Way**<br>**2nd Floor**<br>**Chantilly, VA 20151** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **PRIME CONTRACT ENV0005 NAVSEA_IH_LQAO, DATED 07/28/2018**<br><br>**7/28/2023**<br><br>**N00178-04-D-4023 N0017418F3007** | **DCMA Manassas**<br>**14501 George Carter Way**<br>**2nd Floor**<br>**Chantilly, VA 20151** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **OFFICE COPIER FINANCING** | **DE LAGE LANDEN**<br>**P.O. BOX 41602**<br>**PHILADELPHIA, PA 19101** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SUBCONTRACTED TRAINING PROGRAM SUPPORT SERVICES** | **EAST PARTNERSHIP**<br>**9115 WHISPERING DRIVE**<br>**TOANO, VA 23168** |

Debtor 1    **BMT Designers & Planners, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED MSVL ELECTROMAGNETIC INTEREFERENCE TESTING SERVICES** | |
| State the term remaining | | **ELEMENT MATERIALS TECHNOL** |
| List the contract number of any government contract | **^Sub under W56HZV-17-D0086** | **9725 GIRARD AVENUE SOUTH MINNEAPOLIS, MN 55431** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NAVSEA T-ARC STUDY SERVICES** | |
| State the term remaining | | **FINCANTIERI MARINE GROUP 55 M STREET SE** |
| List the contract number of any government contract | **^Sub under N0002421C221** | **SUITE 910 WASHINGTON, DC 20003** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1038 NAASCO_MSDS_SHML _ESB6, DATED 07/07/2020** | |
| State the term remaining | **6/4/2022** | **General Dynamics NASSCO PO Box 85278** |
| List the contract number of any government contract | ****N00024-19-C-2235** | **San Diego, CA 92186** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1009 GGF SONOMA, DATED 05/07/2018** | **Golden Gate Bridge, Highway and Transpor Administration Building** |
| State the term remaining | **12/1/2021** | **Golden Gate Bridge Toll Plaza PO Box 9000, Presideo Station** |
| List the contract number of any government contract | | **San Francisco, CA 94129** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT GSA FSS + SCHED 70 #GS-00F-337CA, DATED 09/28/2020** | |
| State the term remaining | **9/27/2025** | **GSA/FAS/QVOCE** |
| List the contract number of any government contract | **GS-00F-337CA** | **77 Forsythe St SW Atlanta, GA 30303** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1047 HII_LUSV, DATED 09/28/2020** | **Huntington Ingalls Inc. 1000 Access Rd.** |
| State the term remaining | **4/9/2022** | **PO Box 149 Pascagula, MI 39568** |

Debtor 1  **BMT Designers & Planners, Inc.**                     Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract      **N00024-20-C-6319 | |

| | | |
|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ILS3023 INSIGHT_APO_OPC_SUPPORT, DATED 05/04/2020** | |
| | State the term remaining | **7/24/2022** | **Insight Technology Solutions, Inc.** |
| | List the contract number of any government contract | ****GS00Q14OADS106 70Z023-18-F-APC00800** | **17251 Melford Blvd. Suite 100 Bowie, MD 20715** |

| | | |
|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ILS3000 CPAC TRAINING COURSES, DATED 10/30/2017** | |
| | State the term remaining | **6/29/2022** | **ITA International, LLC** |
| | List the contract number of any government contract | ****HSCG40-F-P45082** | **700 Tech Center Parkway Suite 202 Newport News, VA 23606** |

| | | |
|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontracted MSVL RCM solution design, supply and installation support services** | |
| | State the term remaining | | **JAMES FISHER MARINE SERVICES** |
| | List the contract number of any government contract | **^Sub under W56HZV-17-D0086** | **MANCHESTER SC PK, PENCROFT WAY UNIT 1, ENTERPRISE HOUSE MANCHESTER, M15 6SE UK** |

