## United States Bankruptcy Court
### Southern District of New York

In re    BMT Designers & Planners, Inc.                                    Case No.
                                             Debtor(s)          Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:    February 1, 2022

                                    Ricky Cox/President
                                    Signer/Title

A STITCH ABOVE
1802 B SOUTH CHURCH ST
SMITHFIELD, VA 23430


ABB INC.
11600 MIRAMAR PARKWAY
SUITE 100
MIRAMAR, FL 33025


ABS CORPORATE
1701 CITY PLAZA DRIVE
SPRING, TX 77389


ACQUISITION LOGISTICS ENG
6797 NORTH HIGH STREET
SUITE 324
WORTHINGTON, OH 43085


ACQUISITION LOGISTICS ENGINEERING (ALE)
6797 NORTH HIGH STREET
SUITE 324
WORTHINGTON, OH 43085


ADOBE SYSTEMS INC.
29322 NETWORK PLACE
CHICAGO, IL 60673


ADP SCREENING & SELECTION
P.O. BOX 645117
CINCINNATI, OH 45264


ADP, INC.
P.O. BOX 9001006
LOUISVILLE, KY 40290


ADVANCED MACHINE AND TOOLING INC
5725 ARROWHEAD DRIVE
VIRGINIA BEACH, VA 23462


AECOM
8324 NORTH STEVEN ROAD
MILWAUKEE, WI 53223

AEROTEK, INC.
3689 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


AFFINITY POWER SYSTEMS
P.O. BOX 0498
HOUSTON, TX 77001


ALABAMA DEPT OF REVENUE
P.O. BOX 327320
MONTGOMERY, AL 36132


ALDERSON, KEITH
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ALEXANDER, KIM
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ALLEN, CHRISTINA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ALLY
NO ADDRESS ON FILE


ALS GROUP
P.O. BOX 975444
DALLAS, TX 75397


ALYTIC, INC.
7206 KITCHEN DRIVE
KING GEORGE, VA 22485


AMENTUM SERVICES INC
100 SOUTH CREST DRIVE
ATTN: LOCKBOX 116323
STOCKBRIDGE, GA 30281

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


AMERICAN SOCIETY OF NAVAL ENGINEERS
1452 DUKE STREET
ALEXANDRIA, VA 22314


AMES, BENJAMIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ANDRESEN, NEIL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ANDREW THOMAS JONES
304 KINGS POINT AVE.
SMITHFIELD, VA 23430


ANDROMEDA SYSTEMS INC
330 CROSSING BLVD STE 300
ORANGE PARK, FL 32073


ARAMARK REFRESHMENT
P.O. BOX 21971
NEW YORK, NY 10087


ARGUETA, JAMIE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ARLINGTON COUNTY TREASURER
PO BOX 1754
MERRIFIELD, VA 22116


ARONSON LLC
805 KING FARM BLVD.
SUITE 300
ROCKVILLE, MD 20850

ASTON CARTER, INC.
3689 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


ATKIN, THOMAS FRANK
6492 LITTLE FALLS ROAD
ARLINGTON, VA 22213


AUSTAL USA
195 DUNLAP DR
MOBILE, AL 36602


BABER, GREGORY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BAE SYSTEMS
REDLAND CORP CENTER
520 GAITHER RD, SUITE 1000
ROCKVILLE, MD 20850


BALL, STEPHEN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BANEGAS, MARLON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BAY DISPOSAL, LLC
PO BOX 535233
PITTSBURGH, PA 15253


BENJAMIN OFFICE SUPPLY
758 EAST GUDE DRIVE
ROCKVILLE, MD 20850


BERKELEY RESEARCH GROUP
P.O. BOX 676158
DALLAS, TX 75267

BERMAN HOPKINS WRIGHT
8035 SPYGLASS HILL ROAD
MELBOURNE, FL 32940


BERNSTEIN, ROBERT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BLOOMBERG GOVERNMENT
PO BOX 419841
BGOV LLC
BOSTON, MA 02241


BLOUNT BOATS INC.
461 WATER ST.
WARREN, RI 02885


BMT CANADA LTD.
311 LEGGET DRIVE
OTTOWA, ON K2K 1Z8 CANADA


BMT COMMERCIAL USA, INC.
6639 THEALL ROAD
HOUSTON, TX 77066


BMT DAS UK
BERKLEY HOUSE, THE SQUARE
LOWER BRISTOL ROAD
BATH BA2 3BH, UK


BMT DEFENCE AND SECURITY UK LTD
MARITIME HOUSE
210 LOWER BRISTOL ROAD
BATH BA2 3DQ UK


BMT GROUP LTD
1 PARK ROAD
TEDDIGNTON TW11 OAP
UNITED KINGDOM


BMT INTERNATIONAL, INC.
6639 THEALL ROAD
HOUSTON, TX 77066

BMT UK LTD
SHAMROCK QUAY, WILLIAM STREET
BUILDING 14
SOUTHAMPTON SO14 5QL UK


BONE, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BOURDIER, BENJAMIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BOYD, RYAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BRADLEY, KATIE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BREIDERT, JOSHUA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BUCKLEY, MICHAEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BUILT TO SCALE LLC
19423 STATE HIGHWAY 59
SUMMERDALE, AL 36580


