# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 2/2/2022
Case: 22−10123−mg  Form ID: 309C  Total: 476

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 7901877 | ANDREW THOMAS JONES 304 KINGS POINT AVE. SMITHFIEL | |
| 7901878 | ANDROMEDA SYSTEMS INC 330 CROSSING BLVD STE 300 OR | |
| 7901958 | ARLINGTON, VA 22206 | |
| 7902087 | ARLINGTON, VA 22206 | |
| 7902159 | ARLINGTON, VA 22206 | |
| 7901884 | ATKIN, THOMAS FRANK 6492 LITTLE FALLS ROAD ARLINGT | |
| 7902298 | ATTN: ACCOUNTS RECEIVABLE WATSONVILLE, CA 95077 | |
| 7901891 | BENJAMIN OFFICE SUPPLY 758 EAST GUDE DRIVE ROCKVIL | |
| 7901893 | BERMAN HOPKINS WRIGHT 8035 SPYGLASS HILL ROAD MELB | |
| 7901921 | CATERPILLAR, INC. 100 NE ADAMS CATERPILLAR DEFENSE | |
| 7901996 | CHATTANOOGA, TN 37421 | |
| 7901925 | CHURCHLAND HARDWARE 3939 POPLAR HILL ROAD CHESAPEA | |
| 7901933 | COMMONWEALTH OF MASS NO ADDRESS ON FILE | |
| 7901973 | ELEMENT MATERIALS TECHNOL 9725 GIRARD AVENUE SOUTH | |
| 7901974 | ELEMENT MATERIALS TECHNOLOGY 9725 GIRARD AVENUE SO | |
| 7901987 | FAIRLEAD BOAT WORKS, INC. 99 JEFFERSON AVENUE NEWP | |
| 7902005 | GE POWER CONVERSION 101 N. CAMPUS DRIVE IMPERIAL, | |
| 7902032 | HANDY MARINE ENGINEERING 8024 16TH AVENUE NW SEATT | |
| 7902035 | HAWAII MEDICAL SERVICE ASSOCIATION NO ADDRESS ON F | |
| 7901986 | HERNDON, VA 20171 | |
| 7902097 | HERNDON, VA 20171 | |
| 7902057 | JAG INDUSTRIAL & MARINE SERVICE 222 EAST CHICAGO S | |
| 7902058 | JAMES FISHER MARINE SERVICES MANCHESTER SC PK, PEN | |
| 7902064 | JOHNSON & TOWERS, INC. 500 WILSON POINT RD BALTIMO | |
| 7902070 | KBR WYLE SERVICES, LLC 7000 COLUMBIA GATEWAY DR. C | |
| 7902081 | L.L. BEAN, INC. PO BOX 1847 ALBANY, NY 12201 | |
| 7902168 | LA PLATA, MD 20646 | |
| 7902095 | MAESTRO MARINE LLC 25056 EAST CHERRY LANE GREENSBO | |
| 7902103 | MARINE GROUP BOAT WORKS 1313 BAY MARINA DR. NATION | |
| 7902149 | MCLEAN, VA 22102 | |
| 7902134 | NAVAL SEA SYSTEMS COMMAND (HQ) 1333 ISSAC HULL AVE | |
| 7902015 | PO BOX 9000, PRESIDEO STATION SAN FRANCISCO, CA 94 | |
| 7902174 | PORTSMOUTH TRAILER SUPPLY 3227 S. MILITARY HIGHWAY | |
| 7902179 | Q.E.D. SYSTEMS, INC. 4646 N. WITCHDUCK RD VIRGINIA | |
| 7902181 | R.I. DIVISION OF TAXATION ONE CAPITOL HILL PROVIDE | |
| 7902213 | SECRETARY OF STATE POST OFFICE BOX 29525 RALEIGH, | |
| 7902216 | SHERWIN−WILLIAMS NO ADDRESS ON FILE | |
| 7902219 | SHIPCONSTRUCTOR USA 2070 SCHILLINGER ROAD S MOBILE | |
| 7902235 | ST JOHNS SHIP BUILDING, INC 560 STOKES LANDING ROA | |
| 7902246 | SURGE COWORKING 5930 SIXTH AVENUE OFFICE A−01 TACO | |
| 7902256 | TOBIAS LEMERANDE 151 MANN LOT ROAD SCITUATE, MA 02 | |
| 7902270 | US DEPARTMENT OF REVENUE INTERNAL REVENUE SERVICE | |
| 7902291 | VT HALTER MARINE INC. 900 BAYOU CASOTTE PKWY PASCA | |
| 7902292 | VT HALTER MARINE, INC. 900 BAYOU CASOTTE PKWY PASC | |
| 7902313 | WORLD FUEL SERVICES, INC. 4920 SOUTHERN BLVD. VIRG | |

TOTAL: 45

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | BMT Designers & Planners, Inc. | 2900 S. Quincy St., | Ste. 210 | Arlington, VA 22206 | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| tr | Salvatore LaMonica | LaMonica Herbst & Maniscalco, LLP | 3305 Jerusalem Avenue | Wantagh, NY 11793 | |
| aty | Bennett Scott Silverberg | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 | |
| 7901853 | A STITCH ABOVE | 1802 B SOUTH CHURCH ST SMITHFIELD, VA 23 | | | |
| 7901854 | ABB INC. | 11600 MIRAMAR PARKWAY | SUITE 100 | MIRAMAR, FL 33025 | |
| 7901855 | ABS CORPORATE | 1701 CITY PLAZA DRIVE SPRING, TX 77389 | | | |
| 7901856 | ACQUISITION LOGISTICS ENG | 6797 NORTH HIGH STREET S | WORTHINGTON, OH 43085 | | |
| 7901857 | ACQUISITION LOGISTICS ENGINEERING (ALE) | 6797 NORTH | SUITE 324 | WORTHINGTON, OH 43085 | |
| 7901858 | ADOBE SYSTEMS INC. | 29322 NETWORK PLACE | CHICAGO, IL 60673 | | |

```
7901859      ADP SCREENING & SELECTION          P.O. BOX 645117 CINCINNATI, OH 45264
7901860      ADP, INC.      P.O. BOX 9001006 LOUISVILLE, KY 40290
7901861      ADVANCED MACHINE AND TOOLING INC 5725 ARROWHEAD DR      VIRGINIA BEACH, VA
             23462
7901862      AECOM        8324 NORTH STEVEN ROAD MILWAUKEE, WI 532
7901863      AEROTEK, INC.       3689 COLLECTION CENTER DRIVE CHICAGO, IL
7901864      AFFINITY POWER SYSTEMS        P.O. BOX 0498 HOUSTON, TX 77001
7901865      ALABAMA DEPT OF REVENUE         P.O. BOX 327320 MONTGOMERY, AL 36132
7901866      ALDERSON, KEITH 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901867      ALEXANDER, KIM 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901868      ALLEN, CHRISTINA 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901869      ALLY       NO ADDRESS ON FILE
7901870      ALS GROUP        P.O. BOX 975444 DALLAS, TX 75397
