| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | BMT Designers & Planners, Inc.<br>Name | EIN: | 13–5620740 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: | 7   2/1/22 |
| Case number: | 22–10123–mg | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | BMT Designers & Planners, Inc. | |
| 2. | **All other names used in the last 8 years** | fdba BMT D&P, fdba BMT, fdba BMT DAS US | |
| 3. | **Address** | 2900 S. Quincy St.,<br>Ste. 210<br>Arlington, VA 22206 | |
| 4. | **Debtor's attorney**<br>Name and address | Bennett Scott Silverberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Contact phone 2122094924<br>Email: bsilverberg@brownrudnick.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Salvatore LaMonica<br>LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793 | Contact phone (516) 826–6500<br>Email: sl@lhmlawfirm.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 212–668–2870<br>Date: 2/2/22 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 24, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Teleconference *ONLY*, Contact Trustee (see Trustee Section), for direction** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-10123-mg |
| BMT Designers & Planners, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 9 |
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BMT Designers & Planners, Inc., 2900 S. Quincy St.,, Ste. 210, Arlington, VA 22206-9907 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| 7901854 | + | ABB INC., 11600 MIRAMAR PARKWAY, SUITE 100, MIRAMAR, FL 33025-5806 |
| 7901855 | | ABS CORPORATE, 1701 CITY PLAZA DRIVE SPRING, TX 77389 |
| 7901856 | + | ACQUISITION LOGISTICS ENG 6797 NORTH HIGH STREET S, WORTHINGTON, OH 43085-2533 |
| 7901857 | | ACQUISITION LOGISTICS ENGINEERING (ALE) 6797 NORTH, SUITE 324, WORTHINGTON, OH 43085 |
| 7901858 | + | ADOBE SYSTEMS INC. 29322 NETWORK PLACE, CHICAGO, IL 60673-1293 |
| 7901859 | | ADP SCREENING & SELECTION, P.O. BOX 645117 CINCINNATI, OH 45264 |
| 7901860 | | ADP, INC., P.O. BOX 9001006 LOUISVILLE, KY 40290 |
| 7901861 | + | ADVANCED MACHINE AND TOOLING INC 5725 ARROWHEAD DR, VIRGINIA BEACH, VA 23462-3218 |
| 7901864 | | AFFINITY POWER SYSTEMS, P.O. BOX 0498 HOUSTON, TX 77001 |
| 7901865 | | ALABAMA DEPT OF REVENUE, P.O. BOX 327320 MONTGOMERY, AL 36132 |
| 7901866 | + | ALDERSON, KEITH 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901867 | + | ALEXANDER, KIM 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901868 | + | ALLEN, CHRISTINA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901870 | | ALS GROUP, P.O. BOX 975444 DALLAS, TX 75397 |
| 7901871 | | ALYTIC, INC., 7206 KITCHEN DRIVE KING GEORGE, VA 22485 |
| 7901872 | | AMENTUM SERVICES INC 100 SOUTH CREST DRIVE ATTN: L, STOCKBRIDGE, GA 30281 |
| 7901873 | | AMERICAN EXPRESS, P.O. BOX 1270 NEWARK, NJ 07101 |
| 7901874 | + | AMERICAN SOCIETY OF NAVAL ENGINEERS 1452 DUKE STRE, ALEXANDRIA, VA 22314-3403 |
| 7901875 | + | AMES, BENJAMIN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901876 | + | ANDRESEN, NEIL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901879 | + | ARAMARK REFRESHMENT, P.O. BOX 21971, NEW YORK, NY 10087-0001 |
| 7901880 | + | ARGUETA, JAMIE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901881 | + | ARLINGTON COUNTY TREASURER PO BOX 1754, MERRIFIELD, VA 22116-1754 |
| 7901885 | + | AUSTAL USA 195 DUNLAP DR, MOBILE, AL 36602-8004 |
| 7901886 | + | BABER, GREGORY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901887 | + | BAE SYSTEMS REDLAND CORP CENTER, 520 GAITHER RD, SUITE 1000, ROCKVILLE, MD 20850-6198 |
| 7901888 | + | BALL, STEPHEN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901889 | + | BANEGAS, MARLON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901890 | + | BAY DISPOSAL, LLC PO BOX 535233, PITTSBURGH, PA 15253-5233 |
| 7901892 | | BERKELEY RESEARCH GROUP, P.O. BOX 676158 DALLAS, TX 75267 |
| 7901894 | + | BERNSTEIN, ROBERT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901895 | + | BLOOMBERG GOVERNMENT PO BOX 419841, BGOV LLC, BOSTON, MA 02241-0001 |
| 7901896 | + | BLOUNT BOATS INC. 461 WATER ST., WARREN, RI 02885-3929 |
| 7901897 | | BMT CANADA LTD. 311 LEGGET DRIVE, OTTOWA, ON K2K 1Z8 CANADA |
| 7901898 | + | BMT COMMERCIAL USA, INC. 6639 THEALL ROAD, HOUSTON, TX 77066-1213 |
| 7901899 | | BMT DAS UK, BERKLEY HOUSE, THE SQUARE LOWER BRISTOL, BATH BA2 3BH, UK |
| 7901900 | | BMT DEFENCE AND SECURITY UK LTD MARITIME HOUSE, 210 LOWER BRISTOL ROAD BATH BA2 3DQ UK |
| 7901901 | | BMT GROUP LTD 1 PARK ROAD, TEDDIGNTON TW11 OAP UNITED KINGDOM |
| 7901902 | + | BMT INTERNATIONAL, INC. 6639 THEALL ROAD, HOUSTON, TX 77066-1213 |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 2 of 9 |
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

```
7901903            BMT UK LTD, SHAMROCK QUAY, WILLIAM STREET BUILDING 1, SOUTHAMPTON SO14 5QL UK
