**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                                           Case No.: _____

                                                                                                         Chapter ___

                               Debtor
---------------------------------------------------------------x

                                                                                                         Adversary Proceeding No.: _____

                             Plaintiff

                v.

                            Defendant
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: __2/7/2022__

_____, New York        /s/ __Martin Glenn_____

                                                          UNITED STATES BANKRUPTCY JUDGE