**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                                    Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                          Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                      Debtor.
---------------------------------------------------------------x

**ORDER SHORTENING TIME AND LIMITING NOTICE OF THE HEARING TO
CONSIDER MOTION FOR THE ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§
105(a), 541, 542 AND 721, AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE
THE DEBTOR'S BUSINESS AND PAY CERTAIN OPERATING EXPENSES OF THE
ESTATE, TO DIRECT THE TURNOVER OF PROPERTY OF THE DEBTOR'S
ESTATE AND RELATED RELIEF**

Upon the motion ("Motion") of Salvatore LaMonica, solely in his capacity as interim Chapter 7 Trustee ("Trustee") of the BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT, fdba BMT DAS US ("Debtor") estate ("Estate"), by his proposed counsel, LaMonica Herbst & Maniscalco, LLP ("LHM"), seeking entry of an Order scheduling a hearing on shortened notice of the Trustee's motion ("721 Motion")[1] seeking entry of an Order, pursuant to Bankruptcy Code sections 105(a), 541, 542 and 721, authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis from funds in the Estate to wind down the Debtor's operations, collect the substantial accounts receivable, preserve the Debtor's books and records and other assets and direct the turnover of property of the Estate as set forth herein, *nunc pro tunc* to February 2, 2022 through and including May 2, 2022, without prejudice to seek to further extend such time, and for related relief; and upon the Affirmation of Jacqulyn S. Loftin, Esq. pursuant to Local Bankruptcy Rule 9077-1, which sets forth, among other things, the basis for the 721 Moton; now, therefore, it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the 721 Motion.

**ORDERED**, that a video hearing through Zoom for Government shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **February 16, 2022 at 10:00 a.m.** ("Hearing") to consider the relief sought in the 721 Motion; and, it is further,

**ORDERED**, that those who wish to appear at the Hearing, you must register your appearance utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4 pm one business day before the hearing unless otherwise instructed by chambers; and, it is further[2],

**ORDERED**, that a copy of this Order and the 721 Motion shall be served by electronic mail or overnight mail, if electronic service cannot be effectuated, on or before **February 11, 2022** to: (i) the Debtor, through their counsel; (ii) the Office of the United States Trustee; (iii) parties who that have filed a Notice of Appearance in this case, if any; (iv) the Debtors' top twenty (20) creditors according to the Debtor's petition and schedules; and (v) the Interested Parties, or their counsels, and such service shall be deemed adequate and sufficient notice of the Hearing; and, it is further

**ORDERED** that objections, if any, must be in writing, conform with the Bankruptcy Code, Bankruptcy Rules and the Local Rules, and be filed electronically with the Court on or before **February 15, 2022 by 12:00 p.m.**; and it is further

---

[2] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**ORDERED**, that proof of service in accordance with this Order shall be filed with the Court prior to the Hearing; and, it is further

**ORDERED**, that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.

**IT IS SO ORDERED.**

Dated:  February 11, 2022
        New York, New York

                                                          /s/ Martin Glenn
                                                           MARTIN GLENN
                                        United States Bankruptcy Judge