LaMONICA HERBST & MANISCALCO, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Tel. 516.826.6500
Jacqulyn S. Loftin, Esq.
*Proposed Counsel to Salvatore LaMonica, as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| | |
| BMT DESIGNERS & PLANNERS, INC., | Case No. 22-10123 (MG) |
| fdba BMT D&P, fdba BMT fdba BMT DAS US, | |
| | |
|           Debtor. | |

------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NASSAU | ) |

     ROSA R. LELLA, being duly sworn, deposes and says:

     Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

     On February 11, 2022, deponent served the following documents by Electronic Mail or Overnight Delivery upon the attorneys/parties listed on the annexed list:

    (1)    *Docket No. 9 - Order Shortening Time and Limiting Notice of the Hearing to Consider Motion for the Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 541, 542 and 721, Authorizing the Chapter 7 Trustee to Operate the Debtor's Business and Pay Certain Operating Expenses of the Estate, to Direct the Turnover of Property of the Debtor's Estate and Related Relief; and*

    (2)    *Docket No. 10 - Motion for the Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 541, 542 and 721, Authorizing the Chapter 7 Trustee to Operate the Debtor's Business and Pay Certain Operating Expenses of the Estate, to Direct the Turnover of Property of the Debtor's Estate and Granting Related Relief.*

1

To:    ***See Annexed Service List***

 _s/Rosa R. Lella_
ROSA R. LELLA

Sworn to before me this 11th day of February 2022

_s/ Jacqulyn S. Loftin_
Jacqulyn S. Loftin
Notary Public, State of New York
No. 02LO6425313
Qualified in Nassau County
Commission Expires November 15, 2025

## SERVICE LIST

Bennett Scott Silverberg, Esq.
**BROWN RUDNICK LLP**
bsilverberg@brownrudnick.com
*Attorneys for BMT Designers & Planners, Inc.,*
*fdba BMT D&P fdba BMT fdba BMT DAS US*

Andrea B. Schwartz, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
Andrea.B.Schwartz@usdoj.gov

Michael J. Gearin, Esq.
**K&L GATES**
Mike.Gearin@klgates.com
*Attorneys for Vigor Works LLC*

Vigor Works LLC
Attn: Jessica Harris
jessica.harris@vigor.net

Jerome E. Speegle, Esq.
**Speegle, Hoffman, Holman**
**& Holifield, LLC**
jspeegle@speeglehoffman.com
*Attorneys for Austal USA, LLC*

Marine Group Boat Works
Attn: Todd Roberts
todd@marinegroupbw.com

Marine Group Boat Works
997 G Street
Chula Vista, CA 91910-3414

Benjamin Loveland, Esq.
George Shuster, Esq.
**WILMERHALE**
benjamin.loveland@wilmerhale.com
George.Shuster@wilmerhale.com
*Attorneys for Northrop Grumman*

Northrop Grumman
PO Box 301321
Dallas, TX 75303

Jennifer Larkin Kneeland, Esq.
**WATT, TIEDER, HOFFAR &**
**FITZGERALD, L.L.P.**
jkneeland@watttieder.com
*Attorneys for ManTech SRS Technologies, Inc.*

ManTech SRS Technologies, Inc.
Attn: Michael Harding
michael.harding@mantech.com

**Notice of Appearances:**    N/A

**Top 20 Creditors of the Estate**

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

ABB Inc.
Attn:   Andres Bolanos
        Asaf Nagler
andres.bolanos@us.abb.com
asaf.nagler@us.abb.com
support.marine@abb.com

Fincantieri Marine Group, LLC
655 15th Street NW, Suite 450
Washington, D.C. 20005-3522

Fincantieri Marine Group LLC
55 M Street SE, Suite 910
Washington, DC 20003

FLUET HUBER & HOANG PLLC
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102

SSPA SWEDEN AB
Attn: Lars Sundqvist, CFO
Lars.sundqvist@sspa.se

Tridentis, LLC
Info@Tridentis.com

Unison Systems, Inc.
6130 Greenwood Plaza Blvd., Suite 100
Greenwood Village, CO 80111-4810

Conley and Associates
930 Kehrs Mill Road, Suite 319
Ballwin, MO 63011-2462

Element Materials Technology
9725 Girard Ave South
Minneapolis, MN 55431

WilmerHale
Attn: Catherine M.A. Carroll, Esq.
catherine.carroll@wilmerhale.com

BMT DAS UK
Berkley House
The Square Lower Bristol Rd.
Bath BA2 3BH, UNITED KINGDOM

BMT GROUP LTD
1 Park Road
Teddignton TW 1 0AP UNITED KINGDOM

BMT UK LTD
Shamrock Quay
William Street, Building 14
Southampton SO14 5QL
UNITED KINGDOM

Northrop Grumman Corporation
2980 Fairview Park Drive
Falls Church, VA 22042

Caterpillar, Inc.
Caterpillar Defense
100 NE Adams Street
Peoria, IL 61629

Affinity Power Systems
info@affinitypowersystems.com

Alytic, Inc.
7206 Kitchen Drive
King George, VA 22485

O'Neil & Associates
495 Byers Road
Miamisburg, OH 45342-3798

Rubino & McGeehin
info@rubino.com

Ship Constructor USA
2070 Schillinger Road
S. Mobile, AL 36695