UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BMT DESIGNERS & PLANNERS, INC., fdba BMT D&P, fdba BMT fdba BMT DAS US,          Debtor. | Case No. 22-10123 (MG) |

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael J. Gearin, to be admitted, ***pro hac vice***, to represent creditor and party in interest Vigor Works LLC in connection with the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Washington, it is hereby

**ORDERED**, that Michael J. Gearin, Esq., is admitted to practice, ***pro hac vice***, in the above referenced matter to represent creditor and party in interest Vigor Works LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 14, 2022
      New York, New York

                                                               **/s/Martin Glenn**
                                                 UNITED STATES BANKRUPTCY JUDGE