**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

In re:                                                              Chapter 7

BMT Designers & Planners, Inc.,                                     Case No. 22-10123 (MG)

    Debtors.

-------------------------------------------------------------------

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. has been retained by and hereby

appears on behalf of Fincantieri Marine Group in the above-captioned case.

Pursuant to Rules 9010(b), 2002, and 9007 of the Federal Rules of Bankruptcy

Procedure, Timothy F. Nixon requests that copies of all notices and pleadings in this case be

delivered to and served upon the party identified below at the following addresses:

Timothy F. Nixon
GODFREY & KAHN, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Telephone:  (920) 436.7693
Facsimile:  (920) 436.7988
E-mail: tnixon@gklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the Bankruptcy Rules specified above but also includes, without

limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or

demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery,

telephone, facsimile or otherwise, in this case.

Dated:  February 15, 2022

GODFREY & KAHN, S.C.

By:    /s/ Timothy F. Nixon
       Timothy F. Nixon
       New York State Bar No. 4436390

       *Attorneys for Fincantieri Marine Group*

GODFREY & KAHN, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Telephone: (920) 436.7693
Facsimile:  (920) 436.7988
Email: tnixon@gklaw.com

20098956.1