**SALVATORE LAMONICA, ESQ.**
Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
(516) 826-6500 - Telephone
(516) 826-0222 - Facsimile

February 24, 2022

<u>*Via Electronic Filing and First Class Mail*</u>
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re: <u>BMT Designers & Planners, Inc.</u>
       <u>Chapter 7</u>
       <u>Case No. 22-10123-MG</u>

Dear Sir/Madam:

 Please be advised that I am the Trustee in the above referenced bankruptcy case.

 This case is now an asset case, which may permit me to make a distribution to creditors of the estate. Therefore, it is now necessary for a notice to be sent to the creditors pursuant to Bankruptcy Rule 3002(c)(5) and 2002(f)(3) advising them of the need to file a Proof of Claim in order for them to participate in any eventual distribution.

 Thank you for your courtesies.

              Respectfully Submitted,

              *s/ Salvatore LaMonica*
              Salvatore LaMonica

SL:dg