Salvatore LaMonica, Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516-826-6500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                              Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                     Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                                    Debtor.
------------------------------------------------------------x

**APPLICATION AUTHORIZING AND APPROVING THE RETENTION OF
LAMONICA HERBST & MANISCALCO, LLP AS GENERAL COUNSEL
TO THE CHAPTER 7 TRUSTEE**

The application ("Application") of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT, fdba BMT DAS US ("Debtor"), seeks entry of an Order authorizing and approving the retention of LaMonica Herbst & Maniscalco, LLP ("LH&M") as his general counsel, effective as of February 2, 2022, and respectfully represents and alleges:

**BACKGROUND**

**A.      Procedural Background**

1.      On February 1, 2022 ("Filing Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ("Court").

2.      Salvatore LaMonica was appointed as the interim Chapter 7 Trustee of the Debtor's estate, has duly qualified and is the permanent Trustee of the Debtor's estate.

3.      The Debtor's headquarters are located at 2900 South Quincy Street, Suite 210, Arlington, Virginia 22206.

4.      The Debtor ceased operations on January 31, 2022.

**B.      Factual Background**

5.      Prior to the Filing Date, the Debtor operated as a maritime-oriented high-end design house and technical consulting firm which provided engineering and consulting services under various service contracts, many of which were with the branches of the United States Military (*i.e.* United States Army, Navy and Coast Guard). Indeed, much of the Debtor's business involved commercial and military vessels designed under existing government contracts, which also required the engagement of multiple subcontractors by the Debtor under various subcontractor agreements (collectively "Contracts").

6.      On February 2, 2022 ("Retention Date"), the Trustee requested that LH&M represent him as his general counsel in this case and, at the Trustee's request, LH&M immediately began providing legal services to the Trustee as of the Retention Date, to ensure a smooth and efficient winddown of the Debtor's operations and securing the Debtor's assets.

7.      On February 11, 2022, LH&M prepared, filed a motion, pursuant to Bankruptcy Code sections 105(a), 541, 542 & 721, authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis to wind down the Debtor's operations, collect the substantial accounts receivable, preserve the Debtor's books and records and other assets and direct the turnover of property of the Estate as set forth herein, *nunc pro tunc* to February 2, 2022 through and including May 2, 2022, without prejudice to seek to further extend such time, and for related relief [Dkt. No. 10].

8.      On February 17, 2022, the Court entered an Order pursuant to Bankruptcy Code sections 105(a), 541, 542 & 721, authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis to wind down the Debtor's operations, collect the substantial

accounts receivable, preserve the Debtor's books and records and other assets and direct the turnover of property of the Estate [Dkt. No. 17].

## **RELIEF REQUESTED**

9.      The Trustee has been advised that there are approximately $4 million in outstanding accounts receivable ("Accounts Receivable") owed to the Debtor's estate on account of these existing Contracts. The Trustee, in his business judgment, has determined that the most efficient way to collect the Accounts Receivable is to hire the Debtor's former officers and employees, who have personal knowledge about the Accounts Receivable and to advise the Trustee on the status of the existing Contracts with the government and the related subcontracts. LH&M will properly analyze the current disposition of these contracts and determine which may have value and which ones can be abandoned or disposed of in some other appropriate manner.

10.     Additionally, the Trustee requires counsel to assist with securing the Debtor's books and records that are electronically hosted on various platforms. Moreover, LH&M will assist the Trustee in collecting and securing approximately the Debtor's 180 laptop computers in the possession of the Debtor's former employees. The Trustee has been advised that most of these laptop computers contain "Controlled Unclassified Information" ("CUI"). CUI is regulated and restricted by the Department of Defense. As such, the Trustee seeks the assistance of LH&M with the turnover of the laptop computers and to store them properly to ensure that the CUI is not improperly disseminated.

11.     Moreover, the Trustee is in the preliminary stages of his investigation, as such, upon LH&M's investigation, the Trustee may discover assets of the Debtor, which could benefit the creditors of the estate and may require additional motion practice pursuant to Bankruptcy Code section of 363 and, if necessary, other settlement motions.

12.     Accordingly, the Trustee requires LH&M to assist with the orderly liquidation of

the Debtor's assets, as he has determined that these efforts will benefit the creditors of the estate.

13.     Subject to further Order of the Court without limitation, LH&M will render the

following services to the Trustee and the estate:

      i.     Perform legal services necessary to preserve and secure the assets of the Debtor's bankruptcy estate, including, but not limited to, 180 laptop computers holding CUI;

     ii.    Assist the Trustee with the preparation of a motion pursuant to Bankruptcy Code sections 105(a), 541, 542 and 721, authorizing the Trustee to operate the Debtor's business and to pay certain operating expenses;

   iii.    Assist the Trustee with the collection of Accounts Receivable and to analyze each of the Contracts to determine the disposition and the best way to treat and manage them in the bankruptcy proceeding;

   iv.    Assist the Trustee with thorough investigation into the Debtor's assets and if the liquidation of the Debtor's assets is necessary, LH&M will assist the Trustee with the preparation of motions pursuant to Bankruptcy Code section 363;

     v.    Assist the Trustee with a thorough investigation into the Debtor's financial and business affairs;

   vi.    Investigate and advise the Trustee as to the actions and activities of any insider and the existence of any claims or causes of action that can be pursued for the benefit of the Debtor's bankruptcy estate;

   vii.    Assist the Trustee in the pursuit and recovery of any avoidable transfers of the Debtor's assets under, inter alia, Bankruptcy Code sections 544, 546, 547, 548, 549 and 550, and the New York State Debtor Creditor law;

  viii.    Prepare, file and prosecute motions objecting to claims, as directed by the Trustee, that may be necessary to complete the administration of the Debtor's estate; and

   ix.    Prepare and file motions and applications as directed by the Trustee in connection with his statutory duties.

