THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE: BMT Designers & Planners, Inc., Debtor(s).    Case No. 22-10123 MG
    2900 S. Quincy St.    Chapter 7
    Ste. 210
    Arlington, VA 22206
    13-5620740

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

    Respectfully submitted,
    Herbert H. Slatery III
    Attorney General and Reporter

    /s/ Marvin E. Clements, Jr.
    Marvin E. Clements, Jr.
    Senior Assistant Attorney General
    BPR No. 016031
    OFFICE OF THE ATTORNEY GENERAL
    BANKRUPTCY DIVISION
    P O BOX 20207
    Nashville,  TN  37202-0207
    Phone: (615) 741-1935    Fax: 615-741-3334
    Email: AGBankNewYork@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on _____March 11, 2022_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

    /s/ Marvin E. Clements, Jr.
    Marvin E. Clements, Jr.
    Senior Assistant Attorney General

| | |
|---|---|
| Salvatore LaMonica | Bennett Scott Silverberg |
| Chapter 7 Trustee | Attorney for the Debtor(s) |
| LaMonica Herbst & Maniscalco, LL | 4 Times Square 26-416 |
| 3305 Jerusalem Avenue | New York, NY 10036 |
| Wantagh, NY 11793 | |