**LaMONICA HERBST & MANISCALCO, LLP**  Objection Deadline: April 5, 2022 by 5:00 p.m.
*Counsel to the Chapter 7 Trustee*
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: 516.826.6500
Jacqulyn S. Loftin, Esq.
Cristina Lipan, Esq.

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                              Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                     Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.
---------------------------------------------------------------x

### NOTICE OF ABANDONMENT OF THE ESTATE'S INTEREST IN AND TO ANY AND ALL FURNITURE, EQUIPMENT, PERSONAL EFFECTS, AND ANY OTHER OF THE DEBTOR'S PROPERTY REMAINING AT THE ARLINGTON, VIRGINIA PREMISES

**TO: ALL KNOWN CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the applicable provisions of Title 11 of the United States Code ("Bankruptcy Code"), notice is hereby given by Salvatore LaMonica, Esq. solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US ("Debtor"), through his counsel, LaMonica Herbst & Maniscalco, LLP, of the proposed abandonment ("Abandonment") of the Estate's right, title and interest in and to any and all furniture, equipment, personal effects, and any other of the Debtor's property ("Property") remaining at Suite 210, Shirlington Tower building, located at 2900 South Quincy Street, Arlington, Virginia 22206. The Trustee's investigations have determined that the Property, in his business judgment, has less value than the cost of selling such Property. Therefore, the Property has no value and is burdensome to the Estate.

**PLEASE TAKE FURTHER NOTICE**, that the Abandonment shall be deemed effective on **April 6, 2022**.

**PLEASE TAKE FURTHER NOTICE**, that the Abandonment is not intended to be, nor shall it be construed as, an abandonment of any other assets, claims or rights of the Trustee or the Estate.

**PLEASE TAKE FURTHER NOTICE**, that objections ("Objections") to the Abandonment of the Property, if any, must be in writing, conform with the Bankruptcy Code and the Bankruptcy Rules, state with particularity the grounds therefor and be filed with the United States Bankruptcy Court, Southern District of New York ("Court"), with a courtesy copy to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, counsel for the Trustee, Attn: Jacqulyn Loftin, Esq., no later than **April 5, 2022** ("Objection Deadline") as follows: (a) (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov; and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE,** that if no Objections are filed by the Objection Deadline, the Estate's interest in the Property will be deemed abandoned by operation of law.

**PLEASE TAKE FURTHER NOTICE,** that in the event Objections are filed with the Court and served upon the undersigned, there will be a hearing scheduled and held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, to consider any such Objections, notice of which will be given to all known creditors and parties in interest by the Trustee.

Dated:  March 17, 2022
   Wantagh, New York

          **LaMONICA HERBST & MANISCALCO, LLP**
          Counsel to Salvatore LaMonica, Chapter 7 Trustee

     By: *s/ Jacqulyn S. Loftin*
        Jacqulyn S. Loftin, Esq.
        Cristina M. Lipan, Esq.
        3305 Jerusalem Avenue, Suite 201
        Wantagh, New York 11793
        Telephone: 516.826.6500