6903 Rockledge Drive
Suite 300
Bethesda, MD 20817
301-564-3636

**RUBINO**

STRENGTH IN NUMBERS

1950 Old Gallows Road
Suite 440
Vienna, VA 22182
703-506-9700

March 01, 2022

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Case Number 22-10123-mg
Debtor: BMT Designers & Planners, Inc.

To whom it may concern:

I am writing to you today to correct our Firm's address on file with the United States Bankruptcy Court as instructed per our phone call to the Court. Our suite number has changed from 1200 to 300. Our correct mailing address is as follows:

Rubino & Company, Chartered
6903 Rockledge Drive
Suite 300
Bethesda, MD 20817

Please do not hesitate to contact me if further information is needed.

Sincerely,

Mark A. Lundquist
Controller, Rubino & Company, Chartered

ASSURANCE | TAX | ADVISORY           rubino.com           Member, American Institute of Certified Public Accountants

| Information to identify the case: | | |
|---|---|---|
| Debtor Name | BMT Designers & Planners, Inc. | EIN: 13-5620740 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: 7  2/1/22 |
| Case number: | 22-10123-mg | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline       10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order *for relief has been* entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | Debtor's full name | BMT Designers & Planners, Inc. | |
| 2. | All other names used in the last 8 years | fdba BMT D&P, fdba BMT, fdba BMT DAS US | |
| 3. | Address | 2900 S. Quincy St., Ste. 210 Arlington, VA 22206 | |
| 4. | Debtor's attorney Name and address | Bennett Scott Silverberg Brown Rudnick LLP Seven Times Square New York, NY 10036 | Contact phone 2122094924 Email: bsilverberg@brownrudnick.com |
| 5. | Bankruptcy trustee Name and address | Salvatore LaMonica LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Avenue Wantagh, NY 11793 | Contact phone (516) 826-6500 Email: sl@lhmlawfirm.com |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | One Bowling Green New York, NY 10004-1408 Clerk of the Bankruptcy Court: Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM Contact phone 212-668-2870 Date: 2/2/22 |
| 7. | Meeting of creditors The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | February 24, 2022 at 09:30 AM The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: Teleconference *ONLY*, Contact Trustee (see Trustee Section), for direction |
| 8. | Proof of claim Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline       page 1

025521                                          13409025546010