| | |
|---|---|
| **LaMonica Herbst & Maniscalco, LLP**<br>*Counsel for the Chapter 7 Trustee*<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Telephone:516.826.6500<br>Jacqulyn S. Loftin, Esq.<br>Cristina M. Lipan, Esq. | **Presentment Date: April 5, 2022 at 12:00 p.m.**<br>**Objection Due Date: March 31, 2022 by 5:00 p.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                                                      Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                            Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.
----------------------------------------------------------x

## NOTICE OF PRESENTMENT OF THE STIPULATION AND ORDER BETWEEN TRUSTEE AND THE LANDLORD, SHIRLINGTON TOWER PROPERTY OWNER, LLC, TO REJECT THE LEASE FOR THE COMMERCIAL SPACE LOCATED IN ARLINGTON, VIRGINIA AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that, on **April 5, 2022 at 12:00 p.m.**, Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US ("Debtor"), by and through his counsel, LaMonica Herbst & Maniscalco, LLP, will present the stipulation and proposed Order ("Stipulation") by and between the Trustee, on behalf of the Estate, and Shirlington Tower Property Owner LLC ("Landlord"), to reject the lease for the commercial space known as Suite 210, in the building known as Shirlington Tower, located at 2900 South Quincy Street, Arlington, Virginia 22206 ("Premises"), and for related relief as set forth therein, a copy of which is annexed hereto, to the Honorable Martin Glenn, United States Bankruptcy Chief Judge, United States Bankruptcy Court, Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004 ("Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation must be in writing, conform with the Title 11 of the United States Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Chief Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, the counsel for the Trustee, Attn: Jacqulyn S. Loftin, Esq., no later than **March 31, 2022 by 5:00 p.m.** ("Objection Deadline") as follows: (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation are filed by the Objection Deadline, the Court may so-order the Stipulation annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing will be scheduled by the Court.

Dated:  March 21, 2022          **LaMONICA HERBST & MANISCALCO, LLP**
        Wantagh, New York          Counsel to Salvatore LaMonica, Chapter 7 Trustee

                              By:  *s/ Jacqulyn S. Loftin*
                                    Jacqulyn S. Loftin, Esq.
                                    Cristina M. Lipan, Esq.
                                    3305 Jerusalem Avenue, Suite 201
                                    Wantagh, New York 11793
                                    Telephone: 516.826.6500