

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street, 3rd floor
New York, New York 10007*

April 11, 2022

**VIA ELECTRONIC CASE FILING**
The Honorable Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

      Re:    *In re BMT Designers & Planners, Inc.*
                   No. 22-10123 (MG) – Chapter 7

Dear Judge Glenn:

      This Office represents the United States of America (the "Government") in the above-referenced bankruptcy proceeding. On February 24, 2022, the Clerk of the Court entered a Notice of Possible Payment of Dividends and of Last Date to File Claims [ECF No. 22], which stated that "[a] creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor," and that "[t]he Proof of Claim must be filed on or before May 31, 2022." However, Rule 3002(c)(1) of the Federal Rules of Bankruptcy Procedure provides that a "proof of claim filed by a governmental unit…is timely filed if it is filed not later than 180 days after the date of the order for relief." Fed. R. Bankr. P. 3002(c)(1). Accordingly, we write respectfully to ask the Court to confirm that the governmental bar date is **August 1, 2022**, which is 180 days after the petition date of February 1, 2022. Counsel for the Chapter 7 Trustee, Jacqulyn Loftin, Esq., concurs that the governmental bar date in this matter is August 1, 2022, not May 31, 2022.

      We thank the Court for its consideration of this matter.

Hon. Martin Glenn
April 11, 2022
Page 2

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s/ *Tomoko Onozawa*
        TOMOKO ONOZAWA
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.  (212) 637-2721
        Fax  (212) 637-2686

cc: All Counsel of Record (via ECF)