**LaMonica Herbst & Maniscalco, LLP**              Related Hearing Date: April 20, 2022 at 2:00 p.m.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                 Chapter 7

BMT DESIGNERS & PLANNERS, INC.,            Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                  Debtor.
------------------------------------------------------------x

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS THROUGH AND INCLUDING JUNE 3, 2022**

TO THE HONORABLE MARTIN GLENN,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

JACQULYN S. LOFTIN, ESQ. hereby represents as follows:

1.       On March 30, 2022, I filed and notice of hearing and the motion ("Motion"), on behalf of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the BMT Designers & Planners, Inc. fba BMT D&P, fbda BMT fbda BMT DAS US ("Debtor") estate, seeking the entry of an Order, pursuant to 11 U.S.C. § 365, extending the Trustee's time to assume or reject executory contracts of the Debtor for a period of sixty (60) days from April 4, 2022 through and including June 3, 2022, and for related relief [Dkt. No. 45]. A copy of the proposed stipulation and Order was annexed to the Motion as **Exhibit "A"** [Dkt. No. 45-1].

2.       The Motion was duly served on all necessary parties, and an affidavit of service was electronically filed with the Court. See Affidavit of Service, Dkt. No. 46.

3. The deadline to file objections to the relief sought in Motion was April 13, 2022 by 5:00 p.m. ("Objection Deadline").

4. No objection or responsive pleading to the relief sought in the Motion was filed on the docket or served on the Trustee or his counsel.

5. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline pursuant to Local Rule 9075-2.

**WHEREFORE**, the Trustee respectfully requests that the hearing on the Motion be removed from the Court's calendar and the Court enter the proposed Order, substantially in the form annexed hereto.

Dated: April 18, 2022
Wantagh, New York

Respectfully Submitted,

**LAMONICA HERBST & MANISCALCO, LLP**
Counsel to Salvatore LaMonica as Trustee

By:  *s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500