**LaMonica Herbst & Maniscalco, LLP**  Related Hearing Date: April 20, 2022 at 2:00 p.m.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                                    Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                           Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.
-------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF THE HEARING ON CHAPTER 7 TRUSTEE'S MOTION
FOR ENTRY OF AN ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY
CONTRACTS THROUGH AND INCLUDING JUNE 3, 2022**

**PLEASE TAKE NOTICE,** that that the hearing originally scheduled for on **Wednesday, April 20, 2022 at 2:00 p.m.** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, on the motion of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US, by and through his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to 11 U.S.C. § 365(d), extending the Trustee's time to assume or reject executory contracts of the Debtor for a period of sixty (60) days from April 4, 2022 through and including June 3, 2022, and for such other, further and different relief as the Court may deem just and proper has been cancelled and will be marked off the Court's calendar.

Dated:  April 18, 2022
        Wantagh, New York

                                        **LAMONICA HERBST & MANISCALCO, LLP**
                                        Counsel to Salvatore LaMonica as Trustee

                By:     *s/ Jacqulyn S. Loftin*
                          Jacqulyn S. Loftin, Esq.
                          3305 Jerusalem Avenue, Suite 201
                          Wantagh, New York 11793
                          Telephone: 516.826.6500