| | |
|---|---|
| **LaMONICA HERBST & MANISCALCO, LLP**<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Telephone: 516.826.6500<br>Jacqulyn S. Loftin, Esq.<br>Cristina M. Lipan, Esq. | **Auction Sale Date: June 14, 2022 at 10:30 a.m.**<br>**Objections Due: June 7, 2022 by 12:00 p.m.** |

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                                    Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                              Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

           Debtor.
------------------------------------------------------------x

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
### OF PUBLIC AUCTION SALE OF THE DEBTOR'S VEHICLES AND MACHINERY

    **PLEASE TAKE NOTICE** that on February 1, 2022 ("Petition Date"), BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court, Southern District of New York ("Court").

    **PLEASE TAKE FURTHER NOTICE** that Salvatore LaMonica, Esq. ("Trustee") was appointed as the interim Chapter 7 Trustee of the Debtor's estate, has since duly qualified and is the permanent Trustee administering the estate.

    **PLEASE TAKE FURTHER NOTICE** that the Trustee, through his retained auctioneer, Maltz Auction Inc. d/b/a Maltz Auctions ("Auctioneer"), shall conduct an online-only public auction sale ("Auction") for the sale of the following vehicles and machinery ("Assets"):

- 2019 GMC Sierra 1500 Limited
- 2015 Chevrolet Silverado 2500HD
- 2013 Chevrolet Silverado 2500HD
- Geoprobe Drilling Rig with 20' Avenger Trailer

    **PLEASE TAKE FURTHER NOTICE** that the Assets may be inspected at Statewide Auto Auction, Inc., 39 Windsor Place, Central Islip, New York on the following dates:

- June 10, 2022 from 9:30 a.m. – 3:30 p.m.
- June 13, 2022 from 9:30 a.m. – 3:30 p.m.
- June 14, 2022 from 9:00 a.m. – 10:00 a.m.

    **PLEASE TAKE FURTHER NOTICE** that the Assets are being sold "as is," "where is," without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, except for title.

    **PLEASE TAKE FURTHER NOTICE** that to register to bid, each bidder must submit an executed copy of the Terms and Conditions of Sale ("Sale Terms") and 25% minimum deposit in cash or

1

in certified funds. A copy of the Sale Terms may be obtained by contacting the Auctioneer at the telephone number and/or website listed below.

**PLEASE TAKE FURTHER NOTICE** that the Auction will be held online-only from Friday, June 10, 2022 at 1:00 p.m. through Tuesday, June 14, 2022 at 10:30 a.m. ("Sale Date"). Online bidding will be made available for pre-registered bidders via the Auctioneer's online bidding App available for download in the App Store or on Google play, and via desktop bidding at RemoteBidding.MaltzAuctions.com. Bidding is scheduled to close on Tuesday, June 14, 2022 at 10:30 a.m. If a bid is placed with less than one minute remaining, the bidding period will be extended so one minute remains for competing bids to be entered. This extension will continue until there are no higher bids placed within the final one minute prior to the close of the auction.

**PLEASE TAKE FURTHER NOTICE** that payment of the balance of the purchaser price must be made in cash, certified funds, or wire transfer, and is required to be paid in full by **Wednesday, June 15, 2022 by 4:00 p.m.** All instruments are to be made payable to "Maltz Auction, Inc."

**PLEASE TAKE FURTHER NOTICE** that the Assets will be sold pursuant to Bankruptcy Code section 363(b) and (f), Rule 6004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule S.D.N.Y. LBR 6004-1, free and clear of all liens, claims and encumbrances, with such liens, claims and encumbrances to attach to the proceeds of sale after deduction of all sale expenses such as Auctioneer's and Trustee's commission, advertisements, and attorney fees.

**PLEASE TAKE FURTHER NOTICE** that the Trustee reserves the right to sell the Assets in bulk, consecutive lot number order, or in any order he deems advisable or other methods as deemed appropriate by the Trustee or the Auctioneer.

**PLEASE TAKE FURTHER NOTICE** that any objection to sale of the Assets must be filed with the Court no later than **Tuesday, June 7, 2022 by 12:00 p.m**. In the event a timely objection is filed, the Auction will be adjourned, the Trustee will request a hearing with the Court, and a separate notice will be provided of the adjourned Sale Terms. If no objections are filed, the Auction and the sale of the Assets will go forward.

**PLEASE TAKE FURTHER NOTICE** that requests for information about the Assets, including a copy of the Sale Terms, can be obtained by contacting counsel to the Trustee, LaMonica Herbst & Maniscalco, LLP, Jacqulyn S. Loftin, Esq., or Maltz Auctions, Inc.

Dated: May 2, 2022

| **Maltz Auctions, Inc.** | **Salvatore LaMonica, as Chapter 7 Trustee** |
|---|---|
| 39 Windsor Place | c/o LaMonica Herbst & Maniscalco, LLP |
| Central Islip, New York 11722 | 3305 Jerusalem Avenue |
| Telephone: 516.349.7022 | Wantagh, New York 11793 |
| Fax: 516.349.0105 | Telephone: 516.826.6500 |
| www.MaltzAuctions.com | Fax: 516.826.0222 |