**LaMonica Herbst & Maniscalco, LLP**  
3305 Jerusalem Avenue, Suite 201  
Wantagh, New York 11793  
Telephone: 516.826.6500

Related Hearing Date: May 10, 2022 at 11:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------x

In re:                                                                                              Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                    Case No. 22-10123 (MG)  
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.  
----------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 721, AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS THROUGH AUGUST 1, 2022 AND PAY CERTAIN OPERATING EXPENSES OF THE ESTATE AND FOR RELATED RELIEF**

HONORABLE MARTIN GLENN  
CHIEF UNITED STATES BANKRUPTCY JUDGE:

   JACQULYN S. LOFTIN, ESQ. hereby represents as follows:

      1.     On April 20, 2022, I filed the Notice of Hearing on Motion and Motion of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US ("Debtor") estate ("Estate"), seeking the entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and 721 ("Bankruptcy Code"), authorizing the Trustee: i) to continue to operate the Debtor's business with the assistance of the Debtor's former officers and employees as independent contractors of the Estate from May 2, 2022 through and including August 1, 2022, without prejudice to seek to further extend such time; ii) to continue to maintain the Debtor's Operating Account (defined therein) at Truist Bank for an interim period of time while the Trustee continues to collect the accounts receivable; and iii) related relief. See Dkt. No. 59. A proposed Order was annexed to the Motion See Dkt. No.

59-1.

2.  The Motion was duly served on all necessary parties. See Affidavit of Service, Dkt. No. 60.

3.  The hearing on the Motion is scheduled for May 10, 2022 at 11:00 a.m.

4.  The deadline to file an objection to the relief sought in the Motion was May 3, 2022 by 5:00 p.m. ("Objection Deadline").

5.  No objection or responsive pleading to the Motion was filed on the docket or served on the Trustee or his counsel.

6.  This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline pursuant to Local Rule 9075-2.

**WHEREFORE**, the Trustee respectfully requests that the Court mark-off the hearing on the Motion from the Court's calendar and enter the proposed Order annexed hereto.

Dated: May 6, 2022
Wantagh, New York

Respectfully Submitted,

**LAMONICA HERBST & MANISCALCO, LLP**
Counsel to Salvatore LaMonica, as Trustee

By:  *s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500