**LaMonica Herbst & Maniscalco, LLP**  **Related Hearing Date: May 10, 2022 at 11:00 a.m.**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                                                  Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                         Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                            Debtor.
-----------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF THE HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 721, AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS THROUGH AUGUST 1, 2022 AND PAY CERTAIN OPERATING EXPENSES OF THE ESTATE AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE,** that the hearing originally scheduled for **Tuesday, May 10, 2022 at 11:00 a.m.** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, on the motion of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US ("Debtor"), by and through his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and 721, authorizing the Trustee: i) to continue to operate the Debtor's business with the assistance of the Debtor's former officers and employees as independent contractors of the Estate from May 2, 2022 through and including August 1, 2022, without prejudice to seek to further extend such time; ii) to continue to maintain the Debtor's Operating Account (defined therein) at Truist Bank for an interim period of time while the Trustee continues to collect the accounts receivable; and iii) related relief, has been cancelled and marked off the Court's calendar.

Dated:   May 6, 2022
         Wantagh, New York

                                                **LAMONICA HERBST & MANISCALCO, LLP**
                                                Counsel to Salvatore LaMonica as Trustee

                                    By:         *s/ Jacqulyn S. Loftin*
                                                Jacqulyn S. Loftin, Esq.
                                                3305 Jerusalem Avenue, Suite 201
                                                Wantagh, New York 11793
                                                Telephone: 516.826.6500