

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxx1211 |

**Days In Statement Period**

31

BMT DESIGNERS PLANNERS INC, DEBTOR
SALVATORE LAMONICA, TRUSTEE
CASE #22-10123
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $485,852.58 | $1,175.00 | $24,812.42 | $462,215.16 |
| DEPOSIT TOTALS | $485,852.58 | $1,175.00 | $24,812.42 | $462,215.16 |

### Trustee Checking - 1211

| | | Beginning Balance | $485,852.58 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 04/01 | Bank Service Fee | | $800.00 |
| 04/04 | MyDeposit | $1,175.00 | |
| | | Ending Balance | $462,215.16 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 123 | 2,134.00 | 04/06 | *131 | 250.00 | 04/12 | 137 | 562.50 | 04/25 |
| *125 | 1,500.00 | 04/05 | 132 | 2,823.00 | 04/21 | 138 | 125.00 | 04/19 |
| 126 | 2,185.00 | 04/06 | 133 | 375.00 | 04/14 | 139 | 343.75 | 04/26 |
| 127 | 500.00 | 04/05 | 134 | 875.00 | 04/19 | 140 | 385.42 | 04/26 |
| 128 | 437.50 | 04/06 | 135 | 1,296.00 | 04/21 | *142 | 3,000.00 | 04/26 |
| 129 | 6,500.00 | 04/12 | 136 | 593.75 | 04/15 | 143 | 126.50 | 04/29 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $472,742.45 | Average Daily Collected | $472,704.55 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.



| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxxx1211 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

31



| Image Number 813109111020150 | Amount 0000001500.00 | Image Number 813109111020150 | Amount 0000001500.00 |
| Date 04-05-2022 | Serial 125 | Date 04-05-2022 | Serial 125 |

| Image Number 813109111002390 | Amount 0000000500.00 | Image Number 813109111002390 | Amount 0000000500.00 |
| Date 04-05-2022 | Serial 127 | Date 04-05-2022 | Serial 127 |



| Image Number 813209111009400 | Amount 0000002134.00 | Image Number 813209111009400 | Amount 0000002134.00 |
| Date 04-06-2022 | Serial 123 | Date 04-06-2022 | Serial 123 |

| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxx1211 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

31



Image Number 813209111009380 | Amount 0000002185.00
Date 04-06-2022 | Serial 126

Image Number 813209111009380 | Amount 0000002185.00
Date 04-06-2022 | Serial 126

  

Image Number 813209111034730 | Amount 0000000437.50
Date 04-06-2022 | Serial 128

Image Number 813209111034730 | Amount 0000000437.50
Date 04-06-2022 | Serial 128

 

Image Number 813809111066890 | Amount 0000006500.00
Date 04-12-2022 | Serial 129

Image Number 813809111066890 | Amount 0000006500.00
Date 04-12-2022 | Serial 129



| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxx1211 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

31



| Image Number 813809111011880 | Amount 0000000250.00 |
|---|---|
| Date 04-12-2022 | Serial 131 |



| Image Number 813809111011880 | Amount 0000000250.00 |
|---|---|
| Date 04-12-2022 | Serial 131 |



| Image Number 814009111011290 | Amount 0000000375.00 |
|---|---|
| Date 04-14-2022 | Serial 133 |

| Image Number 814009111011290 | Amount 0000000375.00 |
|---|---|
| Date 04-14-2022 | Serial 133 |







| Image Number 814109111002060 | Amount 0000000593.75 |
|---|---|
| Date 04-15-2022 | Serial 136 |

| Image Number 814109111002060 | Amount 0000000593.75 |
|---|---|
| Date 04-15-2022 | Serial 136 |

| Statement Period | Account # |
| --- | --- |
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxxx1211 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Days In Statement Period |
| --- |
| 31 |

 

Image Number 814509111045190         Amount 0000000875.00
Date 04-19-2022                                          Serial 134

Image Number 814509111045190         Amount 0000000875.00
Date 04-19-2022                                          Serial 134

 

Image Number 814509111004500         Amount 0000000125.00
Date 04-19-2022                                          Serial 138

