UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
In re:

BMT DESIGNERS & PLANNERS INC.,                                Case No. 22-10123-MG
                                                              Chapter 7

                Debtor.
-----------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE,** that the hearing on the Chapter 7 Trustee's Motion For Entry Of An Order Extending Time To Assume Or Reject Executory Contracts Through and Including August 3, 2022 [Dkt. No. 75] in the above-referenced matter, which was scheduled for June 23, 2022 at 2:00 p.m., is now adjourned to **June 24, 2022 at 2:00 p.m.** ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted by Zoom for Government®. See Chief Judge Glenn's Chambers page on the Court's website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn. Please note that appearances must be entered by 4:00 p.m. one (1) business day before the Hearing.

Dated:   June 16, 2022
        Wantagh, New York

                                      **LaMonica Herbst & Maniscalco, LLP**
                                      Attorneys for Salvatore LaMonica, Chapter 7 Trustee

                  By:    *s/Gary F. Herbst*
                         Gary F. Herbst, Esq.
                         Jacqulyn S. Loftin, Esq.
                         Partners of the Firm
                         3305 Jerusalem Avenue, Suite 201
                         Wantagh, New York 11793
                         Telephone: (516) 826-6500