UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                             Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                        Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                      Debtor.
-----------------------------------------------------------------x

**ORDER SHORTENING THE NOTICE OF THE HEARING TO CONSIDER THE CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. § 365, AUTHORIZING THE CHAPTER 7 TRUSTEE TO ASSUME THE EXECUTORY CONTRACT BY AND BETWEEN THE DEBTOR AND NORTHROP GRUMMAN SYSTEMS CORPORATION AND TO ASSIGN THE EXECUTORY CONTRACT TO VIGOR WORKS LLC AND FOR RELATED RELIEF**

Upon the motion ("Motion") of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the Debtor Estate, BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT, fdba BMT DAS US, by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking entry of an Order scheduling a hearing on shortened notice of the Trustee's motion ("365 Motion")[1] seeking entry of an Order, pursuant to Bankruptcy Code section 365(a) and Local Rule 6006-1, authorizing the Trustee to assume the executory contract with Northrop and to assign this executory contract to Vigor as set forth in the proposed Term Sheet annexed to the 365 Motion as **Exhibit "A"**, and for such other, further and different relief as the Court may deem just and proper; and upon the *ex parte* Motion requesting a hearing on shortened notice to consider the relief sought in the 365 Motion, along with the Affirmation of Jacqulyn S. Loftin, Esq. pursuant to Local Bankruptcy Rule 9077-1, both which set forth the basis for shortened notice of the 365 Motion; now, therefore, it is hereby

**ORDERED**, that a video hearing through Zoom for Government shall be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for

---

[1] Capitalized terms no otherwise defined herein shall have the definition ascribed to them in the 365 Motion.

the Southern District of New York, on **June   , 2022 at    :00   .m.** ("Hearing") to consider the relief sought in the 365 Motion; and, it is further,

**ORDERED**, that those who wish to appear at the Hearing, you must register your appearance utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4 pm one business day before the hearing unless otherwise instructed by chambers; and, it is further,

**ORDERED**, that a copy of this Order and the 365 Motion, with its exhibit(s), shall be served by **June   , 2022** via electronic or overnight mail (where electronic mail cannot be effectuated) on: (i) the Debtor, through their counsel; (ii) the Office of the United States Trustee; (iii) parties who that have filed a Notice of Appearance in this case; (iv) all the parties that have filed claims against the Estate; and (v) the parties to the Term Sheet, through their counsels, and such service shall be deemed adequate and sufficient notice of the Hearing; and, it is further

**ORDERED** that objections, if any, must be in writing, conform with the Bankruptcy Code, Bankruptcy Rules and the Local Rules, and be filed electronically with the Court on or before **June 2022 by    :00   .m.**; and it is further

**ORDERED**, that proof of service in accordance with this Order shall be filed with the Court prior to the Hearing; and, it is further

**ORDERED**, that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.

Dated: June   ____, 2022
      New York, New York

                                                                       _____
                                                                        Honorable Martin Glenn
                                                                        Chief United States Bankruptcy Judge