

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
05/02/2022 thru 05/31/2022

**Account #** 

**Days In Statement Period**
30

BMT DESIGNERS PLANNERS INC, DEBTOR
SALVATORE LAMONICA, TRUSTEE
CASE #22-10123
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $1,467,877.77 | $747,078.00 | $0.00 | $2,214,955.77 |
| DEPOSIT TOTALS | $1,467,877.77 | $747,078.00 | $0.00 | $2,214,955.77 |

### Trustee Checking -

**Beginning Balance** $1,467,877.77

| Date | Description | Credits | Debits |
|---|---|---|---|
| 05/09 | MyDeposit | $16,078.00 | |
| 05/13 | Wire Transfer Credit<br>BMT DESIGNERS & PLANNERS INC<br>OPERATING ACCT<br>2900 SOUTH QUINCY ST SUITE 210<br>ARLINGTON VA 22206<br>$596,000 TRANSFER<br>20220513E3QP021C003916<br>20220513MMQFMP9N000195<br>05131257FT03 | $596,000.00 | |
| 05/23 | Wire Transfer Credit<br>BMT DESIGNERS & PLANNERS INC<br>OPERATING ACCT<br>2900 SOUTH QUINCY ST SUITE 210<br>ARLINGTON VA 22206<br>$135K BALANCE TRANSFER<br>20220523E3QP021C002633<br>20220523MMQFMP9N000145<br>05231216FT03 | $135,000.00 | |

**Ending Balance** $2,214,955.77



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 05/02/2022 thru 05/31/2022 |  |

| Days In Statement Period |
|---|
| 30 |

## Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $1,898,170.90 | Average Daily Collected | $1,897,634.97 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



Score a $100 bonus when you open a new Axos Invest account.

GET STARTED

Page 2 of 3

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
05/02/2022 thru 05/31/2022

**Account #**


**Days In Statement Period**
30

BMT DESIGNERS PLANNERS INC, DEBTOR
SALVATORE LAMONICA, TRUSTEE
CASE #22-10123
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $462,215.16 | $0.00 | $17,019.25 | $445,195.91 |
| DEPOSIT TOTALS | $462,215.16 | $0.00 | $17,019.25 | $445,195.91 |

### Trustee Checking - 7425047001211

| | Beginning Balance | $462,215.16 |
|---|---|---|
| Date | Description | Credits | Debits |
| 05/02 | Bank Service Fee | | $505.50 |
| | Ending Balance | $445,195.91 |

**CHECKS CLEARED**

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 141 | 1,490.00 | 05/11 | 149 | 875.00 | 05/12 | 154 | 1,343.75 | 05/19 |
| *145 | 326.00 | 05/11 | 150 | 995.00 | 05/17 | 155 | 531.00 | 05/24 |
| 146 | 725.00 | 05/05 | 151 | 1,291.00 | 05/24 | *158 | 562.50 | 05/31 |
| 147 | 156.25 | 05/06 | 152 | 687.00 | 05/24 | | | |
| 148 | 6,500.00 | 05/17 | 153 | 1,031.25 | 05/19 | | | |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $453,602.72 | Average Daily Collected | $453,602.72 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 7

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER




**Statement Period**
05/02/2022 thru 05/31/2022

**Account #**

**Days In Statement Period**
30

P.O. Box 911039
San Diego, CA 92191
844-889-0896




| | |
|---|---|
| Image Number 816109111015670 | Amount 0000000725.00 |
| Date 05-05-2022 | Serial 146 |
| Image Number 816109111015670 | Amount 0000000725.00 |
| Date 05-05-2022 | Serial 146 |




| | |
|---|---|
| Image Number 816209111015030 | Amount 0000000156.25 |
| Date 05-06-2022 | Serial 147 |
| Image Number 816209111015030 | Amount 0000000156.25 |
| Date 05-06-2022 | Serial 147 |




| | |
|---|---|
| Image Number 816709111032390 | Amount 0000001490.00 |
| Date 05-11-2022 | Serial 141 |
| Image Number 816709111032390 | Amount 0000001490.00 |
| Date 05-11-2022 | Serial 141 |

Page 3 of 7





**Statement Period**
05/02/2022 thru 05/31/2022

**Account #**

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**
30



| Image Number 816709111032430 | Amount 0000000326.00 |
|---|---|
| Date 05-11-2022 | Serial 145 |

| Image Number 816709111032430 | Amount 0000000326.00 |
|---|---|
| Date 05-11-2022 | Serial 145 |





| Image Number 816809111008060 | Amount 0000000875.00 |
|---|---|
| Date 05-12-2022 | Serial 149 |

| Image Number 816809111008060 | Amount 0000000875.00 |
|---|---|
| Date 05-12-2022 | Serial 149 |





| Image Number 817309111046960 | Amount 0000006500.00 |
|---|---|
| Date 05-17-2022 | Serial 148 |

| Image Number 817309111046960 | Amount 0000006500.00 |
|---|---|
| Date 05-17-2022 | Serial 148 |

Page 4 of 7



| | Statement Period | Account # |
|---|---|---|
| | 05/02/2022 thru 05/31/2022 | 7425047001211 |
| | **Days In Statement Period** | |
| | 30 | |

axos BANK
P.O. Box 911039
San Diego, CA 92191
844-889-0896



| Image Number 817309111021410 | Amount 0000000995.00 | Image Number 817309111021410 | Amount 0000000995.00 |
|---|---|---|---|
| Date 05-17-2022 | Serial 150 | Date 05-17-2022 | Serial 150 |





| Image Number 817509111002160 | Amount 0000001031.25 | Image Number 817509111002160 | Amount 0000001031.25 |
|---|---|---|---|
| Date 05-19-2022 | Serial 153 | Date 05-19-2022 | Serial 153 |



| Image Number 817509111003380 | Amount 0000001343.75 | Image Number 817509111003380 | Amount 0000001343.75 |
|---|---|---|---|
| Date 05-19-2022 | Serial 154 | Date 05-19-2022 | Serial 154 |



**Statement Period**  
05/02/2022 thru 05/31/2022

**Account #**



P.O. Box 911039  
San Diego, CA 92191  
844-889-0896

**Days In Statement Period**  
30



Image Number 818009111021610     Amount 0000001291.00  
Date 05-24-2022     Serial 151

Image Number 818009111021610     Amount 0000001291.00  
Date 05-24-2022     Serial 151



Image Number 818009111021570     Amount 0000000687.00  
Date 05-24-2022     Serial 152

Image Number 818009111021570     Amount 0000000687.00  
Date 05-24-2022     Serial 152





Image Number 818009111011430     Amount 0000000531.00  
Date 05-24-2022     Serial 155

Image Number 818009111011430     Amount 0000000531.00  
Date 05-24-2022     Serial 155



**Statement Period**
05/02/2022 thru 05/31/2022

**Account #**



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**
30



| | |
|---|---|
| Image Number 818709111004940 | Amount 0000000562.50 |
| Date 05-31-2022 | Serial 158 |

| | |
|---|---|
| Image Number 818709111004940 | Amount 0000000562.50 |
| Date 05-31-2022 | Serial 158 |