UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                                    Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                       Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                      Debtor.

------------------------------------------------------------x

**ORDER EXTENDING CHAPTER 7 TRUSTEE'S TIME TO ASSUME OR REJECT
EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO AUGUST 3, 2022**

Upon the motion dated May 23, 2022 [ECF Doc. # 75] ("Motion")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the Estate of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US, by and through his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to Bankruptcy Code section 365, extending the Trustee's time to assume or reject executory contracts of the Debtor for a period of sixty (60) days from June 3, 2022 through and including August 3, 2022, and for related relief; and upon the Motion having been served on all necessary parties with an affidavit of service having been electronically filed with the Court [ECF Doc. # 80]; and upon no objections to the relief requested in the Motion having been filed; and the Court having conducted a hearing on the Motion on June 24, 2022 at 2:00 p.m. ("Hearing"); and upon the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Estate, and its creditors and all parties in interest and that the legal and

---

[1]     Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED,** that the Trustee's time to assume or reject executory contracts is extended for a period of sixty (60) days from June 3, 2022 through and including August 3, 2022 ("Extension"); and it is further

**ORDERED,** that the Extension granted to the Trustee is without prejudice to the Trustee's right to seek further extensions pursuant to Bankruptcy Code section 365(d) or other appropriate relief by motion, and it is further

**ORDERED,** that the Trustee is authorized to do such things, take such steps and perform such acts as may be reasonably necessary to implement and effectuate the terms of this Order; and, it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS SO ORDERED.**

Dated:  June 24, 2022
         New York, New York

                                          /s/ Martin Glenn
                                    MARTIN GLENN
                                Chief United States Bankruptcy Judge