UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                    Case No. 22-10123 (MG)
                                                          Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                          Debtor.
-----------------------------------------------------------------X

<u>AUCTIONEER'S REPORT OF SALE AND EXPENSES</u>
<u>FOR THE SALE OF THE DEBTOR'S ASSETS</u>

By online-only Auction Sale, full amount realized for the Debtor's Assets ...................................................$105,138.00

Applicant's Commission pursuant to Retention Order of the
United States Bankruptcy Court, Southern District of New York .......................................................................$8,705.52

Advertisement published in the New York Times on June 12, 2022 .................................................................$231.75

Advertisement posted on EquipmentTrader.com commencing on May 24, 2022, and continuing through
and including June 14, 2022 ............................................................................................................................$79.95

Posted advertisement on Geoprobe.com..........................................................................................................N.C.

Superior Auto Tag & Tile Service, Inc. for procurement of two Virginia duplicate titles.....................................$150.00

Federal Express charges for overnights to obtain title documents and send documents and sale proceeds
to the Trustee ..................................................................................................................................................$84.52

Towing fees paid to Midnight Towing for the transportation of the Assets to Statewide Auto Auction
facility located in Central Islip, New York .......................................................................................................$3,500.00

Invoices from Statewide Auto Auction Inc., storage, auction preparation, mechanical and other fees............$4,361.59

General social media marketing to 32,000+ Facebook® fans and Twitter® followers ...............................................N.C.

Google search engine advertising ....................................................................................................................N.C.

Labor expense for obtaining duplicate titles, preparation of the Trustee's Bill of Sale and related sale documents,
preparation of asset specific marketing materials for advertising, collecting sale proceeds and
preparing the Report of Sale)...........................................................................................................................$708.65

Asset-specific webpage and advertisement on the primary multi-asset auto auction webpage on
Applicant's website www.MaltzAuctions.com were utilized.  The asset-specific webpage generated
1,720 hits and the multi-asset auction webpage generated 4,384 for a combined total of 6,104 hits.......................N.C.

E-mail mailing to more than 42,000+ potential bidders on Applicant's e-mail mailing list ...........................................N.C.

Total Expenses.................................................................................................................................................$9,116.46

Total Commission and Expenses ...................................................................................................................$17,821.98

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                    Case No. 22-10123 (MG)
                                                          Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                              Debtor.
-----------------------------------------------------------------X

### REPORT OF AUCTION SALE

1.  In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc., ("Maltz") submits this report of the public auction sale of the Debtor's Assets consisting of 2019 GMC Sierra, VIN# 2GTV2LEC8K1103131, 2015 Chevrolet Silverado, VIN# 1GC2KUE81FZ116918, 2013 Chevrolet Silverado, VIN# 1GC2KXC88DZ132695, and a 1999 Avenger Trailer, VIN# 4T6AB2029XM009817, with a Geoprobe 54DT, S/N 9875T54 collectively (the "Assets").

2.  Maltz conducted an online-only auction of the Assets with preregistered bidders commencing on June 10, 2022, at 1:00 p.m. and concluding on June 14, 2022, at approximately 10:30 a.m. Maltz conducted the auction in accordance with the Order entered March 11, 2022 [Doc. No. 31] approving the sale by Maltz as auctioneer and custodian for the Trustee. *Local Rule 6004-1(f)(1)*.

3.  The high bid for the 2019 GMC Sierra, VIN# 2GTV2LEC8K1103131 was $35,200.00, the high bid for the 2015 Chevrolet Silverado, VIN# 1GC2KUE81FZ116918 was $25,400.00, the high bid for the 2013 Chevrolet Silverado, VIN# 1GC2KXC88DZ132695 was $17,600.00, and the high bid for the 1999 Avenger Trailer, VIN# 4T6AB2029XM009817, with a Geoprobe 54D S/N 9875T54 was $22,600.00, for a total of $100,800.00. The additional fees typically charged to the successful bidders at a regularly scheduled automobile auction consists of a buyer's premium, and a paperwork processing fee. The total amount of the buyer's premium collected is $3,978.00 and the total amount of the paperwork processing fees collected is $360.00. The additional proceeds collected in the total amount of $4,338.00 were included in the total gross sale proceeds in the amount of $105,138.00. *Local Rule 6004-1(f)(2)*.

4.  The Assets were a 2019 GMC Sierra, VIN# 2GTV2LEC8K1103131, 2015 Chevrolet Silverado, VIN# 1GC2KUE81FZ116918, 2013 Chevrolet Silverado, VIN# 1GC2KXC88DZ132695, and a 1999 Avenger Trailer, VIN# 4T6AB2029XM009817, with a Geoprobe 54D S/N 9875T54. *Local Rule 6004-1(f)(3)*.

5.  The gross sale proceeds in the amount of $105,138.00 was remitted to Salvatore LaMonica, Chapter 7 Trustee from Maltz Auctions. *Local Rule 6004-1(g)(4)*.

6.  Maltz seeks commission based upon the retention order in the amount of $8,705.52, plus reimbursement of expenses for the sale of the Assets in the amount of $9,116.46.

7.  Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Assets, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5)*.

8.  No articles were withdrawn from the sale. *Local Rule 6004-1(f)(6)*.

9.  The names and addresses for the successful bidder for the Assets are as follows: 2019 GMC Sierra, VIN# 2GTV2LEC8K1103131 was sold to Mint Auto Sales, Inc., whose address is 2232 Sunrise Highway, Islip, New York 11751, 2015 Chevrolet Silverado, VIN# 1GC2KUE81FZ116918 was sold to Minto Auto Sales, Inc., whose address is 2232 Sunrise Highway, Islip, New York 11751, 2013 Chevrolet Silverado, VIN# 1GC2KXC88DZ132695 was sold to Mint Auto Sales, Inc., whose address is 2232 Sunrise Highway, Islip, New York 11751, and the 1999 Avenger Trailer, VIN# 4T6AB2029XM009817, with a Geoprobe 54D S/N 9875T54 was sold to Coastal Environmental Solutions Inc., whose address is P.O. Box 342, Medford, New York 11763. *Local Rule 6004-1(f)(7)*.

10.     All bidders were required to complete a bidder registration and post a deposit to bid at the online-only auction. *Local Rule 6004-1(f)(8)*.

11.     There were no items for which there were no bids at the sale. *Local Rule 6004-1 (f)9)*.

12.     Maltz advertised the sale of the Assets by utilizing print, online, email, search engine and social media marketing. *Local Rule 6004-1(f)(11)*.

13.     A listing of the Assets was posted on the Applicant's website prior to the sale. The Assets were able to be viewed/inspected on June 10, and 13, 2022, from 9:00 a.m. to 3:30 p.m. and June 14, 2022, from 9:00 a.m. to 10:00 a.m. *Local Rule 6004-1(f)(12)*.

Dated:    June 29, 2021
        Central Islip, New York

By: _____
Richard B. Maltz, Chief Executive Officer
Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                          Case No. 22-10123 (MG)
                                                                Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                        Debtor.
-------------------------------------------------------------------X

## AFFIDAVIT TO ACCOMPANY REPORT OF AUCTION SALE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.      I am the Chief Executive Officer of Maltz Auctions, Inc., ("Maltz"), I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1 (g) ("Local Rule"), in connection with Maltz's Report of Sale (the "Report") of the public auction sale of the Debtor's 2019 GMC Sierra, VIN# 2GTV2LEC8K1103131, 2015 Chevrolet Silverado, VIN# 1GC2KUE81FZ116918, 2013 Chevrolet Silverado, VIN# 1GC2KXC88DZ132695, and a 1999 Avenger Trailer, VIN# 4T6AB2029XM009817, with a Geoprobe 54D S/N 9875T54, collectively (the "Assets").

2.      I make this affidavit of my personal knowledge based upon the handling of the public auction sale of the Assets by Maltz. I personally managed the auction sale process and have the most familiarity with the same.

3.      I am a licensed auctioneer in the State of New York.

4.      Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.      Maltz conducted the auction sale of the Assets in accordance with the Order entered March 11, 2022, approving the employment of Maltz as the Trustee's auctioneer and custodian.

6.      The auction sale of the Assets was conducted by Maltz commencing on June 10, 2022, at 1:00 p.m. and concluding on June 14, 2022, at approximately 10:30 a.m. with preregistered bidders via online-only bidding at RemoteBidding.MaltzAuctions.com or by bidders downloading the Maltz Auctions App on the Apple Store or Google Play.

7.      The labor and other expenses incurred on behalf of the estate as listed in the Report of Sale were reasonable and necessary.

8.      All monies collected by Maltz in connection with the sale of the Assets were remitted to the Trustee.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
29th day of June, 2022                                    Richard B. Maltz
                                                         Chief Executive Officer of Maltz Auctions, Inc.

Debra A. Donovan
Notary Public of New York
NO. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

**BMT DESIGNERS & PLANNERS, INC.,**
**fdba BMT D&P, fdba BMT fdba BMT DAS US**
**Case No. 22-10123 (MG)**

## COMPUTATION OF AUCTIONEER'S COMMISSION PURSUANT TO RETENTION ORDER

2019 GMC Sierra, VIN# 2GTV2LEC8K1103131:
High Bid: ................................................................. $35,200.00
Buyer's Premium: ..................................................... $1,408.00
Paperwork Processing Fee: ....................................... $90.00
Total Sale Proceeds. .......................................................................................... $36,698.00

2015 Chevrolet Silverado, VIN# 1GC2KUE81FZ116918:
High Bid: ................................................................. $25,400.00
Buyer's Premium: ..................................................... $1,016.00
Paperwork Processing Fee: ....................................... $90.00
Total Sale Proceeds. .......................................................................................... $26,506.00

2013 Chevrolet Silverado, VIN# 1GC2KXC88DZ132695:
High Bid: ................................................................. $17,600.00
Buyer's Premium: ..................................................... $650.00
Paperwork Processing Fee: ....................................... $90.00
Total Sale Proceeds. .......................................................................................... $18,340.00

1999 Avenger Trailer, VIN# 4T6AB2029XM009817, with
Geoprobe 54D S/N 9875T54
High Bid: ................................................................. $22,600.00
Buyer's Premium: ..................................................... $904.00
Paperwork Processing Fee: ....................................... $90.00
Total Sale Proceeds. .......................................................................................... $23,594.00

Total Gross Sale Proceeds .......................................................................................... $105,138.00

10% of the gross sale proceeds for the first $50,000.00 (10% of $50,000.00) ................................. $5,000.00
8% of the next $25,000.00 of the gross sale proceeds (8% of $25,000.00) .................................... $2,000.00
6% of the next $25,000.00 of the gross sale proceeds (6% of $25,000.00) .................................... $1,500.00
4% of the next $50,000.00 of the gross sale proceeds (4% of $5,138.00) ..................................... $205.52

**Auctioneer's Commission .......................................................................................... $8,705.52**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                          Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                 Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                        Debtor.

------------------------------------------------------------x

## ORDER AUTHORIZING AND APPROVING THE RETENTION OF MALTZ AUCTIONS, INC. D/B/A MALTZ AUCTIONS, AS AUCTIONEER AND CUSTODIAN TO THE CHAPTER 7 TRUSTEE

Upon the application ("Application")[1] of Salvatore LaMonica, solely in his capacity as the

Chapter 7 Trustee ("Trustee") of the bankruptcy estate of BMT Designers & Planners, Inc., fdba

BMT D&P fdba BMT fdba BMT DAS US ("Debtor"), seeking entry of an Order of the Court

authorizing and approving the retention of Maltz Auctions, Inc. d/b/a Maltz Auctions ("Firm"), as

the Trustee's auctioneer to market for sale and sell the Debtor's Assets and custodian to remove

and store assets of the Debtor's estate; and upon the affidavit ("Affidavit") of Richard B. Maltz,

which is annexed to the Application; and upon the Court having been satisfied that the Firm neither

represents nor holds any interest adverse to the Trustee or to the estate; (ii) the Firm is a

"disinterested person" as that term is defined in Bankruptcy Code section 101(14); and (iii) the

retention of the Firm is necessary and would be in the best interests of the Debtor's estate; it is

now hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

---

[1]    Capitalized terms not otherwise defined herein shall have the definitions escribed to them in the Application.

**ORDERED**, that in accordance with Bankruptcy Code section 327(a), the Trustee is authorized and approved to retain the Firm to market for sale and sell the Debtor's Assets; and it is further,

**ORDERED**, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that in accordance with Bankruptcy Code section 327(a), the Trustee is authorized and approved to retain the Firm as his custodian to remove and store assets of the Debtor's estate; and, it is further,

**ORDERED**, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order; and it is further

**ORDERED**, that in connection with the sale of the Debtor's Assets, subject to a hearing in front of this Court, the Firm shall be compensated in accordance with and will file interim and final fee applications for allowance of its commissions and expenses and shall be subject to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, including Local Bankruptcy Rule 6005-1 and applicable law; and it is further

**ORDERED**, that in connection with the removal of and securing the Debtor's laptop computers and the Debtor's books and records, subject to a hearing in front of this Court, the Trustee seeks to employ the Firm on an hourly basis as set forth in the Affidavit; and it is further is further

**ORDERED**, that prior to any increases in the Firm's rates for any individual employed by the Firm and providing services in this case, the Firm shall file a supplemental affidavit ("Supplemental Affidavit") with the Bankruptcy Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee. The Supplemental Affidavit shall

explain the basis for the requested rate increases in accordance with Bankruptcy Code section 330(a)(3)(F) and state whether the Trustee has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Bankruptcy Code section 330; and it is further

**ORDERED**, that in connection with the storage of the Debtor's laptop computers and the Debtor's books and records, subject to a hearing in front of this Court, the Firm shall be compensated with a monthly rate of $.57 each month, plus reimbursement of necessary expenses including, but not limited to, moving expense, travel and retrieval fees which are subject to prior approval of the Trustee; and, it is

**IT IS SO ORDERED.**

Dated: March 11, 2022
New York, New York

_____/s/ **Martin Glenn**_____
MARTIN GLENN
Chief United States Bankruptcy Judge

NO OBJECTION:

William K. Harrington
United States Trustee for Region 2

By      _s/ Andrea B. Schwartz_
Andrea B. Schwartz, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

Chapter 7
Case No. 22-10123 (MG)

Debtor.
-------------------------------------------------------------------x

## BILL OF SALE

SALVATORE LAMONICA, being duly sworn deposes and says:

1. BMT DESIGNERS & PLANNERS, INC., fdba BMT D&P, fdba BMT fdba BMT DAS US, (the "Debtor"), filed petition for relief under Chapter 7 of the Bankruptcy Code and the Debtor's case is presently pending before The Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York under case no. 22-10123.

2. I was appointed as the Chapter 7 Trustee of the Debtor's estate and am acting in that capacity (the "Seller").

3. By Order of the Bankruptcy Court, Seller retained Maltz Auctions, Inc. ("Maltz") to sell (among other property) one (1) 2019 GMC Sierra Pick Up, Serial/VIN Number 2GTV2LEC8K1103131, with an odometer reading of 11,578 miles (the "Vehicle").

4. The Vehicle was sold at public auction to: _MINT AUTO SALES, INC._
   _2232 SUNRISE HIGHWAY_
   _ISLIP, NY 11751_ (the "Purchaser"),
   for the sum of _Thirty five thousand two hundred and 00/100_

5. Seller hereby represents to Purchaser that he has the right to convey title of the Vehicle.

6. Purchaser shall purchase the Vehicle "as is" and "where is" from Seller, and SUCH SALE SHALL BE MADE WITHOUT ANY WARRANTY OR REPRESENTATION, EXPRESS, IMPLIED OR STATUTORY, AS TO ANY MATTER WHATSOEVER INCLUDING, WITHOUT LIMITATION, THE MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, DESIGN OF, CONDITION OF, THE QUALITY OR CAPACITY OF THE MATERIAL OR WORKMANSHIP IN THE VEHICLE OR THAT THE VEHICLE WILL SATISFY THE REQUIREMENTS OF ANY LAW, RULE, OR SPECIFICATION OF CONTRACT.

7. Seller has no personal knowledge of the facts and circumstances regarding the Vehicle and acts herein solely in his fiduciary capacity as the Chapter 7 Trustee of the Debtor's estate.

SELLER: _____ Trustee

SALVATORE LAMONICA, solely as the Chapter 7
Trustee of BMT Designers & Planners Inc. et al.

PURCHASER: _____

*As to Salvatore LaMonica only:*

Sworn to before me this 7th day of _June_ 2022

_____
Notary Public

MELANIE A. FITZGERALD
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2025

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

    BMT DESIGNERS & PLANNERS, INC.,
    fdba BMT D&P, fdba BMT fdba BMT DAS US,

                   Debtor.
-------------------------------------------------------------------x

Chapter 7
Case No. 22-10123 (MG)

## BILL OF SALE

SALVATORE LAMONICA, being duly sworn deposes and says:

1. BMT DESIGNERS & PLANNERS, INC., fdba BMT D&P, fdba BMT fdba BMT DAS US, (the "Debtor"), filed petition for relief under Chapter 7 of the Bankruptcy Code and the Debtor's case is presently pending before The Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York under case no. 22-10123.

2. I was appointed as the Chapter 7 Trustee of the Debtor's estate and am acting in that capacity (the "Seller").

3. By Order of the Bankruptcy Court, Seller retained Maltz Auctions, Inc. ("Maltz") to sell (among other property) one (1) 2015 Chevrolet Silverado Pick Up, Serial/VIN Number 1GC2KUE81FZ116918, with an odometer reading of 63,870 miles (the "Vehicle").

4. The Vehicle was sold at public auction to: ___MINT AUTO SALES, INC.___
                                  ___2232 SUNRISE HIGHWAY___
                                  ___ISLIP, NY 11751___ (the "Purchaser")
    for the sum of ___Twenty five thousand four hundred and 00/100___

5. Seller hereby represents to Purchaser that he has the right to convey title of the Vehicle.

6. Purchaser shall purchase the Vehicle "as is" and "where is" from Seller, and SUCH SALE SHALL BE MADE WITHOUT ANY WARRANTY OR REPRESENTATION, EXPRESS, IMPLIED OR STATUTORY, AS TO ANY MATTER WHATSOEVER INCLUDING, WITHOUT LIMITATION, THE MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, DESIGN OF, CONDITION OF, THE QUALITY OR CAPACITY OF THE MATERIAL OR WORKMANSHIP IN THE VEHICLE OR THAT THE VEHICLE WILL SATISFY THE REQUIREMENTS OF ANY LAW, RULE, OR SPECIFICATION OF CONTRACT.

7. Seller has no personal knowledge of the facts and circumstances regarding the Vehicle and acts herein solely in his fiduciary capacity as the Chapter 7 Trustee of the Debtor's estate.

SELLER: _____

PURCHASER: _____

SALVATORE LAMONICA solely as the Chapter 7
Trustee of BMT Desingners & Planners Inc. et al.

*As to Salvatore LaMonica only:*

Sworn to before me this 7th day of ___June___ 2022

_____
Notary Public

MELANIE A. FITZGERALD
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 20 25

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

    BMT DESIGNERS & PLANNERS, INC.,            Chapter 7
    fdba BMT D&P, fdba BMT fdba BMT DAS US,   Case No. 22-10123 (MG)

               Debtor.
------------------------------------------------------------------x

## BILL OF SALE

SALVATORE LAMONICA, being duly sworn deposes and says:

1. BMT DESIGNERS & PLANNERS, INC., fdba BMT D&P, fdba BMT fdba BMT DAS US, (the "Debtor"), filed petition for relief under Chapter 7 of the Bankruptcy Code and the Debtor's case is presently pending before The Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York under case no. 22-10123.

2. I was appointed as the Chapter 7 Trustee of the Debtor's estate and am acting in that capacity (the "Seller").

3. By Order of the Bankruptcy Court, Seller retained Maltz Auctions, Inc. ("Maltz") to sell (among other property) one (1) 2013 Chevrolet Silverado Pick Up, Serial/VIN Number 1GC2KXC88DZ132695, with an odometer reading of 190,393 miles (the "Vehicle").

4. The Vehicle was sold at public auction to: _____MINT AUTO SALES, INC._____
    2232 SUNRISE HIGHWAY
    ISLIP, NY 11751 (the "Purchaser"),
for the sum of _Seventeen thousand six hundred and 00/100_

5. Seller hereby represents to Purchaser that he has the right to convey title of the Vehicle.

6. Purchaser shall purchase the Vehicle "as is" and "where is" from Seller, and SUCH SALE SHALL BE MADE WITHOUT ANY WARRANTY OR REPRESENTATION, EXPRESS, IMPLIED OR STATUTORY, AS TO ANY MATTER WHATSOEVER INCLUDING, WITHOUT LIMITATION, THE MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, DESIGN OF, CONDITION OF, THE QUALITY OR CAPACITY OF THE MATERIAL OR WORKMANSHIP IN THE VEHICLE OR THAT THE VEHICLE WILL SATISFY THE REQUIREMENTS OF ANY LAW, RULE, OR SPECIFICATION OF CONTRACT.

7. Seller has no personal knowledge of the facts and circumstances regarding the Vehicle and acts herein solely in his fiduciary capacity as the Chapter 7 Trustee of the Debtor's estate.

SELLER:                         PURCHASER:

_____      _____
SALVATORE LAMONICA, solely as the Chapter 7
Trustee of BMT Designers & Planners Inc. et al.

*As to Salvatore LaMonica only:*

Sworn to before me this 7th day of _____June_____ 2022

_____
Notary Public

           MELANIE A. FITZGERALD
          NOTARY PUBLIC, STATE OF NEW YORK
             Registration No. 02FI4841188
             Qualified in Nassau County
        Commission Expires December 31, 20 25

DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

Chapter 7
Case No. 22-10123 (MG)

Debtor.

-------------------------------------------------------x

## BILL OF SALE

SALVATORE LAMONICA, being duly sworn deposes and says:

1. BMT DESIGNERS & PLANNERS, INC., fdba BMT D&P, fdba BMT fdba BMT DAS US, (the "Debtor"), filed petition for relief under Chapter 7 of the Bankruptcy Code and the Debtor's case is presently pending before The Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York under case no. 22-10123.

2. I was appointed as the Chapter 7 Trustee of the Debtor's estate and am acting in that capacity (the "Seller").

3. By Order of the Bankruptcy Court, Seller retained Maltz Auctions, Inc. ("Maltz") to sell (among other property) one (1) 1999 Avenger Trailer, Serial/VIN Number 4T6AB2029XM009817 (the "Vehicle") with a Geoprobe Drilling Rig Model 54DT Serial # 9875T54.

4. The Vehicle was sold at public auction to: Coastal Environmental Solutions Inc PO Box 342 Medford NY 11763 (the "Purchaser"), for the sum of twenty two thousand six hundred (22,600)

5. Seller hereby represents to Purchaser that he has the right to convey title of the Vehicle.

6. Purchaser shall purchase the Vehicle "as is" and "where is" from Seller, and SUCH SALE SHALL BE MADE WITHOUT ANY WARRANTY OR REPRESENTATION, EXPRESS, IMPLIED OR STATUTORY, AS TO ANY MATTER WHATSOEVER INCLUDING, WITHOUT LIMITATION, THE MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, DESIGN OF, CONDITION OF, THE QUALITY OR CAPACITY OF THE MATERIAL OR WORKMANSHIP IN THE VEHICLE OR THAT THE VEHICLE WILL SATISFY THE REQUIREMENTS OF ANY LAW, RULE, OR SPECIFICATION OF CONTRACT.

7. Seller has no personal knowledge of the facts and circumstances regarding the Vehicle and acts herein solely in his fiduciary capacity as the Chapter 7 Trustee of the Debtor's estate.

SELLER:                                   PURCHASER:

SALVATORE LAMONICA, solely as the Chapter 7
Trustee of BMT Designers & Planners Inc. et al.

**As to Salvatore LaMonica only:**

Sworn to before me this 7th day of June 2022

Notary Public

MELANIE A. FITZGERALD
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 20 25



# miller

Miller Advertising Agency, Inc. • 909 Third Ave, 15th Floor • New York, New York 10022• 212-929-2200

## INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place

Central Islip, NY 11722

PO Number
Invoice Number 908309 - 061
Invoice Date    06/13/22
Net 30    Page 1
Regarding
**BMT DESIGNERS**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE JUNE 1> | R608007522 | 06/12 | 1.00 | 1 | 231.75 | 231.75 |
| | | | | **NEW YORK TIMES TOTAL** | | **$231.75** | |

**INVOICE TOTAL  $231.75**

**Remit Payment Checks To:** Miller Advertising Agency Inc., 909 Third Ave, 15th Floor, New York, NY  10022
**ACH/Wire Remittance To:**    JP Morgan Chase, ABA/Routing #:021000021, Acct #:014003583765, Acct Name: Miller Advertising Agency Inc.

http://www.milleraa.com                                                                                      EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor  •  New York, New York  10022  •  212-929-2200

## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
06/12




## Thank you for Placing an Ad on EquipmentTrader
1 message

**EquipmentTrader** <customerservice@equipmenttrader.com>     Tue, May 24, 2022 at 12:18 PM
Reply-To: customerservice@equipmenttrader.com
To: dc@maltzauctions.com

# You have successfully placed an ad with EquipmentTrader.com!

david constantino,

You have successfully placed an ad with EquipmentTrader.com! Please print the information below and keep for your records.

## Ad Information and Invoice:

- **Ad ID Number:** 5021715528
- **Package Name:** Commercial BEST
- **Appears:** 05/24/2022
- **Runs:** 26 Weeks
- **Price:** $79.95

You may also renew your ad by contacting our Customer Service Department at customerservice@equipmenttrader.com.

## Your Ad:

https://www.equipmenttrader.com/Farming-Equipment/listing/1998-Other-Geoprobe+54DT-5021715528?zmc=paa|conf|e

### Shop Safely & Protect Your Money

1. Trust your instincts (if it seems too good to be true, it probably is).

2. Never send or wire money through Moneygram, Western Union or similar services, especially overseas.

3. Meet the seller and see the item in person before you buy.

4. Be cautious of any seller offering to ship a vehicle FREE from another area.

5. TraderOnline DOES NOT sell "Buyer Protection" or "Seller Certification."

6. Report suspicious activity to fraud@traderinteractive.com

7. Find more tips at http://www.traderinteractive.com/security-center/

Please note that this e-mail address is for notification purpose only. If you have any questions, please contact our Customer Service Team at 1-877-872-3373 or email us at ads@traderonline.com.

Have you tried our app? Download Now.

| Find Equipment | Sell Equipment |
|---|---|

**◆ EQUIPMENT TRADER™**

Copyright © 2022 Trader Interactive, LLC. All Rights Reserved.
4525 Main Street, Virginia Beach, VA 23462

# Geoprobe

## Used: 1998 - 54dt

If you are interested in this machine, contact Geoprobe® for more information (785-825-1842 or info@geoprobe.com).

*Listing #: 12380*

| | |
|---|---|
| **Machine Model** | 54dt |
| **Year** | 1998 |
| **Hours** | approximately 5 hours |
| **Description** | Geoprobe Drilling Rig with 20' Avenger Trailer
The Price represents the opening auction bid

Year: 1998
Model#: 54DT
Serial#: 9875T54
Kubota V1505-E, 4-Cylinder, Water-Cooled Diesel Engine
All Pressure Lines Updated in 2021
Rotary MEmber Model#: GH41
Rotary Member SErial#: 98112
SOM PGRF-130 Hydraulic Wheel Drive
Sold with Accessories and Components in Trailer

This unit is being sold at auction. For more information contact Dave at 516-349-7022 or dc@Maltzauctions.com |
| **For Sale By** | Owner |

©2023 kay, inc



**MALTZ AUCTIONS**
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
*AUCTIONS · Your Liquidity Solutions*
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722



**Signature Bank**
185 Broadway 3rd Fl.
Brooklyn, NY 11211

1-1357
260

**6589**

5/13/2022

PAY TO THE
ORDER OF   SUPERIOR AUTO TAG & TITLE SERVICE, INC                    $ **75.00

Seventy-Five and 00/100********************************************************************************

DOLLARS

SUPERIOR AUTO TAG & TITLE SERVICE, INC
12515 CUBS LANE
ASHLAND, VA 23005





MEMO   INV 219653 BMT

⑈006589⑈ ⑆⑆⑆⑆⑆: ⑈⑆⑆⑆⑆⑆⑈

---

SUPERIOR AUTO TAG & TITLE SERVICE, INC                    5/13/2022         **6589**
                    DUPLICATE TITLE AND SERVICE FEE                         75.00
                    INV 219653  BMT

Signature Operating A    INV 219653 BMT                                     75.00

SUPERIOR AUTO TAG & TITLE SERVICE, INC                    5/13/2022         **6589**
                    DUPLICATE TITLE AND SERVICE FEE                         75.00
                    INV 219653  BMT

Signature Operating A    INV 219653 BMT                                     75.00



Superior Auto Tag & Title Service, Inc

12515 Cubs Lane
Ashland, VA 23005

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2022 | 219653 |

Superior Service = Superior Results

Bill To

Maliz Auctions inc
99 Windsor Place
Central Islip,NY 11722
Debra Donovan

States Served
Virginia & North Carolina

 

| Terms | Last 6 of VIN# | VIN# | Ref/Title # | Company name | Additional Notes |
|-------|----------------|------|-------------|--------------|------------------|
| Due on receipt | 132695 | | 70070120 | DESIGNERS | DUPLICATE |

| Item | Qty | Description | Rate | Amount |
|------|-----|-------------|------|--------|
| VA Duplicate Title | 1 | VA Duplicate Title Fee | 15.00 | 15.00 |
| VA Service Fee | 1 | VA Standard Service Fee | 60.00 | 60.00 |

Please make all checks payable to Superior Auto Tag & Title Servce, Inc.
Overdue accounts subject to a service charge of 5% per month. If any check
for payment is returned unpaid by your bank, you will be charged $40.00.
Customer is responsible for any legal fee's associated with the collection of
overdue Invoice payment.

Please Include Invoice Number
When making payment

219653

| | |
|-------|--------|
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 804-399-8298 | 804 368-1133 | tom@superiorautotag.com | www.superiorautotag.com |



**MALTZ AUCTIONS**
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
*AUCTIONS · Your Liquidity Solution*
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722



**Signature Bank**
185 Broadway 3rd Fl.
Brooklyn, NY 11211

1-1357
260

6585

5/4/2022

PAY TO THE
ORDER OF    SUPERIOR AUTO TAG & TITLE SERVICE, INC                    $ **75.00

Seventy-Five and 00/100********************************************************************************************** DOLLARS

SUPERIOR AUTO TAG & TITLE SERVICE, INC
12515 CUBS LANE
ASHLAND, VA 23005





MEMO   INV 219480 BMT

⑈006585⑈

---

SUPERIOR AUTO TAG & TITLE SERVICE, INC                    5/4/2022         6585
                    DUPLICATE TITLE AND SERVICE FEE                        75.00
                    INV 219480  BMT


Signature Operating A   INV 219480 BMT                                     75.00



**Superior Auto Tag & Title Service, Inc**
12515 Cubs Lane
Ashland, VA 23005

Superior Service = Superior Results

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/4/2022 | 219480 |

States Served
Virginia & North Carolina

 

**Bill To**

Maltz Auctions Inc
39 Windsor Pace
Central Islip, NY 11722
Debra Donovan

| Terms | Last 6 of VIN# | VIN# | Ref/Title # | Company name | Additional Notes |
|-------|----------------|------|-------------|--------------|------------------|
| Due on receipt | 009817 | | 69964100 | DESIGNERS | DUPLICATE |

| Item | Qty | Description | Rate | Amount |
|------|-----|-------------|------|--------|
| VA Duplicate Title | 1 | VA Duplicate Title Fee | 15.00 | 15.00 |
| VA Service Fee | 1 | VA Standard Service Fee | 60.00 | 60.00 |

Please make all checks payable to Superior Auto Tag & Title Servce, Inc.
Overdue accounts subject to a service charge of 5% per month. If any check
for payment is returned unpaid by your bank, you will be charged $40.00.
Customer is responsible for any legal fee's associated with the collection of
overdue Invoice payment.

Please Include Invoice Number 219480
When making payment

| | |
|---|---|
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 804-399-8296 | 804-368-1133 | tom@superiorautotag.com | www.superiorautotag.com |

 **Shipment Receipt**

## Address Information

**Ship to:**
DEBRA DONOVAN
MALTZ AUCTIONS, INC.
39 WINDSOR PLACE

CENTRAL ISLIP, NY
11722
US
516-349-7022  203

**Ship from:**
DEBRA DONOVAN
MALTZ AUCTIONS, INC.
39 WINDSOR PLACE

CENTRAL ISLIP, NY
11722
US
5163497022

## Shipment Information:
Tracking no.: 776763851088
Ship date: 05/04/2022
Estimated shipping charges: 21.12 USD

## Package Information
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: sw fedex-679
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

trailer title

 Shipment Receipt

## Address Information

**Ship to:**
Select or enter
MALTZ AUCTIONS, INC.
39 WINDSOR PLACE

CENTRAL ISLIP, NY
11722
US
516-349-7022  203

**Ship from:**
DEBRA DONOVAN
MALTZ AUCTIONS, INC.
39 WINDSOR PLACE

CENTRAL ISLIP, NY
11722
US
5163497022

## Shipment Information:
Tracking no.: 776790504559
Ship date: 05/06/2022
Estimated shipping charges: 21.12 USD

## Package Information:
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: sw fedex-679
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx Ship Manager®

| Ship | LTL Freight | **Ship History** | My Lists | Reports | Administration |

## Your Shipment Details

| | | | |
|---|---|---|---|
| **From:** | DEBRA DONOVAN<br>MALTZ AUCTIONS, INC.<br>39 WINDSOR PLACE<br>CENTRAL ISLIP, NY 11722<br>US<br>5163497022 | **Ship date:**<br>**Weight:**<br>**Declared value:**<br>**Package Contents:**<br>**Document Description:**<br>**Shipment Purpose:**<br>**Invoice number:**<br>**Freight On Value:** | 06/02/2022<br>0.50 LBS<br>0.00 USD |
| **To:** | SALVATORE LAMONICA, ESQ.<br>LAMONICA HERBST &<br>MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793<br>US<br>516-826-6500 | **Pricing Option:**<br>**Service type:**<br>**Package type:**<br>**Pickup/Drop Off:**<br>**Shipper account number:**<br>**Bill transportation to:**<br>**Courtesy rate quote:***<br>**Discounted variable %:** | FedEx Standard Rate<br>Standard Overnight<br>FedEx Envelope<br>Drop off package at FedEx location<br>sw fedex-679<br>sw fedex-679<br>20.90 USD |
| **Tracking no.:** | 777012138537 | **Special services:**<br>**Shipment type:**<br>**Commercial/Residential Status:** | Express<br>Commercial |



Print  Track  Return to History

Please note :
. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

 Shipment Receipt

## Address Information
**Ship to:**
SALVATORE LAMONICA, ESQ.

LAMONICA HERBST & MANISCALCO LLP

3305 JERUSALEM AVENUE

WANTAGH, NY 11793
US
516-826-6500

**Ship from:**
RICHARD MALTZ

MALTZ AUCTIONS, INC.

39 WINDSOR PLACE

Central Islip, NY 11722
US
5163497022

## Shipment Information:
Tracking no.: 777187879581
Ship date: 06/22/2022
Estimated shipping charges: 21.38 USD

## Package Information
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: sw fedex-679
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



MALTZ AUCTIONS
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
*AUCTIONS ...Your Liquidity Solution*
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722



Signature Bank
185 Broadway 3rd Fl.
Brooklyn, NY 11211

1-1357
260

6567

4/13/2022

PAY TO THE
ORDER OF  MIDNIGHT TOWING INC.

$ **2,000.00

Two Thousand and 00/100***************************************************************************************

DOLLARS

MIDNIGHT TOWING INC.
388 HAWKINS AVE
RONKONKOMA, NY 11779

MEMO  TOWING EXP (BMT)



⑈006567⑈  ⬛⬛⬛⬛⬛⬛⬛⬛  ⬛⬛⬛⬛⬛⬛⬛⬛⬛

| MIDNIGHT TOWING INC. | | 4/13/2022 | 6567 |
| --- | --- | --- | --- |
| | 19 GMC SAVANNA (BMT) | | 1,000.00 |
| | TOWING 13 CHEVY SILVERADO (BMT) | | 1,000.00 |

| Signature Operating A  TOWING EXP (BMT) | 2,000.00 |
| --- | --- |

| MIDNIGHT TOWING INC. | | 4/13/2022 | 6567 |
| --- | --- | --- | --- |
| | 19 GMC SAVANNA (BMT) | | 1,000.00 |
| | TOWING 13 CHEVY SILVERADO (BMT) | | 1,000.00 |

| Signature Operating A  TOWING EXP (BMT) | 2,000.00 |
| --- | --- |

Phone: (631) 588-3093
Fax: (631) 588-5665

# MIDNIGHT TOWING INC.
388 Hawkins Ave. Ronkonkoma NY 11779.

U.S.D.O.T.
1424239

DATE 4/2/2022

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING

| FROM: | CONSIGNED TO |
|---|---|
| ADDRESS 2900 South Quiney St Alexandaria VA | ADDRESS 39 Windsor Place Central Islip NY 11722 |

| YEAR | MAKE / MODEL | SERIAL NUMBER | WEIGHT | MILEAGE | COLOR |
|---|---|---|---|---|---|
| 2019 | Chevy Silverado | DZ132695 | | | White |

B-BENT / Br-Broken / Ch-Chipped / D-Dent / M-Missing / S-Scratched / GC-Glass Cracked

Frame Check (YES) / NO   Outcome if yes

Radio (YES) / NO      CD Player (YES) / NO      Spare Tire (YES) / NO      Books YES / NO

Picked up from 4th Floor Parking Garage.

Fees Include Labor, mileage, tolls, fuel

$ 1,500.00

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD ORDER EXCEPT AS OTHERWISE NOTED.

RECEIVED BY:

**STRAIGHT BILL OF LADING**
**NOT NEGOTIABLE - DOMESTIC**
Subject to the Terms and Conditions of the
Uniform Straight Bill of Lading or published in
National Transportation Associations. Agent's
Authority Circular 2M MF-ICC No. 395 reissues
thereof or Supplements thereto.

DRIVER: #1

DRIVER: #2

Phone: (631) 588-3093
Fax:   (631) 588-5665

# MIDNIGHT TOWING INC.

388 Hawkins Ave. Ronkonkoma Ny 11779

U.S.D.O.T.
1424239

DATE 4/2/22.

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING

**FROM:**

ADDRESS 2900 South Quincy St.
Alexandria Va

**CONSIGNED TO** Malta Auctions.
ADDRESS 39 Windsor Place.
Central islip Ny 11722.

| YEAR | MAKE / MODEL | SERIAL NUMBER | WEIGHT | MILEAGE | COLOR |
|------|--------------|---------------|--------|---------|-------|
| 2019 | Gmc Savanna | K1103131 | | | White. |

**B-BENT / Br-Broken / Ch-Chipped / D-Dent / M-Missing / S-Scratched / GC-Glass Cracked**

**Frame Check** / YES / NO   **Outcome if yes**

Radio YES / NO      CD Player YES / NO      Spare Tire YES / NO      Books YES / NO

Picked up from 4th Floor Parking Garage.

Fees Include Labor, mileage, tolls, fuel

$1,000

$1,500.00

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD ORDER EXCEPT AS OTHERWISE NOTED.

**RECEIVED BY:**

**STRAIGHT BILL OF LADING
NOT NEGOTIABLE - DOMESTIC**
Subject to the Terms and Conditions of the
Uniform Straight Bill of Lading or published in
National Transportation Associations, Agent's
Authority Circular 2M MF-ICC No. 365 released
thereof or Supplements thereto.

**DRIVER: #1**

**DRIVER: #2**



**MALTZ AUCTIONS**
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
*AUCTIONS...Some Liquors Solutions*
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722



**Signature Bank**
185 Broadway 3rd Fl.
Brooklyn, NY 11211

1-1357
260

**6583**

5/3/2022

PAY TO THE
ORDER OF    MIDNIGHT TOWING INC.                   $ **1,500.00

One Thousand Five Hundred and 00/100*************************************************************************

DOLLARS

MIDNIGHT TOWING INC.
388 HAWKINS AVE
RONKONKOMA, NY 11779

MEMO    TOWING EXP (BMT)





⑈006583⑈ ⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⑈

MIDNIGHT TOWING INC.                           5/3/2022       **6583**

'15 CHEVY SIERRA (BMT) 28338      750.00
TRAILER & GEO PROBE (BMT) 28339     750.00

Signature Operating A    TOWING EXP (BMT)                             1,500.00

MIDNIGHT TOWING INC.                           5/3/2022       **6583**

'15 CHEVY SIERRA (BMT) 28338      750.00
TRAILER & GEO PROBE (BMT) 28339     750.00

Signature Operating A    TOWING EXP (BMT)                             1,500.00

38 S. Hawkins Ave. Ronkonkoma Ny 11779

BMT BANKRUPTCY

DATE 4/26/22.

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING

| FROM: | CONSIGNED TO |
|---|---|
| 2 Powder mill Rd. | Maltz Auto. |
| ADDRESS Beltsville. MD. | ADDRESS 39 Windsor Place |
| | Central Islip NY 11722 |

28338

| YEAR | MAKE / MODEL | SERIAL NUMBER | WEIGHT | MILEAGE | COLOR |
|---|---|---|---|---|---|
| 2015 | Chevrolet Sierra 2500 | 1GC ZKUE81FZ116918 | | | |

B-BENT / Br-Broken / Ch-Chipped / D-Dent / M-Missing / S-Scratched / GC-Glass Cracked

Frame Check  YES / NO     Outcome if yes

Radio YES / NO      CD Player  YES / NO      Spare Tire  YES / NO      Books  YES / NO

28339 TRAILER + GEOPROBE      #516-349-0105.



Will Pickup check from Office   -Thankyou SAL.

truck & trailer.

trailer containing Drilling machine.

$ 1500.00

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD ORDER EXCEPT AS OTHERWISE NOTED.

**RECEIVED BY:**

**. STRAIGHT BILL OF LADING**
**NOT NEGOTIABLE - DOMESTIC**
Subject to the Terms and Conditions of the
Uniform Straight Bill of Lading or published in
National Transportation Associations. Agent's
Authority Circular 2M MF-ICC No. 395 reissues
thereof or Supplements thereto.

DRIVER: #1   Sal.

DRIVER: #2



*Statewide Auto Auction, Inc.*

39 Windsor Place
Central Islip, NY 11722
Tel: (516) 349-0007
Fax: (516) 349-0105

**INVOICE**

June 14, 2022

Maltz Auctions, Inc.
39 Windsor Place
Central Islip, NY 11722

In Re: BMT Designers & Planners, Inc.

2019 GMC Sierra, Vehicle Identification Number 2GTV2LEC8K1103131

Storage: 72 Days @ $20.00 per day (April 4, 2022-June 14, 2022)......$1,440.00
Voluntarily reduced to $10.00 per day ................................................................$720.00
Vehicle Condition Report ....................................................................................$50.00
Vehicle Preparation Fees....................................................................................$85.00
Labor to coordinate transport, perform initial inspection upon arrival, run and review the
Carfax and Auto Check Vehicle History Report to identify any title, odometer, or lien
discrepancies prior to the sale of the vehicle (24 minutes @ $95.00 per hour) ...........................$37.99

**Amount due this Vehicle** ....................................................................................**$892.99**



**Statewide Auto Auction, Inc.**

39 Windsor Place
Central Islip, NY 11722
Tel: (516) 349-0007
Fax: (516) 349-0105

June 14, 2022

Maltz Auctions, Inc.
39 Windsor Place
Central Islip, NY 11722

In Re: BMT Designers & Planners, Inc.

2015 Chevrolet Silverado, Vehicle Identification Number 1GC2KUE81FZ116918

Storage: 48 Days @ $20.00 per day (April 28, 2022-June 14, 2022)......$960.00
Voluntarily reduced to $10.00 per day ................................................................$480.00
Vehicle Condition Report ....................................................................................$50.00
Vehicle Preparation Fees....................................................................................$85.00
Labor to travel to 167 Powder Mill Road, Beltsville, MD to USDA farm site in search of
Debtor's Assets. Assets were located on the 800-acre facility. Coordinated with Midnight
Towing to transport the Vehicle to Central Islip.
Proportionate share of expense allocated to this vehicle:
8 hours labor/travel @ $95.00 per hour/$760.00, 223 miles @ $.58.5 per mile/$130.46 and
$18.00 tolls (50% of $908.46) ...........................................................................$454.23
Labor to perform initial inspection upon arrival, run and review the Carfax and Auto Check
Vehicle History Report to identify any title, odometer, or lien discrepancies prior to the sale
of the vehicle (24 minutes @ $95.00 per hour) .................................................$37.99

**Amount due this Vehicle** .................................................................................**$1,107.22**



*Statewide Auto Auction, Inc.*

39 Windsor Place
Central Islip, NY 11722
Tel: (516) 349-0007
Fax: (516) 349-0105

June 14, 2022

Maltz Auctions, Inc.
39 Windsor Place
Central Islip, NY 11722

In Re: BMT Designers & Planners, Inc.

2013 Chevrolet Silverado, Vehicle Identification Number 1GC2KXC88DZ132695

Storage: 72 Days @ $20.00 per day (April 4, 2022-June 14, 2022)......$1,440.00
Voluntarily reduced to $10.00 per day ................................................................................$720.00
Vehicle Condition Report ...................................................................................................$50.00
Vehicle Preparation Fees ...................................................................................................$85.00
Labor to coordinate transportation, perform initial inspection upon arrival, run and review the
Carfax and Auto Check Vehicle History Report to identify any title, odometer, or lien
discrepancies prior to the sale of the vehicle (24 minutes @ $95.00 per hour) ...........................$37.99

**Amount due this Vehicle** .................................................................................................**$892.99**



**Statewide Auto Auction, Inc.**

39 Windsor Place
Central Islip, NY 11722
Tel: (516) 349-0007
Fax: (516) 349-0105

June 14, 2022

Maltz Auctions, Inc.
39 Windsor Place
Central Islip, NY  11722

In Re: BMT Designers & Planners, Inc.

1999 Avenger Trailer, Vehicle Identification Number 1GC2KUE81FZ116918 & GeoProbe 54DT S/N 9875T54

Storage: 48 Days @ $20.00 per day (April 28, 2022-June 14, 2022)......$960.00
Voluntarily reduced to $10.00 per day ...................................................................................$480.00
Vehicle Condition Report ........................................................................................................$50.00
Vehicle Preparation Fees.........................................................................................................$85.00
Labor to travel to 167 Powder Mill Road, Beltsville, MD to USDA farm site in search of
Debtor's Assets.  Assets were located on the 800-acre facility.  Remove tongue lock from
trailer holding Geoprobe for transport.  Coordinate transport to Central Islip.
Proportionate share of expense allocated to this vehicle:
8 hours labor/travel @ $95.00 per hour/$760.00, 223 miles @ $.58.5 per mile/$130.46 and
$18.00 tolls (50% of $908.46)  ............................................................................................$454.23
Telephone conference with manufacturer of Geoprobe to obtain information on the unit
(45 minutes @ $95.00)...........................................................................................................$71.24
Mechanical:  Purchase of diesel fuel to start Geoprobe.............................................................$50.42
Remove Geoprobe from trailer, add 1.5 gallons of hydraulic fluid to operate
drill rig, remove, charge and reinstall battery.
(Hydraulic Fluid: $40.00; 2.5 hours labor @ $95.00 per hour/$237.50 ......................................$277.50

**Amount due this Vehicle** .................................................................................................$1,468.39

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                          Case No. 22-10123 (MG)
                                                                                     Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                              Debtor.
-------------------------------------------------------------X


STATE OF NEW YORK          )
                                              ) ss:
COUNTY OF SUFFOLK        )

David A. Constantino, being duly sworn, deposes and says;

I reside in Massapequa, New York. I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection

with the above captioned matter:

I assisted in the sale of the Debtor's Assets sold in the June 14, 2022 auction. I photographed the assets and prepared marketing

materials for print and internet advertising. I prepared an auction-specific webpage and included the assets on the primary multi-

asset auto auction webpage on Applicant's website www.MaltzAuctions.com. I implemented a telemarketing and email campaign

to targeted potential buyers of the Geoprobe. I prepared and posted a free marketing advertisement on Geoprobe.com. I

collected sale proceeds and completed sale paperwork transferring ownership to the successful bidder. I worked a total of 6.15

hours at a rate of $49.00 per hour for a total of $301.35. This rate represents a portion of my gross pay excluding taxes, insurance

and benefits. I worked exclusively on this sale and no other matter during this time.


                                                                          /s/ David A. Constantino
                                                                          David A. Constantino

Sworn to before me on this
29th day of June, 2022

/s/ Debra A. Donovan
Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

In re:                                                    Case No. 22-10123 (MG)
                                                          Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                    Debtor.
--------------------------------------------------------------------X

STATE OF NEW YORK          )
                                   ) ss:
COUNTY OF SUFFOLK          )

Debra A. Donovan, being duly sworn, deposes and says:

I reside in Coram, New York.  I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the

above captioned matter.

I assisted with the sale of the Debtor's Assets sold in the June 14, 2022 auction.  I coordinated the services of Superior Auto Tag

and Title Service, Inc., and prepared documents to obtain duplicate Virginia titles for two of the Debtor's Assets.  I prepared the

Trustee bills of sale for the four Assets and sent them by Federal Express to the Trustee for signature.  I prepared the Auctioneer's

Report of Sale.  My total time expended related to these activities for this auction are 5.25 hours at rate of $50.00 per hour, for

a total of $262.50.  This rate represents a portion of my gross pay excluding taxes, insurances and benefits. I worked exclusively

on this sale and no other matter during this time.


                                                          Debra A. Donovan

Sworn to before me this
29th day of June, 2022

Debra L. Dill
Notary Public, State of New York
No.01DI5075800
Qualified in Suffolk County
Commission Expires April 7, 2023

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                          Case No. 22-10123 (MG)
                                                                Chapter   7

BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                    Debtor.

-------------------------------------------------------------------X


STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

Robert J. Gangi, being duly sworn, deposes and says;

I reside in Oceanside, New York.  I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with

the above captioned matter:

I assisted in the sale of the Debtor's Assets sold in the June 14, 2022 auction.  I prepared the auction format for online bidding,

assisted bidders with online registration, supervised the online auction process, collected deposits, returned deposits to

unsuccessful bidders, collected sale proceeds and completed sale paperwork transferring ownership to the successful bidders.

My total time expended related to these activities for this auction are 1.25 hours at the rate of $50.00 per hour, for a total of

$62.50.  This rate represents a portion of my gross pay excluding taxes, insurance and benefits.  I worked exclusively on this

sale and no other matter during this time.


                                                        _____
                                                              Robert J. Gangi

Sworn to before me on this
29th day of June, 2022



Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                  Case No. 22-10123 (MG)
                                                                        Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                      Debtor.
-------------------------------------------------------------------X


STATE OF NEW YORK          )
                                    ) ss:
COUNTY OF SUFFOLK          )

Debra L. Dill, being duly sworn, deposes and says;

I reside in Lindenhurst, New York.  I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection

with the above captioned matter:

I assisted with the sale of the Debtor's Assets sold in the June 14, 2022 auction.  I collected sale proceeds and prepared sale

paperwork transferring ownership to the successful bidders.  My total time expended related to these activities for this auction

was 1 hour at the rate of $27.30 per hour for a total of $27.30.  This rate represents a portion of my gross pay excluding taxes,

insurance and benefits. I worked exclusively on this sale and no other matter during this time.

                                                                        Debra L. Dill


Sworn to before me on this
29th day of June, 2022



Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                    Case No. 22-10123 (MG)
                                                          Chapter  7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                    Debtor.
-------------------------------------------------------------------X


STATE OF NEW YORK          )
                              ) ss:
COUNTY OF SUFFOLK          )

Noelle M. Bender, being duly sworn, deposes and says;

I reside in Huntington, New York.  I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with

the above captioned matter:

I assisted in the sale of the Debtor's Assets sold in the June 14, 2022 auction.  I assisted with collection of the sale deposits and

returned deposits to unsuccessful bidders.  My total time expended related to these activities for this auction was 1 hour at the

rate of $42.00 per hour for a total of $42.00.  This rate represents a portion of my gross pay excluding taxes, insurance and

benefits. I worked exclusively on this sale and no other matter during this time.


                                                          /s/ Noelle M. Bender
                                                          Noelle M. Bender

Sworn to before me on this
29th day of June, 2022

/s/ Debra A. Donovan
Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                    Case No. 22-10123 (MG)
                                                          Chapter   7
BMT DESIGNERS & PLANNERS, INC.,
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                    Debtor.
------------------------------------------------------------------X


STATE OF NEW YORK        )
                              ) ss:
COUNTY OF SUFFOLK        )

Daniel Fisher, being duly sworn, deposes and says;

I reside in Hicksville, New York.  I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with

the above captioned matter:

I assisted with the sale of the Debtor's Assets sold in the June 14, 2022 auction.  I assisted with troubleshooting the Geoprobe

to get it started and removing it from the trailer for the inspections with interested parties.  My total time expended related to

these activities for this auction was .5 hour at the rate of $26.00 per hour for a total of $13.00.  This rate represents a portion of

my gross pay excluding taxes, insurance and benefits. I worked exclusively on this sale and no other matter during this time.

                                                          Daniel Fisher

Sworn to before me on this
29th day of June, 2022


Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

| | |
|---|---|
| Turn-Key Restaurant | 2,634 |
| Penthouse Condo | 2,133 |
| Geoprobe & 3 Pickups | 1,720 |
| 2,200 Sq Ft Luxury Condo | 1,571 |
| 3 BR Handyman Special | 1,541 |

| | |
|---|---|
| 3 BR Hamptons Home | 5,846 |
| Tri-Weekly Auto Auction | 4,384 |
| 4-Family Building | 2,387 |
| Contemporary Art | 1,979 |
| Parkview 3 BR Lux Condo | 1,357 |





Used 1998 Other Agriculture Equipment

## Geoprobe 54DT

# $5,000

## Private Seller

Central Islip, NY - 3 miles away ✈

## Popularity Stats

👁 You are the first user to view this listing

❤ Be the first user to .

🏷 The price has not decreased recently

🕐 Posted on Equipment Trader for **1 day**

## Description

**The Listing Price Represents the Opening Bid at the Auction. Not the Price of the Unit - Auction Details Below**

**Geoprobe Drilling Rig with 20' Avenger Trailer**
- Model#: 54DT
- Serial#: 9875T54
- Kubota V1505-E, 4-Cylinder, Water-Cooled Diesel Engine
- All Pressure Lines Updated in 2021
- Rotary MEmber Model#: GH41

- Rotary Member SErial#: 98112
- SOM PGRF-130 Hydraulic Wheel Drive
- Sold with Accessories and Components in Trailer
- **1999 20' Avenger Dual Axle Trailer (Sold with Geoprobe)**
- MODEL# AV820TAE6000
- VIN# 4T6AB2029XM009817
- GVWR: 12,000

**The Listing Price Represents the Opening Bid at the Auction. Not the Price of the Unit**

**Pre-Registration Required to Bid:** You must submit the signed Terms and Conditions of Sale and Online Bidding Form and a deposit ($500 minimum) to be approved for bidding. Acceptable forms of deposit are cashier's check, postal money order, and wire transfer (funds must be received at least 24 hours prior to the scheduled end time of the auction or you may not be approved to bid prior to the conclusion of the auction). The credit card authentication process does not qualify as meeting this requirement. Your buying power will be 4x the amount of your deposit. For example, if you send $1,000 you will be approved for up to $4,000 in bidding ($500 Minimum Deposit). All unspent deposits will be processed for a refund within 72 business hours following the conclusion of the auction.

Inspection: Friday, June 10th, and Monday, June 13th from 9:30 am – 3:30 pm each day. Facial masks and social distancing will be strictly enforced.

**Auction Date:** Online Bidding will open Friday, June 10, 2022, at 1:00 pm and scheduled for the first lot to close on Tuesday, June 14, 2022, at 10:30 am. Visit RemoteBidding.MaltzAuctions.com or download the Maltz Auctions App on the Apple Store or Google Play.

**Bidding Process:** If a bid is placed with less than one minute remaining, the bidding period will be extended so one minute remains for competing bids to be entered. if any further bidding occurs, the extension timer will reset to one minute. Once no further bidding activity occurs, the sale closes when the time runs out. Asset Location: Office of the Auctioneer, 39 Windsor Place, Central Islip, NY 11722. **Visit MaltzAuctions.com for additional details.**

## Details

| | |
|---|---|
| **Condition:** | Used |
| **Year:** | 1998 |
| **Make:** | Other |
| **Model:** | Geoprobe 54DT |
| **Class:** | AGRICULTURE |
| **Category:** | Agriculture Equipment |
| **Location:** | Central Islip, NY |
| **Serial Number:** | 9875T54 |
| **Engine Manufacture:** | Kubota |
| **Engine Model:** | V1505 |
| **Hours:** | 5 |
| **Movement Type:** | TRACKED |
| **Size:** | STANDARD |

**Options:** Drills

## Contact Private Seller

## Disclaimers

**Equipment Trader Disclaimer:** The information provided for each listing is supplied by the seller and/or other third parties. EquipmentTrader.com is not responsible for the accuracy of the information. Please refer to the Equipment Trader Terms of Use for further information.



# TRI-WEEKLY AUTO AUCTION

SECURITY AGREEMENT SALE



| FOLLOW |
|---|

Login or sign up to follow this auction.

| BIDDING INFO |
|---|

| BID |
|---|

f     **FACEBOOK**

🐦     **TWITTER**

📌     in     ✉

**AUCTION INFORMATION**     **PHOTOS**     **DETAILS**     **DOCUMENTS**     **CONTACT**

## ONLINE BIDDING

**STARTS:** JUNE 10, 2022 AT 1:00 PM

**ENDS:** JUNE 14, 2022 AT 10:30 AM

## VIEWINGS

JUNE 10, 2022 FROM 9:30 AM TO 3:30 PM

JUNE 13, 2022 FROM 9:30 AM TO 3:30 PM



⬇ ADD ALL DATES TO MY CALENDAR

## PROPERTY LOCATION

39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722





E Suffolk Ave

Google

Map data ©2022  Report a map error

BID

# PHOTO GALLERY





# Details

**Bankruptcy, Security Agreement, NYS Tax Seized & Consignment Auction**

## 50± Vehicles in the 6/10 – 6/14 Auction

**Partial Listing of Vehicles**

**2021:** Honda Pilot;

**2019:** GMC Sierra; Jeep Grand Cherokee;

**2018:** BMW: (2) 430Xi, X5;

**2017:** BMW 535Xi;

**2016:** Honda: Accord, CRV; Jeep Wrangler;

**2015:** Chevy Silverado; Chrysler 300; Lexus GS350; Nissan Rogue; Wildwood 31KQBTS Travel Trailer;

**2014:** Buick Regal; (2) Ford Explorer; Mazda 3;

**2013:** Chevy Silverado;

**2012:** BMW 528i; Ford E150;

**2011:** Toyota Highlander;

**2009:** Audi Q7;

**2008:** Ford E250; Infiniti FX35;

**2007:** Acura MDX;

**2006:** Ford F350; Land Rover Range Rover; Toyota RAV4;

**2004:** Dodge Neon;

**2003:** Ford Mustang Cobra;

**1999:** Avenger Trailer w/GeoProbe Drill Rig and others.

The Following is Being Sold by the Nassau County Public Administrator.
In Re: The Estate of Marcus Brown
**2003 Ford Mustang Cobra SVT**
**53,827 Miles**
**6-Speed Manual**
Brian Curran, Nassau County Public Administrator

The Following is Being Sold by the Queens County Public Administrator.
In Re: The Estate of Vincent Ruggiero
**2003 Chevy Impala**
**67,305 Miles**
Lois M. Rosenblatt, Esq, Queens County Public Administrator

The Following is Being Sold by the New York County Public Administrator.
In Re: The Estate of Michael George
**2005 Toyota Corolla**
**149,952 Miles**
Dahlia Damas, New York County Public Administrator

**The Following is Being Sold by the US Bankruptcy Court**
**Southern District of New York**
In Re: BMT Designers & Planners, Inc.,
fdba BMT D&P, fdba BMT, fdba BMA DAS US
Case No. 22-10123 (MG)

**Click Here for Additional Details**

**2019 GMC Sierra 1500 Limited**
VIN# 2GTV2LEC8K1103131 – 11,578 Miles – 5.3 L V8

**2015 Chevrolet Silverado 2500HD**
VIN# 1GC2KUE81FZ116918 – 63,870 Miles – 6.6 L Duramax Turbodiesel

**2013 Chevrolet Silverado 2500HD**
VIN# 1CG2KXC88DZ132695 – 190,393 Miles – 6.6 L Duramax Turbodiesel

**Geoprobe Drilling Rig with 20' Avenger Trailer**
Model#: 54DT -Serial#: 9875T54
2009 20' Avenger Dual Axle Trailer

MODEL# AV820TAE6000 – VIN# 4T6AB2029XM009817

Salvatore LaMonica, Chapter 7 Trustee

**Pre-Registration Required to Bid:** You must submit the signed Terms and Conditions of Sale and Online Bidding Form and a deposit ($500 minimum) to be approved for bidding. Acceptable forms of deposit are cashier's check, postal money order, and wire transfer (funds must be received at least 24 hours prior to the scheduled end time of the auction or you may not be approved to bid prior to the conclusion of the auction). **The credit card authentication process does not qualify as meeting this requirement.** Your buying power will be 4X the amount of your deposit. For example, if you send $1,000 you will be approved for up to $4,000 in bidding ($500 minimum deposit). All unspent deposits will be processed for a refund within 72 business hours following the conclusion of the auction.

**Inspection:** Friday, June 10th, and Monday, June 13th from 9:30 am – 3:30 pm each day. Facial masks and social distancing will be strictly enforced.

**Auction Date:** Online Bidding will open Friday, June 10, 2022, at 1:00 pm and scheduled for the first lot to close on Tuesday, June 14, 2022, at 10:30 am. Visit **RemoteBidding.MaltzAuctions.com** or download the Maltz Auctions App on the Apple Store or Google Play.

**Bidding Process:** If a bid is placed with less than one minute remaining, the bidding period will be extended so one minute remains for competing bids to be entered. If any further bidding occurs, the extension timer will reset to one minute. Once no further bidding activity occurs, the sale closes when the time runs out.

**Asset Location:** Office of the Auctioneer, 39 Windsor Place, Central Islip, NY 11722.



# Documents

**You must be logged in to view Documents.**

LOG IN

# Have Questions? Get In Touch

You must be logged in to send an Auction Inquiry.

LOG IN