UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                                                               Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                        Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                                    Debtor.

-----------------------------------------------------------------x

**INTERIM ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO CONTINUE TO OPERATE THE DEBTOR'S BUSINESS AND PAY CERTAIN OPERATING EXPENSES OF THE ESTATE FROM AUGUST 1, 2022 UNTIL THE HEARING PURSUANT TO 11 U.S.C. §§ 105(a) AND 721**

Upon the motion ("Motion")[1] [ECF Docket # 99] of Salvatore LaMonica, solely in his capacity as interim Chapter 7 Trustee ("Trustee") of the Debtor's Estate, BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT, fdba BMT DAS US, by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to Bankruptcy Code sections 105(a), 541, 542 and 721: (i) to continue to operate the Debtor's business with the assistance of the Debtor's former employees and officers as independent contractors of the Estate from August 1, 2022 through and including October 3, 2022, without prejudice to seek to further extend such time; (ii) to continue to maintain the Debtor's Operating Account at Truist Bank for an interim period of time while the Trustee continues to collect the accounts receivable; (iii) an interim Order authorizing the trustee to operate the Debtor's business and pay related expenses while the Motion is pending from August 1, 2022 until the Hearing; and (iii) related relief; and upon the Court having entered an interim Order authorizing the Trustee to operate the Debtor's business and pay related expenses from August 1, 2022 until the Hearing; and (iv) related relief; and upon the Trustee having electronically filed and served the Motion on all parties; and upon the Court having

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

scheduled a hearing on this Motion on **August 11, 2022 at 11:00 a.m.** ("Hearing"); and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that while this Motion is pending, the Trustee is authorized to continue to operate Debtor's business and pay related expenses, on an interim basis, from August 1, 2022 until the date of the Hearing, August 11, 2022 at 11:00 a.m., or as soon thereafter as counsel may be heard; and, it is further,

**ORDERED**, that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.

**IT IS SO ORDERED.**

Dated: July 18, 2022
New York, New York

                                              **/s/ Martin Glenn**
                                              MARTIN GLENN
                                              Chief United States Bankruptcy Judge