UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
In re:

BMT DESIGNERS & PLANNERS INC.,                    Case No. 22-10123-MG
                                                  Chapter 7
                      Debtor.
------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE,** that the hearing on the Chapter 7 Trustee's Motion for Entry of an Order Authorizing the Trustee to Continue to Operate the Debtor's Business and Pay Related Expenses from August 1, 2022 through October 3, 2022 [ECF Dkt. # 99] in the above-referenced matter, which was scheduled for August 11, 2022 at 11:00 a.m., is now adjourned to **August 15, 2022 at 11:00 a.m.** ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted by Zoom for Government®. See Chief Judge Glenn's Chambers page on the Court's website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn. Please note that appearances must be entered by 4:00 p.m. one (1) business day before the Hearing.

Dated: July 22, 2022
       Wantagh, New York

                                        **LAMONICA HERBST & MANISCALCO, LLP**
                                        Attorneys for Salvatore LaMonica, Trustee

                By:    *s/ Jacqulyn S. Loftin*
                        Jacqulyn S. Loftin, Esq.
                        Partners of the Firm
                        3305 Jerusalem Avenue, Suite 201
                        Wantagh, New York 11793
                        Telephone:516.826.6500