| | |
|---|---|
| **LaMonica Herbst & Maniscalco, LLP** | **Hearing Date: August 15, 2022 at 11:00 a.m.** |
| 3305 Jerusalem Avenue, Suite 201 | **Objection Deadline: August 8, 2022 by 5:00 p.m.** |
| Wantagh, New York 11793 | |
| Telephone: 516.826.6500 | |
| Jacqulyn S. Loftin, Esq. | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                                      Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                      Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                       Debtor.

------------------------------------------------------------x

### NOTICE OF HEARING ON THE AUCTIONEER'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENES IN CONNECTION WITH THE SALE OF THE DEBTOR'S ASSETS

**PLEASE TAKE NOTICE,** that on **August 15, 2022 at 11:00 a.m.** or as soon thereafter as counsel may be heard, a hearing ("Hearing") shall be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court, Southern District of New York ("Court") to consider the first and final application of Maltz Auction, Inc., retained auctioneer of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the debtor, BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US estate, seeking the entry of an Order, pursuant to 11 U.S.C. §§ 330 and 331 ("Bankruptcy Code"), awarding compensation in the amount of $8,705.52 and the reimbursement of expenses in the amount of $9,116.46 in connection with the sale of the Debtor's assets ("Application").

**PLEASE TAKE FURTHER NOTICE,** that a copy of the Application is on file with the Clerk of the Court and may be examined by interested parties during the hours established by the Clerk of the Court, or by downloading the Application from PACER. A copy of the Application may be obtained by contacting LaMonica Herbst & Maniscalco, LLP, counsel to the Trustee, at 3305

Jerusalem Avenue, Suite 201, Wantagh, New York 11793, Attn.: Jacqulyn S. Loftin, Esq., Telephone: 516.826.6500, or at jsl@lhmlawfirm.com.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted by Zoom for Government®. See Chief Judge Glenn's chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn. Please note that appearances must be entered by 4:00 p.m. one business day before the Hearing.

**PLEASE TAKE FURTHER NOTICE,** that objections to the relief requested in the Application, if any, must be in writing, conform with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor, and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, counsel to the Trustee, no later than **August 8, 2022 by 5:00 p.m.** as follows: (a) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, and in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that if no objections are timely filed, the Court may enter an Order granting the relief requested in the Application without holding the Hearing.

Dated:    July 22, 2022                    **LaMONICA HERBST & MANISCALCO, LLP**
          Wantagh, New York               Counsel to Salvatore LaMonica, Trustee

                              By:    *s/ Jacqulyn S. Loftin*
                                     Jacqulyn S. Loftin, Esq.
                                     3305 Jerusalem Avenue, Suite 201
                                     Wantagh, New York 11793
                                     Telephone: 516.826.6500