UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK

Chapter 7 Asset

In re: BMT DESIGNERS & PLANNERS, INC.

Case Number: 22-10123

Claim Number: 17 for $456.00

DEBTOR



## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his duly authorized agent,

/s/ Shawndy Bush
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090 BOSTON, MA 02204-7090
(617) 626-3875



**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

Geoffrey E. Snyder
Commissioner

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875    Fax: (617) 626-3796

In re: BMT DESIGNERS & PLANNERS, INC.

Chapter 7 Asset
Case Number: 22-10123

### CERTIFICATE OF SERVICE

I, Shawndy Bush, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

BENNETT SCOTT SILVERBERG
7 TIMES SQ
NEW YORK, NY 10036-6524

Chapter 7 Asset Trustee
201 VARICK ST, Unit 1006
NEW YORK, NY 10014

/s/ Shawndy Bush
MASSACHUSETTS DEPARTMENT OF REVENUE
07/18/2022