**LaMonica Herbst & Maniscalco, LLP**  **Presentment Date: August 25, 2022 at 12:00 p.m.**
3305 Jerusalem Avenue, Suite 201  Objection Due Date: August 22, 2022 by 5:00 p.m.
Wantagh, New York 11793
Telephone: 516.826.6500
Jacqulyn S. Loftin, Esq.
*Counsel to Salvatore LaMonica, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                Chapter 7

BMT DESIGNERS & PLANNERS, INC.,            Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

            Debtor.
------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF THE STIPULATION AND ORDER
BETWEEN TRUSTEE AND FINCANTIERI MARINETTE MARINE
RESOLVING THE ACCOUNT RECEIVABLE OWED TO THE
DEBTOR'S ESTATE AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on **Thursday, August 25, 2022 at 12:00 p.m.**, Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US ("Debtor"), by and through his counsel, LaMonica Herbst & Maniscalco, LLP, will present the proposed stipulation and Order ("Stipulation") by and between the Trustee, on behalf of the Debtor's estate, and Marinette Marine Corporation, a Wisconsin corporation, dba Fincantieri Marinette Marine ("FMM") to resolve the account receivable owed to the estate and to reject the contact between the Debtor and FMM pursuant to 11 U.S.C. § 365, and for related relief as set forth therein, a copy of which is annexed hereto, to the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004 ("Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation must be in writing, conform with the Title 11 of the United States Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, the counsel for the Trustee, Attn: Jacqulyn S. Loftin, Esq., no later than **Monday, August 22, 2022 by 5:00 p.m.** ("Objection Deadline") as follows: (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation are filed by the Objection Deadline, the Court may so-order the Stipulation annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing will be scheduled by the Court.

Dated: August 10, 2022  
       Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**  
Counsel to Salvatore LaMonica, Trustee

By: *s/ Jacqulyn S. Loftin*  
Jacqulyn S. Loftin, Esq.  
3305 Jerusalem Avenue, Suite 201  
Wantagh, New York 11793  
Telephone: 516.826.6500