

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period |
| --- |
| 07/01/2022 thru 07/31/2022 |

| Account # |
| --- |
|  |

| Days In Statement Period |
| --- |
| 31 |

BMT DESIGNERS PLANNERS INC, DEBTOR
SALVATORE LAMONICA, TRUSTEE
CASE #22-10123
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
| --- | --- | --- | --- | --- |
| Trustee Checking | $538,403.03 | $0.00 | $12,983.46 | $525,419.57 |
| DEPOSIT TOTALS | $538,403.03 | $0.00 | $12,983.46 | $525,419.57 |

### Trustee Checking –

|  |  | Beginning Balance | $538,403.03 |
| --- | --- | --- | --- |
| Date | Description | Credits | Debits |
| 07/01 | Bank Service Fee |  | $480.21 |
|  |  | Ending Balance | $525,419.57 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 166 | 646.00 | 07/13 | 169 | 661.00 | 07/18 | *173 | 1,328.00 | 07/22 |
| 167 | 250.00 | 07/05 | 170 | 6,500.00 | 07/26 | *175 | 1,625.00 | 07/29 |
| 168 | 1,123.25 | 07/26 | 171 | 370.00 | 07/18 |  |  |  |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| --- | --- | --- | --- |
| Average Daily Ledger | $534,782.41 | Average Daily Collected | $534,782.41 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

|  | Total For This Period | Total Year-to-Date |  |  |
| --- | --- | --- | --- | --- |
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER





P.O. Box 911039
San Diego, CA 92191
844-889-0896





Image Number 822209111018780    Amount 0000000250.00
Date 07-05-2022    Serial 167

Image Number 822209111018780    Amount 0000000250.00
Date 07-05-2022    Serial 167





Image Number 823009111025190    Amount 0000000646.00
Date 07-13-2022    Serial 166

Image Number 823009111025190    Amount 0000000646.00
Date 07-13-2022    Serial 166



Image Number 823509111036460    Amount 0000000661.00
Date 07-18-2022    Serial 169

Image Number 823509111036460    Amount 0000000661.00
Date 07-18-2022    Serial 169



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 07/01/2022 thru 07/31/2022 |  |

**Days In Statement Period**

31



| | |
|---|---|
| Image Number 823509111031270 | Amount 0000000370.00 |
| Date 07-18-2022 | Serial 171 |
| Image Number 823509111031270 | Amount 0000000370.00 |
| Date 07-18-2022 | Serial 171 |




| | |
|---|---|
| Image Number 823909111000920 | Amount 0000001328.00 |
| Date 07-22-2022 | Serial 173 |
| Image Number 823909111000920 | Amount 0000001328.00 |
| Date 07-22-2022 | Serial 173 |




| | |
|---|---|
| Image Number 824309111056710 | Amount 0000001123.25 |
| Date 07-26-2022 | Serial 168 |
| Image Number 824309111056710 | Amount 0000001123.25 |
| Date 07-26-2022 | Serial 168 |



| Statement Period | Account # |
|---|---|
| 07/01/2022 thru 07/31/2022 | |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

31

  

Image Number 824309111043550          Amount 0000006500.00
Date 07-26-2022                                          Serial 170

Image Number 824309111043550          Amount 0000006500.00
Date 07-26-2022                                          Serial 170

  

Image Number 824609111001130          Amount 0000001625.00
Date 07-29-2022                                          Serial 175

Image Number 824609111001130          Amount 0000001625.00
Date 07-29-2022                                          Serial 175





| | Statement Period | | Account # |
|---|---|---|---|
| | 07/01/2022 thru 07/31/2022 | | |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Days In Statement Period |
|---|
| 31 |

BMT DESIGNERS PLANNERS INC, DEBTOR
SALVATORE LAMONICA, TRUSTEE
CASE #22-10123
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $3,316,855.58 | $134,625.39 | $0.00 | $3,451,480.97 |
| DEPOSIT TOTALS | $3,316,855.58 | $134,625.39 | $0.00 | $3,451,480.97 |

## Trustee Checking -

| | | Beginning Balance | $3,316,855.58 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 07/13 | MyDeposit | $17,126.41 | |
| 07/13 | MyDeposit | $28,461.00 | |
| 07/21 | MyDeposit | $24,725.87 | |
| 07/26 | MyDeposit | $5,965.20 | |
| 07/29 | BMT Design SOLUTIONS THROUG | $58,346.91 | |
| | PPD 103110371450749 | | |
| | BMT Designers | | |
| | | Ending Balance | $3,451,480.97 |

## Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $3,360,370.97 | Average Daily Collected | $3,357,910.38 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER
FDIC    EQUAL HOUSING LENDER