## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK ACCOUNTS: Name of Bank/Last 4 Digits Acct No: | Truist Operating 8340 | Truist Money Market 4239 | Axos 1211 | Axos 1252 | Cash on Hand | CURRENT MONTH July | Previous Cumulative Filing Amounts | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 0.00 | 2,160.78 | 536,383.78 | 3,316,855.58 | 50.00 | 3,855,450.14 | 368,722.39 | 368,722.39 |
| **RECEIPTS:** | | | | | | | | |
| CASH SALES | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | | | | 134,625.39 | | 134,625.39 | 3,502,947.62 | 3,637,573.01 |
| LOANS AND ADVANCES | | | | | | 0.00 | 0.00 | 0.00 |
| SALE OF ASSETS | | | | | | 0.00 | 105,138.00 | 105,138.00 |
| OTHER (ATTACH LIST) - | | | | | | 0.00 | 1,628.59 | 1,628.59 |
| TRANSFERS FROM DEBTOR'S ACCOUNT | | | | | | 0.00 | 1,393,000.00 | 1,393,000.00 |
| TOTAL RECEIPTS | 0.00 | 0.00 | 0.00 | 134,625.39 | 0.00 | 134,625.39 | 5,002,714.21 | 5,137,339.60 |
| **DISBURSEMENTS:** | | | | | | | | |
| NET PAYROLL | | | | | | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | | | | | | 0.00 | 0.00 | 0.00 |
| SALES, USE, & OTHER TAXES | | | | | | 0.00 | 0.00 | 0.00 |
| TRANSFERS FROM DEBTOR'S ACCOUNT | | | | | | 0.00 | 1,393,000.00 | 1,393,000.00 |
| Independent Contractors | | | | | | 0.00 | 44,707.98 | 44,707.98 |
| IT/Software | | | 24,830.00 | | | 24,830.00 | 75,718.67 | 100,548.67 |
| Bank Fees | | | 480.21 | | | 480.21 | 2,559.81 | 3,040.02 |
| Trustee Bond Fess | | | | | | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEES | | | | | | 0.00 | 0.00 | 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | 0.00 | 0.00 | 0.00 |
| COURT COSTS | | | | | | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS | 0.00 | 0.00 | 25,310.21 | 0.00 | | 25,310.21 | 1,515,986.46 | 1,541,296.67 |
| NET CASH FLOW | 0.00 | 0.00 | (25,310.21) | 134,625.39 | 0.00 | 109,315.18 | 3,486,727.75 | 3,596,042.93 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 0.00 | 2,160.78 | 511,073.57 | 3,451,480.97 | 50.00 | 3,964,765.32 | 3,855,450.14 | 3,964,765.32 |

**THE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | | |
|---|---|---|---|
| TOTAL DISBURSEMENTS | | 25,310.21 | 1,502,443.33 | 1,541,296.67 |
| LESS: TRANSFERS TO TRUSTEE ACCOUNTS, and PAYMENT REVERSAL | | 0.00 | -1,393,000.00 | -1,393,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | | 25,310.21 | 109,443.33 | 148,296.67 |

BMT Designers Planners, Inc                    Case No. 22-10123