UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                                      Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                          Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                     Debtor.
-------------------------------------------------------------x

## ORDER APPROVING AUCTIONEER'S APPLICATION FOR COMPENSATION FOR THE SALE OF THE DEBTOR'S ASSETS

Upon consideration of the Application (ECF Doc. # 108) of Maltz Auctions, Inc. ("Maltz Auctions"), as Auctioneer to Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee of the BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT fdba BMT DAS US estate, seeking the entry of an Order for allowance of commissions in the amount of $8,705.52 and the reimbursement of expenses in the amount of $9,116.46; and upon the Trustee, through counsel, having served the Notice of Hearing (ECF Doc. # 108) on all the necessary parties; and upon affidavits of service having been electronically filed with the Court (ECF Doc. # 109 and 110); and there being no objections to the Application filed; and upon the video hearing having been held before the Court on August 11, 2022 at 11:00 a.m. ("Hearing"), the record of which is incorporated herein by reference; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Application of Maltz Auctions is granted to the extent set forth on the annexed Schedule "A"; and, it is further

**ORDERED,** that the Trustee is authorized to do such things, pay such awards and execute such

documents as may be necessary to implement the terms and conditions of this Order.

**IT IS SO ORDERED.**

Dated:  August 16, 2022
         New York, New York

                                                          **/s/ Martin Glenn**
                                                        MARTIN GLENN
                                     Chief United States Bankruptcy Judge

Case No. 22-10123 (MG)  
Case Name: BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT DAS US

**FEE APPLICATION PERIOD**

**March 11, 2022 through July 18, 2022**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Fees requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Maltz Auctions, Inc.** Auctioneer | Filed 7/22/2022 ECF Dkt. # 108 | $8,705.52 | $8,705.52 | $8,705.52 | $0.00 | $8,705.52 | $9,116.46 | $9,116.46 |

**DATE ON WHICH ORDER WAS SIGNED: August 16, 2022**        **INITIALS: MG USBJ**

# FEE APPLICATION TOTALS
### All Fee Periods (March 11, 2022 through July 18, 2022)

Schedule B

Case No. 22-10123 (MG)

Case Name: BMT Designers & Planners, Inc., fdba BMT D&P, fdba BMT DAS US

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| **Maltz Auctions, Inc.**<br>Auctioneer | $8,705.52 | $8,705.52 | $9,116.46 | $9,116.46 |

DATE ON WHICH ORDER WAS SIGNED: <u>August 16, 2022</u>    INITIALS: <u>MG</u> USBJ