## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK ACCOUNTS<br>Name of Bank/Last 4 Digits Acct No. | Truist Operating 8340 | Truist Money Market 4239 | Axos 1211 | Axos 1252 | Cash on Hand | CURRENT MONTH August | Previous Cumulative Filing Amounts | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 0.00 | 2,160.78 | 511,073.57 | 3,451,480.97 | 50.00 | 3,964,765.32 | 368,722.39 | 368,722.39 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | | | | 173,854.97 | | 173,854.97 | 3,637,573.01 | 3,811,427.98 |
| LOANS AND ADVANCES | | | | | | 0.00 | 0.00 | 0.00 |
| SALE OF ASSETS | | | | | | 0.00 | 105,138.00 | 105,138.00 |
| OTHER (ATTACH LIST) - | | | | | | 0.00 | 1,628.59 | 1,628.59 |
| TRANSFERS FROM DEBTOR'S ACCOUNT | | | | | | 0.00 | 1,393,000.00 | 1,393,000.00 |
| TOTAL RECEIPTS | 0.00 | 0.00 | 0.00 | 173,854.97 | 0.00 | 173,854.97 | 5,137,339.60 | 5,311,194.57 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | | | | | | 0.00 | 0.00 | 0.00 |
| SALES, USE, & OTHER TAXES | | | | | | 0.00 | 0.00 | 0.00 |
| TRANSFERS FROM DEBTOR'S ACCOUNT | | | | | | 0.00 | 1,393,000.00 | 1,393,000.00 |
| Independent Contractors | | | | | | 0.00 | 44,707.98 | 44,707.98 |
| IT/Software | | | 13,895.27 | | | 13,895.27 | 100,548.67 | 114,443.94 |
| Bank Fees | | | 590.46 | | | 590.46 | 3,040.02 | 3,630.48 |
| Trustee Bond Fess | | | | | | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEES | | | 17,821.98 | | | 17,821.98 | 0.00 | 17,821.98 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | 0.00 | 0.00 | 0.00 |
| COURT COSTS | | | | | | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS | 0.00 | 0.00 | 32,307.71 | 0.00 | 0.00 | 32,307.71 | 1,541,296.67 | 1,573,604.38 |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 0.00 | 0.00 | (32,307.71) | 173,854.97 | 0.00 | 141,547.26 | 3,596,042.93 | 3,737,590.19 |
| CASH - END OF MONTH | 0.00 | 2,160.78 | 478,765.86 | 3,625,335.94 | 50.00 | 4,106,312.58 | 3,964,765.32 | 4,106,312.58 |

THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | |
|---|---|---|---|
| TOTAL DISBURSEMENTS | 32,307.71 | 1,541,296.67 | 1,573,604.38 |
| LESS: TRANSFERS TO TRUSTEE ACCOUNTS, and PAYMENT REVERSAL | 0.00 | -1,393,000.00 | -1,393,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 32,307.71 | 148,296.67 | 180,604.38 |

BMT Designers Planners, Inc

Case No. 22-10123