UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                                          Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                  Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.
-------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE,** that the hearing on the Chapter 7 Trustee's Motion for Entry of an Order Authorizing the Chapter 7 Trustee to Continue to Operate the Debtor's Business through December 2, 2022 and Pay Certain Operating Expenses of the Estate and for Related Relief [ECF Dkt. # 127] in the above-referenced matter, which was scheduled for October 19, 2022 at 10:00 a.m., is now adjourned to **November 16, 2022 at 10:00 a.m.** ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted by Zoom for Government®. See Chief Judge Glenn's Chambers page on the Court's website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn. Please note that appearances must be entered by 4:00 p.m. one (1) business day before the Hearing.

Dated: September 28, 2022
       Wantagh, New York

                                      **LAMONICA HERBST & MANISCALCO, LLP**
                                      Attorneys for Salvatore LaMonica, Trustee

               By:    *s/ Jacqulyn S. Loftin*
                      Jacqulyn S. Loftin, Esq.
                      A Partner of the Firm
                      3305 Jerusalem Avenue, Suite 201
                      Wantagh, New York 11793
                      Telephone:516.826.6500