# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK ACCOUNTS<br>Name of Bank/Last 4 Digits Acct No. | Truist Operating 8340 | Truist Money Market 4239 | Axos 1211 | Axos 1252 | Cash on Hand | CURRENT MONTH September | Previous Cumulative Filing | CUMULATIVE FILING TO |
|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | 0.00 | 2,160.78 | 478,765.86 | 3,625,335.94 | 50.00 | 4,106,312.58 | 368,722.39 | 368,722.39 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | | | | 507,907.20 | | 507,907.20 | 3,811,427.98 | 4,319,335.18 |
| LOANS AND ADVANCES | | | | | | 0.00 | 0.00 | 0.00 |
| SALE OF ASSETS | | | | | | 0.00 | 105,138.00 | 105,138.00 |
| REFUND OF EXPENSES | | | 5,877.52 | | | 5,877.52 | 0.00 | 5,877.52 |
| OTHER (ATTACH LIST) - | | | | | | 0.00 | 1,628.59 | 1,628.59 |
| TRANSFERS FROM DEBTOR'S ACCOUNT | | | | | | 0.00 | 1,393,000.00 | 1,393,000.00 |
| **TOTAL RECEIPTS** | 0.00 | 0.00 | 5,877.52 | 507,907.20 | 0.00 | 513,784.72 | 5,311,194.57 | 5,824,979.29 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | | | | | | 0.00 | 0.00 | 0.00 |
| INSURANCE | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | 0.00 | 0.00 | 0.00 |
| TRANSFERS FROM DEBTOR'S ACCOUNT | | | | | | 0.00 | 1,393,000.00 | 1,393,000.00 |
| Independent Contractors | | | | | | 0.00 | 44,707.98 | 44,707.98 |
| IT/Software | | | 1,623.00 | | | 1,623.00 | 114,443.94 | 116,066.94 |
| Bank Fees | | | 554.78 | | | 554.78 | 3,630.48 | 4,185.26 |
| Trustee Bond Fess | | | 1,444.42 | | | 1,444.42 | 0.00 | 1,444.42 |
| PROFESSIONAL FEES | | | 10,000.00 | | | 10,000.00 | 17,821.98 | 27,821.98 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | 0.00 | 0.00 | 0.00 |
| COURT COSTS | | | | | | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 13,622.20 | 0.00 | 0.00 | 13,622.20 | 1,573,604.38 | 1,587,226.58 |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 0.00 | 0.00 | (7,744.68) | 507,907.20 | 0.00 | 500,162.52 | 3,737,590.19 | 4,237,752.71 |
| **CASH - END OF MONTH** | 0.00 | 2,160.78 | 471,021.18 | 4,133,243.14 | 50.00 | 4,606,475.10 | 4,106,312.58 | 4,606,475.10 |

**THE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | | |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | 13,622.20 | 1,573,604.38 | 1,587,226.58 |
| LESS: TRANSFERS TO TRUSTEE ACCOUNTS, and PAYMENT REVERSAL | | 0.00 | -1,393,000.00 | -1,393,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | 13,622.20 | 180,604.38 | 194,226.58 |

Case No. 22-10123
BMT Designers Planners, Inc

| Name of Bank/Last 4 Digits Acct No. | | Truist Operating 8340 | Truist Money Market 4239 | Axos 1211 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | 0.00 | 2,160.78 | 471,021.18 |
| | | | | |
| BANK BALANCE | | 0.00 | 2,160.78 | 471,168.18 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | 0 | 0 |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | 0 | 147.00 |
| OTHER (ATTACH EXPLANATION) | | | 0 | 0 |
| ADJUSTED BANK BALANCE * | | | 2,160.78 | 471,021.18 |
| * Adjusted bank balance must equal | | | | |
|   balance per books | | | | |
| | | | | |
| **DEPOSITS IN TRANSIT** | | | Amount | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | | Amount | |
| Betty Cooke | 196 | | | 147.00 |
| | | | | |
| | | | | |
| | | | | |
| **OTHER/Details of Deposits (see Bank Statements for Additional Details)** | | | | |
| | | | | |
| | | | | |
| | | | | |
| **OTHER/Details of Payments (see Bank Statements for Additional Details)** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**BMT Designers Planners, Inc**

**Case No. 22-10123**

## STATEMENT OF OPERATIONS
(Income Statement)

| REVENUES | Sep-22 | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $0.00 | |
| Less: Returns and Allowances | $0.00 | |
| Net Revenue | $0.00 | $0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $0.00 | $0.00 |
| Add: Purchases | $0.00 | |
| Add: Cost of Labor | $0.00 | $0.00 |
| Add: Other Costs (attach schedule) | $0.00 | |
| Less: Ending Inventory | $0.00 | $0.00 |
| Cost of Goods Sold | $0.00 | $0.00 |
| Gross Profit | $0.00 | $0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation | | |
| Professional Fees | $10,000.00 | $27,821.98 |
| Insurance | ($4,468.89) | ($4,468.89) |
| Management Fees/Bonuses | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Bank Charges | $554.78 | $4,185.26 |
| Salaries/Commissions/Fees | | |
| IT/Software | $1,623.00 | $160,774.92 |
| Taxes - Payroll | ($1,408.63) | ($1,408.63) |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | ($1,175.00) |
| Utilities | | ($246.04) |
| Trustee Bond Fees | $1,444.42 | $1,444.42 |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | $7,744.68 | $186,928.02 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | ($7,744.68) | ($186,928.02) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | $207.55 |
| Realized Gain/Loss on sale of assets | | $27,638.00 |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ($7,744.68) | ($159,082.47) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | ($7,744.68) | ($159,082.47) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

BMT Designers Planners, Inc                                                                                       Case No. 22-10123

## BALANCE SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH 31-Aug-22 | | BOOK VALUE ON PETITION DATE SOFA |
|---|---:|---|---:|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 4,606,475.10 | | 368,672.39 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts Receivable (Net) (see footnote) | 713,831.43 | 1 | 3,307,070.63 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Deposits including LC's | | | |
| Other Current Assets (attach schedule) | | | |
| *TOTAL CURRENT ASSETS* | 5,320,306.53 | | 3,675,743.02 |
| **PROPERTY AND EQUIPMENT** | | | |
| Real Property and Improvements (see footnote) | 0.00 | 2 | 1,027,614.00 |
| Office Furniture (see footnote) | 0.00 | 2 | 685,798.44 |
| Office Equipment and Software | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 0.00 | | 1,713,412.44 |
| **OTHER ASSETS** | | | |
| Loans to Insider | | | |
| Other Assets (attach schedule) | 356,807.83 | 3 | 356,807.83 |
| *TOTAL OTHER ASSETS* | 356,807.83 | | 356,807.83 |
| **TOTAL ASSETS** | $ 5,677,114.36 | | $ 5,745,963.29 |

| LIABILITIES AND OWNER EQUITY LIABILITIES NOT SUBJECT TO COMPROMISE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---:|---|---:|
| Accounts Payable | | | |
| Taxes Payable (refer to FORM MOR-4) | | | |
| Wages Payable | | | |
| IT/Software | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Independent Contractors | | | |
| Other Postpetition Liabilities (attach schedule) | | | |
| *TOTAL POSTPETITION LIABILITIES* | 0.00 | | 0.00 |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Priority Debt | 211,102.36 | | 211,102.36 |
| Unsecured Debt | 10,201,150.64 | | 10,201,150.64 |
| Accounts Payable | | | |
| *TOTAL PRE-PETITION LIABILITIES* | 10,412,253.00 | | 10,412,253.00 |
| *TOTAL LIABILITIES* | 10,412,253.00 | | 10,412,253.00 |
| ***OWNER EQUITY*** | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (4,666,289.71) | | (4,666,289.71) |
| Retained Earnings - Pre-Petition Adjustment | 1,803,645.98 | | |
| Retained Earnings - Postpetition | (159,082.47) | | |
| Retained Earnings - Postpetition Adjustments (see footnote) | (1,713,412.44) | 2 | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | | |
| *NET OWNER EQUITY* | (4,735,138.64) | | (4,666,289.71) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 5,677,114.36 | | 5,745,963.29 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

1 The listed Accounts Receivable does not include potential claims against third parties
2 The Trustee feels that the market value of the assets detailed in the petition have zero ($0) value.

BMT Designers Planners, Inc                                                                 Case No. 22-10123

## BMT Designers & Planners, Inc.
### Other Assets
### Deposits, including security deposits and utility deposits

| Description per Schedules | Amount |
|---|---|
| Velocis Moore Shirlington; DESCRIPTION: Rent Deposit (Building Management Company) | 30,411.48 |
| Ar Cty Bus License; DESCRIPTION: Business License | 60,502.00 |
| AR Cty Property Tax; DESCRIPTION: Property Tax | 50,502.00 |
| Barney & Barney; DESCRIPTION: Causalty and Surety Insurance | 3,971.16 |
| Bloomberg; DESCRIPTION: Subscription | 2,995.50 |
| Brown Rudnick LLP; DESCRIPTION: Professional Fees - unknown | 0.00 |
| CAD; DESCRIPTION: CAD License | 140,756.56 |
| Creative Systems; DESCRIPTION: Subscription | 1,590.00 |
| Deltek; DESCRIPTION: Software License | 13,539.11 |
| Prime Clerk LLC; DESCRIPTION: Professional Fees - unknown | 0.00 |
| Shipconstructor; DESCRIPTION: Subscription | 3,323.54 |
| SSI ; DESCRIPTION: Subscription | 3,201.19 |
| Summit 7 ; DESCRIPTION: Sharepoint Migration | 18,872.25 |
| Teneo Capital LLC; DESCRIPTION: Professional Fees - unknown | 0.00 |
| Willis; DESCRIPTION: BMT D&O Insurance | 27,143.04 |
| **Total Other Assets** | **356,807.83** |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 2,371,017.10 |
| + Amounts billed during the period | 0.00 |
| - Amounts collected during the period | (491,160.76) |
| - Amounts Reconciled to prior period | 0.00 |
| - Discounts/Credits | 0.00 |
| Total Accounts Receivable at the end of the reporting period | 1,879,856.34 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0.00 |
| 31 - 60 days old | 0.00 |
| 61 - 90 days old | 1,037,348.10 |
| 91+ days old | 4,535,862.15 |
| Total Accounts Receivable | 2,354,270.66 |
| Amounts collected during the period | 491,160.76 |
| Amount considered uncollectible (Bad Debt) | 1,149,278.47 |
| Accounts Receivable (Net) | 713,831.43 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. |  | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. |  | X |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

BMT Designers Planners, Inc                                                                          Case No. 22-10123