[Exhibit A - Bill of Sale]

## ASSIGNMENT AND BILL OF SALE

This **ASSIGNMENT AND BILL OF SALE AGREEMENT** (this "**Assignment**") is made as of [_____], 2024 (the "**Effective Date**"), by and between Salvatore LaMonica, the Trustee of the BMT Designers & Planners, Inc. ("**BMT**") Chapter 7 bankruptcy estate ("**Trustee**"), and Vigor Works LLC ("**Vigor**"). The Trustee and Vigor are referred to collectively as the "**Parties**" and are each referred to, individually, as a "**Party**." Capitalized terms used without definitions herein shall have the meanings ascribed to such terms in that certain Settlement Agreement entered into by the Parties on May 1, 2024 (the "**Settlement Agreement**").

1. <u>Acquired Assets</u>. Pursuant to the Settlement Agreement the Trustee agreed to sell and convey, and Vigor agreed to purchase, the following assets from the Trustee (the "**Acquired Assets**"), pursuant to the terms of the Settlement Agreement:

   a. The files, databases, operations, and models associated with MSV(L) project, including without limitation those identified and listed in the attachment hereto.

   b. Deliverables, including Project IP, documents that reflect Project IP, Background IP and Source Documents, and all other material relating to the MSV(L) program.

   c. All intellectual property rights owned by BMT relating to the MSV(L) program, including without limitation the BMT Hull Forms and the Project IP.

   d. To the extent not otherwise included in items 1.a, 1.b, or 1.c above, BMT's exclusive and non-exclusive license rights to use the intellectual property identified in the BMT-Intra Group License.

2. <u>Sale and Assignment of Acquired Assets</u>. In accordance with and subject to the terms and conditions set forth in the Settlement Agreement, for good and valuable consideration, the receipt of which is hereby acknowledged, as of the Effective Date, Trustee does hereby sell, assign, bargain, transfer, convey and deliver unto Vigor all right, title and interest in and to the Acquired Assets, free and clear but "as is" "where is" without any representation or warranty as to the Acquired Assets.

3. <u>Cooperation</u>. Vigor and Trustee agree to cooperate with each other to execute and deliver such other documents and instruments and to do such further acts and things as may be reasonably requested by the other to evidence, document or carry out the conveyance of the Acquired Assets and any additional data or other deliverables related thereto.

4. <u>Effect of Agreement</u>. Nothing in this Assignment shall, or shall be deemed to, modify or otherwise affect any provisions of the Settlement Agreement or affect the rights of the Parties under the Settlement Agreement. In the event of any conflict between the provisions hereof and the provisions of the Settlement Agreement, the provisions of the Settlement Agreement shall govern and control.

507413156.4

**IN WITNESS WHEREOF**, Trustee and Vigor have caused this Assignment to be executed on the Effective Date.

| **TRUSTEE:** | **VIGOR:** |
|---|---|
| Trustee of the BMT Designers & Planners, Inc. Bankruptcy Estate | Vigor Works LLC |
| By:_____ | By:_____ |
| Name: | Name: |
| Title: | Title: |

ATTACHMENT TO BILL OF SALE

1. **CLIN 0002:** Acquired Assets associated with BMT scope relating to CLIN 0002 of Prime Contract No. W56HZV-17-D-0086 and the Engineering Manufacturing Development (EMD) phase of the MSV(L) program, including Acquired Assets relating to:

    - Detailed lists of drawings required for Class approval by ABS
    - General arrangement drawing updates
    - As-built drawings
    - Equipment technical specifications (including specifications for Main Engines, Auxiliary Engines, Gearboxes, Shafting, Waterjets, Bow and Stern Ramps, Custom Seawater Strainers, Anchoring and Mooring Equipment, Main & Auxiliary Engine exhaust, Joiner and Furniture Packages, Fire Detection and Alarm systems, C4N systems, HVAC, chiller/compressor skids, Gaseous and AFFF Firefighting Systems, Armor packages, Switchboard and major panels, Propulsion control systems, and Insulation packages)
    - Master Equipment Lists (MELs)
    - Combat System Equipment Lists (CSELs)
    - Ship Constructor Structural Deliverables (including Scribe Boards, 3D Isometric Booklets of Structural Assemblies, Plate Rolling Templates, Stock Reports, Nested Plate Drawings, and Class Approval Drawings)
    - 3D Modelling of Ship Systems for Production including production level drawings for the vessel pipe systems (including Sea Water Systems, Fire Mains, Fresh Water Systems, HVAC Chill Water Pipes, Black & Grey Water Systems, Fuel Oil Systems, Tank Ventilation and Sounding, Generator Exhaust Systems, Lube Oil Systems, Fire Suppression Systems, Bilge Systems, Oily Bilge Systems, Hydraulic Systems, Main Engine Exhaust Systems)
    - Combined System Arrangement drawing showing all systems
    - Arrangement and installation drawings (including for electrical components, comprising switch gear, distribution panels, power conversion equipment, motor controllers, shore power connection, and junction boxes, and electronic systems hardware comprising C4ISR, IECSS and propulsion and required auxiliary systems remote controls)
    - Interior, exterior, and navigation lighting arrangement and installation drawings
    - Production level outfit deliverables (ShipConstructor 3D models and any associated AutoCad 2D drawings), including any updates to detailed arrangement drawings to reflect packages provided by suppliers
    - Weight Control Procedures and stability manuals
    - Machinery Control System Interface & Hook-Up Diagrams including any control system interface and hook-up diagrams for the IECCS (Alarms and Monitoring and Propulsion Control System), IECCS - Cable Deck Layout Drawings, IECSS - Equipment and Control System Wiring Diagrams
    - Machinery Control System Signal Lists including any Signal Lists, information for all PIMs (pilot house and engine room) and related sensors, and documentation of sensor location and power requirements
    - Machinery Control Cable Layout & Hook-Up Drawings including any Cable Deck Layout & Hook-Up Drawings, Engine Room Wiring Diagrams, and Pilot House Wiring Diagrams
    - C4N Interface and Cable Diagrams including any C4N - Cable Deck Layout Drawings, C4N - Equipment and System Wiring Diagrams, and Interface Diagram, Cable & Hook-Up Drawings
    - Label Plates, Item Unique Item Identification (IUID), and Electrical Cable Labels (including any labels for Compartment Identification, Watertight Bulkhead Identification, Fire Fighting Equipment Identification, Damage Control Equipment Identification, Switch and Receptacle Circuit Identification, or Warning or Hazard Placards)

    a. **Integrated Master Schedule (IMS):** Acquired Assets associated with BMT scope relating to any IMS for the MSV(L) program, including Acquired Assets associated with IMS input provided by or on behalf of BMT, statusing for engineering, logistics, and integrated product activity, and, in particular, Acquired Assets relating to:

        CDRL A002      Report, Record of Meeting Minutes

|   |   |
|---|---|
| CDRL A003 | Integrated Master Schedule (IMS) |
| CDRL A004 | Technical Report Study/Services - CyberSecurity Strategy |
| CDRL A005 | Technical Report Study/Services - CyberSecurity Artifact Package |
| CDRL A006 | Technical Report Study/Services - System Security Design and Risk Assessment |
| CDRL A007 | Technical Report Study/Services - Cybersecurity Vulnerability Scan Report |
| CDRL A008 | Technical Report Study/Services - Cybersecurity Vulnerability Management and Software Maintenance Plan |

b. **Risk Identification and Management:** Acquired Assets associated with BMT scope relating to any risk management plan for the MSV(L) program, including Acquired Assets associated with lead risk identification and support of monthly risk IPT meetings by or on behalf of BMT, and, in particular, Acquired Assets relating to:

    CDRL A009    Risk Management Plan

c. **Business Management Reviews (BMRs):** Acquired Assets associated with BMT scope relating to any BMRs for the MSV(L) program, including Acquired Assets associated with participation by or on behalf of BMT in monthly BMRs and Quarterly Program Management Reviews (QPMR), and, in particular, Acquired Assets relating to:

    CDRL A001    Conference Agenda
    CDRL A002    Report, Record of Meeting Minutes
    CDRL A010    Performance and Cost Report

d. **Environmental, Safety and Occupational Health (ESOH) Program:** Acquired Assets associated with BMT scope relating to any ESOH program for the MSV(L) program, including Acquired Assets associated with any System Safety Program Plan (SSPP), ESOH working group, Hazard Tracking System (HTS), or Hazardous Material Lists (HML), and, in particular, Acquired Assets relating to:

    CDRL A037    Hazard Tracking System (HTS)
    CDRL A038    Safety Assessment Report (SAR)
    CDRL A039    System Safety Program Plan (SSPP)
    CDRL A040    Health Hazard Analysis
    CDRL A041    Hazardous Materials Management Program (HMMP) Report

e. **Human Systems Integration (HSI):** Acquired Assets associated with BMT scope relating to any HSI for the MSV(L) program, including Acquired Assets associated with any HSI Plans, Human Factors Engineering Analysis Reports, or demonstration of user review events using 3D modeling, and, in particular, Acquired Assets relating to:

    CDRL A109    Human Systems Integration Plan
    CDRL A110    Human Factors Engineering Analysis
    CDRL A111    Scientific and Technical Reports

f. **Reliability, Availability and Maintainability (RAM) Program:** Acquired Assets associated with BMT scope relating to any RAM program for the MSV(L) program, including Acquired Assets associated with the creation of Reliability Predictions and analyzation of Key Component Reliability, Availability and Maintainability (RAM) Data, and System Level Reliability and Maintainability, and, in particular, Acquired Assets relating to:

    CDRL A048    Reliability & Maintainability (R&M) Program Plan

g. **Product Quality Deficiency Report (PQDR) For Contractor Supplied Items:** Acquired Assets associated with BMT scope relating to any PQDRs for the MSV(L) program, including Acquired

2

Assets associated with any and deficiency reports provided by or on behalf of BMT, and, in particular, Acquired Assets relating to:

CDRL A057     Product Quality Deficiency Report (PQDR)

h. **Computer Software:** Acquired Assets associated with BMT scope relating to any computer software for the MSV(L) program and, in particular, Acquired Assets relating to:

CDRL A024     Product Drawings/Models And Associated Lists (Production Government Format TDP)
CDRL A112     Software Development Plan (SDP)
CDRL A113     Interface Design Description (IDD)
CDRL A114     Interface Requirements Specification (IRS)
CDRL A115     Interface Requirements Specification (IRS) (Computer Program End Item Documentation)
CDRL A116     Software Test Report (STR)
CDRL A117     Software Test Description (STD)
CDRL A118     Software Design Description (SDD)
CDRL A120     Software Requirements Specification (SRS)
CDRL A122     Computer Software Product
CDRL A123     Software Version Description (SVD)

i. **Integration Subsystems:** Acquired Assets associated with BMT scope relating to any integration by or on behalf of BMT of Government Furnished Property (GFP) and Government Furnished Information (GFI) lists in connection with the MSV(L) program, including Acquired Assets associated with any Electromagnetic Spectrum efforts, and, in particular, Acquired Assets relating to:

CDRL A025     System Integration Laboratory (SIL) Development and Management Plan
CDRL A031     Vessel Network Configuration Package
CDRL A105     Electromagnetic Spectrum Certification Assessment Report

j. **Integrated Product Support (IPS):** Acquired Assets associated with BMT scope relating to IPS for the MSV(L) program, including Acquired Assets associated with any development or delivery of any IPS Management Plan, Logistics Support Analysis, or Logistics Product Data Tasks, and, in particular, Acquired Assets relating to:

CDRL A058     IPS Program Management Plan
CDRL A059     IPS Management Control Log
CDRL A067     Logistics Product Data
CDRL A126     Logistics Product Data Plan

k. **Diminishing Manufacturing Source and Material Shortages (DMSMS):** Acquired Assets associated with BMT scope relating to DMSMS and the MSV(L) program, including Acquired Assets relating to:

~~CDRL A016     Bill Of Material (BOM) Mapped To Level 3 CWBS~~
~~CDRL A088     Obsolescence Supportability Risk Analysis~~

l. **Start of Work Meeting (SOWM):** Acquired Assets associated with BMT scope relating to any SOWM for the MSV(L) program, including Acquired Assets relating to:

CDRL A001     Conference Agenda
CDRL A002     Report, Record of Meeting Minutes

507480721.2

m. **Performance and Cost Report:** Acquired Assets associated with BMT scope relating to any Performance and Cost Reports for the MSV(L) program, including Acquired Assets associated with any Contractor Manpower Reporting (CMR) reports, Engineering Manufacturing and Development (EMD) Cost and Computer Software Data Reporting (CSDR), Contract Work Breakdown Structure (CWBS) Index & Dictionary, Cost Data Summary Reports (CDSR) (DD Form 1921), Functional Cost-Hour Reports (DD Form 1921-1), Software Resources Data Reports (SRDR) Initial, Software Resources Data Reports (SRDR) Final, Other Cost Reports, and Cost Data Summary Reports (CDSR) Plan Readiness Review,s and, in particular, Acquired Assets relating to:

| | |
|---|---|
| CDRL A002 | Report, Record of Meeting Minutes |
| CDRL A010 | Performance and Cost Report |
| CDRL A011 | Contract Work Breakdown Structure (CWBS) Index & Dictionary |
| CDRL A012 | Cost Data Summary Report (DoD Form 1921) |
| CDRL A013 | Functional Cost Hour Report (DoD Form 1921-1) |
| CDRL A014 | Software Resources Data Report: Initial Developer Report And Data Dictionary |
| CDRL A015 | Software Resources Data Report: Final Developer Report And Data Dictionary |
| CDRL A016 | Bill Of Material (BOM) Mapped To Level 3 CWBS |

n. **Design Reviews:** Acquired Assets associated with BMT scope relating to any design reviews and the MSV(L) program, including Acquired Assets associated with any Systems Requirements Reviews (SRR), Preliminary Design Reviews (PDR), or Critical Design Reviews (CDR), entrance criteria, review execution, or exit criteria, and, in particular, Acquired Assets relating to:

| | |
|---|---|
| CDRL A001 | Conference Agenda |
| CDRL A018 | Design Review Documentation |

o. **Major Reviews:** Acquired Assets associated with BMT scope relating to any major reviews and the MSV(L) program, including Acquired Assets associated with any Production Readiness Reviews (PRR), System Verification Reviews (SRR), or Test Readiness Reviews (TRR), entrance criteria, review execution or exit criteria, and, in particular, Acquired Assets relating to:

| | |
|---|---|
| CDRL A001 | Conference Agenda |
| CDRL A003 | Integrated Master Schedule (IMS) |
| CDRL A018 | Design Review Documentation |
| CDRL A019 | Test Readiness Reviews (TRRs) |
| CDRL A020 | Scale Model Test Plan |
| CDRL A021 | Contractor Test Plans |
| CDRL A038 | Safety Assessment Report (SAR) |

p. **Engineering Analysis:** Acquired Assets associated with BMT scope relating to any engineering analysis and the MSV(L) program, including Acquired Assets associated with any system design, direct analysis, or reports, electromagnetic environmental effects, electromagnetic interference characteristics of equipment and subsystems, engineering calculations, weight reports, Integrated Engineering Control and Surveillance System (IECSS) reports, fuel system reports, bilge pumps and drain systems reports, lifting points and slings reports, and tow points reports, and, in particular, Acquired Assets relating to:

| | |
|---|---|
| CDRL A022 | Engineering Calculations |
| CDRL A023 | Developmental Design Drawings and Technical Data Package (TDP) |
| CDRL A026 | Weight Estimates and Reports |
| CDRL A104 | Electromagnetic Environmental Effects (E3) Assessment Report |
| CDRL A106 | Electromagnetic Compatibility of Equipment and Subsystems Assessment Report |

4

q. **Configuration Management (CM) and Technical Data Package (TDP):** Acquired Assets associated with BMT scope relating to any CM and TDP for the MSV(L) program, including Acquired Assets associated with any configuration planning and management, configuration identification, functional baseline, allocated baseline, initial product baseline, maintenance of configuration documentation, engineering release record processing, support for any indentured bill of materials, product and enterprise identifiers and drawings, markings on tech data deliverables, configuration change management, or Government format production level Technical Data Packages (TDP), and, in particular, Acquired Assets relating to:

| | |
|---|---|
| CDRL A003 | Integrated Master Schedule (IMS) |
| CDRL A024 | Product Drawings/Models And Associated Lists - Production Government Format TDP |
| CDRL A028 | Configuration Management Plan |
| CDRL A029 | Engineering Release Record (ERR) |
| CDRL A030 | As Built Configuration List (ABCL) |
| CDRL A032 | Configuration Status Accounting (CSA) Information |
| CDRL A033 | Engineering Change Proposal (ECP) |
| CDRL A034 | Request for Variance (RFV) |
| CDRL A134 | Notice of Revision (NOR) |

r. **Test and Evaluation:** Acquired Assets associated with BMT scope relating to any test and evaluation for the MSV(L) program, including Acquired Assets associated with any test program management, system/component testing, test verification tracking, Test Integrated Master Schedule (IMS), Scale Model Testing, C4N system testing, Electromagnetic Environmental Effects (E3) testing, co-site interference, antenna optimization, FAM training, FSR support for Government testing, and, in particular, Acquired Assets relating to:

| | |
|---|---|
| CDRL A003 | Integrated Master Schedule (IMS) |
| CDRL A020 | Scale Model Test Plan |
| CDRL A021 | Contractor Test Plans |
| CDRL A027 | Certificate of Compliance |
| CDRL A038 | Safety Assessment Report (SAR) |
| CDRL A049 | Contractor Test Reports |
| CDRL A050 | ABS Certificates; Certificate of Compliance |
| CDRL A052 | Vessel Defense TDP |
| CDRL A053 | Transparent Armor Environmental Test Report – Vigor Scope |
| CDRL A054 | Failure Analysis and Corrective Action Report (FACAR) |
| CDRL A066 | Supply (LSA 040) |
| CDRL A077 | Commercial Off The Shelf (COTS) Manuals |
| CDRL A086 | System Support Package List/System Support Package |
| CDRL A101 | Field Support Representative Weekly Report |
| CDRL A107 | Co Site Interference and Antenna Optimization Survey Report |
| CDRL A129 | Co Site Interference and Antenna Optimization Survey Procedures |
| CDRL A130 | Electromagnetic Environmental Effects (E3) Verification Procedures |
| CDRL A131 | Electromagnetic Environmental Effects (E3) Verification Report |
| CDRL A132 | Electromagnetic Compatibility of Equipment and Subsystems Test Procedures |
| ~~CDRL A133~~ | ~~Electromagnetic Compatibility of Equipment and Subsystems Test Report~~ |

s. **Maintenance Concept and Maintenance Planning:** Acquired Assets associated with BMT scope relating to any maintenance concept and planning for the MSV(L) program, including Acquired Assets associated with any Technical Manual Quality Assurance program plans, Technical Manual plans, Technical Publications Guidance Conferences, Logistics Integrated Product Support SOWM, Failure Modes, Effects and Criticality Analysis, Level of Repair Analyses, Maintenance Allocation Charts, Basic Issue Item (BII) lists, Component of End Item (COEI) lists, Additional Authorized Lists (AAL), Expendable/Durable Items Lists (EDIL), Mandatory Replacement Parts (MRP) lists, OBSL lists, TMDE lists, Supply support package lists,

5

Seed for Field Service Stock (FSS) lists, Associated Support Items of Equipment (ASIOE) lists, Long Lead Time Items (LLTI) lists, Spares Acquisition Integrated with Production (SAIP) Initial Spares Lists (SAIP ISL), Authorized Stockage Lists (ASL), and Spares Acquisition Integrated with Production (SAIP) Initial Spares Lists, and, in particular, Acquired Assets relating to:

| CDRL A003 | Integrated Master Schedule (IMS) |
| CDRL A061 | TQMA Plan |
| CDRL A062 | Technical Manual Plan |
| CDRL A063 | FMECA |
| CDRL A065 | MAC |
| CDRL A066 | Supply (LSA 040) |
| CDRL A067 | Logistics Product Data |
| CDRL A127 | SAIP Initial Spares List |

t. **Provisioning Program:** Acquired Assets associated with BMT scope relating to any provisioning program for the MSV(L) program, including Acquired Assets associated with any Engineering Change Proposals (ECP), Logistics Product Data, Provisioning Plans, Notices of Revision (NOR), Logistics Product Data Summaries, or Foreign Source of Supply Notices, and, in particular, Acquired Assets relating to:

| CDRL A002 | Report, Record of Meeting Minutes |
| CDRL A033 | Engineering Change Proposal (ECP) |
| CDRL A067 | Logistics Product Data |
| CDRL A068 | Provisioning Plan |
| CDRL A070 | Foreign Source Of Supply Notice |
| CDRL A134 | Notice of Revision (NOR) |

u. **Packaging:** Acquired Assets associated with BMT scope relating to any packaging for the MSV(L) program, including Acquired Assets associated with any logistics product data packaging, special packaging instructions, or packaging test reports, and, in particular, Acquired Assets relating to:

| CDRL A072 | Logistics Product Data Packaging |
| CDRL A073 | Special Packaging Instruction |
| CDRL A074 | Packaging Test Report |

v. **Publications Program:** Acquired Assets associated with BMT scope relating to any publications program for the MSV(L) program, including Acquired Assets associated with any commercial off the shelf manuals, Page Based Technical Manuals, Component Warranty tracking, Interactive Electronic Technical Manuals (IETM), Intrusive testability analysis reports, hand receipts, or copyright release, and, in particular, Acquired Assets relating to:

| CDRL A077 | Commercial Off the Shelf (COTS) Manuals |
| CDRL A080 | Intrusive Testability Analysis Report |
| CDRL A081 | Hand Receipt |
| CDRL A082 | Copyright Release |
| CDRL A083 | Source Data |

w. **Hardware Delivery:** Acquired Assets associated with BMT scope relating to any hardware delivery for the MSV(L) program, including Acquired Assets associated with any Scale Models, Basic Issue Items (BII), On Board Spares List (OBSL) Packages, Special Tools and Test Equipment (STTE), Additional Authorized Lists (AAL), Component of End Item (COEI) and Associated Support Items of Equipment (ASIOE), Contractor System Integration Laboratory (CSIL), Test Support Package (TSP), Ballistic Test Assets, and, in particular, Acquired Assets relating to:

6

507480721.2

        CDRL A066      SUPPLY (LSA 040) - BII, COEI, AAL, EDIL, OBSL, MRP, TMDE, STTE, ASIOE, LLTI, MRPL

2. **CLIN 0004:** Acquired Assets associated with BMT scope relating to CLIN 0004 of Prime Contract No. W56HZV-17-D-0086 and any Production Phase CDRLs for the MSV(L) program, including Acquired Assets relating to:

    CDRL A078      IETM - Interactive Electronic Technical Manual
    CDRL A090      Page-Based Technical Manuals
    CDRL A099      Training Support Package
    CDRL A100      Programs of Instruction

3. **CLIN 0005:** Acquired Assets associated with BMT scope relating to CLIN 0005 of Prime Contract No. W56HZV-17-D-0086 and the Low Rate Initial Production (LRIP) phase of the MSV(L) program, including Acquired Assets associated with any LRIP-phase vessel engineering, production, test and logistics efforts, and, in particular, Acquired Assets relating to:

    a. **Business Management Reviews:** Acquired Assets associated with BMT scope relating to any Quarterly Management Reviews (QPMRs) for the MSV(L) program, including Acquired Assets relating to:

        CDRL A001      Conference Agenda
        CDRL A002      Report, Record of Meeting Minutes
        CDRL A010      Performance and Cost Report

    b. **Environmental, Safety and Occupational Health (ESOH) Program:** Acquired Assets associated with BMT scope relating to any Environmental, Safety and Occupational Health (ESOH) Program for the LRIP-phase of the MSV(L) program, including Acquired Assets relating to:

        CDRL A037      Hazard Tracking System (HTS)
        CDRL A038      Safety Assessment Report (SAR)
        CDRL A039      System Safety Program Plan (SSPP)
        CDRL A040      Health Hazard Analysis
        CDRL A041      Hazardous Materials Management Program (HMMP) Report

    c. **Reliability, Availability and Maintainability (RAM) Program:** Acquired Assets associated with BMT scope relating to any reliability program planning and monitoring of reliability during the LRIP-phase of the MSV(L) program, including any Reliability Predictions, Key Component Reliability analyses, Availability and Maintainability (RAM) Data, or System Level Reliability and Maintainability Analyses, and, in particular, Acquired Assets relating to:

        CDRL A048      Reliability & Maintainability (R&M) Program Plan

    d. **Integrated Product Support (IPS):** Acquired Assets associated with BMT scope relating to any planning, managing, or execution of any IPS program for LRIP-phase of the MSV(L) program, including any IPS Management Plan, Logistics Support Analyses, or Logistics Product Data Tasks, and, in particular, Acquired Assets relating to:

        CDRL A059      IPS Management Control Log
        CDRL A067      Logistics Product Data
        CDRL A126      Logistics Product Data Plan

    e. **Diminishing Manufacturing Source and Material Shortages (DMSMS):** Acquired Assets associated with BMT scope relating to any Diminishing Manufacturing Source and Material

507480721.2

Shortages (DMSMS) analyses or deliverables for the MSV(L) program, including Acquired Assets relating to:

| | |
|---|---|
| CDRL A016 | Bill Of Material (BOM) Mapped To Level 3 CWBS |
| CDRL A088 | Obsolescence Supportability Risk Analysis |

    f. **Performance and Cost Reporting:** Acquired Assets associated with BMT scope relating to any performance or cost reporting associated with the LRIP-phase of the MSV(L) program, including Acquired Assets relating to:

| | |
|---|---|
| CDRL A010 | Performance and Cost Report |
| CDRL A011 | Contract Work Breakdown Structure (CWBS Index & Dictionary |
| CDRL A012 | Cost Data Summary Report (Do Form 1921) |
| CDRL A014 | Software Resources Data Report: Initial Developer Report And Data Dictionary |
| CDRL A015 | Software Resources Data Report: Final Developer Report And Data Dictionary |
| CDRL A016 | Bill Of Material (BOM) Mapped To Level 3 CWBS |
| CDRL A017 | Progress Curve Report (Do Form 1921-2) |

    g. **Major Reviews:** Acquired Assets associated with BMT scope relating to any Test Readiness Reviews (TRRs) for the MSV(L) program, including Acquired Assests relating to:

| | |
|---|---|
| CDRL A001 | Conference Agenda |
| CDRL A002 | Report, Record of Meeting Minutes |
| CDRL A003 | Integrated Master Schedule (IMS) |
| CDRL A019 | Test Readiness Reviews (TRRs) |
| CDRL A021 | Contractor Test Plans |

    h. **Configuration Management (CM) and Technical Data Package (TDP):** Acquired Assets associated with BMT scope relating to any LRIP-phase CM, ECP development, and incorporation of required changes to the final Government format production level Technical Data Package (TDP) following PCA, including Acquired Assets relating to:

| | |
|---|---|
| CDRL A024 | Product Drawings/Models And Associated Lists - Production Government Format TDP |
| CDRL A029 | Engineering Release Record (ERR) |
| CDRL A030 | As Built Configuration List (ABCL) |
| CDRL A032 | Configuration Status Accounting (CSA) Information |
| CDRL A033 | Engineering Change Proposal (ECP) |
| CDRL A034 | Request for Variance (RFV) |
| CDRL A134 | Notice of Revision (NOR) |

    i. **Test and Evaluation:** Acquired Assets associated with BMT scope relating to any Operator Familiarization Training for Testing.

4. **CLIN 0006:** Acquired Assets associated with BMT scope relating to CLIN 0006 of Prime Contract No. W56HZV-17-D-0086 and any Test Support Package (TSP) for the MSV(L) program, including Acquired Assets associated with any spare parts, consumables or tools required to support the C4N systems during Government testing, and, in particular, Acquired Assets relating to:

    CDRL A086    System Support Package List

5. **CLIN 0007:** Acquired Assets associated with BMT scope relating to CLIN 0007 of Prime Contract No. W56HZV-17-D-0086 and any New Equipment Training (NET) or Total Package Fielding (TPF), including Acquired Assets associated with Operator New Equipment Training (OPNET) or Field Level Maintenance New Equipment Training (FLMNET), and, in particular, Acquired Assets relating to:

       CDRL A125     NET Training Certificate

6. **CLIN 0009:** Acquired Assets associated with BMT scope relating to CLIN 0009 of Prime Contract No. W56HZV-17-D-0086 and the Full Rate Production (FRP) phase of the MSV(L) program, including Acquired Assets associated with vessel engineering, production, test and logistics effort in FRP, and, in particular, Acquired Assets relating to:

    CDRL A002     Report, Record of Meeting Minutes
    CDRL A003     Integrated Master Schedule (IMS)
    CDRL A011     Contract Work Breakdown Structure (CWBS) Index & Dictionary

    a. **Environmental, Safety and Occupational Health (ESOH) Program:** Acquired Assets associated with BMT scope relating to any Environmental, Safety and Occupational Health (ESOH) Program for the FRP phase of the MSV(L) program, including Acquired Assets relating to:

        CDRL A037     Hazard Tracking System (HTS)
        CDRL A038     Safety Assessment Report (SAR)
        CDRL A039     System Safety Program Plan (SSPP)
        CDRL A040     Health Hazard Analysis
        CDRL A041     Hazardous Materials Management Program (HMMP) Report

    b. **Reliability, Availability and Maintainability (RAM) Program:** Acquired Assets associated with BMT scope relating to any reliability program planning and monitoring of reliability during the FRP-phase of the MSV(L) program, including any Reliability Predictions, Key Component Reliability analyses, Availability and Maintainability (RAM) Data, or System Level Reliability and Maintainability Analyses, and, in particular, Acquired Assets relating to:

        CDRL A048     Reliability & Maintainability (R&M) Program Plan

    c. **Integrated Product Support (IPS):** Acquired Assets associated with BMT scope relating to any planning, managing, or execution of any IPS program for FRP-phase of the MSV(L) program, including any IPS Management Plan, Logistics Support Analyses, or Logistics Product Data Tasks, and, in particular, Acquired Assets relating to:

        CDRL A059     IPS Management Control Log

    d. **Performance and Cost Reporting:** Acquired Assets associated with BMT scope relating to any performance or cost reporting associated with the FRP-phase of the MSV(L) program, including Acquired Assets relating to:

        CDRL A010     Performance and Cost Report
        CDRL A011     Contract Work Breakdown Structure (CWBS Index & Dictionary
        CDRL A012     Cost Data Summary Report (Do Form 1921)
        CDRL A014     Software Resources Data Report: Initial Developer Report And Data Dictionary
        CDRL A015     Software Resources Data Report: Final Developer Report And Data Dictionary
        ~~CDRL A016~~     ~~Bill Of Material (BOM) Mapped To Level 3 CWBS~~
        ~~CDRL A017~~     ~~Progress Curve Report (Do Form 1921-2)~~

    e. **Configuration Management (CM) and Technical Data Package (TDP):** Acquired Assets associated with BMT scope relating to any FRP-phase CM, ECP development, and incorporation of required changes to the final Government format production level Technical Data Package (TDP) following PCA, including Acquired Assets relating to:

        CDRL A029     Engineering Release Record (ERR)
        CDRL A030     As Built Configuration List (ABCL)

507480721.2



       CDRL A033     Engineering Change Proposal (ECP)
       CDRL A034     Request for Variance (RFV)
       CDRL A134     Notice of Revision (NOR

7. **CLIN 0011:** Acquired Assets associated with BMT scope relating to CLIN 0011 of Prime Contract No. W56HZV-17-D-0086 and any Logistics Demonstration (LD) & LD Training for the MSV(L) program, including Acquired Assets associated with any Logistics Demonstration (Log Demo) and Training Manual (TM) Verification Training, and, in particular, Acquired Assets relating to:

   CDRL A086     System Support Package List for Logistics Demonstration
   CDRL A128     Log Demo Report

8. **CLIN 0012:** Acquired Assets associated with BMT scope relating to CLIN 0012 of Prime Contract No. W56HZV-17-D-0086 and any Technical Manual (TM) & TM Verification Training for the MSV(L) program, including Acquired Assets relating to:

   CDRL A084     Validation Plan
   CDRL A085     Validation Report
   CDRL A103     Technical Manual Discrepancy Report

9. **CLIN 0013:** Acquired Assets associated with BMT scope relating to CLIN 0013 of Prime Contract No. W56HZV-17-D-0086 and any System Support Package for LD for the MSV(L) program, including Acquired Assets relating to:

   CDRL A086     System Support Package List

10. **CLIN 0014 / CLIN 0015:** Acquired Assets associated with BMT scope relating to CLINs 0014 and 0015 of Prime Contract No. W56HZV-17-D-0086 and any development and/or delivery of Instructor Key Personnel Training (IKPT) for OPNET and FLMNET for the MSV(L) program, including Acquired Assets relating to:

   CDRL A099     Training Support Packages

11. **CLIN 0017 / CLIN 0018:** Acquired Assets associated with BMT scope relating to CLINs 0017 and 0018 of Prime Contract No. W56HZV-17-D-0086 and any development and/or delivery of Field Service Representative Support for CONUS and/or OCONUS receiving units for the MSV(L) program, including Acquired Assets relating to:

   CDRL A101     FSR Report

12. **CLIN 0025:** Acquired Assets associated with BMT scope relating to CLIN 0025 of Prime Contract No. W56HZV-17-D-0086 and any Interim Contractor Support for the MSV(L) program, including Acquired Assets relating to:

   CDRL A102     ICS Monthly Parts Repair Report
   CDRL A108     Current Inventory Report
   CDRL A138     Field Logistics Management Plan
   CDRL A139     Inventory Management Plan

[Exhibit B - Additional Deliverables]

1. Reliasoft project files used to develop the Fault Trees.

2. Files identified as:
    - N:\\3-Clients\Vigor\MSVL
    - J:\\4-Support Files\Sheet Sets
    - J:\\Production\MSVL