Hugh McCullough
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
hughmccullough@dwt.com
206-622-3150

John M. Magliery
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
johnmagliery@dwt.com
212-603-6444

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>BMT DESIGNERS & PLANNERS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10123-MG |

## DECLARATION OF SERVICE

Pursuant to the provisions of 28 U.S.C. § 1746, Hugh McCullough declares under penalty of perjury the following to be true and correct:

1.      On June 25, 2024, I was responsible for and supervised the filing of the Response to Motion to Approve the Settlement Agreement By and Between the Chapter 7 Trustee and Vigor Works LLC filed by BMT UK Limited and BMT Limited with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all parties of record in the above-captioned case.

2.      On June 26, 2024, I caused to be served a true and correct copy of Response to Motion to Approve the Settlement Agreement By and Between the Chapter 7 Trustee and Vigor Works LLC filed by BMT UK Limited and BMT Limited by courier upon the following:

*Chambers Copies*
The Honorable Martin Glenn
United States Bankruptcy Court, Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408


*United States Trustee*
Office of the United States Trustee for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004


Dated: Seattle, Washington
      June 26, 2024

                                                       /s/ Hugh McCullough
                                                          Hugh McCullough