UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                                                   Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                               Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE,** that the hearing on the motion ("Motion")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the estate of the Debtor, BMT Designers & Planners Inc., by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the enton consentder, pursuant Bankruptcy Code sections 105(a), 362, 363 and 365 and Bankruptcy Rules 4001, 6004, 6006 and 9019, to: (i) approve the Settlement Agreement, annexed to the Motion as **Exhibit 1**, by and between the Trustee, on behalf of the Debtor's estate, and Vigor Works LLC resolving all claims between the Parties related to the Maneuver Support Vessel (Light) program; and (ii) grant related relief in the above-referenced matter, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court") that was scheduled for July 2, 2024 at 10:00 a.m., is now adjourned, on consent from all parties, to **Wednesday, July 31, 2024 at 2:00 p.m.** ("Hearing").

**PLEASE TAKE FURTHER NOTICE,** that replies to the Motion and/or responses to the Motion must be filed with the Bankruptcy Court and served upon so as to be received on or before **July 24, 2024 by 5:00 p.m.** by Jacqulyn S. Loftin, Esq. at LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793.

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in Motion.

1

**PLEASE TAKE FURTHER NOTICE,** that the Hearing will be conducted in a hybrid manner. Anyone providing testimony must appear in person at the Bankruptcy Court located at One Bowling Green, Courtroom 523, New York, New York 10004.  All other parties can appear by Zoom for Government®. See Chief Judge Glenn's Chambers page on the Court's website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn. Please note that appearances must be entered by 4:00 p.m. one (1) business day before the Hearing.

Dated: July 1, 2024
      Wantagh, New York

                                            **LAMONICA HERBST & MANISCALCO, LLP**
                                            Attorneys for Salvatore LaMonica, Trustee

                    By:    *s/ Jacqulyn S. Loftin*
                            Jacqulyn S. Loftin, Esq.
                            3305 Jerusalem Avenue, Suite 201
                            Wantagh, New York 11793
                            Telephone:516.826.6500