Michael J. Gearin
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
E-mail: michael.gearin@klgates.com
*Counsel for Vigor Works LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
:
In re:                                                              :    Chapter 7
:
:    Case No. 22-10123 (MG)
BMT DESIGNERS & PLANNERS, INC., fdba                                :
BMT D&P, fdba BMA fdba BMT DAS US,                                  :
:    **NOTICE OF APPEARANCE**
Debtor.                                          :
:
---------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Michael J. Gearin of K&L Gates LLP, a member of this Court in good standing, respectfully enters his appearance as counsel of record for Vigor Works LLC

**NOTICE IS FURTHER GIVEN**, that pursuant Rule 2002 to the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in this action, including but not limited to all papers filed and served in this action, be given to and served upon:

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Attn.: Michael J. Gearin
Telephone: (206) 623-7580
E-mail: michael.gearin@klgates.com

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests,

complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise.

The filing of this appearance shall not waive any defenses or arguments that may be available to Vigor Works LLC.

Any and all defenses and/or arguments available to Vigor Works LLC, are hereby expressly reserved.

Dated:  July 16, 2024

                K&L GATES LLP

                /s/ *Michael J. Gearin*
                Michael J. Gearin
                925 Fourth Avenue
                Suite 2900
                Seattle, WA 98104-1158
                Telephone:  (206) 623-7580
                E-mail: michael.gearin@klgates.com
                *Attorneys for Vigor Works LLC*