Brandy Sargent (*pro hac vice* pending)
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
E-mail: brandy.sargent@klgates.com
*Counsel for Vigor Works LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 7 |
| BMT DESIGNERS & PLANNERS, INC., fdba BMT D&P, fdba BMA fdba BMT DAS US, | Case No. 22-10123 (MG) |
| Debtor. | **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |

---

I, Brandy Sargent, request admission, pro hac vice, before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, to represent creditor and party in interest Vigor Works LLC in connection with the above-referenced proceeding.

I certify that I am a member in good standing of the bar in the States of Oregon, California, Idaho, and Illinois.

Dated: July 19, 2024

    Respectfully submitted,

    K&L GATES LLP


    By:   */s/ Brandy Sargent*
         Brandy Sargent
    One SW Columbia Street
    Suite 1900
    Portland, OR 97204
    Tel.: (503) 228-3200
    Fax: (503) 2489085

    *Attorneys for Vigor Works LLC*