UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :

In re:                                              :           Chapter 7

BMT DESIGNERS & PLANNERS, INC., fdba  :           Case No. 22-10123 (MG)
BMT D&P, fdba BMA fdba BMT DAS US,   :

               Debtor                     :

-------------------------------------------------------------------X

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Brandy Sargent, to be admitted, pro hac vice, to represent creditor and party in interest Vigor Works Inc. in connection with the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Oregon, California, Idaho, and Illinois, it is hereby

ORDERED, that Brandy Sargent, Esq. is admitted to practice, pro hac vice, in the above referenced matter to represent creditor and party in interest Vigor Works LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE