# Exhibit VW 3

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Vicki Ballou (503.247.1833)

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UNISEARCH
325 13th ST NE STE 404, Salem, OR 97301-2294
Acct # 11324  pgs 1

03692     2016 FEB 26    15

# DRAWDOWN DELANEY #30

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **BMT DESIGNERS & PLANNERS, INC.**

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 Washington Boulevard, Suite 200 | Arlington | VA | 22204-5717 | USA |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| Corporation | New York |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Vigor Works LLC**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5555 N Channel Avenue, Bldg. 71 | Portland | OR | 97217 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All vessel hull design rights, patent rights, copyrights, moral rights, trade secret rights and other intellectual property rights for the tri-bow mono hull landing craft referred to as "Maneuver Support Vessel (Light) or "MSV(L)" and all of the following that embody any of the preceding: all (a) drawings, designs, project management documents and reports, planning documents and reports, program documents and reports, engineering data, analyses and calculations, logistics data, technical purchase descriptions and other specifications, samples, patterns, and other data, and (b) derivative works, products, and proceeds of any of the foregoing. (For the avoidance of doubt, the collateral does not include Debtor's methodology for creating designs or engineering or information or materials that are components of those methodologies.)

In addition (and without limiting the preceding), Debtor: (a) has granted Vigor an exclusive license to use the hull form design in connection with the MSV(L) craft and similar vessels using hull forms of the same size and shape, and (b) has granted Vigor an unrestricted exclusive license to use the other collateral described above.

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 201802260089899**

0454770     2022 Dec 22 PM06:12

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

K&L Gates LLP
1 SW Columbia St., Ste. 1900
Portland, OR 97204, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # **201802260089899 Filedate: 26-FEB-18**

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
   Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
   ☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

6. CURRENT RECORD INFORMATION:
   6a. ORGANIZATION'S NAME
   6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
   7a. ORGANIZATION'S NAME
   7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
   7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
   7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
   Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
   9a. ORGANIZATION'S NAME **VIGOR WORKS LLC**
   9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-20221228583140**