# Exhibit VW 4



BMT Group Ltd
Goodrich House, 1 Waldegrave Road
Teddington, TW11 8LZ, UK

Tel: +44 (0)20 8943 5544
Fax: +44 (0)20 8943 5347
www.bmt.org

**PRIVATE AND CONFIDENTIAL**

Attn: Joe Corvelli
Vigor Works LLC
9700 SE Lawnfield Road
Clackamas, Oregon 97015
United States

6 March 2018

Dear Mr Corvelli,

*Re: Letter of Comfort in relation to the MSV(L) Subcontract and License Agreement*

The purpose of this letter is to provide Vigor the comfort that it seeks from BMT Group Ltd, the ultimate parent of BMT Designers & Planners, Inc. (D&P), with respect to D&P's performance under the subcontract Vigor will enter into with D&P in regard to the MSV(L) vessel program, and under the license agreement Vigor and D&P will enter into for the designs and other intellectual property related to that vessel.

BMT is owned by its employees through the BMT Employee Benefit Trust. We are a long standing trusted business partner with the defence industries in the United States, Canada, United Kingdom and Australia (for further details please see www.bmt.org).

D&P is a wholly owned sub-subsidiary of BMT Group Ltd. In accordance with the Foreign Ownership Control and Inflence mitigation instruments required by Defense Security Service, D&P is subject to a Proxy Agreement as a result, BMT Group Ltd and other affiliates are restricted from asserting direct control and influnce of D&P. Therfore, D&P is governed by a Proxy Arrangement in partnership with the US Department of Defense which requires a number of outside independent non executive directors, of which the chairman of the Board is one, Mr. Paul Schneider (former Deputy Head of Homeland Security).

D&P has had and will continue to have sufficient equity and bank facilities in place to continue as a going concern over the foreseeabe future. SunTrust Bank is the only creditor that has security over the assets of D&P. There are no formal charges on assets by way of security granted to BMT's principal banker, Barclays Bank Plc, or any other creditor. The Pension Regulator in the UK and the Pension Benefit Guaranty Corporation in the US have certain rights in the event of formal insolvency events should any employer company participating in the UK or US defined pension schemes.

The most likely cause of D&P entering into a formal insolvency process (such as Chapter 7 or 11 of the Bankruptcy Code) would be through a successful professional negligence claim. We believe that risk is very low because the company has a rigorous quality control system in place in addition to its



participation in BMT's global professional indemnity insurance programme, which has proven to be more than adequate for BMT's needs over many decades.

We can also assure you that NG, DSL and APL will grant to D&P rights to the intellectual property related to the MSV(L) vessel program, and those rights are sufficient for D&P to grant to Vigor the rights described in their license agreement.

This letter of comfort will automatically expire upon completion or termination of the MSV (L) subcontract and License Agreement. We look forward to working with you on this very exciting programme.

Yours sincerely,

David McSweeney
Finance Director

For and on behalf of
**BMT Group Ltd**