UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                                          Chapter 7

BMT DESIGNERS & PLANNERS, INC.,                                    Case No. 22-10123 (MG)
fdba BMT D&P, fdba BMT fdba BMT DAS US,

                Debtor.

---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT THIRD ADJOURNMENT

**PLEASE TAKE NOTICE,** that the hearing on the motion ("Motion")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the estate of the Debtor, BMT Designers & Planners Inc., by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant Bankruptcy Code sections 105(a), 362, 363 and 365 and Bankruptcy Rules 4001, 6004, 6006 and 9019, to: (i) approve the Settlement Agreement, annexed to the Motion as **Exhibit 1**, by and between the Trustee, on behalf of the Debtor's estate, and Vigor Works LLC resolving all claims between the Parties related to the Maneuver Support Vessel (Light) program; and (ii) grant related relief in the above-referenced matter, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court") that was scheduled for Tuesday, August 13, 2024 at 10:00 a.m. is again adjourned to **Thursday September 5, 2024 at 2:00 p.m.** ("Hearing").

**PLEASE TAKE FURTHER NOTICE,** that replies to the Motion and/or responses to the Motion must be filed with the Bankruptcy Court and served upon so as to be received on or before **Thursday, August 29, 2024** by Jacqulyn S. Loftin, Esq. at LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793.

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in Motion.

1

**PLEASE TAKE FURTHER NOTICE,** that the Hearing will be conducted in person at the Bankruptcy Court located at One Bowling Green, Courtroom 523, New York, New York 10004. All parties must register in advance of the Hearing. See Chief Judge Glenn's Chambers page on the Court's website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn. Please note that appearances must be entered by 4:00 p.m. one (1) business day before the Hearing.

Dated: August 7, 2024
      Wantagh, New York

                                                **LAMONICA HERBST & MANISCALCO, LLP**
                                                Attorneys for Salvatore LaMonica, Trustee

                    By:     *s/ Jacqulyn S. Loftin*
                            Jacqulyn S. Loftin, Esq.
                            3305 Jerusalem Avenue, Suite 201
                            Wantagh, New York 11793
                            Telephone:516.826.6500