**LaMonica Herbst & Maniscalco, LLP**  
3305 Jerusalem Avenue, Suite 201  
Wantagh, New York 11793  
Telephone: 516.826.6500  
Jaqulyn S. Loftin, Esq.  
*Counsel to the Chapter 7 Trustee*

Related Hearing Date: October 9, 2024

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

BMT DESIGNERS & PLANNERS INC.,      Case No. 22-10123-MG
                        Chapter 7

                  Debtor.
-----------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO MOTION OF THE CHAPTER 7 TURSTEE SEEKING THE ENTRY OF AN ORDER, PURSUANT TO RULE 9019 OF THE FEDEAL RULES OF BANKRUPTCY PROCEDURE, APPROVING THE SETTLEMENT BY AND AMONG THE CHAPTER 7 TRUSTEE, ON BEHALF OF THE DEBTOR'S ESTATE, AND BMT GROUP LTD. AND ITS AFFILIATES <u>RESOLVING ALL THEIR RESPECTIVE CLAIMS</u>**

HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE:

JACQULYN S. LOFTIN, ESQ. hereby represents as follows:

    1.    On September 13, 2024, I filed the Notice of Hearing on Motion and Motion[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("<u>Trustee</u>") of the BMT Designers & Planners, Inc. ("<u>Debtor</u>") estate, seeking the entry of an Order, pursuant to Rule Bankruptcy Rule 9019, approving the Stipulation by and among the Trustee, on behalf of the Debtor's estate, and BMT Group Ltd., and its subsidiaries and affiliates other than Debtor, including but not limited to BMT Limited, formerly known as BMT Defence Services Limited, BMT International, Inc., BMT Ltd., formerly known as BMT Defence and Security UK Limited, and BMT UK Limited, formerly known as BMT Nigel Gee Limited resolving all of their respective claims in this case.. A proposed Order was annexed to the Motion <u>See</u> ECF No. 289.

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

1

2. The Motion was duly served on all necessary parties. See Affidavits of Service, See ECF Nos. 290 & 291.

3. The hearing on the Motion is scheduled for October 9, 2024, at 2:00 p.m. See ECF No. 292.

4. The deadline to file objections to the relief sought in the Motion was October 2, 2024, by 5:00 p.m. ("Objection Deadline").

5. No objection or responsive pleading to the Motion was filed on the docket or served on the Trustee or his counsel.

6. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline pursuant to Local Rule 9075-2.

**WHEREFORE**, the Trustee respectfully requests that the Court mark-off the hearing on the Motion from the Court's calendar and enter the proposed Order annexed hereto.

Dated: October 7, 2024
Wantagh, New York

Respectfully Submitted,

**LaMONICA HERBST & MANISCALCO, LLP**
Counsel to Salvatore LaMonica, as Trustee

By: *s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500