| | | |
|---|---|---|
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE STORAGE** | |
| | State the term remaining | | **JK MOVING SERVICES** |
| | List the contract number of any government contract | | **44112 MERCURE CIRCLE STERLING, VA 20166** |

| | | |
|---|---|---|
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE SECURITY ACCESS** | |
| | State the term remaining | | **KASTLE SYSTEMS** |
| | List the contract number of any government contract | | **P.O. BOX 75151 BALTIMORE, MD 21275** |

| Debtor 1 | BMT Designers & Planners, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0056 KBR_DCAST, DATED 08/04/2021 | |
|---|---|---|---|
| | State the term remaining | 8/3/2022 | KBR Wyle Services, LLC 7000 Columbia Gateway Dr. Columbia, MD 21046 |
| | List the contract number of any government contract | **N00421-17-D-0042 | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENG1069 KITSAP_SOLANO, DATED 06/07/2021 | |
|---|---|---|---|
| | State the term remaining | 2/28/2022 | Kitsap Transit 60 Washington Ave Ste. 200 Bremerton, WA 98337 |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENG1058 L3_HARRIS_FFG_DES GN_HFE, DATED 12/07/2020 | |
|---|---|---|---|
| | State the term remaining | 11/1/2022 | L3 Maritime Systems 90 Nemco Way Ayer, MA 01432 |
| | List the contract number of any government contract | **N00024-20-C-2300 | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT HSTT PHASE IV SUPPORT | |
|---|---|---|---|
| | State the term remaining | | ManTech SRS Technologies, Inc 2251 Corporate Park Dr. Ste 600 Herndon, VA 20171 |
| | List the contract number of any government contract | **N6247321D2212 | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENG1064 MARE_ISLAND_POLAR _STAR, DATED 02/08/2021 | |
|---|---|---|---|
| | State the term remaining | 9/15/2022 | Mare Island Dry Dock LLC 1179 Nimitz Ave Vallejo, CA 94592 |
| | List the contract number of any government contract | **70Z02321DAPS00200 | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENG1044 MARE ISLAND_EMORY, DATED 06/17/2020 | |
|---|---|---|---|
| | State the term remaining | | Mare Island Dry Dock LLC 1179 Nimitz Ave Vallejo, CA 94591 |

Debtor 1    **BMT Designers & Planners, Inc.**                                Case number *(if known)* _____
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    **\*\*N32205-18-C-4552** | |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest    **PRIME CONTRACT ENG1056 MGBW JPB PHASE2 DES&CONST, DATED 11/30/2020**<br><br>State the term remaining    **12/31/2023**<br><br>List the contract number of any government contract    **\*\*N0002418C2223** | **Marine Group Boat Works 1313 Bay Marina Dr. National City, CA 91950** |
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest    **SUBCONTRACTED USCG 3D LASER HULL SCANNING SERVICES**<br><br>State the term remaining<br><br>List the contract number of any government contract    **^Sub under 70Z04019A61436Y00** | **MARINE MEASUREMENTS, LLC. 19 LOYOLA TERRACE NEWPORT, RI 02848** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest    **SUBCONTRACTED MARINE ELECTRICAL SYSTEMS ENGINEERING SUPPORT SERVICES**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MARINE SYSTEMS CORP. 23 DRY DOCK AVENUE SUITE 620W BOSTON, MA 02210** |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest    **OFFICE ARLINGTON OFFICE LEASE, DATED 05/09/2019**<br><br>State the term remaining    **1/31/2031**<br><br>List the contract number of any government contract | **MOORE & ASSOCIATES 4350 EAST-WEST HIGHWAY SUITE 500 BETHESDA, MD 20814** |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest    **PRIME CONTRACT ENG1062 NAVSEA_T-ARC, DATED 01/15/2021**<br><br>State the term remaining    **3/15/2022**<br><br>List the contract number of any government contract    **N0002421C221** | **Naval Sea Systems Command (NAVSEA) 1333 Isaac Hull Ave Bldg 197 Washington, DC 20376** |

Debtor 1    **BMT Designers & Planners, Inc.**                              Case number *(if known)* _____
          First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NAVSEA T-ARC STUDY SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **NOISE CONTROL ENG., INC. 85 RANGEWAY ROAD BLDG 2, 2ND FLOOR BILLERICA, MA 01862** |
| | List the contract number of any government contract | **^Sub under N0002421C221** | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED MSVL C4ISR SOLUTION DESIGN, SUPPLY INSTALLATION AND TEST SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **NORTHROP GRUMMAN P.O. BOX 301321 DALLAS, TX 75303** |
| | List the contract number of any government contract | **^Sub under W56HZV-17-D0086** | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED MSVL LOGISTICS ANALYSIS SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **O'NEIL & ASSOCIATES 495 BYERS ROAD MIAMISBURG, OH 45342** |
| | List the contract number of any government contract | **^Sub under W56HZV-17-D0086** | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT REMBRANDT, DATED 12/17/2021** | |
|---|---|---|---|
| | State the term remaining | 3/17/2021 | **Pacific Whale Foundation 300 Ma'alaea Road Suite 211 Wailuku, HI 96793** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE IT HELPDESK** | |
|---|---|---|---|
| | State the term remaining | | **PEERLESS 101 Charles Street Suite 302 LA PLATA, MD 20646** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE MAIL POSTAGE EQUIPMENT RENTAL** | |
|---|---|---|---|
| | State the term remaining | | **PITNEY BOWES P.O. BOX 371887 GLOBAL FINANCIAL SERVICES LLC PITTSBURGH, PA 15250** |

Debtor 1    **BMT Designers & Planners, Inc.**                                                      Case number *(if known)* _____

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NSWCCD CODE 63 CONTRACT SUPPORT SERVICES** | **PYROGENESIS CANADA INC.** |
|---|---|---|---|
| | State the term remaining | | **1744 WILLIAM STREET, SUITE 200** |
| | | | **MONTREAL, QC H3J 1R4** |
| | | | **CANADA** |
| | List the contract number of any government contract | **^Sub under N00178-04-D-4023-FD02** | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0048 REED_INT_PSC_HPS& T_SYSTEM, DATED 05/18/2021** | **Reed Integration, Inc.** |
|---|---|---|---|
| | State the term remaining | **5/17/2023** | **7007 Harbour View Blvd** |
| | | | **Suite 117** |
| | List the contract number of any government contract | **\*\*47QREB19D0017 70Z02321FAPB01200** | **Suffolk, VA 23435** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ILS3012 SEASPAN_SUPPORT_ SERVICES, DATED 01/03/2019** | **SEASPAN Vancouver Shipyards** |
|---|---|---|---|
| | State the term remaining | **1/11/2022** | **50 Pemberton Avenue** |
| | | | **North Vancouver, BC V7P 2R2** |
| | List the contract number of any government contract | | **CANADA** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED NAVSEA T-ARC STUDY SERVICES** | **SSPA** |
|---|---|---|---|
| | State the term remaining | | **CHALMERS TVARGATA 10** |
| | | | **GOTEBORG SE-400 22** |
| | List the contract number of any government contract | **^Sub under N0002421C221** | **SWEDEN** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT MATANUSKA SHIP VISIT, DATED 01/12/2022** | **State of Alaska, Department of Transport** |
|---|---|---|---|
| | State the term remaining | **3/12/2022** | **6860 Glacier Highway** |
| | | | **PO Box 112506** |
| | List the contract number of any government contract | | **Juneau, AK 99811** |

Debtor 1    **BMT Designers & Planners, Inc.**                                    Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT 1004013 DHS SFLC IBCTPL SUPPORT, DATED 03/27/2021** | |
|---|---|---|---|
| | State the term remaining | 3/26/2022 | **STI Technologies, Inc.** |
| | List the contract number of any government contract | **\*\*HSCG85-17-F-P45K94 GS00Q140ADS139** | **201 S. Denver AVE. Suite 300 Tulsa, OK 74103** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ILS3025 SUNSTONE_BOATMAINT_SOFTWR, DATED 06/04/2021** | |
|---|---|---|---|
| | State the term remaining | 3/4/2025 | **Sunstone Technical Solutions** |
| | List the contract number of any government contract | | **45240 Business Court Suite 300 Sterling, VA 20166** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1027 USCG_SCAN, DATED 05/20/2019** | |
|---|---|---|---|
| | State the term remaining | 5/19/2024 | **Surface Forces Logistics Center** |
| | List the contract number of any government contract | 70Z04019A61436Y00 | **CPD-3 Shared Services 2401 Hawkins Point Road Baltimore, MD 21226** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE - TACOMA SURGE OFFICE #219 MEMBERSHIP AGREEMENT, DATED 9/9/21** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH, 30 DAY NOTICE** | **SURGE COWORKING** |
| | List the contract number of any government contract | | **5930 SIXTH AVENUE OFFICE A-01 TACOMA, WA 98406** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0036 CG-1B3 HSI SPT WCC, DATED 04/04/2021** | |
|---|---|---|---|
| | State the term remaining | 4/3/2022 | **The Kenific Group, Inc.** |
| | List the contract number of any government contract | **\*\*HSHQDC16DP2009 70Z02319FAFR92700** | **3975 Fair Ridge Drive Ste 250N Fairfax, VA 22033** |

Debtor 1 **BMT Designers & Planners, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED MSVL ELECTRICAL SYSTEMS DESIGN, SUPPLY INSTALLATION AND TEST SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **TRIDENT MARITIME SYSTEMS 2840 LAUSAT ST. METAIRIE, LA 70001** |
| | List the contract number of any government contract | **^Sub under W56HZV-17-D0086** | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTED MSVL ENGINEERING SUPPORT** | |
|---|---|---|---|
| | State the term remaining | | **TRIDENTIS, LLC 1199 N FAIRFAX SUITE 410 ALEXANDRIA, VA 22314** |
| | List the contract number of any government contract | **^Sub under W56HZV-17-D0086** | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1037 USCG_RBM ONBDING HELO OPS, DATED 04/30/2020** | |
|---|---|---|---|
| | State the term remaining | **4/30/2022** | **USCG CG-912 2703 Martin Luther King Jr. Ave SE Washington, DC 20593** |
| | List the contract number of any government contract | **HSCG23-16-A-PSW002 2420230MNQ008** | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1072 USCG_LOW TEMP STEEL, DATED 09/20/2021** | |
|---|---|---|---|
| | State the term remaining | **3/19/2022** | **USCG Headquarters (CG-912) 2703 Martin Luther King Jr. Ave SE Washington, DC 20593** |
| | List the contract number of any government contract | **70Z02321PMSE02200** | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1070 USCG_NVIC, DATED 06/23/2021** | |
|---|---|---|---|
| | State the term remaining | **6/22/2022** | **USCG Headquarters (CG-9121) 2703 Martin Luther King Jr. Ave SE Washington, DC 20593** |
| | List the contract number of any government contract | **70Z02321FMSE01400** | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ILS3021 USCG_140_WTGB_CLASS, DATED 02/25/2020** | |
|---|---|---|---|
| | State the term remaining | **2/24/2025** | **USCG SFLC Alameda, Torben Ohlsson USCG SFLC Bldg, 55 Alameda, CA 94501** |

| Debtor 1 | BMT Designers & Planners, Inc. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | 70Z08520CP4561600 | |
|---|---|---|---|

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ILS3024 USCG_270_SLEP, DATED 06/01/2020 | |
|---|---|---|---|
| | State the term remaining | 5/31/1930 | USCG SFLC DPD SSP ISVS 707 E. Ordnance Rd. Suite 410 Baltimore, MD 21226 |
| | List the contract number of any government contract | 70Z02320DAVS03000 | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ILS3018 CG_175WLM_THRUSTER_GROOM, DATED 09/16/2019 | |
|---|---|---|---|
| | State the term remaining | 9/15/2024 | USCG SFLC Norfolk / Baltimore 300 East Main Street CPD/C&P2/IBCT Norfolk, VA 23510 |
| | List the contract number of any government contract | 70Z08519DP4504500 | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0055 ARS GIS IRAR DB FY22, DATED 08/04/2019 | |
|---|---|---|---|
| | State the term remaining | 7/31/2024 | USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705 |
| | List the contract number of any government contract | 12305B19A0001 12305B21F0237 | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0050 ARS CERCLA PROG SUPPORT, DATED 10/01/2021 | |
|---|---|---|---|
| | State the term remaining | 9/30/2022 | USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, RM 231, BARC-WEST Beltsville, MD 20705 |
| | List the contract number of any government contract | 12305B19A0001 12305B21F0241 | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0051 USDA_ARS_BARC_FY22, DATED 09/28/2021 | |
|---|---|---|---|
| | State the term remaining | 9/30/2022 | USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, RM 231, BARC-WEST Beltsville, MD 20705 |
| | List the contract number of any government contract | 12305B19A0001 12305B21F0247 | |

Debtor 1   **BMT Designers & Planners, Inc.**                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0022 ARS_CERCLA_ANNUAL_REQUIRE, DATED 09/26/2019** | |
|---|---|---|---|
| | State the term remaining | **9/31/2022** | **USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705** |
| | List the contract number of any government contract | **12305B19A0001 12305B19f0162** | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0037 BARC FY21 QAPP UPDATE, DATED 09/22/2020** | |
|---|---|---|---|
| | State the term remaining | **3/31/2022** | **USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705** |
| | List the contract number of any government contract | **12305B19A0001 12305B20F0158** | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0040 USDA ARS BARC 32, DATED 09/26/2020** | |
|---|---|---|---|
| | State the term remaining | **6/30/2022** | **USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705** |
| | List the contract number of any government contract | **12305B19A0001 12305B20F0183** | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0041 USDA_BARC_27_BDRLF, DATED 09/27/2020** | |
|---|---|---|---|
| | State the term remaining | **2/28/2022** | **USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705** |
| | List the contract number of any government contract | **12305B19A0001 12305B20F0120** | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0042 USDA_BARC IMPLEM_REMEDY, DATED 09/24/2020** | |
|---|---|---|---|
| | State the term remaining | **2/28/2022** | **USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705** |
| | List the contract number of any government contract | **12305B19A0001 12305B20F0189** | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0043 USDA ARS BARC, DATED 09/28/2020** | **USDA ARS NEA AAO ACQ 10300 Baltimore Ave Bldg 003, Rm 223, BARC-WEST Beltsville, MD 20705** |
|---|---|---|---|
| | State the term remaining | **2/28/2022** | |

Debtor 1    **BMT Designers & Planners, Inc.**                    Case number *(if known)*
                First Name            Middle Name            Last Name

    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| List the contract number of any government contract | 12305B19A0001<br>12305B20F0189 | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0046 BARC_CIRCLA_BARC_6, DATED 04/07/2021 | |
|---|---|---|---|
| | State the term remaining | 9/30/2022 | USDA ARS NEA AAO ACQ<br>10300 Baltimore Ave<br>Bldg 003, Rm 223, BARC-WEST<br>Beltsville, MD 20705 |
| | List the contract number of any government contract | 12305B19A0001<br>12305B21F0045 | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0052 USDA_ARS_BARC_TCRA_FY22, DATED 09/30/2021 | |
|---|---|---|---|
| | State the term remaining | 9/29/2022 | USDA ARS NEA AAO ACQ<br>10300 Baltimore Ave<br>Bldg 003, Rm 223, BARC-WEST<br>Beltsville, MD 20705 |
| | List the contract number of any government contract | 12305B19A0001<br>12305B21F0235 | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0053 USDA_ARS_BARC_BDRLF, DATED 09/27/2021 | |
|---|---|---|---|
| | State the term remaining | 9/26/2022 | USDA ARS NEA AAO ACQ<br>10300 Baltimore Ave<br>Bldg 003, Rm 223, BARC-WEST<br>Beltsville, MD 20705 |
| | List the contract number of any government contract | 12305B19A0001<br>12305B21F0233 | |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0047 USDA_FS_REM_REV_&_MON, DATED 07/21/2021 | |
|---|---|---|---|
| | State the term remaining | 5/31/2023 | USDA Forest Service Southern Region<br>1720 Peachtree Rd NW<br>Ste 876S<br>Atlanta, GA 30309 |
| | List the contract number of any government contract | AG-43-ZP-B-17-0016<br>12444121F011 | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | PRIME CONTRACT ENV0031 USFS ALABAMA EA, DATED 07/09/2020 | |
|---|---|---|---|
| | State the term remaining | 9/30/2022 | USDA Forest Service Southern Region<br>1720 Peachtree Rd NW<br>Ste 876S<br>Atlanta, GA 30309 |
| | List the contract number of any government contract | GS-00F-337CA<br>12414620F0007 | |

Debtor 1    **BMT Designers & Planners, Inc.**                                        Case number *(if known)* _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0049 USFS-CDVMP INV 2018-2019, DATED 08/16/2021** | |
|---|---|---|---|
| | State the term remaining | **9/14/2022** | **USDA-FS CSA East 6**<br>**1720 Peachtree St NW**<br>**Ste 876S**<br>**Atlanta, GA 30309** |
| | List the contract number of any government contract | **GS-00F-337CA 12444521F0126** | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENV0030 USFS-PLANE_CRASH_ CHEROKEE, DATED 06/15/2020** | |
|---|---|---|---|
| | State the term remaining | **1/31/2022** | **USFS Francis Marion Sumter National Fore**<br>**4931 Broad River Rd**<br>**Columbia, SC 29210** |
| | List the contract number of any government contract | **GS-00F-337CA 12467020F0078** | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT 1004011 TECH SUPPORT BALTIMORE, DATED 04/24/2021** | |
|---|---|---|---|
| | State the term remaining | **4/23/2021** | **Vector CSP**<br>**101 Mill End Court**<br>**Suite c**<br>**Elizabeth City, NC 27909** |
| | List the contract number of any government contract | **\*\*HSCG80-17-F-PBN002** | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE TELECOM** | |
|---|---|---|---|
| | State the term remaining | | **VERIZON**<br>**P.O. BOX 25505**<br>**LEHIGH VALLEY, PA 18002** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1000 VIG MSVL OVERALL PROJECT, DATED 09/18/2017** | |
|---|---|---|---|
| | State the term remaining | **1/5/2022** | **Vigor Works LLC**<br>**5555 N. Channel Avenue**<br>**Building No. 71**<br>**Portland, OR 97217** |
| | List the contract number of any government contract | **\*\*W56HZV-17-D0086** | |

Debtor 1    **BMT Designers & Planners, Inc.**                                    Case number *(if known)*  _____

     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **PRIME CONTRACT ENG1074 POLAR SECURITY CUTTER PROGRAM (PSC) HSI SUPPORT, DATED 12/20/2021** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **\*\*N00024-19-C-2210** | **VT HALTER MARINE, INC. 900 BAYOU CASOTTE PKWY PASCAGULA, MS 39581** |

\*\* indicates BMT performance as subcontractor under a Government Prime Contract held by the Counterparty
^ indicates the Counterparty is a subcontractor to BMT performing in support of a Government Prime Contract

| Fill in this information to identify the case: |
| :--- |
| Debtor name **BMT Designers & Planners, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| :--- | :--- | :--- | :--- | :--- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **BMT Group Ltd** | **1 Park Road Teddington TW11 OAP United Kingdom** | **Vigor Works LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.96__ |