BURNETT, ALBERT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

BUSINESS NETWORK FOR OFFSHORE WIND
1701 NORTH GAY STREET
BALTIMORE, MD 21213


BUTLER, JESSICA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


BUTLER, SEAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


C&M INDUSTRIES INC
121 REPUBLIC ROAD
CHESAPEAKE, VA 23324


CADD MICROSYSTEMS, INC.
6361 WALKER LANE
SUITE 400
ALEXANDRIA, VA 22310


CALHOON MEBA ENGINEERING SCHOOL
20750 ST. MICHAELS RD
EASTPM, MD 21601


CALL TOWER, INC.
DEPT LA 23615
PASADENA, CA 91185


CAPITOL DOCUMENT SOLUTION
12115 PARKLAWN DRIVE
SUITE L
ROCKVILLE, MD 20852


CARTER III, JAMES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CATERPILLAR, INC.
100 NE ADAMS
CATERPILLAR DEFENSE
PEORIA, IL 61629

CELOTTO, RICHARD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CHARLES ZIGELMAN
10621 GARDEN WAY
SPRING VALLEY, CA 91978


CHAUVIN, BEN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CHIANG, JAMES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CHURCHLAND HARDWARE
3939 POPLAR HILL ROAD
CHESAPEAKE, VA 23321


CINTAS CORPORATION #391
PO BOX 630803
CINCINNATI, OH 45263


CISCO
170 WEST TASMAN DRIVE
SAN JOSE, CA 95134


CLAUS, MARISSA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COAKLEY IV, EDWARD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COGENT COMMUNICATIONS INC
P.O. BOX 791087
BALTIMORE, MD 21279

COKE, BETTY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COLLETTE, VINCENT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COLLINS, RON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COMMONWEALTH OF MASS
NO ADDRESS ON FILE


CONDE, CONSUELO
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CONLEY AND ASSOCIATES
930 KEHRS MILL ROAD
SUITE 319
BALLWIN, MO 63011


CONLEY AND ASSOCIATES INC
930 KEHRS MILL ROAD
SUITE 319
BALLWIN, MO 63011


CONNECTION
PO BOX 536472
PITTSBURGH, PA 15253


CONNECTWISE
99 HIGH STREET
31ST FLOOR
BOSTON, MA 02110


CONRAD, DOMINIQUE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

```
COOPER, SANDRA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COOPER, SETH
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


COREY, ROBERT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CRANDOL, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CREATIVE FINANCIAL STAFFING LLC
P.O. BOX 95111
CHICAGO, IL 60694


CREATIVE SYSTEMS, INC.
P.O. BOX 1910
PORT TOWNSEND, WA 98368


CRYER, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197


CUMMINS ATLANTIC
3729 HOLLAND BLVD
CHESAPEAKE, VA 23323


CUNNANE, JOHN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206
```

CYBERSHEATH SERVICES INT
11710 PLAZA AMERICA DRIVE
RESTON, VA 20190


CYBERSHEATH SERVICES INTERNATIONAL LLC
11710 PLAZA AMERICA DRIVE
RESTON, VA 20190


CYBRIANT
11175 CICERO DRIVE
STE 100
ALPHARETTA, GA 30022


DATA RESEARCH GROUP
233 EAST DAVIS STREET
SUITE 400
CULPEPER, VA 22701


DAUTERMAN, KIMBERLY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DAVID BARDASH
2900 S. QUINCY ST, SUITE 210
ARLINGTON, VA 22206


DAVIS, FLEET
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DAVIS, THOMAS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DCMA MANASSAS
14501 GEORGE CARTER WAY
2ND FLOOR
CHANTILLY, VA 20151


DE LAGE LANDEN
P.O. BOX 41602
PHILADELPHIA, PA 19101

DEADWYLER, MARCUS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DEBLOIS, ALEXANDRE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DELAWARE EMPLOYMENT TRAINING FUND (DETF)
P.O. BOX 9953
WILMINGTON, DE 19809


DELL MARKETING L.P.
P.O. BOX 643561
C.O DELL USA L.P.
PITTSBURGH, PA 15264


DELTEK SYSTEMS, INC.
P.O. BOX
BALTIMORE, MD 21275


DELUXE FOR BUSINESS
P.O. BOX 4656
CAROL STREAM, IL 60197


DEWITT, MCCAULEY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DONEGAN, DOUGLAS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DONOVAN, JOANNE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


DRIVEERT
309 COUNTY STREET
PORTSMOUTH, VA 23704

DSV AIR & SEA INC.
PO BOX 200876
PITTSBURGH, PA 15251


DUDA, JR, PETER
510 UNION SCHOOL ROAD
MIDDLETOWN, NY 10941


DUSTON VOSS
130 FRYER BRIDGE ROAD
SOLGOHACHIA, AR 72156


EAST PARTNERSHIP
9115 WHISPERING DRIVE
TOANO, VA 23168


ECAD, INC.
PO BOX 51507
MIDLAND, TX 79710


EDR
P.O. BOX 414176
BOSTON, MA 02241


ELEMENT MATERIALS TECHNOL
9725 GIRARD AVENUE SOUTH
MINNEAPOLIS, MN 55431


ELEMENT MATERIALS TECHNOLOGY
9725 GIRARD AVENUE SOUTH
MINNEAPOLIS, MN 55431


EMBRACK, RAULSTON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


EMRICH, BRIAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


EMSL ANALYTICAL
10768 BALTIMORE AVENUE
BELTSVILLE, MD 20705

```
ENGINEERED SOFTWARE, INC.
PO BOX 94553
SEATTLE, WA 98124


ENRIGHT, JILL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


EON PRODUCTS
P.O. BOX 443
SNELLVILLE, GA 30078


ERWIN, ENID
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


EUROFINS
P.O. BOX 11407
DEPT #220
BIRMINGHAM, AL 35246


EUROFINS LANCASTER LABORATORIES
P.O. BOX 11407
DEPT #220
BIRMINGHAM, AL 35246


EVANS, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


EVANS, THOMAS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


EWING, COURTNEY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206
```

EXOSTAR
2325 DULLES CORNER BOULEVARD
SUITE 600
HERNDON, VA 20171


FAIRLEAD BOAT WORKS, INC.
99 JEFFERSON AVENUE
NEWPORT NEWS, VA 23607


FALCON, CHRISTOPHER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987


FDOT
TOLL-BY-PLATE
PO BOX 105477
ATLANTA, GA 30348


FEDERAL EXPRESS CORP
P.O. BOX 371461
PITTSBURGH, PA 15250


FERGUSON ENTERPRISES #2020
4501 HOLLINS FERRY ROAD
SUITE 120
BALTIMORE, MD 21227


FINCANTIERI MARINE GROUP
55 M STREET SE
SUITE 910
WASHINGTON, DC 20003


FINCANTIERI MARINE GROUP, LLC
55 M ST. SE
SUITE 910
WASHINGTON, DC 20003


FLATOW, STUART
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

FLEXICREW TECHNICAL
7047 LEE HIGHWAY
SUITE 100
CHATTANOOGA, TN 37421


FLORIA, LORIEN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


FLUET HUBER & HOANG PLLC
1751 PINNACLE DRIVE
SUITE 1000
TYSONS CORNER, VA 21102


FONG, SIMON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


FORSLUND, WILLIAM
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO, CA 94267


FURE
PO BOX 543
HAYMARKET, VA 20168


GAFFNEY, MICHAEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GAUTHIER, DARLENE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GE POWER CONVERSION
101 N. CAMPUS DRIVE
IMPERIAL, PA 15126

```
GENERAL DYNAMICS NASSCO
PO BOX 85278
SAN DIEGO, CA 92185


GENERAL DYNAMICS NASSCO
PO BOX 85278
SAN DIEGO, CA 92186


GENESIS STAFFING
3517 LAUGHLIN DRIVE
MOBILE, AL 36693


GEOPROBE SYSTEMS
1835 WALL STREET
SALINA, KS 67401


GEORGE WASHINGTON UNIV.
2150 PENN AVE, NW SUITE 2B-423
DEPT. OF EMERGENCY MEDICINE
WASHINGTON, DC 20037


GEROLD, RICHARD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GHANNAM, PATRICIA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GIBSON, MICHAEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GOLDEN GATE BRIDGE
ATTN: ACCOUNTING DEPT
P.O. BOX 29000, PRESIDIO STATION
SAN FRANCISCO, CA 94129


GOLDEN GATE BRIDGE, HIGHWAY AND TRANS. D
ADMINISTRATION BUILDING
GOLDEN GATE BRIDGE TOLL PLAZA
PRESIDEO STATION PO BOX 9000
SAN FRANCISCO, CA 94129
```

GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPOR
ADMINISTRATION BUILDING
GOLDEN GATE BRIDGE TOLL PLAZA
PO BOX 9000, PRESIDEO STATION
SAN FRANCISCO, CA 94129


GONZALEZ RAMOS, SAMUEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GOTO TRAINING
NO ADDRESS ON FILE


GRAINGER
DEPT 866598196
PALATINE, IL 60038


GRANT, RICHARD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GRAVES, ALBERT V.
17857 TOBERMORY PLACE
LEESBURG, VA 20175


GREEN, DANIEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GROFF, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GSA/FAS/QVOCE
77 FORSYTHE ST SW
ATLANTA, GA 30303


GUERNSEY OFFICE PRODUCTS
P.O. BOX 10846
CHANTILLY, VA 20153

GULDEN, JOHN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GURNIK, THOMAS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


GUTKOWSKI, KEITH
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HACKEL, RYAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HAIK, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HALAND, MAXIMILIAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HAMPTON RUBBER
P.O. BOX 1393
HAMPTON, VA 23661


HAN, JAE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HANDY MARINE ENGINEERING
8024 16TH AVENUE NW
SEATTLE, WA 98117


HANSON, HAROLD
462 BELMONT BAY DRIVE
WOODBRIDGE, VA 22191

```
HARLIN, CAROL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HAROLD HANSON
462 BELMONT BAY DRIVE
WOODBRIDGE, VA 22191


HAWAII MEDICAL SERVICE ASSOCIATION
NO ADDRESS ON FILE


HII FLEET SUPPORT GROUP LLC
5701 CLEVELAND STREET
VA BEACH, VA 23462


HOBBS, DAVID
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HOGAN, CREIGHTON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HOLCOMBE, ALBERT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HOLLINGSWORTH, JOHN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HR UNLIMITED, INC.
P.O. BOX 8624
FOUNTAIN VALLEY, CA 92728


HRISHIKESH, RAJIV
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206
```

```
HUGHES, THOMAS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HUNTINGTON INGALLS INC.
1000 ACCESS RD.
PO BOX 149
PASCAGULA, MI 39568


HUNTRESS, ASHLEY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HURST, ADAM
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


HYDROCOMP INC
15 NEWMARKET ROAD
SUITE 2
DURHAM, NH 03824


IDZENGA, JUSTIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


IHS MARKIT
15 INVERNESS WAY EAST
ENGLEWOOD, CO 80112


INFOTEK CONSULTING LLC
11654 PLAZA AMERICA DRIVE
SUITE 168
RESTON, VA 20190


INGET, RONALD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206
```

INOVA HEALTH CARE SERVICE
8095 INNOVATION PRK DR., BUILD D, STE501
ATTN: AR DEPT-INOVA OCC, HLTH
FAIRFAX, VA 22031


INSIGHT TECHNOLOGY SOLUTIONS, INC.
17251 MELFORD BLVD.
SUITE 100
BOWIE, MD 20715


INTERNATIONAL WORKBOAT SHOW
P.O. BOX 79365
BALTIMORE, MD 21279


ITA INTERNATIONAL, LLC
700 TECH CENTER PARKWAY
SUITE 202
NEWPORT NEWS, VA 23606


IVANOV, IVAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JACKSON, MELISSA
3711 CAMPBELL ROAD
CHESAPEAKE, VA 23322


JACOBSON, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JAG INDUSTRIAL & MARINE SERVICE
222 EAST CHICAGO STREET
JONESVILLE, MI 49250


JAMES FISHER MARINE SERVICES
MANCHESTER SC PK, PENCROFT WAY
UNIT 1, ENTERPRISE HOUSE
MANCHESTER, M15 6SE UK


JAMES HULL
510 CORAL AVE
CAPE MAY POINT, NJ 08212

JAYATILAKE, MADARA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JEFFERSON, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JESSUP, CURTIS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JK MOVING SERVICES
44112 MERCURE CIRCLE
STERLING, VA 20166


JOHN MERCALDO
21 WATERS EDGE
MARSTON MILLS, MA 02648


JOHNSON & TOWERS, INC.
500 WILSON POINT RD
BALTIMORE, MD 21220


JOHNSON, JOHN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JOHNSON, RONALD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JONES, CARLTON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


JONES, STEVEN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

JOSE, GREGORY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KASTLE SYSTEMS
P.O. BOX 75151
BALTIMORE, MD 21275


KBR WYLE SERVICES, LLC
7000 COLUMBIA GATEWAY DR.
COLUMBIA, MD 21046


KEIPE, JEFFREY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KELLY
P.O. BOX 418926
BOSTON, MA 02241


KEYS, ROBERT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KINDIG, DAVID
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KIRBY, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KIRBY, NATHAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KITSAP TRANSIT
60 WASHINGTON AVE
STE. 200
BREMERTON, WA 98337

```
KRAFT POWER CORP
199 WILDWOOD AVE
WOBURN, MA 01801


KULSA III, STANLEY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KUMAR, AJOY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


KURTZHALS, CHRISTOPHER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


L.L. BEAN, INC.
PO BOX 1847
ALBANY, NY 12201


L3 MARITIME SYSTEMS
90 NEMCO WAY
AYER, MA 01432


LARSON, JOSHUA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LEAL, JULIAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LEWIS, KRISTIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LIEB, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206
```

LIETZENMAYER, WILLIAM
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LINDE GAS & EQUIPMENT INC
PO BOX 382000
PITTSBURGH, PA 15250


LINE, TIMOTHY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LINER, BRANDON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LOCKWOOD, STEPHANIE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LORENZETTI, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


LOUISIANA DEPT OF REVENUE
P.O. BOX 91011
BATON ROUGE, LA 70821


MACK, ALEXANDER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MAESTRO MARINE LLC
25056 EAST CHERRY LANE
GREENSBORO, MD 21639


MAKI NAVAL ARCHITECTURE & MARINE RESEARC
907 BERKSHIRE ROAD
ANN ARBOR, MI 48104

MANTECH SRS TECHNOLOGIES, INC
2251 CORPORATE PARK DR.
STE 600
HERNDON, VA 20171


MARCANTONIO, RAYMOND
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MARE ISLAND DRY DOCK LLC
1179 NIMITZ AVE
VALLEJO, CA 94592


MARE ISLAND DRY DOCK LLC
1179 NIMITZ AVE
VALLEJO, CA 94591


MARIN USA
4203 MONTROSE BLVD
SUITE 460
HOUSTON, TX 77006


MARINE GROUP BOAT WORKS
997 G STREET
CHULA VISTA, CA 91910


MARINE GROUP BOAT WORKS
1313 BAY MARINA DR.
NATIONAL CITY, CA 91950


MARINE MEASUREMENTS, LLC.
19 LOYOLA TERRACE
NEWPORT, RI 02848


MARINE SYSTEMS CORP.
23 DRY DOCK AVENUE
SUITE 620W
BOSTON, MA 02210


MARINE/LOG
BOX 29785, GPO
NEW YORK, NY 10087

MARINETTE MARINE CORPORATION
1600 ELY STREET
MARINETTE, WI 54143


MARINO, CHARLES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MARITIME REPORTER
60 HERRMANN LANE
EASTON, CT 06612


MARTEL, KIRSTEN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MARTIN DEFENSE GROUP LLC
10 FREE STREET
FLOOR 2
PORTLAND, ME 04101


MARTIN, CHRISTOPHER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MARYLAND TRANSPORTATION AUTHORITY
PO BOX 12853
PHILADELPHIA, PA 19176


MASS. DEPT. OF REVENUE
P.O. BOX 7005
BOSTON, MA 02204


MATHEW LLOYD
2537 BIRKENHEAD DRIVE
CHARLESTON, SC 29414


MATTHEW P. TEDESCO
1900 ALASKAN WAY #313
SEATTLE, WA 98101

MATTHEWS, NAASIRA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MAXEMCHUK, AMANDA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MCCABE, SHANE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MCGRAW, PETER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MCLAURIN, TIHITENA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680


MICKEL, JOSHUA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MICROBIALINSIGHTS
10515 RESEARCH DRIVE
KNOXVILLE, TN 23732


MICROSOFT
15010 NE 36TH STREET
REDMOND, WA 98052


MILES & STOCKBRIDGE
P.O. BOX 746592
ATLANTA, GA 30374

MILLER, ELMER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MINA, KEVIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MONTANA DEPT OF REVENUE
PO BOX 8021
HELENA, MT 59604


MOORE & ASSOCIATES
4350 EAST-WEST HIGHWAY
SUITE 500
BETHESDA, MD 20814


MORAN, JAMES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MORGAN, DAVID
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


MORRIS DISTRIBUTING, INC.
628 LEE HIGHWAY
VERONA, VA 24482


MULLENHARD, PETER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


NAIMAN, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

NANCOZ, RAYMOND
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


NATIONAL DEFENSE INFORMATION
1050 CONNECTICUT AVENUE
SHARING AND ANALYSIS CENTER (NDISAC)
SUITE 500
WASHINGTON, DC 20036


NAVAL SEA SYSTEMS COMMAND (HQ)
1333 ISSAC HULL AVE SE
WASHINGTON NAVY YARD, DC 20376


NAVAL SEA SYSTEMS COMMAND (NAVSEA)
1333 ISAAC HULL AVE
BLDG 197
WASHINGTON, DC 20376


NAVIS
911 LAKEVILLE ST.
#302
PETALUMA, CA 94952


NEAL, SARA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


NECAISE, LAUREN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


NEEDHAM, LIDIA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


NEOSYSTEMS
1861 INTERNATIONAL DRIVE
SUITE 200
TYSONS CORNER, VA 22102

NEW MEXICO TAXATION & REVENUE DEPT.
P.O. BOX 25127
SANTA FE, NM 87504


NEW WAVE MEDIA
118 EAST 25TH STREET
2ND FLOOR
NEW YORK, NY 10010


NEW YORK STATE CORP TAX
PO BOX 15163
NYS DEPT OF TAXATION & FINANCE
CORP-V
ALBANY, NY 12212


NEW YORK STATE DEPT. OF
41 STATE STREET
STATE DVISION OF CORPORATIONS
ALBANY, NY 12231


NEWBY, JASON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


NOAA SSAD
1325 EAST WEST HIGHWAY
SSMC2, RM 11323
SILVER SPRING, MD 20910


NOISE CONTROL ENG., INC.
85 RANGEWAY ROAD
BLDG 2, 2ND FLOOR
BILLERICA, MA 01862


NORFOLK WIRE & ELECTRONIC
PO BOX 890608
CHARLOTTE, NC 28289


NORTHROP GRUMMAN
P.O. BOX 301321
DALLAS, TX 75303

NTIVA, INC.
7900 WESTPARK DRIVE
SUITE A100
MCLEAN, VA 22102


O'DONNELL, WILLIAM
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


O'NEIL & ASSOCIATES
495 BYERS ROAD
MIAMISBURG, OH 45342


O'REILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO 65801


OARD, MARTIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


OCEANEERING INT'L, INC.
7001 DORSEY ROAD
HANOVER, MD 21076


ODGERS & BERNDTSON
1100 CONNECTICUT AVENUE NW
SUITE 800
WASHINGTON, DC 20036


ODOM, JAMES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


OFFICE DEPOT
P.O. BOX 88040
CHICAGO, IL 60680


OLIVERI & TAMMADGE, LLC
1487 CHAIN BRIDGE ROAD
SUITE 205
MCLEAN, VA 22101

OLSEN, LUCAS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


PACIFIC GUARDIAN LIFE
BOX 47839
PO BOX 1300
HONOLULU, HI 96807


PACIFIC WHALE FOUNDATION
300 MA'ALAEA ROAD
SUITE 211
WAILUKU, HI 96793


PARKER + LYNCH
8200 GREENSBORO DRIVE
SUITE 275
MCLEAN, VA 22102


PASSENGER VESSEL ASSOC.
POST OFFICE BOX 88
KATICA KLASSIC MEMORIAL TOURNAMENT
@ THE WESTERN REGION MEETING
STODDARD, WI 54658


PAUL SCHNEIDER
2900 S. QUINCY ST, SUITE 210
ARLINGTON, VA 22206


PAXTON COMPANY
1111 INGLESIDE ROAD
NORFOLK, VA 23502


PC CONNECTION SALES OF
MASSACHUSETTS, INC.
P.O. BOX 536472
PITTSBURGH, PA 15253


PEERLESS
101 CHARLES STREET
SUITE 302
LA PLATA, MD 20646

```
PEERLESS TECH SOLUTIONS
101 E CHARLES STREET
SUITE 302
LA PLATA, MD 20646


PEERLESS TECH SOLUTIONS LLC
101 E CHARLES STREET
SUITE 302
LA PLATA, MD 20646


PHILLY SHIPYARD
2100 KITTY HAWK AVE.
PHILADELPHIA, PA 19112


PINE ENVIRONMENTAL
P.O. BOX 943
HIGHTSTOWN, NJ 08520


PITNEY BOWES
P.O. BOX 371887
GLOBAL FINANCIAL SERVICES LLC
PITTSBURGH, PA 15250


POOLE, JUDY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


PORTSMOUTH TRAILER SUPPLY
3227 S. MILITARY HIGHWAY
CHESAPEAKE, VA 23323


PRICE, GREGORY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


PROACTIVE ENVIRONMENTAL PRODUCTS LLC
1767 LAKEWOOD RANCH BLVD
#113
BRADENTON, FL 34211


PROVIDENT LIFE & ACCIDENT INSURANCE COMP
P.O. BOX 740592
ATLANTA, GA 30374
```

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250


PYROGENESIS CANADA INC.
1744 WILLIAM STREET, SUITE 200
MONTREAL, QC H3J 1R4
CANADA


Q.E.D. SYSTEMS, INC.
4646 N. WITCHDUCK RD
VIRGINIA BEACH, VA 23455


QINETIQ LTD.
5900 FORT DRIVE
SUITE 312
CENTREVILLE, VA 20121


R.I. DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908


RAFALOVICH, BRENT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RAMSEY, ANNE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RAOELISON, FITIA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


REDDICK, AUGUST
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


REED INTEGRATION, INC.
7007 HARBOUR VIEW BLVD
SUITE 117
SUFFOLK, VA 23435

REEVES III, ROBERT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


REGAN, ROCKFORD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


REID, LUKE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


REID, RICHARD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RESIO, ALEXANDER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RESPER, JOSEPH
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RHODA, ANTHONY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RHODE ISLAND DIVISION TAXATION
PO BOX 9702
PROVIDENCE, RI 02940


RICKY COX
2900 S. QUINCY ST, SUITE 210
ARLINGTON, VA 22206

```
RIGAS, MICHAEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RINE, CLAUDE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RITA CHAUNDY
2900 S. QUINCY ST, SUITE 210
ARLINGTON, VA 22206


ROBERT HALF TALENT
1401 I STREET NM
SUITE 400
WASHINGTON, DC 20005


ROBERT HALF TALENT SOLUTIONS
1401 I STREET NM
SUITE 400
WASHINGTON, DC 20005


ROGERS, LEWIS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ROHLAND, JAMES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ROY, MICHAEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RUBINO & MCGEEHIN
6903 ROCKLEDGE DRIVE
SUITE 1200
BETHESDA, MD 20817
```

RUSSELL, DEBORAH
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RYAN, DANIEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


RYAN, TERESA
24928 PEARMAIN CT.
ALDIE, VA 20105


SAFE BOATS INT'L
8800 SW BARNEY WHITE ROAD
BREMERTON, WA 98312


SAI GLOBAL
PO BOX 74007503
LOCKBOX #007503
CHICAGO, IL 60674


SANDBOX FINANCIAL PARTNERS
6903 ROCKLEDGE DRIVE
SUITE 300
BETHESDA, MD 20817


SARAU, KURT
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SCHANZLE, DAVID
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SCHNEIDER, JOSHUA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

SCOTT, CHRISTOPHER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SD MODEL MAKERS
4114 TIERRA VISTA
BONSALL, CA 92003


SEASPAN VANCOUVER SHIPYARDS
50 PEMBERTON AVENUE
NORTH VANCOUVER, BC V7P 2R2
CANADA


SECRETARY OF STATE
POST OFFICE BOX 29525
RALEIGH, NC 27626


SENODA INC
1300 PENNSYLVANIA AVENUE NW
SUITE 700
WASHINGTON, DC 20004


SHEA, JEFFREY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SHERWIN-WILLIAMS
NO ADDRESS ON FILE


SHINGLEDECKER, LUKE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SHIPBUILDERS COUNCIL OF
AMERICA
20 F STREET, NW SUITE 500
WASHINGTON, DC 20001


SHIPCONSTRUCTOR USA
2070 SCHILLINGER ROAD S
MOBILE, AL 36695

```
SHIPMAN, JEFFREY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SHIRLINGTON TOWER
P.O. BOX 70392
NEWARK, NJ 07101


SHIRLINGTON TOWER PROPERTY OWNER LLC
P.O. BOX 70392
NEWARK, NJ 07101


SHOCKWAVE MARINE SUSPENSION SEATING
2074 HENRY AVE
SYDNEY, BC V8L 5Y1
CANADA


SILVIS, SHAWN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SIUZDAK, JESSICA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SIX MILE CONTRACTORS
171 W DOVER
HATFIELD, AR 71945


SKVARLA, KAI
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SMITH, LATASHA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SOLAR ENERGY SERVICES, INC
1514 JABEZ RUN
STE 103
MILLERSVILLE, MD 21108
```

SOMERS III, JOHN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SPAR
927 WEST STREET
ANNAPOLIS, MD 21401


SPECTRUM FINANCIAL SERVIC
8614 WESTWOOD CENTER DRIVE
SUITE 700
VIENNA, VA 22182


SPECTRUM FINANCIAL SERVICES
8614 WESTWOOD CENTER DRIVE
SUITE 700
VIENNA, VA 22182


SPITTLEMEISTER, ALLAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SPROUSE, DENNIS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SSPA
CHALMERS TVARGATA 10
GOTEBORG SE-400 22
SWEDEN


ST JOHNS SHIP BUILDING, INC
560 STOKES LANDING ROAD
PALATKA, FL 32177


STANHOUSE, JIMMIE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

```
STATE OF ALASKA, DEPARTMENT OF TRANSPORT
6860 GLACIER HIGHWAY
PO BOX 112506
JUNEAU, AK 99811


STATE OF ALASKA, DEPT OF TRANS. AND PUBL
ALASKA MARINE HIGHWAY SYSTEM
6860 GLACIER HIGHWAY
PO BOX 112506
JUNEAU, AK 99811


STEPHEN, KATHERINE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


STI TECHNOLOGIES, INC.
201 S. DENVER AVE.
SUITE 300
TULSA, OK 74103


STROM ENGINEERING OF FLORIDA, INC.
26852 TANIC DRIVE
SUITE 101
WESLEY CHAPEL, FL 33544


STROM WORLDWIDE
26852 TANIC DRIVE
SUITE 101
WESLEY CHAPEL, FL 33544


STUCKEY, CHRISTOPHER
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SULLIVAN, LUKE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


SUMMIT 7 SYSTEMS
2 PARADE STREET
HUNTVILLE, AL 35806
```

SUNSTONE TECHNICAL SOLUTIONS
45240 BUSINESS COURT
SUITE 300
STERLING, VA 20166


SURFACE FORCES LOGISTICS CENTER
CPD-3 SHARED SERVICES
2401 HAWKINS POINT ROAD
BALTIMORE, MD 21226


SURGE COWORKING
5930 SIXTH AVENUE
OFFICE A-01
TACOMA, WA 98406


TECHNIPOWER
1080 HOLCOMB BRIDGE ROAD
BLDG 100 SUITE 250
ROSWELL, GA 30076


TEDDER JR, BOBBY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET
NASHVILLE, TN 37242


TERMINAL SUPPLY CO
1800 THUNDERBIRD DRIVE
TROY, MI 48084


TESSA ELLIOTT
2510 PEMBROKE CT
WOODBRIDGE, VA 22192


TEUFEL, ADAM
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


THE AMERICAN EQUITY UNDERWRITERS, INC.
11 NORTH WATER STREET
MOBILE, AL 36602

THE KENIFIC GROUP, INC.
3975 FAIR RIDGE DRIVE
STE 250N
FAIRFAX, VA 22033


THOMAS, NATALIE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


TILICKI, EASTON
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


TOBIAS LEMERANDE
151 MANN LOT ROAD
SCITUATE, MA 02066


TOLULOPE AKINGBADE
8250 GEORGIA AVE
APT 1405
SILVER SPRING, MD 20910


TOWNS, JAMES
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


TRIDENT MARITIME SYSTEMS
2840 LAUSAT STREET
RAACI DIVISION
METAIRIE, LA 70001


TRIDENT MARITIME SYSTEMS
2840 LAUSAT ST.
METAIRIE, LA 70001


TRIDENTIS, LLC
1199 N FAIRFAX
SUITE 410
ALEXANDRIA, VA 22314

TURNER, ALEXIS
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


TURZEWSKI, RYAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


TWANMOH, DARREN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ULINE
P.O. BOX 88741
ACCOUNTS RECEIVABLE
CHICAGO, IL 60680


UNISENSE
TUEAGER 1
8200 ARHUS N
DENMARK


UNISON MARKETPLACE, INC.
8500 LEESBURG PIKE
SUITE 602
VIENNA, VA 22182


UNISON SYSTEMS, INC.
6130 GREENWOOD PLAZA BLVD
SUITE 100
GREENWOOD, CO 80111


UNITED RENTALS
(NORTH AMERICA), INC.
PO BOX 100711
ATLANTA, GA 30384


UNIVERSAL PREMIUM
P.O. BOX 70995
CHARLOTTE, NC 28272


US DEPARTMENT OF REVENUE
INTERNAL REVENUE SERVICE

```
USCG CG-912
2703 MARTIN LUTHER KING JR. AVE SE
WASHINGTON, DC 20593


USCG HEADQUARTERS (CG-912)
2703 MARTIN LUTHER KING JR. AVE SE
WASHINGTON, DC 20593


USCG HEADQUARTERS (CG-9121)
2703 MARTIN LUTHER KING JR. AVE SE
WASHINGTON, DC 20593


USCG SFLC ALAMEDA, TORBEN OHLSSON
USCG SFLC BLDG, 55
ALAMEDA, CA 94501


USCG SFLC DPD SSP ISVS
707 E. ORDNANCE RD.
SUITE 410
BALTIMORE, MD 21226


USCG SFLC NORFOLK / BALTIMORE
300 EAST MAIN STREET
CPD/C&P2/IBCT
NORFOLK, VA 23510


USDA ARS NEA AAO ACQ
10300 BALTIMORE AVE
BLDG 003, RM 223, BARC-WEST
BELTSVILLE, MD 20705


USDA ARS NEA AAO ACQ
10300 BALTIMORE AVE
BLDG 003, RM 231, BARC-WEST
BELTSVILLE, MD 20705


USDA FOREST SERVICE SOUTHERN REGION
1720 PEACHTREE RD NW
STE 876S
ATLANTA, GA 30309


USDA-FS CSA EAST 6
1720 PEACHTREE ST NW
STE 876S
ATLANTA, GA 30309
```

USFS FRANCIS MARION SUMTER NATIONAL FORE
4931 BROAD RIVER RD
COLUMBIA, SC 29210


VALIANT GOBAL DEFENSE SERVICES, INC.
13880 DULLES CORNER LANE
SUITE 100
HERNDON, VA 00020-1771


VAN NAME, JOHN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


VANDALL, JEFFREY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


VECTOR CSP
101 MILL END COURT
SUITE C
ELIZABETH CITY, NC 27909


VERBAN, GARY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


VERIZON
P.O. BOX 25505
LEHIGH VALLEY, PA 18002


VICTORIA DLUGOKECKI
746 ROOSEVELT ST
FRANKLIN SQUARE, NY 11010


VIGOR WORKS LLC
5555 N. CHANNEL AVENUE
BUILDING NO. 71
PORTLAND, OR 97217


VIGUS, STEVE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

VIRGINIAJOBNETWORK.COM
NO ADDRESS ON FILE


VISION BUSINESS PRODUCTS
P.O. BOX 643897
PITTSBURGH, PA 15264


VORST, ERIC
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


VT HALTER MARINE INC.
900 BAYOU CASOTTE PKWY
PASCAGULA, MS 39581


VT HALTER MARINE, INC.
900 BAYOU CASOTTE PKWY
PASCAGULA, MS 39581


WALDMAN, MITCH
NO ADDRESS ON FILE


WASTE MANAGEMENT
P.O. BOX 13648
KING GEORGE LANDFILL
PHILADELPHIA, PA 19101


WATERRA USA INC
PO BOX 576
PESHASTIN, WA 98847


WATKINS, RICHARD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WEDEKIND, MADELINE
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

WEST MARINE PRO
POST OFFICE BOX 50060
ATTN: ACCOUNTS RECEIVABLE
WATSONVILLE, CA 95077


WESTERN BRANCH DIESEL
P.O. BOX 7788
PORTSMOUTH, VA 23707


WHEELAN, MARTIN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WHITLOW, RANDY
3212 NW 61ST TERRACE
OKLAHOMA CITY, OK 73112


WHITMAN, EMILY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WILKINSON, MARION
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WILLIAM B. HALE
1239 TIESTE DR
SAN DIEGO, CA 92107


WILLIAMS, BRYAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WILMERHALE
1875 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20006


WILSON, ISAAC
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206

WILSON, LASHIA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WILTON, MICHAEL
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WINES, DYLAN
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WISCONSIN DEPT OF REVENUE
P.O. BOX 8908
MADISON, WI 53708


WORKBOAT
PO BOX 360033
BOSTON, MA 02241


WORKBOAT MAGAZINE
P.O. BOX 360033
BOSTON, MA 02241


WORLD FUEL SERVICES, INC.
4920 SOUTHERN BLVD.
VIRGINIA BEACH, VA 23462


WYMAN, JEROD
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


WYSENSKI, MATTHEW
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


XCEPTIONAL WILDLIFE REMOVAL
208 HUDGINS RD
FREDERICKSBURG, VA 22408

```
YAMAMOTO, JEFFREY
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


YANG, LIN
8235 SILVERLINE DRIVE
FAIRFAX STATION, VA 22039


ZARKO, AJA
2900 S QUINCY ST.
SUITE 210
ARLINGTON, VA 22206


ZIMMERMAN ASSOCIATES, INC
10600 ARROWHEAD DRIVE
SUITE 325
FAIRFAX, VA 22030


ZOHO CORP
4141 HACIENDA DRIVE
PLEASANTON, CA 94588
```