7901871      ALYTIC, INC.       7206 KITCHEN DRIVE KING GEORGE, VA 22485
7901872      AMENTUM SERVICES INC 100 SOUTH CREST DRIVE ATTN: L       STOCKBRIDGE, GA 30281
7901873      AMERICAN EXPRESS        P.O. BOX 1270 NEWARK, NJ 07101
7901874      AMERICAN SOCIETY OF NAVAL ENGINEERS 1452 DUKE STRE       ALEXANDRIA, VA 22314
7901875      AMES, BENJAMIN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901876      ANDRESEN, NEIL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901879      ARAMARK REFRESHMENT         P.O. BOX 21971       NEW YORK, NY 10087
7901880      ARGUETA, JAMIE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901881      ARLINGTON COUNTY TREASURER PO BOX 1754         MERRIFIELD, VA 22116
7901882      ARONSON LLC        805 KING FARM BLVD. SUITE 300       ROCKVILLE, MD 20850
7901883      ASTON CARTER, INC.      3689 COLLECTION CENTER DRIVE CHICAGO, IL
7901885      AUSTAL USA 195 DUNLAP DR        MOBILE, AL 36602
7901886      BABER, GREGORY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901887      BAE SYSTEMS REDLAND CORP CENTER       520 GAITHER RD, SUITE 1000      ROCKVILLE, MD
             20850
7901888      BALL, STEPHEN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901889      BANEGAS, MARLON 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901890      BAY DISPOSAL, LLC PO BOX 535233         PITTSBURGH, PA 15253
7901891      BERKELEY RESEARCH GROUP         P.O. BOX 676158 DALLAS, TX 75267
7901894      BERNSTEIN, ROBERT 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901895      BLOOMBERG GOVERNMENT PO BOX 419841         BGOV LLC       BOSTON, MA 02241
7901896      BLOUNT BOATS INC. 461 WATER ST.        WARREN, RI 02885
7901897      BMT CANADA LTD. 311 LEGGET DRIVE        OTTOWA, ON K2K 1Z8 CANADA
7901898      BMT COMMERCIAL USA, INC. 6639 THEALL ROAD        HOUSTON, TX 77066
7901899      BMT DAS UK       BERKLEY HOUSE, THE SQUARE LOWER BRISTOL       BATH BA2 3BH, UK
7901900      BMT DEFENCE AND SECURITY UK LTD MARITIME HOUSE        210 LOWER BRISTOL ROAD BATH BA2
             3DQ UK
7901901      BMT GROUP LTD 1 PARK ROAD        TEDDIGNTON TW11 0AP UNITED KINGDOM
7901902      BMT INTERNATIONAL, INC. 6639 THEALL ROAD        HOUSTON, TX 77066
7901903      BMT UK LTD       SHAMROCK QUAY, WILLIAM STREET BUILDING 1       SOUTHAMPTON SO14 5QL
             UK
7901904      BONE, JASON       2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901905      BOURDIER, BENJAMIN 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901906      BOYD, RYAN       2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901907      BRADLEY, KATIE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901908      BREIDERT, JOSHUA 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901909      BUCKLEY, MICHAEL 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901910      BUILT TO SCALE LLC 19423 STATE HIGHWAY 59       SUMMERDALE, AL 36580
7901911      BURNETT, ALBERT 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901912      BUSINESS NETWORK FOR OFFSHORE WIND 1701 NORTH GAY        BALTIMORE, MD 21213
7901913      BUTLER, JESSICA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901914      BUTLER, SEAN 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7901915      C&M INDUSTRIES INC 121 REPUBLIC ROAD        CHESAPEAKE, VA 23324
7901916      CADD MICROSYSTEMS, INC. 6361 WALKER LANE        SUITE 400      ALEXANDRIA, VA 22310
7901917      CALHOON MEBA ENGINEERING SCHOOL 20750 ST. MICHAELS          EASTPM, MD 21601
7901918      CALL TOWER, INC. DEPT LA 23615        PASADENA, CA 91185
7901919      CAPITOL DOCUMENT SOLUTION 12115 PARKLAWN DRIVE SUI        ROCKVILLE, MD 20852
7901920      CARTER III, JAMES 2900 S QUINCY ST. SUITE 210      ARLINGTON, VA 22206
7901922      CHARLES ZIGELMAN 10621 GARDEN WAY         SPRING VALLEY, CA 91978
7901923      CHAUVIN, BEN 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7901924      CHIANG, JAMES 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901926      CINTAS CORPORATION #391       PO BOX 630803       CINCINNATI, OH 45263
7901927      CISCO        170 WEST TASMAN DRIVE SAN JOSE, CA 95134
7901928      CLAUS, MARISSA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901929      COAKLEY IV, EDWARD 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901930      COGENT COMMUNICATIONS INC          P.O. BOX 791087 BALTIMORE, MD 21279
7901931      COLLETTE, VINCENT 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901932      COLLINS, RON 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7901934      CONDE, CONSUELO 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901935      CONLEY AND ASSOCIATES 930 KEHRS MILL ROAD SUITE 31        BALLWIN, MO 63011
7901936      CONLEY AND ASSOCIATES INC 930 KEHRS MILL ROAD        SUITE 319      BALLWIN, MO
             63011
7901937      CONNECTION PO BOX 536472        PITTSBURGH, PA 15253
7901938      CONNECTWISE 99 HIGH STREET         31ST FLOOR BOSTON, MA 02110
7901939      CONRAD, DOMINIQUE 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
```

```
7901940    COOPER, SETH 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7901941    COREY, ROBERT 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901942    CRANDOL, JASON 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901943    CREATIVE FINANCIAL STAFFING LLC        P.O. BOX 95111 CHICAGO, IL 60694
7901944    CREATIVE SYSTEMS, INC.        P.O. BOX 1910         PORT TOWNSEND, WA 98368
7901945    CRYER, MATTHEW 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7901946    CT CORPORATION PO BOX 4349         CAROL STREAM, IL 60197
7901947    CUMMINS ATLANTIC 3729 HOLLAND BLVD         CHESAPEAKE, VA 23323
7901948    CUNNANE, JOHN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901949    CYBERSHEATH SERVICES INTERNATIONAL LLC 11710 PLAZA        RESTON, VA 20190
7901950    CYBRIANT         11175 CICERO DRIVE        STE 100        ALPHARETTA, GA 30022
7901951    DATA RESEARCH GROUP 233 EAST DAVIS STREET SUITE 40        CULPEPER, VA 22701
7901952    DAUTERMAN, KIMBERLY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901953    DAVID BARDASH         2900 S. QUINCY ST, SUITE 210        ARLINGTON, VA 22206
7901954    DAVIS, FLEET 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7901955    DAVIS, THOMAS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901956    DCMA MANASSAS         14501 GEORGE CARTER WAY        2ND FLOOR CHANTILLY, VA 20151
7901957    DE LAGE LANDEN        P.O. BOX 41602 PHILADELPHIA, PA 19101
7901959    DEBLOIS, ALEXANDRE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901960    DELAWARE EMPLOYMENT TRAINING FUND (DETF)        P.O. BOX 9953 WILMINGTON, DE 19809
7901961    DELL MARKETING L.P.        P.O. BOX 643561        C.O DELL USA L.P. PITTSBURGH, PA 15264
7901962    DELTEK SYSTEMS, INC.        P.O. BOX        BALTIMORE, MD 21275
7901963    DELUXE FOR BUSINESS        P.O. BOX 4656        CAROL STREAM, IL 60197
7901964    DEWITT, MCCAULEY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901965    DONEGAN, DOUGLAS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901966    DONOVAN, JOANNE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901967    DRIVEERT        309 COUNTY STREET        PORTSMOUTH, VA 23704
7901968    DUDA, JR, PETER        510 UNION SCHOOL ROAD MIDDLETOWN, NY 109
7901969    DUSTON VOSS        130 FRYER BRIDGE ROAD SOLGOHACHIA, AR 72
7901970    EAST PARTNERSHIP 9115 WHISPERING DRIVE        TOANO, VA 23168
7901971    ECAD, INC.        PO BOX 51507        MIDLAND, TX 79710
7901972    EDR        P.O. BOX 414176 BOSTON, MA 02241
7901975    EMBRACK, RAULSTON 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901976    EMRICH, BRIAN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901977    EMSL ANALYTICAL        10768 BALTIMORE AVENUE        BELTSVILLE, MD 20705
7901978    ENRIGHT, JILL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901979    EON PRODUCTS        P.O. BOX 443 SNELLVILLE, GA 30078
7901980    ERWIN, ENID        2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901981    EUROFINS        P.O. BOX 11407 DEPT #220        BIRMINGHAM, AL 35246
7901982    EUROFINS LANCASTER LABORATORIES        P.O. BOX 11407 DEPT #220        BIRMINGHAM, AL
           35246
7901983    EVANS, MATTHEW 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901984    EVANS, THOMAS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901985    EWING, COURTNEY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901988    FALCON, CHRISTOPHER 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901989    FASTENAL COMPANY        P.O. BOX 978 WINONA, MN 55987
7901990    FDOT        TOLL-BY-PLATE PO BOX 105477        ATLANTA, GA 30348
7901991    FEDERAL EXPRESS CORP        P.O. BOX 371461 PITTSBURGH, PA 15250
7901992    FERGUSON ENTERPRISES #2020 4501 HOLLINS FERRY ROAD        BALTIMORE, MD 21227
7901993    FINCANTIERI MARINE GROUP 55 M STREET SE        SUITE 910        WASHINGTON, DC 20003
7901994    FINCANTIERI MARINE GROUP, LLC 55 M ST. SE        SUITE 910        WASHINGTON, DC 20003
7901995    FLATOW, STUART 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901997    FLORIA, LORIEN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7901998    FLUET HUBER & HOANG PLLC 1751 PINNACLE DRIVE        SUITE 1000        TYSONS CORNER, VA
           21102
7901999    FONG, SIMON        2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902000    FORSLUND, WILLIAM 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902001    FRANCHISE TAX BOARD        P.O. BOX 942867 SACRAMENTO, CA 94267
7902002    FURE        PO BOX 543        HAYMARKET, VA 20168
7902003    GAFFNEY, MICHAEL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902004    GAUTHIER, DARLENE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902006    GENERAL DYNAMICS NASSCO PO BOX 85278        SAN DIEGO, CA 92186
7902007    GENESIS STAFFING 3517 LAUGHLIN DRIVE        MOBILE, AL 36693
7902008    GEOPROBE SYSTEMS 1835 WALL STREET        SALINA, KS 67401
7902009    GEORGE WASHINGTON UNIV.        2150 PENN AVE, NW SUITE 2B-423 DEPT. OF
7902010    GEROLD, RICHARD 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902011    GHANNAM, PATRICIA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902012    GIBSON, MICHAEL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902013    GOLDEN GATE BRIDGE ATTN: ACCOUNTING DEPT        P.O. BOX 29000, PRESIDIO STATION SAN
           FRA
7902014    GOLDEN GATE BRIDGE, HIGHWAY AND TRANS. D ADMINISTR        GOLDEN GATE BRIDGE TOLL
           PLAZA PRESIDEO S
7902016    GONZALEZ RAMOS, SAMUEL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902017    GOTO TRAINING        NO ADDRESS ON FILE
7902018    GRAINGER        DEPT 866598196        PALATINE, IL 60038
7902019    GRANT, RICHARD 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902020    GRAVES, ALBERT V. 17857 TOBERMORY PLACE        LEESBURG, VA 20175
7902021    GREEN, DANIEL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
```

```
7902022    GROFF, MATTHEW 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902023    GSA/FAS/QVOCE           77 FORSYTHE ST SW ATLANTA, GA 30303
7902024    GUERNSEY OFFICE PRODUCTS        P.O. BOX 10846 CHANTILLY, VA 20153
7902025    GURNIK, THOMAS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902026    GUTKOWSKI, KEITH 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902027    HACKEL, RYAN 2900 S QUINCY ST. SUITE 210          ARLINGTON, VA 22206
7902028    HAIK, JASON       2900 S QUINCY ST. SUITE 210     ARLINGTON, VA 22206
7902029    HALAND, MAXIMILIAN 2900 S QUINCY ST. SUITE 210     ARLINGTON, VA 22206
7902030    HAMPTON RUBBER        P.O. BOX 1393 HAMPTON, VA 23661
7902031    HAN, JAE       2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902033    HANSON, HAROLD         462 BELMONT BAY DRIVE WOODBRIDGE, VA 221
7902034    HAROLD HANSON          462 BELMONT BAY DRIVE WOODBRIDGE, VA 221
7902036    HII FLEET SUPPORT GROUP LLC 5701 CLEVELAND STREET        VA BEACH, VA 23462
7902037    HOBBS, DAVID 2900 S QUINCY ST. SUITE 210          ARLINGTON, VA 22206
7902038    HOGAN, CREIGHTON 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902039    HOLCOMBE, ALBERT 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902040    HOLLINGSWORTH, JOHN 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206
7902041    HR UNLIMITED, INC.       P.O. BOX 8624        FOUNTAIN VALLEY, CA 92728
7902042    HRISHIKESH, RAJIV 2900 S QUINCY ST. SUITE 210     ARLINGTON, VA 22206
7902043    HUNTINGTON INGALLS INC. 1000 ACCESS RD.       PO BOX 149       PASCAGULA, MI 39568
7902044    HUNTRESS, ASHLEY 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902045    HURST, ADAM       2900 S QUINCY ST. SUITE 210     ARLINGTON, VA 22206
7902046    HYDROCOMP INC       15 NEWMARKET ROAD       SUITE 2       DURHAM, NH 03824
7902047    IDZENGA, JUSTIN 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902048    IHS MARKIT       15 INVERNESS WAY EAST ENGLEWOOD, CO 8011
7902049    INFOTEK CONSULTING LLC 11654 PLAZA AMERICA DRIVE S      RESTON, VA 20190
7902050    INGET, RONALD 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902051    INSIGHT TECHNOLOGY SOLUTIONS, INC. 17251 MELFORD B      SUITE 100       BOWIE, MD
           20715
7902052    INTERNATIONAL WORKBOAT SHOW         P.O. BOX 79365 BALTIMORE, MD 21279
7902053    ITA INTERNATIONAL, LLC 700 TECH CENTER PARKWAY SUI      NEWPORT NEWS, VA 23606
7902054    IVANOV, IVAN 2900 S QUINCY ST. SUITE 210          ARLINGTON, VA 22206
7902055    JACKSON, MELISSA 3711 CAMPBELL ROAD        CHESAPEAKE, VA 23322
7902056    JACOBSON, JASON 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902059    JAMES HULL 510 CORAL AVE       CAPE MAY POINT, NJ 08212
7902060    JEFFERSON, JASON 2900 S QUINCY ST. SUITE 210      ARLINGTON, VA 22206
7902061    JESSUP, CURTIS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902062    JK MOVING SERVICES 44112 MERCURE CIRCLE        STERLING, VA 20166
7902063    JOHN MERCALDO 21 WATERS EDGE          MARSTON MILLS, MA 02648
7902065    JOHNSON, JOHN 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902066    JOHNSON, RONALD 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902067    JONES, CARLTON 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902068    JONES, STEVEN 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902069    KASTLE SYSTEMS       P.O. BOX 75151 BALTIMORE, MD 21275
7902071    KEIPE, JEFFREY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902072    KELLY       P.O. BOX 418926 BOSTON, MA 02241
7902073    KEYS, ROBERT 2900 S QUINCY ST. SUITE 210          ARLINGTON, VA 22206
7902074    KINDIG, DAVID 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902075    KIRBY, MATTHEW 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902076    KIRBY, NATHAN 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902077    KITSAP TRANSIT 60 WASHINGTON AVE        STE. 200       BREMERTON, WA 98337
7902078    KULSA III, STANLEY 2900 S QUINCY ST. SUITE 210     ARLINGTON, VA 22206
7902079    KUMAR, AJOY        2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206
7902080    KURTZHALS, CHRISTOPHER 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902082    L3 MARITIME SYSTEMS 90 NEMCO WAY         AYER, MA 01432
7902083    LARSON, JOSHUA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902084    LEAL, JULIAN 2900 S QUINCY ST. SUITE 210          ARLINGTON, VA 22206
7902085    LEWIS, KRISTIN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902086    LIEB, MATTHEW 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902088    LINDE GAS & EQUIPMENT INC PO BOX 382000       PITTSBURGH, PA 15250
7902089    LINE, TIMOTHY 2900 S QUINCY ST. SUITE 210         ARLINGTON, VA 22206
7902090    LINER, BRANDON 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902091    LOCKWOOD, STEPHANIE 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206
7902092    LORENZETTI, JASON 2900 S QUINCY ST. SUITE 210     ARLINGTON, VA 22206
7902093    LOUISIANA DEPT OF REVENUE         P.O. BOX 91011       BATON ROUGE, LA 70821
7902094    MACK, ALEXANDER 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902096    MAKI NAVAL ARCHITECTURE & MARINE RESEARC 907 BERKS       ANN ARBOR, MI 48104
7902098    MARCANTONIO, RAYMOND 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902100    MARE ISLAND DRY DOCK LLC 1179 NIMITZ AVE       VALLEJO, CA 94591
7902099    MARE ISLAND DRY DOCK LLC 1179 NIMITZ AVE       VALLEJO, CA 94592
7902101    MARIN USA       4203 MONTROSE BLVD       SUITE 460       HOUSTON, TX 77006
7902102    MARINE GROUP BOAT WORKS 997 G STREET        CHULA VISTA, CA 91910
7902104    MARINE MEASUREMENTS, LLC. 19 LOYOLA TERRACE        NEWPORT, RI 02848
7902105    MARINE SYSTEMS CORP. 23 DRY DOCK AVENUE SUITE 620W       BOSTON, MA 02210
7902106    MARINE/LOG BOX 29785, GPO       NEW YORK, NY 10087
7902107    MARINO, CHARLES 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
7902108    MARITIME REPORTER 60 HERRMANN LANE         EASTON, CT 06612
7902109    MARTEL, KIRSTEN 2900 S QUINCY ST. SUITE 210       ARLINGTON, VA 22206
```

| | | |
|---|---|---|
| 7902110 | MARTIN DEFENSE GROUP LLC | 10 FREE STREET    FLOOR 2    PORTLAND, ME 04101 |
| 7902111 | MARTIN, CHRISTOPHER | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902112 | MARYLAND TRANSPORTATION AUTHORITY | PO BOX 12853    PHILADELPHIA, PA 19176 |
| 7902113 | MASS. DEPT. OF REVENUE | P.O. BOX 7005 BOSTON, MA 02204 |
| 7902114 | MATHEW LLOYD | 2537 BIRKENHEAD DRIVE    CHARLESTON, SC 29414 |
| 7902115 | MATTHEW P. TEDESCO | 1900 ALASKAN WAY #313    SEATTLE, WA 98101 |
| 7902116 | MAXEMCHUK, AMANDA | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902117 | MCCABE, SHANE | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902118 | MCGRAW, PETER | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902119 | MCLAURIN, TIHITENA | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902120 | MCMASTER–CARR SUPPLY CO. | P.O. BOX 7690 CHICAGO, IL 60680 |
| 7902121 | MICKEL, JOSHUA | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902122 | MICROBIALINSIGHTS | 10515 RESEARCH DRIVE    KNOXVILLE, TN 23732 |
| 7902123 | MICROSOFT | 15010 NE 36TH STREET REDMOND, WA 98052 |
| 7902124 | MILES & STOCKBRIDGE | P.O. BOX 746592 ATLANTA, GA 30374 |
| 7902125 | MINA, KEVIN | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902126 | MONTANA DEPT OF REVENUE | PO BOX 8021    HELENA, MT 59604 |
| 7902127 | MOORE & ASSOCIATES | 4350 EAST–WEST HIGHWAY    SUITE 500    BETHESDA, MD 20814 |
| 7902128 | MORAN, JAMES | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902129 | MORGAN, DAVID | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902130 | MORRIS DISTRIBUTING, INC. | 628 LEE HIGHWAY    VERONA, VA 24482 |
| 7902131 | MULLENHARD, PETER | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902132 | NAIMAN, MATTHEW | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902133 | NATIONAL DEFENSE INFORMATION | 1050 CONNECTICUT AVEN    SHARING AND ANALYSIS CENTER (NDISAC) SUI    WASHINGTON, DC 20036 |
| 7902135 | NAVAL SEA SYSTEMS COMMAND (NAVSEA) | 1333 ISAAC HULL    BLDG 197    WASHINGTON, DC 20376 |
| 7902136 | NAVIS | 911 LAKEVILLE ST.    #302    PETALUMA, CA 94952 |
| 7902137 | NEAL, SARA | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902138 | NECAISE, LAUREN | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902139 | NEEDHAM, LIDIA | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902140 | NEOSYSTEMS | 1861 INTERNATIONAL DRIVE    SUITE 200    TYSONS CORNER, VA 22102 |
| 7902141 | NEW WAVE MEDIA | 118 EAST 25TH STREET    2ND FLOOR    NEW YORK, NY 10010 |
| 7902142 | NEW YORK STATE CORP TAX | PO BOX 15163    NYS DEPT OF TAXATION & FINANCE CORP–V    ALBANY, NY 12212 |
| 7902143 | NEW YORK STATE DEPT. OF | 41 STATE STREET    STATE DVISION OF CORPORATIONS ALBANY, NY |
| 7902144 | NEWBY, JASON | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902145 | NOAA SSAD | 1325 EAST WEST HIGHWAY SSMC2, RM 11323    SILVER SPRING, MD 20910 |
| 7902146 | NOISE CONTROL ENG., INC. | 85 RANGEWAY ROAD    BLDG 2, 2ND FLOOR BILLERICA, MA 01862 |
| 7902147 | NORFOLK WIRE & ELECTRONIC | PO BOX 890608    CHARLOTTE, NC 28289 |
| 7902148 | NORTHROP GRUMMAN | P.O. BOX 301321 DALLAS, TX 75303 |
| 7902150 | O'DONNELL, WILLIAM | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902151 | O'NEIL & ASSOCIATES | 495 BYERS ROAD    MIAMISBURG, OH 45342 |
| 7902152 | O'REILLY AUTO PARTS | PO BOX 9464    SPRINGFIELD, MO 65801 |
| 7902153 | OARD, MARTIN | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902154 | OCEANEERING INT'L, INC. | 7001 DORSEY ROAD    HANOVER, MD 21076 |
| 7902155 | ODGERS & BERNDTSON | 1100 CONNECTICUT AVENUE NW SUITE 800    WASHINGTON, DC 20036 |
| 7902156 | ODOM, JAMES | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902157 | OFFICE DEPOT | P.O. BOX 88040 CHICAGO, IL 60680 |
| 7902158 | OLIVERI & TAMMADGE, LLC | 1487 CHAIN BRIDGE ROAD SUI    MCLEAN, VA 22101 |
| 7902160 | PACIFIC GUARDIAN LIFE | BOX 47839    PO BOX 1300    HONOLULU, HI 96807 |
| 7902161 | PACIFIC WHALE FOUNDATION | 300 MA'ALAEA ROAD    SUITE 211    WAILUKU, HI 96793 |
| 7902162 | PARKER + LYNCH | 8200 GREENSBORO DRIVE    SUITE 275    MCLEAN, VA 22102 |
| 7902163 | PASSENGER VESSEL ASSOC. | POST OFFICE BOX 88    KATICA KLASSIC MEMORIAL TOURNAMENT @ THE |
| 7902164 | PAUL SCHNEIDER | 2900 S. QUINCY ST, SUITE 210    ARLINGTON, VA 22206 |
| 7902165 | PAXTON COMPANY | 1111 INGLESIDE ROAD    NORFOLK, VA 23502 |
| 7902166 | PC CONNECTION SALES OF MASSACHUSETTS, INC. | P.O. BOX 536472 PITTSBURGH, PA 15253 |
| 7902167 | PEERLESS | 101 CHARLES STREET    SUITE 302    LA PLATA, MD 20646 |
| 7902169 | PEERLESS TECH SOLUTIONS LLC | 101 E CHARLES STREET    SUITE 302    LA PLATA, MD 20646 |
| 7902170 | PHILLY SHIPYARD | 2100 KITTY HAWK AVE.    PHILADELPHIA, PA 19112 |
| 7902171 | PINE ENVIRONMENTAL | P.O. BOX 943 HIGHTSTOWN, NJ 08520 |
| 7902172 | PITNEY BOWES | P.O. BOX 371887    GLOBAL FINANCIAL SERVICES LLC PITTSBURGH |
| 7902173 | POOLE, JUDY | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902175 | PRICE, GREGORY | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902176 | PROACTIVE ENVIRONMENTAL PRODUCTS LLC | 1767 LAKEWOOD    #113    BRADENTON, FL 34211 |
| 7902177 | PROVIDENT LIFE & ACCIDENT INSURANCE COMP | P.O. BOX 740592 ATLANTA, GA 30374 |
| 7902178 | PYROGENESIS CANADA INC. | 1744 WILLIAM STREET, SUITE 200 MONTREAL,    CANADA |
| 7902180 | QINETIQ LTD. | 5900 FORT DRIVE    SUITE 312    CENTREVILLE, VA 20121 |
| 7902182 | RAFALOVICH, BRENT | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902183 | RAMSEY, ANNE | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |
| 7902184 | RAOELISON, FITIA | 2900 S QUINCY ST. SUITE 210    ARLINGTON, VA 22206 |

```
7902185    REDDICK, AUGUST 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902186    REED INTEGRATION, INC. 7007 HARBOUR VIEW BLVD SUIT        SUFFOLK, VA 23435
7902187    REGAN, ROCKFORD 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902188    REID, LUKE      2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902189    REID, RICHARD 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902190    RESIO, ALEXANDER 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902191    RESPER, JOSEPH 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902192    RHODA, ANTHONY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902193    RHODE ISLAND DIVISION TAXATION PO BOX 9702        PROVIDENCE, RI 02940
7902194    RICKY COX       2900 S. QUINCY ST, SUITE 210       ARLINGTON, VA 22206
7902195    RINE, CLAUDE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902196    RITA CHAUNDY        2900 S. QUINCY ST, SUITE 210       ARLINGTON, VA 22206
7902197    ROBERT HALF TALENT 1401 I STREET NM SUITE 400        WASHINGTON, DC 20005
7902198    ROBERT HALF TALENT SOLUTIONS 1401 I STREET NM        SUITE 400        WASHINGTON, DC 20005
7902199    ROGERS, LEWIS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902200    ROHLAND, JAMES 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902201    ROY, MICHAEL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902202    RUBINO & MCGEEHIN 6903 ROCKLEDGE DRIVE        SUITE 1200       BETHESDA, MD 20817
7902203    RYAN, DANIEL 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902204    RYAN, TERESA 24928 PEARMAIN CT.        ALDIE, VA 20105
7902205    SAFE BOATS INT'L        8800 SW BARNEY WHITE ROAD BREMERTON, WA
7902206    SAI GLOBAL       PO BOX 74007503        LOCKBOX #007503        CHICAGO, IL 60674
7902207    SANDBOX FINANCIAL PARTNERS 6903 ROCKLEDGE DRIVE        SUITE 300       BETHESDA, MD 20817
7902208    SARAU, KURT       2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902209    SCHANZLE, DAVID 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902210    SCHNEIDER, JOSHUA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902211    SD MODEL MAKERS 4114 TIERRA VISTA       BONSALL, CA 92003
7902212    SEASPAN VANCOUVER SHIPYARDS 50 PEMBERTON AVENUE        NORTH VANCOUVER, BC V7P 2R2 CANADA
7902214    SENODA INC       1300 PENNSYLVANIA AVENUE NW SUITE 700        WASHINGTON, DC 20004
7902215    SHEA, JEFFREY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902217    SHINGLEDECKER, LUKE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902218    SHIPBUILDERS COUNCIL OF AMERICA         20 F STREET, NW SUITE 500        WASHINGTON, DC 20001
7902220    SHIRLINGTON TOWER        P.O. BOX 70392 NEWARK, NJ 07101
7902221    SHIRLINGTON TOWER PROPERTY OWNER LLC        P.O. BOX 70392 NEWARK, NJ 07101
7902222    SHOCKWAVE MARINE SUSPENSION SEATING 2074 HENRY AVE        SYDNEY, BC V8L 5Y1 CANADA
7902223    SILVIS, SHAWN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902224    SIUZDAK, JESSICA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902225    SIX MILE CONTRACTORS 171 W DOVER        HATFIELD, AR 71945
7902226    SKVARLA, KAI 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902227    SMITH, LATASHA 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902228    SOLAR ENERGY SERVICES, INC 1514 JABEZ RUN        STE 103       MILLERSVILLE, MD 21108
7902229    SPAR       927 WEST STREET        ANNAPOLIS, MD 21401
7902230    SPECTRUM FINANCIAL SERVIC 8614 WESTWOOD CENTER DRI        VIENNA, VA 22182
7902231    SPECTRUM FINANCIAL SERVICES 8614 WESTWOOD CENTER D        VIENNA, VA 22182
7902232    SPITTLEMEISTER, ALLAN 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902233    SPROUSE, DENNIS 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902234    SSPA       CHALMERS TVARGATA 10       GOTEBORG SE−400 22 SWEDEN
7902236    STANHOUSE, JIMMIE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902237    STATE OF ALASKA, DEPT OF TRANS. AND PUBL ALASKA MA        6860 GLACIER HIGHWAY        PO BOX 112506       JUNEAU, AK 99811
7902238    STEPHEN, KATHERINE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902239    STI TECHNOLOGIES, INC. 201 S. DENVER AVE. SUITE 30        TULSA, OK 74103
7902240    STROM ENGINEERING OF FLORIDA, INC. 26852 TANIC DRI        SUITE 101       WESLEY CHAPEL, FL 33544
7902241    STROM WORLDWIDE 26852 TANIC DRIVE        SUITE 101       WESLEY CHAPEL, FL 33544
7902242    STUCKEY, CHRISTOPHER 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902243    SULLIVAN, LUKE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902244    SUMMIT 7 SYSTEMS       2 PARADE STREET        HUNTVILLE, AL 35806
7902245    SURFACE FORCES LOGISTICS CENTER CPD−3 SHARED SERVI        2401 HAWKINS POINT ROAD        BALTIMORE, MD 21
7902247    TECHNIPOWER       1080 HOLCOMB BRIDGE ROAD BLDG 100 SUITE        ROSWELL, GA 30076
7902248    TEDDER JR, BOBBY 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902249    TENNESSEE DEPT OF REVENUE 500 DEADERICK STREET        NASHVILLE, TN 37242
7902250    TERMINAL SUPPLY CO 1800 THUNDERBIRD DRIVE        TROY, MI 48084
7902251    TESSA ELLIOTT 2510 PEMBROKE CT        WOODBRIDGE, VA 22192
7902252    TEUFEL, ADAM 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902253    THE AMERICAN EQUITY UNDERWRITERS, INC. 11 NORTH WA        MOBILE, AL 36602
7902254    THOMAS, NATALIE 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902255    TILICKI, EASTON 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902257    TOLULOPE AKINGBADE 8250 GEORGIA AVE        APT 1405       SILVER SPRING, MD 20910
7902258    TOWNS, JAMES 2900 S QUINCY ST. SUITE 210        ARLINGTON, VA 22206
7902260    TRIDENT MARITIME SYSTEMS 2840 LAUSAT ST.        METAIRIE, LA 70001
```

| | | |
|---|---|---|
| 7902259 | TRIDENT MARITIME SYSTEMS 2840 LAUSAT STREET | RAACI DIVISION METAIRIE, LA 70001 |
| 7902261 | TRIDENTIS, LLC 1199 N FAIRFAX    SUITE 410 | ALEXANDRIA, VA 22314 |
| 7902262 | TURZEWSKI, RYAN 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902263 | TWANMOH, DARREN 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902264 | ULINE    P.O. BOX 88741 ACCOUNTS RECEIVABLE CHICA | |
| 7902265 | UNISENSE TUEAGER 1    8200 ARHUS N DENMARK | |
| 7902266 | UNISON MARKETPLACE, INC. 8500 LEESBURG PIKE    SUITE 602 | VIENNA, VA 22182 |
| 7902267 | UNISON SYSTEMS, INC. 6130 GREENWOOD PLAZA BLVD SUI | GREENWOOD, CO 80111 |
| 7902268 | UNITED RENTALS (NORTH AMERICA), INC. PO BOX 100711 | ATLANTA, GA 30384 |
| 7902269 | UNIVERSAL PREMIUM    P.O. BOX 70995 CHARLOTTE, NC 28272 | |
| 7902271 | USCG HEADQUARTERS (CG–912)    2703 MARTIN LUTHER KING JR. AVE SE WASHI | |
| 7902272 | USCG HEADQUARTERS (CG–9121)    2703 MARTIN LUTHER KING JR. AVE SE WASHI | |
| 7902273 | USCG SFLC ALAMEDA, TORBEN OHLSSON USCG SFLC BLDG, | ALAMEDA, CA 94501 |
| 7902274 | USCG SFLC DPD SSP ISVS 707 E. ORDNANCE RD. SUITE 4 | BALTIMORE, MD 21226 |
| 7902275 | USCG SFLC NORFOLK / BALTIMORE 300 EAST MAIN STREET | NORFOLK, VA 23510 |
| 7902276 | USDA ARS NEA AAO ACQ 10300 BALTIMORE AVE    BLDG 003, RM 223, BARC–WEST    BELTSVILLE, MD 20705 | |
| 7902277 | USDA ARS NEA AAO ACQ 10300 BALTIMORE AVE    BLDG 003, RM 231, BARC–WEST    BELTSVILLE, MD 20705 | |
| 7902278 | USDA FOREST SERVICE SOUTHERN REGION 1720 PEACHTREE    STE 876S | ATLANTA, GA 30309 |
| 7902279 | USDA–FS CSA EAST 6 1720 PEACHTREE ST NW STE 876S | ATLANTA, GA 30309 |
| 7902280 | VALIANT GOBAL DEFENSE SERVICES, INC. 13880 DULLES    SUITE 100    HERNDON, VA 00020–1771 | |
| 7902281 | VAN NAME, JOHN 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902282 | VANDALL, JEFFREY 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902283 | VECTOR CSP    101 MILL END COURT SUITE C | ELIZABETH CITY, NC 27909 |
| 7902284 | VERBAN, GARY 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902285 | VERIZON    P.O. BOX 25505    LEHIGH VALLEY, PA 18002 | |
| 7902286 | VICTORIA DLUGOKECKI 746 ROOSEVELT ST | FRANKLIN SQUARE, NY 11010 |
| 7902287 | VIGOR WORKS LLC    5555 N. CHANNEL AVENUE BUILDING NO. 71    PORTLAND, OR 97217 | |
| 7902288 | VIGUS, STEVE 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902289 | VISION BUSINESS PRODUCTS    P.O. BOX 643897 PITTSBURGH, PA 15264 | |
| 7902290 | VORST, ERIC    2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902293 | WALDMAN, MITCH    NO ADDRESS ON FILE | |
| 7902294 | WASTE MANAGEMENT    P.O. BOX 13648    KING GEORGE LANDFILL PHILADELPHIA, PA 19 | |
| 7902295 | WATERRA USA INC PO BOX 576    PESHASTIN, WA 98847 | |
| 7902296 | WATKINS, RICHARD 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902297 | WEDEKIND, MADELINE 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902299 | WESTERN BRANCH DIESEL    P.O. BOX 7788 PORTSMOUTH, VA 23707 | |
| 7902300 | WHEELAN, MARTIN 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902301 | WHITLOW, RANDY    3212 NW 61ST TERRACE OKLAHOMA CITY, OK 7 | |
| 7902302 | WHITMAN, EMILY 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902303 | WILKINSON, MARION 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902304 | WILLIAM B. HALE 1239 TIESTE DR    SAN DIEGO, CA 92107 | |
| 7902305 | WILLIAMS, BRYAN 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902306 | WILMERHALE    1875 PENNSYLVANIA AVENUE NW WASHINGTON, | |
| 7902307 | WILSON, ISAAC 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902308 | WILTON, MICHAEL 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902309 | WINES, DYLAN 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902310 | WISCONSIN DEPT OF REVENUE    P.O. BOX 8908 MADISON, WI 53708 | |
| 7902311 | WORKBOAT    PO BOX 360033    BOSTON, MA 02241 | |
| 7902312 | WORKBOAT MAGAZINE    P.O. BOX 360033 BOSTON, MA 02241 | |
| 7902314 | WYMAN, JEROD 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902315 | WYSENSKI, MATTHEW 2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902316 | XCEPTIONAL WILDLIFE REMOVAL 208 HUDGINS RD | FREDERICKSBURG, VA 22408 |
| 7902317 | YANG, LIN    8235 SILVERLINE DRIVE FAIRFAX STATION, V | |
| 7902318 | ZARKO, AJA    2900 S QUINCY ST. SUITE 210 | ARLINGTON, VA 22206 |
| 7902319 | ZIMMERMAN ASSOCIATES, INC 10600 ARROWHEAD DRIVE    SUITE 325    FAIRFAX, VA 22030 | |
| 7902320 | ZOHO CORP    4141 HACIENDA DRIVE    PLEASANTON, CA 94588 | |

TOTAL: 431