7901904         +  BONE, JASON, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901905         +  BOURDIER, BENJAMIN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901906         +  BOYD, RYAN, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901907         +  BRADLEY, KATIE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901908         +  BREIDERT, JOSHUA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901909         +  BUCKLEY, MICHAEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901910         +  BUILT TO SCALE LLC 19423 STATE HIGHWAY 59, SUMMERDALE, AL 36580-3074
7901911         +  BURNETT, ALBERT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901912         +  BUSINESS NETWORK FOR OFFSHORE WIND 1701 NORTH GAY, BALTIMORE, MD 21213-2523
7901913         +  BUTLER, JESSICA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901914         +  BUTLER, SEAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901915         +  C&M INDUSTRIES INC 121 REPUBLIC ROAD, CHESAPEAKE, VA 23324-1049
7901916            CADD MICROSYSTEMS, INC. 6361 WALKER LANE, SUITE 400, ALEXANDRIA, VA 22310
7901917            CALHOON MEBA ENGINEERING SCHOOL 20750 ST. MICHAELS, EASTPM, MD 21601
7901918         +  CALL TOWER, INC. DEPT LA 23615, PASADENA, CA 91185-0001
7901919         +  CAPITOL DOCUMENT SOLUTION 12115 PARKLAWN DRIVE SUI, ROCKVILLE, MD 20852-1730
7901920         +  CARTER III, JAMES 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901922         +  CHARLES ZIGELMAN 10621 GARDEN WAY, SPRING VALLEY, CA 91978-1111
7901923         +  CHAUVIN, BEN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901924         +  CHIANG, JAMES 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901926         +  CINTAS CORPORATION #391, PO BOX 630803, CINCINNATI, OH 45263-0803
7901927            CISCO, 170 WEST TASMAN DRIVE SAN JOSE, CA 95134
7901928         +  CLAUS, MARISSA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901929         +  COAKLEY IV, EDWARD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901930            COGENT COMMUNICATIONS INC, P.O. BOX 791087 BALTIMORE, MD 21279
7901931         +  COLLETTE, VINCENT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901932         +  COLLINS, RON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901934         +  CONDE, CONSUELO 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901935         +  CONLEY AND ASSOCIATES 930 KEHRS MILL ROAD SUITE 31, BALLWIN, MO 63011-2462
7901936            CONLEY AND ASSOCIATES INC 930 KEHRS MILL ROAD, SUITE 319, BALLWIN, MO 63011
7901937            CONNECTION PO BOX 536472, PITTSBURGH, PA 15253
7901938         +  CONNECTWISE 99 HIGH STREET, 31ST FLOOR BOSTON, MA 02110-2320
7901939         +  CONRAD, DOMINIQUE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901940         +  COOPER, SETH 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901941         +  COREY, ROBERT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901942         +  CRANDOL, JASON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901943            CREATIVE FINANCIAL STAFFING LLC, P.O. BOX 95111 CHICAGO, IL 60694
7901945         +  CRYER, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901946         +  CT CORPORATION PO BOX 4349, CAROL STREAM, IL 60197-4349
7901947         +  CUMMINS ATLANTIC 3729 HOLLAND BLVD, CHESAPEAKE, VA 23323-1516
7901948         +  CUNNANE, JOHN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901949            CYBERSHEATH SERVICES INTERNATIONAL LLC 11710 PLAZA, RESTON, VA 20190
7901950         +  CYBRIANT, 11175 CICERO DRIVE, STE 100, ALPHARETTA, GA 30022-1179
7901951         +  DATA RESEARCH GROUP 233 EAST DAVIS STREET SUITE 40, CULPEPER, VA 22701-3297
7901952         +  DAUTERMAN, KIMBERLY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901953         +  DAVID BARDASH, 2900 S. QUINCY ST, SUITE 210, ARLINGTON, VA 22206-9907
7901954         +  DAVIS, FLEET 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901955         +  DAVIS, THOMAS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901956         +  DCMA MANASSAS, 14501 GEORGE CARTER WAY, 2ND FLOOR CHANTILLY, VA 20151-1787
7901957            DE LAGE LANDEN, P.O. BOX 41602 PHILADELPHIA, PA 19101
7901959         +  DEBLOIS, ALEXANDRE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901960            DELAWARE EMPLOYMENT TRAINING FUND (DETF), P.O. BOX 9953 WILMINGTON, DE 19809
7901961         +  DELL MARKETING L.P., P.O. BOX 643561, C.O DELL USA L.P. PITTSBURGH, PA 15264-3561
7901962         +  DELTEK SYSTEMS, INC., P.O. BOX, BALTIMORE, MD 21275-0001
7901963         +  DELUXE FOR BUSINESS, P.O. BOX 4656, CAROL STREAM, IL 60197-4656
7901964         +  DEWITT, MCCAULEY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901965         +  DONEGAN, DOUGLAS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901966         +  DONOVAN, JOANNE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
7901970         +  EAST PARTNERSHIP 9115 WHISPERING DRIVE, TOANO, VA 23168-8934
7901971         +  ECAD, INC., PO BOX 51507, MIDLAND, TX 79710-1507
7901972            EDR, P.O. BOX 414176 BOSTON, MA 02241
7901975         +  EMBRACK, RAULSTON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907
```

22-10123-mg    Doc 7    Filed 02/04/22    Entered 02/05/22 00:08:07    Imaged Certificate of Notice    Pg 4 of 10

| District/off: 0208-1 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

| | | |
|---|---|---|
| 7901976 | + | EMRICH, BRIAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901977 | #+ | EMSL ANALYTICAL, 10768 BALTIMORE AVENUE, BELTSVILLE, MD 20705-2140 |
| 7901978 | + | ENRIGHT, JILL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901979 | | EON PRODUCTS, P.O. BOX 443 SNELLVILLE, GA 30078 |
| 7901980 | + | ERWIN, ENID, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901981 | + | EUROFINS, P.O. BOX 11407 DEPT #220, BIRMINGHAM, AL 35246-3059 |
| 7901982 | + | EUROFINS LANCASTER LABORATORIES, P.O. BOX 11407 DEPT #220, BIRMINGHAM, AL 35246-3059 |
| 7901983 | + | EVANS, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901984 | + | EVANS, THOMAS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901985 | + | EWING, COURTNEY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901988 | + | FALCON, CHRISTOPHER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901989 | | FASTENAL COMPANY, P.O. BOX 978 WINONA, MN 55987 |
| 7901990 | | FDOT, TOLL-BY-PLATE PO BOX 105477, ATLANTA, GA 30348 |
| 7901991 | | FEDERAL EXPRESS CORP, P.O. BOX 371461 PITTSBURGH, PA 15250 |
| 7901992 | + | FERGUSON ENTERPRISES #2020 4501 HOLLINS FERRY ROAD, BALTIMORE, MD 21227-4618 |
| 7901993 | | FINCANTIERI MARINE GROUP 55 M STREET SE, SUITE 910, WASHINGTON, DC 20003 |
| 7901994 | | FINCANTIERI MARINE GROUP, LLC 55 M ST. SE, SUITE 910, WASHINGTON, DC 20003 |
| 7901995 | + | FLATOW, STUART 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901997 | + | FLORIA, LORIEN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7901998 | | FLUET HUBER & HOANG PLLC 1751 PINNACLE DRIVE, SUITE 1000, TYSONS CORNER, VA 21102 |
| 7901999 | + | FONG, SIMON, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902000 | + | FORSLUND, WILLIAM 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902002 | + | FURE, PO BOX 543, HAYMARKET, VA 20168-0543 |
| 7902003 | + | GAFFNEY, MICHAEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902004 | + | GAUTHIER, DARLENE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902006 | + | GENERAL DYNAMICS NASSCO PO BOX 85278, SAN DIEGO, CA 92186-5278 |
| 7902007 | + | GENESIS STAFFING 3517 LAUGHLIN DRIVE, MOBILE, AL 36693-5661 |
| 7902008 | + | GEOPROBE SYSTEMS 1835 WALL STREET, SALINA, KS 67401-1736 |
| 7902010 | + | GEROLD, RICHARD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902011 | + | GHANNAM, PATRICIA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902012 | + | GIBSON, MICHAEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902016 | + | GONZALEZ RAMOS, SAMUEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902018 | + | GRAINGER, DEPT 866598196, PALATINE, IL 60038-0001 |
| 7902019 | + | GRANT, RICHARD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902020 | + | GRAVES, ALBERT V. 17857 TOBERMORY PLACE, LEESBURG, VA 20175-7057 |
| 7902021 | + | GREEN, DANIEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902022 | + | GROFF, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902023 | | GSA/FAS/QVOCE, 77 FORSYTHE ST SW ATLANTA, GA 30303 |
| 7902024 | | GUERNSEY OFFICE PRODUCTS, P.O. BOX 10846 CHANTILLY, VA 20153 |
| 7902025 | + | GURNIK, THOMAS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902026 | + | GUTKOWSKI, KEITH 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902027 | + | HACKEL, RYAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902028 | + | HAIK, JASON, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902029 | + | HALAND, MAXIMILIAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902030 | | HAMPTON RUBBER, P.O. BOX 1393 HAMPTON, VA 23661 |
| 7902031 | + | HAN, JAE, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902036 | + | HII FLEET SUPPORT GROUP LLC 5701 CLEVELAND STREET, VA BEACH, VA 23462-1788 |
| 7902037 | + | HOBBS, DAVID 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902038 | + | HOGAN, CREIGHTON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902039 | + | HOLCOMBE, ALBERT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902040 | + | HOLLINGSWORTH, JOHN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902041 | + | HR UNLIMITED, INC., P.O. BOX 8624, FOUNTAIN VALLEY, CA 92728-8624 |
| 7902042 | + | HRISHIKESH, RAJIV 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902043 | + | HUNTINGTON INGALLS INC. 1000 ACCESS RD., PO BOX 149, PASCAGULA, MI 39568-0149 |
| 7902044 | + | HUNTRESS, ASHLEY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902045 | + | HURST, ADAM, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902046 | + | HYDROCOMP INC, 15 NEWMARKET ROAD, SUITE 2, DURHAM, NH 03824-2815 |
| 7902047 | + | IDZENGA, JUSTIN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902049 | + | INFOTEK CONSULTING LLC 11654 PLAZA AMERICA DRIVE S, RESTON, VA 20190-4700 |
| 7902050 | + | INGET, RONALD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902051 | | INSIGHT TECHNOLOGY SOLUTIONS, INC. 17251 MELFORD B, SUITE 100, BOWIE, MD 20715 |
| 7902052 | | INTERNATIONAL WORKBOAT SHOW, P.O. BOX 79365 BALTIMORE, MD 21279 |
| 7902053 | + | ITA INTERNATIONAL, LLC 700 TECH CENTER PARKWAY SUI, NEWPORT NEWS, VA 23606-3075 |

22-10123-mg   Doc 7   Filed 02/04/22   Entered 02/05/22 00:08:07   Imaged Certificate of Notice   Pg 5 of 10

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 4 of 9 |
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

| | | |
|---|---|---|
| 7902054 | + | IVANOV, IVAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902055 | + | JACKSON, MELISSA 3711 CAMPBELL ROAD, CHESAPEAKE, VA 23322-7796 |
| 7902056 | + | JACOBSON, JASON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902059 | + | JAMES HULL 510 CORAL AVE, CAPE MAY POINT, NJ 08212-3037 |
| 7902060 | + | JEFFERSON, JASON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902061 | + | JESSUP, CURTIS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902062 | + | JK MOVING SERVICES 44112 MERCURE CIRCLE, STERLING, VA 20166-2084 |
| 7902063 | + | JOHN MERCALDO 21 WATERS EDGE, MARSTON MILLS, MA 02648-1430 |
| 7902065 | + | JOHNSON, JOHN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902066 | + | JOHNSON, RONALD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902067 | + | JONES, CARLTON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902068 | + | JONES, STEVEN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902069 | | KASTLE SYSTEMS, P.O. BOX 75151 BALTIMORE, MD 21275 |
| 7902071 | + | KEIPE, JEFFREY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902072 | | KELLY, P.O. BOX 418926 BOSTON, MA 02241 |
| 7902073 | + | KEYS, ROBERT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902074 | + | KINDIG, DAVID 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902075 | + | KIRBY, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902076 | + | KIRBY, NATHAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902077 | | KITSAP TRANSIT 60 WASHINGTON AVE, STE. 200, BREMERTON, WA 98337 |
| 7902078 | + | KULSA III, STANLEY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902079 | + | KUMAR, AJOY, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902080 | + | KURTZHALS, CHRISTOPHER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902082 | | L3 MARITIME SYSTEMS 90 NEMCO WAY, AYER, MA 01432 |
| 7902083 | + | LARSON, JOSHUA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902084 | + | LEAL, JULIAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902085 | + | LEWIS, KRISTIN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902086 | + | LIEB, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902088 | + | LINDE GAS & EQUIPMENT INC PO BOX 382000, PITTSBURGH, PA 15250-0001 |
| 7902089 | + | LINE, TIMOTHY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902090 | + | LINER, BRANDON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902091 | + | LOCKWOOD, STEPHANIE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902092 | + | LORENZETTI, JASON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902094 | + | MACK, ALEXANDER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902096 | | MAKI NAVAL ARCHITECTURE & MARINE RESEARC 907 BERKS, ANN ARBOR, MI 48104 |
| 7902098 | + | MARCANTONIO, RAYMOND 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902099 | | MARE ISLAND DRY DOCK LLC 1179 NIMITZ AVE, VALLEJO, CA 94592 |
| 7902101 | #+ | MARIN USA, 4203 MONTROSE BLVD, SUITE 460, HOUSTON, TX 77006-5474 |
| 7902102 | + | MARINE GROUP BOAT WORKS 997 G STREET, CHULA VISTA, CA 91910-3414 |
| 7902104 | + | MARINE MEASUREMENTS, LLC. 19 LOYOLA TERRACE, NEWPORT, RI 02840-2344 |
| 7902105 | + | MARINE SYSTEMS CORP. 23 DRY DOCK AVENUE SUITE 620W, BOSTON, MA 02210-2336 |
| 7902106 | + | MARINE/LOG BOX 29785, GPO, NEW YORK, NY 10087-0001 |
| 7902107 | + | MARINO, CHARLES 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902108 | + | MARITIME REPORTER 60 HERRMANN LANE, EASTON, CT 06612-1048 |
| 7902109 | + | MARTEL, KIRSTEN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902110 | | MARTIN DEFENSE GROUP LLC 10 FREE STREET, FLOOR 2, PORTLAND, ME 04101 |
| 7902111 | + | MARTIN, CHRISTOPHER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902112 | + | MARYLAND TRANSPORTATION AUTHORITY PO BOX 12853, PHILADELPHIA, PA 19176-0853 |
| 7902113 | | MASS. DEPT. OF REVENUE, P.O. BOX 7005 BOSTON, MA 02204 |
| 7902114 | + | MATHEW LLOYD, 2537 BIRKENHEAD DRIVE, CHARLESTON, SC 29414-5444 |
| 7902115 | + | MATTHEW P. TEDESCO 1900 ALASKAN WAY #313, SEATTLE, WA 98101-1067 |
| 7902116 | + | MAXEMCHUK, AMANDA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902117 | + | MCCABE, SHANE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902118 | + | MCGRAW, PETER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902119 | + | MCLAURIN, TIHITENA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902120 | | MCMASTER-CARR SUPPLY CO., P.O. BOX 7690 CHICAGO, IL 60680 |
| 7902121 | + | MICKEL, JOSHUA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902122 | + | MICROBIALINSIGHTS 10515 RESEARCH DRIVE, KNOXVILLE, TN 37932-2536 |
| 7902123 | | MICROSOFT, 15010 NE 36TH STREET REDMOND, WA 98052 |
| 7902124 | | MILES & STOCKBRIDGE, P.O. BOX 746592 ATLANTA, GA 30374 |
| 7902125 | + | MINA, KEVIN, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902126 | + | MONTANA DEPT OF REVENUE PO BOX 8021, HELENA, MT 59604-8021 |
| 7902127 | | MOORE & ASSOCIATES 4350 EAST-WEST HIGHWAY, SUITE 500, BETHESDA, MD 20814 |

22-10123-mg    Doc 7    Filed 02/04/22    Entered 02/05/22 00:08:07    Imaged Certificate of Notice    Pg 6 of 10

| District/off: 0208-1 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

| | | |
|---|---|---|
| 7902128 | + | MORAN, JAMES 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902129 | + | MORGAN, DAVID 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902130 | + | MORRIS DISTRIBUTING, INC. 628 LEE HIGHWAY, VERONA, VA 24482-2501 |
| 7902131 | + | MULLENHARD, PETER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902132 | + | NAIMAN, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902133 | + | NATIONAL DEFENSE INFORMATION 1050 CONNECTICUT AVEN, SHARING AND ANALYSIS CENTER (NDISAC) SUI, WASHINGTON, DC 20036-5303 |
| 7902135 | | NAVAL SEA SYSTEMS COMMAND (NAVSEA) 1333 ISAAC HULL, BLDG 197, WASHINGTON, DC 20376 |
| 7902136 | + | NAVIS, 911 LAKEVILLE ST., #302, PETALUMA, CA 94952-3329 |
| 7902137 | + | NEAL, SARA, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902138 | + | NECAISE, LAUREN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902139 | + | NEEDHAM, LIDIA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902140 | + | NEOSYSTEMS, 1861 INTERNATIONAL DRIVE, SUITE 200, TYSONS CORNER, VA 22102-4412 |
| 7902141 | + | NEW WAVE MEDIA, 118 EAST 25TH STREET, 2ND FLOOR, NEW YORK, NY 10010-2977 |
| 7902142 | | NEW YORK STATE CORP TAX PO BOX 15163, NYS DEPT OF TAXATION & FINANCE CORP-V, ALBANY, NY 12212 |
| 7902144 | + | NEWBY, JASON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902145 | + | NOAA SSAD, 1325 EAST WEST HIGHWAY SSMC2, RM 11323, SILVER SPRING, MD 20910-3280 |
| 7902146 | + | NOISE CONTROL ENG., INC. 85 RANGEWAY ROAD, BLDG 2, 2ND FLOOR BILLERICA, MA 01862-2105 |
| 7902147 | + | NORFOLK WIRE & ELECTRONIC PO BOX 890608, CHARLOTTE, NC 28289-0608 |
| 7902148 | | NORTHROP GRUMMAN, P.O. BOX 301321 DALLAS, TX 75303 |
| 7902150 | + | O'DONNELL, WILLIAM 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902151 | + | O'NEIL & ASSOCIATES 495 BYERS ROAD, MIAMISBURG, OH 45342-3798 |
| 7902152 | + | O'REILLY AUTO PARTS PO BOX 9464, SPRINGFIELD, MO 65801-9464 |
| 7902153 | + | OARD, MARTIN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902154 | + | OCEANEERING INT'L, INC. 7001 DORSEY ROAD, HANOVER, MD 21076-1553 |
| 7902155 | + | ODGERS & BERNDTSON, 1100 CONNECTICUT AVENUE NW SUITE 800, WASHINGTON, DC 20036-4115 |
| 7902156 | + | ODOM, JAMES, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902157 | | OFFICE DEPOT, P.O. BOX 88040 CHICAGO, IL 60680 |
| 7902158 | + | OLIVERI & TAMMADGE, LLC 1487 CHAIN BRIDGE ROAD SUI, MCLEAN, VA 22101-5723 |
| 7902160 | + | PACIFIC GUARDIAN LIFE BOX 47839, PO BOX 1300, HONOLULU, HI 96807-1300 |
| 7902161 | | PACIFIC WHALE FOUNDATION 300 MA'ALAEA ROAD, SUITE 211, WAILUKU, HI 96793 |
| 7902162 | + | PARKER + LYNCH, 8200 GREENSBORO DRIVE, SUITE 275, MCLEAN, VA 22102-4922 |
| 7902164 | + | PAUL SCHNEIDER, 2900 S. QUINCY ST, SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902165 | + | PAXTON COMPANY 1111 INGLESIDE ROAD, NORFOLK, VA 23502-5608 |
| 7902166 | | PC CONNECTION SALES OF MASSACHUSETTS, INC., P.O. BOX 536472 PITTSBURGH, PA 15253 |
| 7902167 | + | PEERLESS, 101 CHARLES STREET, SUITE 302, LA PLATA, MD 20646-4902 |
| 7902169 | | PEERLESS TECH SOLUTIONS LLC 101 E CHARLES STREET, SUITE 302, LA PLATA, MD 20646 |
| 7902170 | + | PHILLY SHIPYARD 2100 KITTY HAWK AVE., PHILADELPHIA, PA 19112-1808 |
| 7902171 | | PINE ENVIRONMENTAL, P.O. BOX 943 HIGHTSTOWN, NJ 08520 |
| 7902173 | + | POOLE, JUDY, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902175 | + | PRICE, GREGORY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902176 | | PROACTIVE ENVIRONMENTAL PRODUCTS LLC 1767 LAKEWOOD, #113, BRADENTON, FL 34211 |
| 7902177 | | PROVIDENT LIFE & ACCIDENT INSURANCE COMP, P.O. BOX 740592 ATLANTA, GA 30374 |
| 7902178 | | PYROGENESIS CANADA INC., 1744 WILLIAM STREET, SUITE 200 MONTREAL,, CANADA |
| 7902180 | | QINETIQ LTD. 5900 FORT DRIVE, SUITE 312, CENTREVILLE, VA 20121 |
| 7902182 | + | RAFALOVICH, BRENT 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902183 | + | RAMSEY, ANNE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902184 | + | RAOELISON, FITIA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902185 | + | REDDICK, AUGUST 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902186 | + | REED INTEGRATION, INC. 7007 HARBOUR VIEW BLVD SUIT, SUFFOLK, VA 23435-3657 |
| 7902187 | + | REGAN, ROCKFORD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902188 | + | REID, LUKE, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902189 | + | REID, RICHARD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902190 | + | RESIO, ALEXANDER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902191 | + | RESPER, JOSEPH 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902192 | + | RHODA, ANTHONY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902193 | + | RHODE ISLAND DIVISION TAXATION PO BOX 9702, PROVIDENCE, RI 02940-9702 |
| 7902194 | + | RICKY COX, 2900 S. QUINCY ST, SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902195 | + | RINE, CLAUDE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902196 | + | RITA CHAUNDY, 2900 S. QUINCY ST, SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902197 | + | ROBERT HALF TALENT 1401 I STREET NM SUITE 400, WASHINGTON, DC 20005-2252 |
| 7902198 | | ROBERT HALF TALENT SOLUTIONS 1401 I STREET NM, SUITE 400, WASHINGTON, DC 20005 |
| 7902199 | + | ROGERS, LEWIS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |

22-10123-mg    Doc 7    Filed 02/04/22    Entered 02/05/22 00:08:07    Imaged Certificate of Notice    Pg 7 of 10

| District/off: 0208-1 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

| | | |
|---|---|---|
| 7902200 | + | ROHLAND, JAMES 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902201 | + | ROY, MICHAEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902202 | | RUBINO & MCGEEHIN 6903 ROCKLEDGE DRIVE, SUITE 1200, BETHESDA, MD 20817 |
| 7902203 | + | RYAN, DANIEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902204 | + | RYAN, TERESA 24928 PEARMAIN CT., ALDIE, VA 20105-2691 |
| 7902206 | + | SAI GLOBAL, PO BOX 74007503, LOCKBOX #007503, CHICAGO, IL 60674-0001 |
| 7902207 | | SANDBOX FINANCIAL PARTNERS 6903 ROCKLEDGE DRIVE, SUITE 300, BETHESDA, MD 20817 |
| 7902208 | + | SARAU, KURT, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902209 | + | SCHANZLE, DAVID 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902210 | + | SCHNEIDER, JOSHUA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902211 | + | SD MODEL MAKERS 4114 TIERRA VISTA, BONSALL, CA 92003-4926 |
| 7902212 | | SEASPAN VANCOUVER SHIPYARDS 50 PEMBERTON AVENUE, NORTH VANCOUVER, BC V7P 2R2 CANADA |
| 7902214 | + | SENODA INC, 1300 PENNSYLVANIA AVENUE NW SUITE 700, WASHINGTON, DC 20004-3024 |
| 7902215 | + | SHEA, JEFFREY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902217 | + | SHINGLEDECKER, LUKE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902218 | + | SHIPBUILDERS COUNCIL OF AMERICA, 20 F STREET, NW SUITE 500, WASHINGTON, DC 20001-6703 |
| 7902220 | | SHIRLINGTON TOWER, P.O. BOX 70392 NEWARK, NJ 07101 |
| 7902221 | | SHIRLINGTON TOWER PROPERTY OWNER LLC, P.O. BOX 70392 NEWARK, NJ 07101 |
| 7902222 | | SHOCKWAVE MARINE SUSPENSION SEATING 2074 HENRY AVE, SYDNEY, BC V8L 5Y1 CANADA |
| 7902223 | + | SILVIS, SHAWN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902224 | + | SIUZDAK, JESSICA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902225 | | SIX MILE CONTRACTORS 171 W DOVER, HATFIELD, AR 71945 |
| 7902226 | + | SKVARLA, KAI 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902227 | + | SMITH, LATASHA 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902228 | | SOLAR ENERGY SERVICES, INC 1514 JABEZ RUN, STE 103, MILLERSVILLE, MD 21108 |
| 7902229 | + | SPAR, 927 WEST STREET, ANNAPOLIS, MD 21401-3646 |
| 7902230 | + | SPECTRUM FINANCIAL SERVIC 8614 WESTWOOD CENTER DRI, VIENNA, VA 22182-2442 |
| 7902231 | + | SPECTRUM FINANCIAL SERVICES 8614 WESTWOOD CENTER D, VIENNA, VA 22182-2442 |
| 7902232 | + | SPITTLEMEISTER, ALLAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902233 | + | SPROUSE, DENNIS 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902234 | | SSPA, CHALMERS TVARGATA 10, GOTEBORG SE-400 22 SWEDEN |
| 7902236 | + | STANHOUSE, JIMMIE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902237 | + | STATE OF ALASKA, DEPT OF TRANS. AND PUBL ALASKA MA, 6860 GLACIER HIGHWAY, PO BOX 112506, JUNEAU, AK 99811-2506 |
| 7902238 | + | STEPHEN, KATHERINE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902239 | + | STI TECHNOLOGIES, INC. 201 S. DENVER AVE. SUITE 30, TULSA, OK 74103-3229 |
| 7902240 | | STROM ENGINEERING OF FLORIDA, INC. 26852 TANIC DRI, SUITE 101, WESLEY CHAPEL, FL 33544 |
| 7902241 | | STROM WORLDWIDE 26852 TANIC DRIVE, SUITE 101, WESLEY CHAPEL, FL 33544 |
| 7902242 | + | STUCKEY, CHRISTOPHER 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902243 | + | SULLIVAN, LUKE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902244 | + | SUMMIT 7 SYSTEMS, 2 PARADE STREET, HUNTVILLE, AL 35806-4846 |
| 7902247 | + | TECHNIPOWER, 1080 HOLCOMB BRIDGE ROAD BLDG 100 SUITE, ROSWELL, GA 30076-6202 |
| 7902248 | + | TEDDER JR, BOBBY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902249 | + | TENNESSEE DEPT OF REVENUE 500 DEADERICK STREET, NASHVILLE, TN 37242-0001 |
| 7902250 | + | TERMINAL SUPPLY CO 1800 THUNDERBIRD DRIVE, TROY, MI 48084-5428 |
| 7902251 | + | TESSA ELLIOTT 2510 PEMBROKE CT, WOODBRIDGE, VA 22192-3713 |
| 7902252 | + | TEUFEL, ADAM 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902253 | | THE AMERICAN EQUITY UNDERWRITERS, INC. 11 NORTH WA, MOBILE, AL 36602 |
| 7902254 | + | THOMAS, NATALIE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902255 | + | TILICKI, EASTON 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902257 | | TOLULOPE AKINGBADE 8250 GEORGIA AVE, APT 1405, SILVER SPRING, MD 20910 |
| 7902258 | + | TOWNS, JAMES 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902260 | + | TRIDENT MARITIME SYSTEMS 2840 LAUSAT ST., METAIRIE, LA 70001-5950 |
| 7902259 | + | TRIDENT MARITIME SYSTEMS 2840 LAUSAT STREET, RAACI DIVISION METAIRIE, LA 70001-5950 |
| 7902261 | | TRIDENTIS, LLC 1199 N FAIRFAX, SUITE 410, ALEXANDRIA, VA 22314 |
| 7902262 | + | TURZEWSKI, RYAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902263 | + | TWANMOH, DARREN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902265 | | UNISENSE TUEAGER 1, 8200 ARHUS N DENMARK |
| 7902266 | | UNISON MARKETPLACE, INC. 8500 LEESBURG PIKE, SUITE 602, VIENNA, VA 22182 |
| 7902267 | + | UNISON SYSTEMS, INC. 6130 GREENWOOD PLAZA BLVD SUI, GREENWOOD, CO 80111-4810 |
| 7902268 | + | UNITED RENTALS (NORTH AMERICA), INC. PO BOX 100711, ATLANTA, GA 30384-0711 |
| 7902269 | | UNIVERSAL PREMIUM, P.O. BOX 70995 CHARLOTTE, NC 28272 |
| 7902273 | | USCG SFLC ALAMEDA, TORBEN OHLSSON USCG SFLC BLDG,, ALAMEDA, CA 94501 |

22-10123-mg    Doc 7    Filed 02/04/22    Entered 02/05/22 00:08:07    Imaged Certificate of Notice    Pg 8 of 10

| District/off: 0208-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

| | | |
|---|---|---|
| 7902274 | + | USCG SFLC DPD SSP ISVS 707 E. ORDNANCE RD. SUITE 4, BALTIMORE, MD 21226-1767 |
| 7902275 | + | USCG SFLC NORFOLK / BALTIMORE 300 EAST MAIN STREET, NORFOLK, VA 23510-1753 |
| 7902277 | | USDA ARS NEA AAO ACQ 10300 BALTIMORE AVE, BLDG 003, RM 231, BARC-WEST, BELTSVILLE, MD 20705 |
| 7902276 | | USDA ARS NEA AAO ACQ 10300 BALTIMORE AVE, BLDG 003, RM 223, BARC-WEST, BELTSVILLE, MD 20705 |
| 7902278 | | USDA FOREST SERVICE SOUTHERN REGION 1720 PEACHTREE, STE 876S, ATLANTA, GA 30309 |
| 7902279 | + | USDA-FS CSA EAST 6 1720 PEACHTREE ST NW STE 876S, ATLANTA, GA 30309-2449 |
| 7902280 | | VALIANT GOBAL DEFENSE SERVICES, INC. 13880 DULLES, SUITE 100, HERNDON, VA 00020-1771 |
| 7902281 | + | VAN NAME, JOHN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902282 | + | VANDALL, JEFFREY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902283 | + | VECTOR CSP, 101 MILL END COURT SUITE C, ELIZABETH CITY, NC 27909-8987 |
| 7902284 | + | VERBAN, GARY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902286 | + | VICTORIA DLUGOKECKI 746 ROOSEVELT ST, FRANKLIN SQUARE, NY 11010-3704 |
| 7902287 | + | VIGOR WORKS LLC, 5555 N. CHANNEL AVENUE BUILDING NO. 71, PORTLAND, OR 97217-7655 |
| 7902288 | + | VIGUS, STEVE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902289 | | VISION BUSINESS PRODUCTS, P.O. BOX 643897 PITTSBURGH, PA 15264 |
| 7902290 | + | VORST, ERIC, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902294 | | WASTE MANAGEMENT, P.O. BOX 13648, KING GEORGE LANDFILL PHILADELPHIA, PA 19 |
| 7902295 | + | WATERRA USA INC PO BOX 576, PESHASTIN, WA 98847-0576 |
| 7902296 | + | WATKINS, RICHARD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902297 | + | WEDEKIND, MADELINE 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902299 | | WESTERN BRANCH DIESEL, P.O. BOX 7788 PORTSMOUTH, VA 23707 |
| 7902300 | + | WHEELAN, MARTIN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902302 | + | WHITMAN, EMILY 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902303 | + | WILKINSON, MARION 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902304 | + | WILLIAM B. HALE 1239 TIESTE DR, SAN DIEGO, CA 92107-3958 |
| 7902305 | + | WILLIAMS, BRYAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902307 | + | WILSON, ISAAC 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902308 | + | WILTON, MICHAEL 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902309 | + | WINES, DYLAN 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902310 | | WISCONSIN DEPT OF REVENUE, P.O. BOX 8908 MADISON, WI 53708 |
| 7902311 | + | WORKBOAT, PO BOX 360033, BOSTON, MA 02241-0633 |
| 7902312 | | WORKBOAT MAGAZINE, P.O. BOX 360033 BOSTON, MA 02241 |
| 7902314 | + | WYMAN, JEROD 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902315 | + | WYSENSKI, MATTHEW 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902316 | + | XCEPTIONAL WILDLIFE REMOVAL 208 HUDGINS RD, FREDERICKSBURG, VA 22408-4119 |
| 7902318 | + | ZARKO, AJA, 2900 S QUINCY ST. SUITE 210, ARLINGTON, VA 22206-9907 |
| 7902319 | | ZIMMERMAN ASSOCIATES, INC 10600 ARROWHEAD DRIVE, SUITE 325, FAIRFAX, VA 22030 |
| 7902320 | + | ZOHO CORP, 4141 HACIENDA DRIVE, PLEASANTON, CA 94588-8566 |

TOTAL: 393

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: bsilverberg@brownrudnick.com | Feb 02 2022 19:41:00 | Bennett Scott Silverberg, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 |
| tr | + | EDI: QSLAMONICA.COM | Feb 03 2022 00:43:00 | Salvatore LaMonica, LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, NY 11793-2028 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 02 2022 19:41:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Feb 02 2022 19:41:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 02 2022 19:41:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| 7901944 | + | Email/Text: support@ghsport.com | Feb 02 2022 19:41:00 | CREATIVE SYSTEMS, INC., P.O. BOX 1910, PORT TOWNSEND, WA 98368-0062 |

22-10123-mg    Doc 7    Filed 02/04/22    Entered 02/05/22 00:08:07    Imaged Certificate of Notice    Pg 9 of 10

| District/off: 0208-1 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 309C | Total Noticed: 403 |

| Recip ID | Bypass Reason | Notice Info | Date/Time | Address |
|---|---|---|---|---|
| 7901967 | + | Email/Text: astreeter@ercopco.com | Feb 02 2022 19:41:00 | DRIVEERT, 309 COUNTY STREET, PORTSMOUTH, VA 23704-3701 |
| 7902001 |   | EDI: CALTAX.COM | Feb 03 2022 00:43:00 | FRANCHISE TAX BOARD, P.O. BOX 942867 SACRAMENTO, CA 94267 |
| 7902093 | + | EDI: LADOR | Feb 03 2022 00:43:00 | LOUISIANA DEPT OF REVENUE, P.O. BOX 91011, BATON ROUGE, LA 70821-9011 |
| 7902285 | + | EDI: VERIZONCOMB.COM | Feb 03 2022 00:43:00 | VERIZON, P.O. BOX 25505, LEHIGH VALLEY, PA 18002-5505 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7901853 | | A STITCH ABOVE, 1802 B SOUTH CHURCH ST SMITHFIELD, VA 23 |
| 7901862 | | AECOM, 8324 NORTH STEVEN ROAD MILWAUKEE, WI 532 |
| 7901863 | | AEROTEK, INC., 3689 COLLECTION CENTER DRIVE CHICAGO, IL |
| 7901869 | | ALLY, NO ADDRESS ON FILE |
| 7901877 | | ANDREW THOMAS JONES 304 KINGS POINT AVE. SMITHFIEL |
| 7901878 | | ANDROMEDA SYSTEMS INC 330 CROSSING BLVD STE 300 OR |
| 7901958 | | ARLINGTON, VA 22206 |
| 7902087 | | ARLINGTON, VA 22206 |
| 7902159 | | ARLINGTON, VA 22206 |
| 7901883 | | ASTON CARTER, INC., 3689 COLLECTION CENTER DRIVE CHICAGO, IL |
| 7901884 | | ATKIN, THOMAS FRANK 6492 LITTLE FALLS ROAD ARLINGT |
| 7902298 | | ATTN: ACCOUNTS RECEIVABLE WATSONVILLE, CA 95077 |
| 7901891 | | BENJAMIN OFFICE SUPPLY 758 EAST GUDE DRIVE ROCKVIL |
| 7901893 | | BERMAN HOPKINS WRIGHT 8035 SPYGLASS HILL ROAD MELB |
| 7901921 | | CATERPILLAR, INC. 100 NE ADAMS CATERPILLAR DEFENSE |
| 7901996 | | CHATTANOOGA, TN 37421 |
| 7901925 | | CHURCHLAND HARDWARE 3939 POPLAR HILL ROAD CHESAPEA |
| 7901933 | | COMMONWEALTH OF MASS NO ADDRESS ON FILE |
| 7901968 | | DUDA, JR, PETER, 510 UNION SCHOOL ROAD MIDDLETOWN, NY 109 |
| 7901969 | | DUSTON VOSS, 130 FRYER BRIDGE ROAD SOLGOHACHIA, AR 72 |
| 7901973 | | ELEMENT MATERIALS TECHNOL 9725 GIRARD AVENUE SOUTH |
| 7901974 | | ELEMENT MATERIALS TECHNOLOGY 9725 GIRARD AVENUE SO |
| 7901987 | | FAIRLEAD BOAT WORKS, INC. 99 JEFFERSON AVENUE NEWP |
| 7902005 | | GE POWER CONVERSION 101 N. CAMPUS DRIVE IMPERIAL, |
| 7902009 | | GEORGE WASHINGTON UNIV., 2150 PENN AVE, NW SUITE 2B-423 DEPT. OF |
| 7902013 | | GOLDEN GATE BRIDGE ATTN: ACCOUNTING DEPT, P.O. BOX 29000, PRESIDIO STATION SAN FRA |
| 7902014 | | GOLDEN GATE BRIDGE, HIGHWAY AND TRANS. D ADMINISTR, GOLDEN GATE BRIDGE TOLL PLAZA PRESIDEO S |
| 7902017 | | GOTO TRAINING, NO ADDRESS ON FILE |
| 7902032 | | HANDY MARINE ENGINEERING 8024 16TH AVENUE NW SEATT |
| 7902033 | | HANSON, HAROLD, 462 BELMONT BAY DRIVE WOODBRIDGE, VA 221 |
| 7902034 | | HAROLD HANSON, 462 BELMONT BAY DRIVE WOODBRIDGE, VA 221 |
| 7902035 | | HAWAII MEDICAL SERVICE ASSOCIATION NO ADDRESS ON F |
| 7901986 | | HERNDON, VA 20171 |
| 7902097 | | HERNDON, VA 20171 |
| 7902048 | | IHS MARKIT, 15 INVERNESS WAY EAST ENGLEWOOD, CO 8011 |
| 7902057 | | JAG INDUSTRIAL & MARINE SERVICE 222 EAST CHICAGO S |
| 7902058 | | JAMES FISHER MARINE SERVICES MANCHESTER SC PK, PEN |
| 7902064 | | JOHNSON & TOWERS, INC. 500 WILSON POINT RD BALTIMO |
| 7902070 | | KBR WYLE SERVICES, LLC 7000 COLUMBIA GATEWAY DR. C |
| 7902081 | | L.L. BEAN, INC. PO BOX 1847 ALBANY, NY 12201 |
| 7902168 | | LA PLATA, MD 20646 |
| 7902095 | | MAESTRO MARINE LLC 25056 EAST CHERRY LANE GREENSBO |
| 7902103 | | MARINE GROUP BOAT WORKS 1313 BAY MARINA DR. NATION |
| 7902149 | | MCLEAN, VA 22102 |

| | | |
|---|---|---|
| 7902134 | | NAVAL SEA SYSTEMS COMMAND (HQ) 1333 ISSAC HULL AVE |
| 7902143 | | NEW YORK STATE DEPT. OF 41 STATE STREET, STATE DVISION OF CORPORATIONS ALBANY, NY |
| 7902163 | | PASSENGER VESSEL ASSOC. POST OFFICE BOX 88, KATICA KLASSIC MEMORIAL TOURNAMENT @ THE |
| 7902172 | | PITNEY BOWES, P.O. BOX 371887, GLOBAL FINANCIAL SERVICES LLC PITTSBURGH |
| 7902015 | | PO BOX 9000, PRESIDEO STATION SAN FRANCISCO, CA 94 |
| 7902174 | | PORTSMOUTH TRAILER SUPPLY 3227 S. MILITARY HIGHWAY |
| 7902179 | | Q.E.D. SYSTEMS, INC. 4646 N. WITCHDUCK RD VIRGINIA |
| 7902181 | | R.I. DIVISION OF TAXATION ONE CAPITOL HILL PROVIDE |
| 7902205 | | SAFE BOATS INT'L, 8800 SW BARNEY WHITE ROAD BREMERTON, WA |
| 7902213 | | SECRETARY OF STATE POST OFFICE BOX 29525 RALEIGH, |
| 7902216 | | SHERWIN-WILLIAMS NO ADDRESS ON FILE |
| 7902219 | | SHIPCONSTRUCTOR USA 2070 SCHILLINGER ROAD S MOBILE |
| 7902235 | | ST JOHNS SHIP BUILDING, INC 560 STOKES LANDING ROA |
| 7902245 | | SURFACE FORCES LOGISTICS CENTER CPD-3 SHARED SERVI, 2401 HAWKINS POINT ROAD BALTIMORE, MD 21 |
| 7902246 | | SURGE COWORKING 5930 SIXTH AVENUE OFFICE A-01 TACO |
| 7902256 | | TOBIAS LEMERANDE 151 MANN LOT ROAD SCITUATE, MA 02 |
| 7902264 | | ULINE, P.O. BOX 88741 ACCOUNTS RECEIVABLE CHICA |
| 7902270 | | US DEPARTMENT OF REVENUE INTERNAL REVENUE SERVICE |
| 7902271 | | USCG HEADQUARTERS (CG-912), 2703 MARTIN LUTHER KING JR. AVE SE WASHI |
| 7902272 | | USCG HEADQUARTERS (CG-9121), 2703 MARTIN LUTHER KING JR. AVE SE WASHI |
| 7902291 | | VT HALTER MARINE INC. 900 BAYOU CASOTTE PKWY PASCA |
| 7902292 | | VT HALTER MARINE, INC. 900 BAYOU CASOTTE PKWY PASC |
| 7902293 | | WALDMAN, MITCH, NO ADDRESS ON FILE |
| 7902301 | | WHITLOW, RANDY, 3212 NW 61ST TERRACE OKLAHOMA CITY, OK 7 |
| 7902306 | | WILMERHALE, 1875 PENNSYLVANIA AVENUE NW WASHINGTON, |
| 7902313 | | WORLD FUEL SERVICES, INC. 4920 SOUTHERN BLVD. VIRG |
| 7902317 | | YANG, LIN, 8235 SILVERLINE DRIVE FAIRFAX STATION, V |
| 7902100 | *+ | MARE ISLAND DRY DOCK LLC 1179 NIMITZ AVE, VALLEJO, CA 94592 |
| 7901882 | ##+ | ARONSON LLC, 805 KING FARM BLVD. SUITE 300, ROCKVILLE, MD 20850-6190 |

TOTAL: 71 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bennett Scott Silverberg | on behalf of Debtor BMT Designers & Planners Inc. bsilverberg@brownrudnick.com, mlinn@faralloncapital.com |
| Salvatore LaMonica | sl@lhmlawfirm.com slamonica@ecf.axosfs.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3