14.     The Trustee seeks to employ LH&M on an hourly basis. As set forth in the annexed

Declaration of Jacqulyn S. Loftin, Esq. ("Declaration"), LH&M's current hourly rates are as

follows: (a) up to two hundred dollars ($200.00) for para-professionals; (b) up to four hundred and twenty-five dollars ($425.00) for associates; and (c) up to six hundred and seventy-five dollars ($675.00) for partners.

15.     As set forth in the Declaration, LH&M will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York, and Orders of the Court.

16.     As set forth in the Declaration, LH&M has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

17.     To the best of the Trustee's knowledge, LH&M does not hold or represent an interest adverse to the Debtor's bankruptcy estate.

18.     To the best of the Trustee's knowledge, LH&M is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14) in that LH&M: (a) is not a creditor, an equity security holder, or an insider of the Debtor; (b) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and (c) does not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

19.     Prior to the Retention Date, LH&M did not render any professional services to the Trustee in this case. LH&M represents or has represented Salvatore LaMonica in other matters unrelated to this case, including, representing Salvatore LaMonica in those cases in which he serves or has served as Chapter 7 Trustee and Chapter 11 Trustee.

20.     No prior application has been made to this or any other Court for the relief sought herein.

**WHEREFORE**, the Trustee respectfully requests entry of the order authorizing and approving the retention of LH&M as general counsel to the Trustee effective as of the Retention Date.

Dated: February 28, 2022
       Wantagh, New York

                   By:     _s/ Salvatore LaMonica_
                         Salvatore LaMonica, Chapter 7 Trustee
                         of the Debtor's bankruptcy estate

**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516-826-6500
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                           Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                         Debtor.
-------------------------------------------------------------x

**DECLARATION IN SUPPORT OF APPLICATION AUTHORIZING AND APPROVING THE RETENTION OF LAMONICA HERBST & MANISCALCO, LLP AS GENERAL COUNSEL FOR THE TRUSTEE**

JACQULYN S. LOFTIN, ESQ., declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of LaMonica Herbst & Maniscalco, LLP ("LH&M"), which maintains its offices at 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793. I am duly admitted to practice law before this Court and the courts of the State of New York.

2.      I submit this declaration in support of the application ("Application") of Salvatore LaMonica, solely in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT, fdba BMT DAS US ("Debtor"), seeking entry of an Order authorizing and approving the retention of LH&M as his general counsel.

3.      The facts set forth herein are based upon personal knowledge, my review of information on the docket in this case, as well as the Debtor's petition, schedules, statement of financial affairs and creditor matrix. Annexed this to this Declaration as Exhibit "A", I have prepared a list comprising of the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, Judge Martin Glenn or any of the Judge's staff members. To

the extent any information disclosed herein requires the subsequent amendment or modification of this declaration upon LH&M's completion of further review and analysis or as additional party-in-interest information becomes available to it, a supplemental declaration disclosing such information will be filed with the Court reflecting such amended or modified information.

4.      On February 2, 2022 ("Retention Date"), the Trustee requested that LH&M represent him as his general counsel in this case and, at the Trustee's request, LH&M immediately began providing legal services to the Trustee as of the Retention Date, to ensure a smooth and efficient winddown of the Debtor's operations and securing the Debtor's assets.

5.      On February 11, 2022, LH&M prepared and filed a motion, pursuant to Bankruptcy Code sections 105(a), 541, 542 & 721, authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis to wind down the Debtor's operations, collect the substantial accounts receivable, preserve the Debtor's books and records and other assets and direct the turnover of property of the Estate as set forth herein, *nunc pro tunc* to February 2, 2022 through and including May 2, 2022, without prejudice to seek to further extend such time, and for related relief [Dkt. No. 10].

6.      On February 17, 2022, the Court entered an Order pursuant to Bankruptcy Code sections 105(a), 541, 542 & 721, authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis to wind down the Debtor's operations, collect the substantial accounts receivable, preserve the Debtor's books and records and other assets and direct the turnover of property of the Estate [Dkt. No. 17].

7.      Prior to the Filing Date, the Debtor operated as a maritime-oriented high-end design house and technical consulting firm which provided engineering and consulting services under various service contracts, many of which were with the branches of the United States Military (*i.e.*

2

United States Army, Navy and Coast Guard). Indeed, much of the Debtor's business involved commercial and military vessels designed under existing government contracts, which also required the engagement of multiple subcontractors by the Debtor under various subcontractor agreements (collectively "Contracts").

8.      The Trustee has been advised that there are approximately $4 million in outstanding accounts receivable ("Accounts Receivable") owed to the Debtor's estate on account of these existing Contracts. The Trustee, in his business judgment, has determined that the most efficient way to collect the Accounts Receivable is to hire the Debtor's former officers and employees, who have personal knowledge about the Accounts Receivable and to advise the Trustee on the status of the existing Contracts with the government and the related subcontracts. LH&M will properly analyze the current disposition of these contracts and determine which may have value and which ones can be abandoned or disposed of in some other appropriate manner.

9.      Additionally, the Trustee requires counsel to assist with securing the Debtor's books and records that are electronically hosted on various platforms. Moreover, LH&M will assist the Trustee in collecting and securing approximately the Debtor's 180 laptop computers in the possession of the Debtor's former employees. The Trustee has been advised that most of these laptop computers contain "Controlled Unclassified Information" ("CUI"). CUI is regulated and restricted by the Department of Defense. As such, the Trustee seeks the assistance of LH&M with the turnover of the laptop computers and to store them properly to ensure that the CUI is not improperly disseminated.

10.     Moreover, the Trustee is in the preliminary stages of his investigation, as such, upon LH&M's investigation, the Trustee may discover assets of the Debtor, which could benefit the

3

creditors of the estate and may require additional motion practice pursuant to Bankruptcy Code section 363 and, if necessary, other settlement motions.

11.     Accordingly, the Trustee requires LH&M to assist with the orderly liquidation of the Debtor's assets, as he has determined that these efforts will benefit the creditors of the estate.

12.     LH&M possesses the requisite experience and expertise to advise the Trustee as his counsel in this case. LH&M has extensive experience representing chapter 7 and chapter 11 trustees and is well versed in the chapter 7 process. LH&M submits that its retention is essential to the Trustee's effective and efficient administration of the Debtor's bankruptcy estate.

13.     In preparing this Declaration, I used a set of procedures developed by LH&M to ensure compliance with the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by a trustee under the Bankruptcy Code. I, along with my partners and associates of LH&M, conducted a search of LH&M's client database to determine whether LH&M had any connections to the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

14.     To the best of my knowledge, LH&M is not connected to the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, Judge Martin Glenn or any of the Judge's staff members. See Exhibit "A"

15.     To the best of my knowledge, LH&M does not, by reason of any direct or indirect relationship to or connection with the Debtor, or other parties in interest, hold or represent any interest adverse to the Debtor or to the estate.

4

16.     To the best of my knowledge, after due inquiry, neither LH&M nor any partner, counsel or associate of LH&M represents any entity or party in interest other than the Trustee in connection with this case.

17.     To the best of my knowledge, LH&M is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), in that LH&M: (a) is not a creditor, an equity security holder, or an insider of the Debtor; (b) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and (c) does not have an interest materially adverse to the interests of the Debtor's bankruptcy estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

18.     Prior to the Retention Date, LH&M did not render any professional services to the Trustee in this case. LH&M represents or has represented Salvatore LaMonica in other matters unrelated to this case, including representing Salvatore LaMonica in those cases in which he serves as Chapter 7 Trustee and Chapter 11 Trustee.

19.     Based upon the foregoing, LH&M does not believe that it is conflicted from representing the Trustee in this case. LH&M regularly updates its client database and does not open any new matter without reviewing the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.

20.     LH&M will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York, the Local Bankruptcy Rules for the Southern District of New York and Orders of the Court.

21.    LH&M's current hourly rates are as follows: (a) up to two hundred dollars ($200.00) for para-professionals; (b) up to four hundred and twenty-five dollars ($425.00) for associates; and (c) up to six hundred and seventy-five dollars ($675.00) for partners.

22.    Neither I, nor LH&M, nor any partner or associate thereof has received or has been promised any compensation for legal services rendered or to be rendered in any capacity in connection with this case other than as permitted by the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York.

23.    LH&M has not agreed nor will it agree to share compensation received in connection with this case with any other person, except as permitted by the Bankruptcy Code section 504(b) and Bankruptcy Rule 2016 in respect of the sharing of compensation among partners of LH&M.

Executed under penalty of perjury this 28th day of February 2022.

*s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.

**<u>EXHIBIT A</u>**

**Chambers**
Honorable Martin Glenn
Courtroom Deputy: Deanna Anderson
Law Clerks:
Andres Barajas
Michael Blackmon
Annie Ziesing

**Office of the United States Trustee**
William K. Harrington
Linda A. Rifkin
Victor Abriano
Susan Arbeit
Mark Bruh
Maria Catapano
Shara Cornell
James Gannone
Benjamin J. Higgins
Joseph Nadkarni
Brian S. Masumoto
Ercilia A. Mendoza
Mary V. Moroney
Richard C. Morrissey
Alaba Ogunleye
Ilusion Rodriguez
Andrea B. Schwartz
Paul K. Schwartzberg
Shanna Scott
Sylvester Sharp
Tara Tiantian
Andy Velez-Rivera
Madeleine Vescovacci
Annie Wells
Greg M. Zipes

**Debtor**
BMT Designers & Planners, Inc.

**Debtor's Counsel**
Bennett S. Silverberg, Esq.
Brown Rudnick LLP

**Debtor's Officers, directors managing members, general partners, members in control, <u>controlling shareholders, or other people in control of the Debtor:</u>**

Ricky Cox, President of the Debtor

David Bardash, VP, Commercial

Paul Schneider, Proxy Holder, Board Chairman

Rita Chaundy, VP, Finance

Technology Financing Inc, Parent Company

**Former officers, directors managing members, general partners, members in control, <u>shareholders, or other people in control of the Debtor:</u>**

Albert Graves VP, Finance

Doug Donegan VP, Operations

James Hull Proxy Holder, Outside Board Member

John Hollingsworth VP, Engineering

Kai Skvarla, President

Mike Rigas, President

Mitch Waldman, Proxy Holder, Outside Board Member

Richard Celotto, VP, Compliance Advisory Services

Robert Corey, VP, Engineering

Thomas F. Atkin, Proxy Holder, Outside Board Member

<u>**Attorneys for creditors**</u>
Michael J. Gearin, Esq.
**K&L GATES**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
*Attorneys for Vigor Works LLC*

Jerome E. Speegle, Esq.
**SPEEGLE, HOFFMAN, HOLMAN**
**& HOLIFIELD, LLC**
Five Dauphin Street, Suite 301
Mobile, AL 36602
*Attorneys for Austal USA, LLC*

**Debtor's Accountants/bookkeepers/Auditors**
Rubino & Company, Chartered
6903 Rockledge Drive, Suite 300
Bethesda, MD 20817

Albert Graves
2900 S Quincy Street, Suite 210
Arlington, VA 22206

Lin Yang
2900 S Quincy Street, Suite 210
Arlington, VA 22206

Mary Karen Wills
c/o BRG
1800 M Street, NW
Second Floor
Washington, DC 20036

Rita Chaundy
2900 S Quincy Street, Suite 210
Arlington, VA 22206

**Other possible parties in interest pursuant to the Debtor's SOFA**
Teneo Capital LLC
280 Park Avenue
New York, NY 10017

Prime Clerk LLC
55 E 52nd Street
17th Floor
New York, NY 10055

**Other business/connections to the Debtor pursuant to the Debtor's SOFA**
CGS-BMT JV LLC
5405 Twin Knolls Road, Suite 1
Columbia, MD 21045

**Creditors of the Debtor's estate**
Austal Usa, Llc
C/O Jerome E. Speegle, Esq.
P.O. Box 11
Mobile, AL 36601-0011

Vigor Works LLC
C/O Albert N. Kennedytonkon Torp Llp
888 Sw 5th Ave., #1600
Portland, Or 97204-2099

A Stitch Above
1802 B South Church St
Smithfield, Va 23

Abb Inc.
11600 Miramar Parkway Suite 100
Miramar, Fl 33025-5806

Abs Corporate
1701 City Plaza Drive
Spring, Tx 77389

Acquisition Logistics Eng
6797 North High St
Worthington, Oh 43085-2533

Acquisition Logistics Engineering (Ale)
6797 Suite 324
Worthington, Oh 43085

Adobe Systems Inc.
29322 Network Place
Chicago, Il 60673-1293

Adp Screening & Selection
P.O. Box 645117
Cincinnati, Oh 45264

Adp, Inc.
P.O. Box 9001006
Louisville, Ky 40290

Advanced Machine And Tooling Inc
5725 Arrowh
Virginia Beach, Va 23462-3218

Aecom
8324 North Steven Road
Milwaukee, Wi 532

Aerotek, Inc.
3689 Collection Center Drive
Chicago, Il

Affinity Power Systems
P.O. Box 0498
Houston, Tx 77001

Alabama Dept Of Revenue
P.O. Box 327320
Montgomery, Al 36132

Alderson, Keith
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Alexander, Kim
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Allen, Christina
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Ally No Address On File
Als Group
P.O. Box 975444
Dallas, Tx 75397

Alytic, Inc.
7206 Kitchen Drive King
George, Va 22485

Amentum Services Inc
100 South Crest Drive
Astockbridge, Ga 30281

American Express
P.O. Box 1270
Newark, Nj 07101

American Society Of Naval Engineers
1452 Duk
Alexandria, Va 22314-3403

Ames, Benjamin
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Andresen, Neil
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Andrew Thomas Jones
304 Kings Point Ave.

Andromeda Systems Inc
330 Crossing Blvd Ste

Aramark Refreshment
P.O. Box 21971
New York, Ny 10087-0001

Argueta, Jamie
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Arlington County Treasurer
Po Box 1754
Merrifield, Va 22116-1754

Aronson Llc
805 King Farm Blvd. Suite 300
Rockville, Md 20850-6190

Aston Carter, Inc.
3689 Collection Center Drive
Chicago, Il

Atkin, Thomas Frank
6492 Little Falls Road A
Attn: Accounts Receivable
Watsonville, Ca 95

Austal Usa
195 Dunlap Dr
Mobile, Al 36602-8004

Baber, Gregory
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Bae Systems Redland Corp Center
520 Gaither Rd, Suite 1000
Rockville, Md 20850-6198

Ball, Stephen
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Banegas, Marlon
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Bay Disposal, Llc
Po Box 535233
Pittsburgh, Pa 15253-5233

Benjamin Office Supply
758 East Gude Drive R

Berkeley Research Group
P.O. Box 676158
Dallas, Tx 75267

Berman Hopkins Wright
8035 Spyglass Hill Roa

Bernstein, Robert
2900 S Quincy St. Suite 21
Arlington, Va 22206-2231

Bloomberg Government
Po Box 419841 B gov Llc
Boston, Ma 02241-0001

Blount Boats Inc.
461 Water St.
Warren, Ri 02885-3929

Bmt Canada Ltd.
311 Legget Drive
Ottowa, On K2k 1z8 Canada

Bmt Commercial Usa, Inc.
6639 Theall Road
Houston, Tx 77066-1213

Bmt Das Uk Berkley House,
The Square Lower Bristol Bath Ba2 3bh, Uk

Bmt Defence And Security Uk Ltd
Maritime Hou
210 Lower Bristol Road Bath Ba2 3dq Uk

Bmt Group Ltd
1 Park Road Teddignton Tw11 Oap United
Kingdom

Bmt International, Inc.
6639 Theall Road
Houston, Tx 77066-1213

Bmt Uk Ltd Shamrock Quay
William Street Building 1southampton So14
5ql Uk

Bone, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Bourdier, Benjamin
2900 S Quincy St. Suite 210
Arlington, Va 22206-2280

Boyd, Ryan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907
Bradley, Katie
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Breidert, Joshua
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Buckley, Michael
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Built To Scale Llc
19423 State Highway 59
Summerdale, Al 36580-3074

Burnett, Albert
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Business Network For Offshore Wind
1701 North
Baltimore, Md 21213-1421

Butler, Jessica
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Butler, Sean
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

C&M Industries Inc
121 Republic Road
Chesapeake, Va 23324-1049

Cadd Microsystems, Inc.
6361 Walker Lane Suite 400
Alexandria, Va 22310

Calhoon Meba Engineering School
20750 St.
Mieastpm, Md 21601

Call Tower, Inc.
Dept La
23615 Pasadena, Ca 91185-0001

Capitol Document Solution
12115 Parklawn Dri
Rockville, Md 20852-1730
Carter Iii, James
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Caterpillar, Inc.
100 Ne Adams Caterpillar D

Charles Zigelman
10621 Garden Way
Spring Valley, Ca 91978-1111

Chauvin, Ben
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Chiang, James
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Churchland Hardware
3939 Poplar Hill Road
Ch

Cintas Corporation #391
Po Box 630803
Cincinnati, Oh 45263-0803

Cisco
170 West Tasman Drive
San Jose, Ca 95134

Claus, Marissa
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Coakley Iv, Edward
2900 S Quincy St. Suite 210
Arlington, Va 22206-2280

Cogent Communications Inc
P.O. Box 791087
Baltimore, Md 21279

Collette, Vincent
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Collins, Ron
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Commonwealth Of Mass No Address On
File
Conde, Consuelo
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Conley And Associates
930 Kehrs Mill Road
Suballwin, Mo 63011-2462

Conley And Associates Inc
930 Kehrs Mill Road Suite 319
Ballwin, Mo 63011

Connection
Po Box 536472
Pittsburgh, Pa 15253

Connectwise
99 High Street 31st Floor
Boston, Ma 02110-2320

Conrad, Dominique
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Cooper, Seth
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Corey, Robert
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Crandol, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Creative Financial Staffing Llc
P.O. Box 95111
Chicago, Il 60694

Creative Systems, Inc.
P.O. Box 1910
Port Townsend, Wa 98368-0062

Cryer, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Ct Corporation
Po Box 4349
Carol Stream, Il 60197-4349

Cummins Atlantic
3729 Holland Blvd
Chesapeake, Va 23323-1516

Cunnane, John
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Cybersheath Services International Llc
11710
Reston, Va 20190

Cybriant
11175 Cicero Drive Ste 100
Alpharetta, Ga 30022-1179

Data Research Group
233 East Davis Street
Suculpeper, Va 22701-3297

Dauterman, Kimberly
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

David Bardash
2900 S. Quincy St, Suite 210
Arlington, Va 22206-9907

Davis, Fleet
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Davis, Thomas
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Dcma Manassas
14501 George Carter Way 2nd Floor
Chantilly, Va 20151-1787

De Lage Landen
P.O. Box 41602
Philadelphia, Pa 19101

Deblois, Alexandre
2900 S Quincy St. Suite 2
Arlington, Va 22206-2280

Delaware Employment Training Fund (Detf)
P.O. Box 9953
Wilmington, De 19809

Dell Marketing L.P.
P.O. Box 643561
c./o Dell Usa L.P.
Pittsburgh, Pa 15264-3561

Deltek Systems, Inc.
P.O. Box
Baltimore, Md 21275-0001

Deluxe For Business
P.O. Box 4656
Carol Stream, Il 60197-4656

Dewitt, Mccauley
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Donegan, Douglas
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Donovan, Joanne
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Driveert
309 County Street
Portsmouth, Va 23704-3701

Duda, Jr, Peter
510 Union School Road
Middletown, Ny 109

Duston Voss
130 Fryer Bridge Road
Solgohachia, Ar 72

East Partnership
9115 Whispering Drive
Toano, Va 23168-8934

Ecad, Inc.
Po Box 51507
Midland, Tx 79710-1507

Edr
P.O. Box 414176
Boston, Ma 02241

Element Materials Technol
9725 Girard Avenue

Embrack, Raulston
2900 S Quincy St. Suite 21
Arlington, Va 22206-2231

Emrich, Brian
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Emsl Analytical
10768 Baltimore Avenue
Beltsville, Md 20705-2140

Enright, Jill
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Eon Products
P.O. Box 443
Snellville, Ga 30078

Erwin, Enid
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Eurofins
P.O. Box 11407 Dept #220
Birmingham, Al 35246-3059

Eurofins Lancaster Laboratories
P.O. Box 11407 Dept #220
Birmingham, Al 35246-3059

Evans, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Evans, Thomas
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Ewing, Courtney
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Fairlead Boat Works, Inc.
99 Jefferson Avenu

Falcon, Christopher
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Fastenal Company
P.O. Box 978
Winona, Mn 55987

Fdot Toll-By-Plate
Po Box 105477
Atlanta, Ga 30348

Federal Express Corp
P.O. Box 371461
Pittsburgh, Pa 15250

Ferguson Enterprises #2020
4501 Hollins
Baltimore, Md 21227

Fincantieri Marine Group
55 M Street Se Suite 910
Washington, Dc 20003

Fincantieri Marine Group, Llc
55 M St. Se Suite 910
Washington, Dc 20003

Flatow, Stuart
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Floria, Lorien
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Fluet Huber & Hoang Pllc
1751 Pinnacle Drive
Suite 1000
Tysons Corner, Va 21102

Fong, Simon
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Forslund, William
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Franchise Tax Board
P.O. Box 942867
Sacramento, Ca 94267

Fure
Po Box 543
Haymarket, Va 20168-0543

Gaffney, Michael
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Gauthier, Darlene
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Ge Power Conversion
101 N. Campus Drive Impe

General Dynamics Nassco
Po Box 85278
San Diego, Ca 92186-5278

Genesis Staffing
3517 Laughlin Drive
Mobile, Al 36693-5661

Geoprobe Systems
1835 Wall Street
Salina, Ks 67401-1736

George Washington Univ.
2150 Penn Ave, Nw Suite 2b-423 Dept. Of

Gerold, Richard
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Ghannam, Patricia
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Gibson, Michael
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907
Golden Gate Bridge
Attn: Accounting Dept
P.O. Box 29000, Presidio Station San Fra

Golden Gate Bridge,
Highway And Trans. Golden Gate Bridge
Toll Plaza
Presideo S

Gonzalez Ramos, Samuel
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Goto Training No Address On File
Grainger Dept 866598196
Palatine, Il 60038-0001

Grant, Richard
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Graves, Albert V.
17857 Tobermory Place
Leesburg, Va 20175-7057

Green, Daniel
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Groff, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Gsa/Fas/Qvoce
77 Forsythe St Sw
Atlanta, Ga 30303

Guernsey Office Products
P.O. Box 10846
Chantilly, Va 20153

Gurnik, Thomas
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Gutkowski, Keith
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Hackel, Ryan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Haik, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Haland, Maximilian
2900 S Quincy St. Suite 210
Arlington, Va 22206-2280

Hampton Rubber
P.O. Box 1393
Hampton, Va 23661

Han, Jae
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Handy Marine Engineering
8024 16th Avenue Nw

Hanson, Harold 462 Belmont Bay Drive
Woodbridge, Va 221

Hawaii Medical Service Association No
Addres Herndon, Va 20171

Hii Fleet Support Group Llc
5701 Cleveland S
Va Beach, Va 23462-1788

Hobbs, David
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Hogan, Creighton
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Holcombe, Albert
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Hollingsworth, John
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Hr Unlimited, Inc.
P.O. Box 8624
Fountain Valley, Ca 92728-8624

Hrishikesh, Rajiv
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Huntington Ingalls Inc.
1000 Access Rd. Po Box 149
Pascagula, Mi 39568-0149

Huntress, Ashley
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Hurst, Adam
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Hydrocomp Inc
15 Newmarket Road Suite 2
Durham, Nh 03824-2815

Idzenga, Justin
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Ihs Markit
15 Inverness Way
East Englewood, Co 8011

Infotek Consulting Llc
11654 Plaza America
Dreston, Va 20190-4700

Inget, Ronald
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Insight Technology Solutions, Inc.
17251 Melsuite 100
Bowie, Md 20715

International Workboat Show
P.O. Box 79365
Baltimore, Md 21279

Ita International, Llc
700 Tech Center Park
Newport News, Va 23606-3075

Ivanov, Ivan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Jackson, Melissa
3711 Campbell Road
Chesapeake, Va 23322-7796

Jacobson, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Jag Industrial & Marine Service
222 East Chi

James Fisher Marine Services Manchester
Sc P

James Hull
510 Coral Ave
Cape May Point, Nj 08212-3037

Jefferson, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Jessup, Curtis
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Jk Moving Services
44112 Mercure Circle
Sterling, Va 20166-2084

John Mercaldo
21 Waters Edge
Marston Mills, Ma 02648-1430

Johnson & Towers, Inc.
500 Wilson Point Rd B

Johnson, John
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Johnson, Ronald
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Jones, Carlton
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Jones, Steven
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kastle Systems
P.O. Box 75151
Baltimore, Md 21275

Kbr Wyle Services, Llc
7000 Columbia Gateway

Keipe, Jeffrey
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kelly
P.O. Box 418926
Boston, Ma 02241

Keys, Robert
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kindig, David
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kirby, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kirby, Nathan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kitsap Transit
60 Washington Ave Ste. 200
Bremerton, Wa 98337

Kulsa Iii, Stanley
2900 S Quincy St. Suite 2
Arlington, Va 22206-2280

Kumar, Ajoy
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Kurtzhals, Christopher
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

L.L. Bean, Inc.
Po Box 1847
Albany, Ny 12201

L3 Maritime Systems
90 Nemco Way
Ayer, Ma 01432

La Plata, Md 20646

Larson, Joshua
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Leal, Julian
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Lewis, Kristin
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Lieb, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Linde Gas & Equipment Inc
Po Box 382000
Pittsburgh, Pa 15250-0001

Line, Timothy
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Liner, Brandon
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Lockwood, Stephanie
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Lorenzetti, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Louisiana Dept Of Revenue
P.O. Box 91011
Baton Rouge, La 70821-9011

Mack, Alexander
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Maestro Marine Llc
25056 East Cherry Lane Gr

Maki Naval Architecture & Marine Researc
907
Ann Arbor, Mi 48104
Marcantonio, Raymond
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Mare Island Dry Dock Llc
1179 Nimitz Ave
Vallejo, Ca 94592

Mare Island Dry Dock Llc
1179 Nimitz Ave
Vallejo, Ca 94592 Duplicate

Marin Usa
4203 Montrose Blvd Suite 460
Houston, Tx 77006-5474

Marine Group Boat Works
1313 Bay Marina Dr.

Marine Group Boat Works
997 G Street
Chula Vista, Ca 91910-3414

Marine Measurements, Llc.
19 Loyola Terrace
Newport, Ri 02840-2344

Marine Systems Corp.
23 Dry Dock Avenue
Boston, Ma 02210-2336

Marine/Log Box 29785, Gpo
New York, Ny 10087-0001

Marino, Charles
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Maritime Reporter
60 Herrmann Lane
Easton, Ct 06612-1048

Martel, Kirsten
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Martin Defense Group Llc
10 Free Street Floor 2
Portland, Me 04101

Martin, Christopher
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Maryland Transportation Authority
Po Box 128
Philadelphia, Pa 19176

Mass. Dept. Of Revenue
P.O. Box 7005
Boston, Ma 02204

Mathew Lloyd
2537 Birkenhead Drive
Charleston, Sc 29414-5444

Matthew P. Tedesco
1900 Alaskan Way #31
Seattle, Wa 98101-1062

Maxemchuk, Amanda
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Mccabe, Shane
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Mcgraw, Peter
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Mclaurin, Tihitena
2900 S Quincy St. Suite 210
Arlington, Va 22206-2280

Mcmaster-Carr Supply Co.
P.O. Box 7690
Chicago, Il 60680

Mickel, Joshua
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Microbialinsights
10515 Research Drive
Knoxville, Tn 37932-2536

Microsoft
15010 Ne 36th Street
Redmond, Wa 98052

Miles & Stockbridge
P.O. Box 746592
Atlanta, Ga 30374

Mina, Kevin
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Montana Dept Of Revenue
Po Box 8021
Helena, Mt 59604-8021

Moore & Associates
4350 East-West Highway Suite500
Bethesda, Md 20814

Moran, James
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Morgan, David
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Morris Distributing, Inc.
628 Lee Highway
Verona, Va 24482-2501

Mullenhard, Peter
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Naiman, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

National Defense Information
1050 Connecticu Sharing And Analysis
Center (Ndisac)
Washington, Dc 20036-5303

Naval Sea Systems Command (Hq) 1333
Issac Hu

Naval Sea Systems Command (Navsea)
1333 Isaabldg 197
Washington, Dc 20376

Navis
911 Lakeville St.#302
Petaluma, Ca 94952-3329

Neal, Sara
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Necaise, Lauren
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Needham, Lidia
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Neosystems
1861 International DriveSuite 200
Tysons Corner, Va 22102-4412

New Wave Media
118 East 25th Street 2nd Floor
New York, Ny 10010-2977

New York State Corp Tax
Po Box 15163
Nys Dept Of Taxation & Finance CorpV
Albany, Ny 12212

New York State Dept. Of
41 State Street State Division Of
Corporations Albany, Ny

Newby, Jason
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Noaa Ssad
1325 East West Highway Ssmc2
Rm 11323
Silver Spring, Md 20910-3280

Noise Control Eng., Inc.
85 Rangeway Road Bldg 2, 2nd Floor
Billerica, Ma 01862-2105

Norfolk Wire & Electronic
Po Box 890608
Charlotte, Nc 28289-0608

Northrop Grumman
P.O. Box 301321
Dallas, Tx 75303

O'donnell, William
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

O'neil & Associates
495 Byers Road
Miamisburg, Oh 45342-3798

O'reilly Auto Parts
Po Box 9464
Springfield, Mo 65801-9464

Oard, Martin
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Oceaneering Int'l, Inc.
7001 Dorsey Road
Hanover, Md 21076-1553

Odgers & Berndtson
1100 Connecticut Avenue Nw
Suite 800
Washington, Dc 20036-4115

Odom, James
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Office Depot
P.O. Box 88040
Chicago, Il 60680

Oliveri & Tammadge, Llc
1487 Chain Bridge Rd
Mclean, Va 22101-5723

Pacific Guardian Life Box 47839
Po Box 1300
Honolulu, Hi 96807-1300

Pacific Whale Foundation 300 Ma'alaea R
Suite 211
Wailuku, Hi 96793

Parker + Lynch
8200 Greensboro Drive Suite 275
Mclean, Va 22102-4922

Passenger Vessel Assoc.
Post Office Box 88
Katica Klassic Memorial Tournament @

Paul Schneider
2900 S. Quincy St, Suite 210
Arlington, Va 22206-9907

Paxton Company
1111 Ingleside Road
Norfolk, Va 23502-5608

Pc Connection Sales Of Massachusetts, Inc.
P.O. Box 536472
Pittsburgh, Pa 15253

Peerless
101 Charles Street Suite 302
La Plata, Md 20646-4902

Peerless Tech Solutions Llc
101 E Charles St Suite 302
La Plata, Md 20646

Philly Shipyard
2100 Kitty Hawk Ave.
Philadelphia, Pa 19112-1808

Pine Environmental
P.O. Box 943
Hightstown, Nj 08520

Pitney Bowes
P.O. Box 371887

Global Financial Services Llc Pittsburgh
Po Box 9000, Presideo Station San
Francisco,

Poole, Judy
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Portsmouth Trailer Supply
3227 S. Military H

Price, Gregory
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Proactive Environmental Products Llc
1767 La#113
Bradenton, Fl 34211

Provident Life & Accident Insurance Comp
P.O. Box 740592
Atlanta, Ga 30374

Pyrogenesis Canada Inc.
1744 William Street, Suite 200
Montreal, Canada

Q.E.D. Systems, Inc.
4646 N. Witchduck Rd Vi

Qinetiq Ltd.
5900 Fort Drive Suite 312
Centreville, Va 20121

R.I. Division Of Taxation
One Capitol Hill P

Rafalovich, Brent
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Ramsey, Anne
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Raoelison, Fitia
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Reddick, August
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Reed Integration, Inc.
7007 Harbour View Blvd
Suffolk, Va 23435-3657

Regan, Rockford
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Reid, Luke
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Reid, Richard
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Resio, Alexander
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Resper, Joseph
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Rhoda, Anthony
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Rhode Island Division Taxation
Po Box 9702
Providence, Ri 02940-9702

Ricky Cox
2900 S. Quincy St, Suite 210
Arlington, Va 22206-9907

Rine, Claude
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Rita Chaundy
2900 S. Quincy St, Suite 210
Arlington, Va 22206-9907

Robert Half Talent
1401 I Street Nm Suite 40
Washington, Dc 20005-2225

Robert Half Talent Solutions
1401 I Street N Suite 400
Washington, Dc 20005

Rogers, Lewis
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Rohland, James
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Roy, Michael
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Rubino & Mcgeehin
6903 Rockledge Drive Suite 1200
Bethesda, Md 20817

Ryan, Daniel
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Ryan, Teresa
24928 Pearmain Ct.
Aldie, Va 20105-2691

Safe Boats Int'l
8800 Sw Barney White Road Bremerton,
Wa

Sai Global
Po Box 74007503 lockbox #007503
Chicago, Il 60674-0001

Sandbox Financial Partners
6903 Rockledge Dr Suite 300
Bethesda, Md 20817

Sarau, Kurt
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Schanzle, David
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Schneider, Joshua
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Sd Model Makers
4114 Tierra Vista
Bonsall, Ca 92003-4926

Seaspan Vancouver Shipyards
50 Pemberton Ave
North Vancouver,
Bc V7p 2r2 Canada

Secretary Of State
Post Office Box 29525 Ral

Senoda Inc
1300 Pennsylvania Avenue Nw
Suite 700
Washington, Dc 20004-3024

Shea, Jeffrey
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Sherwin-Williams No Address On File

Shingledecker, Luke
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Shipbuilders Council Of America
20 F Street, Nw Suite 500
Washington, Dc 20001-6703

Shipconstructor Usa
2070 Schillinger Road S

Shirlington Tower
P.O. Box 70392
Newark, Nj 07101

Shirlington Tower Property Owner Llc
P.O. Box 70392
Newark, Nj 07101

Shockwave Marine Suspension Seating
2074 Hensydney,
Bc V8l 5y1 Canada

Silvis, Shawn
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Siuzdak, Jessica
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Six Mile Contractors
171 W Dover
Hatfield, Ar 71945

Skvarla, Kai
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Smith, Latasha
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Solar Energy Services, Inc
1514 Jabez Run Ste 103
Millersville, Md 21108

Spar
927 West Street
Annapolis, Md 21401-3646

Spectrum Financial Service
8614 Westwood
Centvienna, Va 22182-2442

Spectrum Financial Services
8614 Westwood
Cevienna, Va 22182-2442

Spittlemeister, Allan
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Sprouse, Dennis
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Sspa Chalmers Tvargata
10goteborg Se-400 22 Sweden

St Johns Ship Building, Inc
560 Stokes Landi

Stanhouse, Jimmie
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

State Of Alaska, Dept Of Trans. And Publ
Ala
6860 Glacier Highway
Po Box 112506
Juneau, Ak 99811-2506

Stephen, Katherine
2900 S Quincy St. Suite 210
Arlington, Va 22206-2280

Sti Technologies, Inc.
201 S. Denver Ave.
Tulsa, Ok 74103-3229

Strom Engineering Of Florida, Inc.
26852 Tansuite 101
Wesley Chapel, Fl 33544

Strom Worldwide
26852 Tanic Drive Suite 101
Wesley Chapel, Fl 33544

Stuckey, Christopher
2900 S Quincy St. Suite
Arlington, Va 22206-2231

Sullivan, Luke
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Summit 7 Systems
2 Parade Street
Huntville, Al 35806-4846

Surface Forces Logistics Center Cpd-3
Shared
2401 Hawkins Point Road
Baltimore, Md 21

Surge Coworking
5930 Sixth Avenue Office A-0

State Of Alabama Department Of Revenue
PO Box 320001
Montgomery Al 36132-0001

Technipower
1080 Holcomb Bridge Road Bldg 100
Roswell, Ga 30076-6202

Tedder Jr, Bobby
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Tennessee Dept Of Revenue
500 Deaderick St
Nashville, Tn 37242-0001

Terminal Supply Co
1800 Thunderbird Drive
Troy, Mi 48084-5428

Tessa Elliott 2510 Pembroke Ct
Woodbridge, Va 22192-3713

Teufel, Adam
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

The American Equity Underwriters, Inc.
11 No
Mobile, Al 36602

Thomas, Natalie
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Tilicki, Easton
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Tobias Lemerande
151 Mann Lot Road Scituate,

Tolulope Akingbade
8250 Georgia Ave Apt 1405
Silver Spring, Md 20910

Towns, James
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Trident Maritime Systems
2840 Lausat St.
Metairie, La 70001-5950

Trident Maritime Systems
2840 Lausat Street Raaci Division
Metairie, La 70001-5950

Tridentis, Llc
1199 N Fairfax Suite 410
Alexandria, Va 22314

Turzewski, Ryan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Twanmoh, Darren
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Uline
P.O. Box 88741
Accounts Receivable

Unisense Tueager 1
8200 Arhus N Denmark

Unison Marketplace, Inc.
8500 Leesburg Pike Suite 602
Vienna, Va 22182

Unison Systems, Inc.
6130 Greenwood Plaza Bl
Greenwood, Co 80111-4810

United Rentals (North America), Inc.
Po Box
Atlanta, Ga 30384-0001

Universal Premium
P.O. Box 70995
Charlotte, Nc 28272

Us Department Of Revenue Internal

Uscg Headquarters (Cg-912)
2703 Martin Luther King Jr. Ave Se Washi

Uscg Sflc Alameda,
Torben Ohlsson Uscg Sflc
Alameda, Ca 94501

Uscg Sflc Dpd Ssp Isvs
707 E. Ordnance Rd. S
Baltimore, Md 21226-1767

Uscg Sflc Norfolk / Baltimore
300 East Main
Norfolk, Va 23510-1753

Usda Ars Nea Aao Acq
10300 Baltimore Ave Bldg 003, Rm 223,
Barc-West
Beltsville, Md 20705

Usda Ars Nea Aao Acq
10300 Baltimore Ave Bldg 003, Rm 231,
Barc-West
Beltsville, Md 20705

Usda Forest Service Southern Region
1720 Peaste 876s
Atlanta, Ga 30309

Usda-Fs Csa East 6
1720 Peachtree St Nw Ste
Atlanta, Ga 30309-2449

Valiant Gobal Defense Services, Inc.
13880 D Suite 100
Herndon, Va 00020-1771

Van Name, John
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Vandall, Jeffrey
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Vector Csp
101 Mill End Court Suite C
Elizabeth City, Nc 27909-8987

Verban, Gary
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Verizon
P.O. Box 25505
Lehigh Valley, Pa 18002-5505

Victoria Dlugokecki
746 Roosevelt St
Franklin Square, Ny 11010-3704

Vigor Works Llc
5555 N. Channel Avenue
Building No. 71
Portland, Or 97217-7655

Vigus, Steve
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Vision Business Products
P.O. Box 643897
Pittsburgh, Pa 15264

Vorst, Eric
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Vt Halter Marine Inc.
900 Bayou Casotte Pkwy

Waldman, Mitch No Address On File

Waste Management
P.O. Box 13648
King George Landfill Philadelphia, Pa 19

Waterra Usa Inc
Po Box 576
Peshastin, Wa 98847-0576

Watkins, Richard
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wedekind, Madeline
2900 S Quincy St. Suite 210
Arlington, Va 22206-2280

Western Branch Diesel
P.O. Box 7788
Portsmouth, Va 23707

Wheelan, Martin
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Whitlow, Randy
3212 Nw 61st Terrace
Oklahoma City, Ok 7

Whitman, Emily
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wilkinson, Marion
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

William B. Hale
1239 Tieste Dr
San Diego, Ca 92107-3958

Williams, Bryan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wilmerhale
1875 Pennsylvania Avenue
Nw Washington,

Wilson, Isaac
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wilton, Michael
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wines, Dylan
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wisconsin Dept Of Revenue
P.O. Box 8908
Madison, Wi 53708

Workboat
Po Box 360033
Boston, Ma 02241-0633

Workboat Magazine
P.O. Box 360033
Boston, Ma 02241

World Fuel Services, Inc.
4920 Southern Blvd

Wyman, Jerod
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Wysenski, Matthew
2900 S Quincy St. Suite 210
Arlington, Va 22206-2231

Xceptional Wildlife Removal
208 Hudgins Rd
Fredericksburg, Va 22408-4119

Yang, Lin
8235 Silverline Drive
Fairfax Station, V

Zarko, Aja
2900 S Quincy St. Suite 210
Arlington, Va 22206-9907

Zimmerman Associates, Inc
10600 Arrowhead Dr Suite 325
Fairfax, Va 22030

Zoho Corp
4141 Hacienda Drive
Pleasanton, Ca 94588-8566