Image Number 814509111004500         Amount 0000000125.00
Date 04-19-2022                                          Serial 138

  

Image Number 814709111013290         Amount 0000002823.00
Date 04-21-2022                                          Serial 132

Image Number 814709111013290         Amount 0000002823.00
Date 04-21-2022                                          Serial 132

| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxx1211 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Days In Statement Period |
|---|
| 31 |



| Image Number 814709111013300 | Amount 0000001296.00 | Image Number 814709111013300 | Amount 0000001296.00 |
| Date 04-21-2022 | Serial 135 | Date 04-21-2022 | Serial 135 |



| Image Number 815109111048760 | Amount 0000000562.50 | Image Number 815109111048760 | Amount 0000000562.50 |
| Date 04-25-2022 | Serial 137 | Date 04-25-2022 | Serial 137 |

 

| Image Number 815209111016720 | Amount 0000000343.75 | Image Number 815209111016720 | Amount 0000000343.75 |
| Date 04-26-2022 | Serial 139 | Date 04-26-2022 | Serial 139 |

| | Statement Period | Account # |
|---|---|---|
| | 04/01/2022 thru 05/01/2022 | xxxxxxxxxxx1211 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

31



Image Number 815209111009160          Amount 0000000385.42
Date 04-26-2022                                        Serial 140

Image Number 815209111009160          Amount 0000000385.42
Date 04-26-2022                                        Serial 140

          

Image Number 815209111028570          Amount 0000003000.00
Date 04-26-2022                                        Serial 142

Image Number 815209111028570          Amount 0000003000.00
Date 04-26-2022                                        Serial 142

          

Image Number 815509111013890          Amount 0000000126.50
Date 04-29-2022                                        Serial 143

Image Number 815509111013890          Amount 0000000126.50
Date 04-29-2022                                        Serial 143

Page 8 of 8



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxx1252 |

**Days In Statement Period**

31

BMT DESIGNERS PLANNERS INC, DEBTOR
SALVATORE LAMONICA, TRUSTEE
CASE #22-10123
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $539,575.05 | $928,302.72 | $0.00 | $1,467,877.77 |
| DEPOSIT TOTALS | $539,575.05 | $928,302.72 | $0.00 | $1,467,877.77 |

## Trustee Checking - 7425047001252

Beginning Balance    $539,575.05

| Date | Description | Credits | Debits |
|---|---|---|---|
| 04/05 | Wire Transfer Credit<br>BMT DESIGNERS & PLANNERS INC<br>OPERATING ACCT<br>2900 SOUTH QUINCY ST SUITE 210<br>ARLINGTON VA 22206<br>20220405E3QP021C001622<br>20220405MMQFMP9N000084<br>04051055FT01 | $322,000.00 | |
| 04/08 | Wire Transfer Credit<br>BMT DESIGNERS & PLANNERS INC<br>OPERATING ACCT<br>2900 SOUTH QUINCY ST SUITE 210<br>ARLINGTON VA 22206<br>$235,000.00 TRANSFER<br>20220408E3QP021C003444<br>20220408MMQFMP9N000161<br>04081225FT01 | $235,000.00 | |
| 04/21 | MyDeposit | $1,302.72 | |
| 04/27 | Wire Transfer Credit<br>BMT DESIGNERS & PLANNERS INC<br>OPERATING ACCT<br>2900 SOUTH QUINCY ST SUITE 210<br>ARLINGTON VA 22206<br>20220427E3QP021C003442 | $370,000.00 | |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 04/01/2022 thru 05/01/2022 | xxxxxxxxxx1252 |

**Days In Statement Period**
31

### Trustee Checking - xxxxxxxxxxxx1252

| Date | Description | Credits | Debits |
|---|---|---|---|
| | 20220427MMQFMP9N000173 | | |
| | 04271225FT03 | | |
| | | Ending Balance | $1,467,877.77 |

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $1,062,101.82 | Average Daily Collected | $1,062,059.79 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



Score a $100 bonus when you open a new Axos Invest account.

GET STARTED

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER