# Amini LLC

131 West 35th Street
12th Floor
New York, NY 10001
212-490-4700

*Invoice submitted to:*
BMT

July 24, 2024
File # 79910122

*Invoice* # 12366

*In Reference To:* Investigation

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/2/2022 | RD | Reviewing case documents | 1.10 | 550.00 |
| 8/3/2022 | AS | Discussion with RD re: investigation topics and letter to Brown Rudnick (.5); reviewed and commented on same (.1) | 0.60 | 390.00 |
| | RD | Calls with AS re: case introduction and letter to Brown Rudnick (.5); reviewing and revising representation documents (.8); drafting letter to Brown Rudnick (1.8); reviewing case documents, research on WARN Act (.8) | 3.90 | 1,950.00 |
| 8/4/2022 | AS | Gave comments to RD on Brown Rudnick demand letter (.1); email re: same to Trustee (.1) | 0.20 | 130.00 |
| | RD | Call with AS re: letter to Brown Rudnick (.1); revising letter (.3); reviewing case documents (2) | 2.40 | 1,200.00 |
| 8/5/2022 | AS | Call with J. Loftin and RD re: document and data collection (.5); call with RD re: next steps on investigation (.3); approved draft Brown Rudnick demand letter (.1) | 0.90 | 585.00 |
| | RD | Call with AS and J. Loftin re: case information (.7); finalizing and sending letter to Brown Rudnick requesting case file (.4); reviewing case documents (.5) | 1.60 | 800.00 |
| 8/8/2022 | AS | Emails re: collection of paper files | 0.10 | 65.00 |
| 8/9/2022 | AS | Prepared for call with Brown Rudnick with Trustee and J. Loftin and RD (.3); call with Brown Rudnick re: turnover of files (.6); post-call with Trustee, J. Loftin, and RD (.4) | 1.30 | 845.00 |
| | RD | Call with J. Loftin and Summit 7 re: consolidation and preservation of emails from BMT (.5); call with AS, S. LaMonica, and J. Loftin re: letter requesting documents from Brown Rudnick (.5); call with Brown Rudnick attorneys B. Silberberg, A. Varella, J. Milliband re: documents requested from them (.6) | 1.60 | 800.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/10/2022 | RD | Reviewing documents from BMT re: presentations, change orders, corporate structure; drafting timeline and identifying important persons | 5.70 | 2,850.00 |
| 8/11/2022 | RD | Reviewing documents re: agreements and correspondence, financials; drafting timeline and list of important persons | 4.50 | 2,250.00 |
| 8/12/2022 | RD | Reviewing hard copy documents collected by S. LaMonica (2); reviewing board meeting minutes and presentations, financial documents; drafting memorandum (2.5) | 4.50 | 2,250.00 |
|  | SC | Correspondence with RD re: case documents | 0.10 | 15.00 |
| 8/15/2022 | RD | Call with BA to update him about case | 0.10 | 50.00 |
| 8/16/2022 | SC | Started to organize boxes of hard copies as per RD | 1.40 | 210.00 |
| 8/17/2022 | SC | Finished organizing boxes of hard copies as per RD | 1.50 | 225.00 |
| 8/19/2022 | RD | Reviewing hard copy documents | 5.80 | 2,900.00 |
| 8/22/2022 | RD | Reviewing board of directors documents from 2018 through 2019 | 4.10 | 2,050.00 |
| 8/23/2022 | RD | Email to J. Loftin re: documents from Brown Rudnick (.1); email to B. Silverberg and A. Buck Varella re: when we can expect Brown Rudnick to produce documents to us (.2) | 0.30 | 150.00 |
|  | RD | Reviewing board of directors documents from 2019, 2020 | 2.00 | 1,000.00 |
| 8/25/2022 | RD | Responding to email from J. Loftin re: shutting down servers holding ship model | 0.20 | 100.00 |
|  | RD | Reviewing Proxy Agreement; general research on FOCI mitigation agreements | 1.80 | 900.00 |
| 8/29/2022 | AS | Email to J. Loftin re: data preservation | 0.10 | 65.00 |
| 9/1/2022 | RD | Email to Brown Rudnick re: documents, reviewing response | 0.10 | 50.00 |
| 9/6/2022 | AS | Check-in with RD re: BMT progress | 0.10 | 65.00 |
|  | RD | Revising memoranda on timeline, cast of characters and drafting memorandum on corporate governance | 4.80 | 2,400.00 |
| 9/7/2022 | RD | Revising draft memos on timeline, cast of characters and summary of corporate governance | 2.30 | 1,150.00 |
| 9/8/2022 | SC | Downloaded and saved down document production as per RD | 0.40 | 60.00 |
| 9/9/2022 | AS | Discussion with RD and email with Trustee re: litigation status and next steps | 0.20 | 130.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/9/2022 | RD | Emails with SC re: setting up review of Brown Rudnick documents on e-discovery platform (.2); calls with RB, AS, and SC re: e-discovery platform (.2); email to SC re: research on governance of BMTDP and parent companies (.1) | 0.50 | 250.00 |
|  | SC | Phone call with Lexbe re: pricing; correspondence with Lexbe re: new account; correspondence with RD re: same | 1.10 | 165.00 |
| 9/12/2022 | SC | Correspondence with Lexbe re: document upload; started to review document production as per RD | 3.40 | 510.00 |
| 9/13/2022 | AS | Discussion with RD re: next steps on email review | 0.10 | 65.00 |
|  | SC | Correspondence with Lexbe re: document upload | 0.40 | 60.00 |
| 9/14/2022 | SC | Correspondence with Lexbe re: document upload; continued to review documents as per RD | 2.10 | 315.00 |
| 9/16/2022 | AS | Call with J. Loftin re: insurance issue | 0.20 | 130.00 |
| 9/18/2022 | JC | Research re: interpretation of notice-to-insurer clause in D&O policy (1); email with AS, RD re: same (.3) | 1.30 | 650.00 |
|  | AS | Follow up with JC and review email from same re: insurance | 0.10 | 65.00 |
| 9/19/2022 | AS | Call with SC re: Brown Rudnick document review; email to client re: insurance reporting period; reviewed emails gathered by SC re: WARN | 0.40 | 260.00 |
|  | RD | Reviewing documents produced by Brown Rudnick re: advice on WARN Act notices (1.5); legal research on WARN Act requirements for remote workers (.5) | 2.00 | 1,000.00 |
|  | SC | Phone call with RD re: database access; correspondence with Lexbe re: same; saved down emails and attachments re: WARN Act as per RD; correspondence with RD re: document production; phone call with AS re: document collection | 1.40 | 210.00 |
| 9/20/2022 | SC | Continued to review document production on Lexbe as per RD | 1.80 | 270.00 |
| 9/21/2022 | SC | Continued to review document production on Lexbe as per RD | 1.50 | 225.00 |
| 9/22/2022 | SC | Continued to review document production on Lexbe as per RD; Teams conference with RD, J. Loftin, and I. Eden re: email server; ran searches on email server | 2.60 | 390.00 |
| 9/23/2022 | SC | Ran searches on email server as per RD; correspondence with Lexbe re: pricing; ran search terms on Lexbe | 3.20 | 480.00 |
| 9/26/2022 | SC | Continued to review documents on Lexbe as per RD | 0.90 | 135.00 |

|            |    |                                                                                                                              | Hours | Amount |
|------------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/28/2022  | AS | Discussed document review with SC                                                                                            | 0.20  | 130.00 |
|            | SC | Phone calls with AS re: document production; ran searches using key words as per AS                                          | 2.30  | 345.00 |
| 10/3/2022  | AS | Discussion with RD re: WARN advice                                                                                           | 0.30  | 195.00 |
|            | RD | Working on documents to be collected from BMT archived email accounts; calls with AS on case status; research on WARN act    | 3.10  | 1,550.00 |
|            | SC | Continued to search for documents on Lexbe re: remote working; saved down documents from Lexbe re: same                      | 2.50  | 375.00 |
| 10/4/2022  | AS | Reviewed 4th Circuit decision on WARN act and email to client re: meeting                                                    | 0.10  | 65.00  |
|            | RD | Drafting memorandum on WARN act litigation                                                                                   | 2.30  | 1,150.00 |
|            | SC | Ran search terms on BMT email server; correspondence with I. Eden re: email server access; continued to run search terms on Lexbe; hyperlinked footnotes in memo as per RD | 3.80  | 570.00 |
| 10/5/2022  | RD | Collecting documents from BMT archived email accounts; email to SC re: uploading documents to Lexbe                          | 1.50  | 750.00 |
|            | SC | Downloaded saved searches; correspondence with Lexbe re: upload; continued to run search terms on Lexbe                      | 3.70  | 555.00 |
| 10/6/2022  | RD | Reviewing BMT documents, focus on R. Cox and P. Schneider emails from November 2021 through February 2022                    | 3.50  | 1,750.00 |
|            | SC | Correspondence with Lexbe re: document upload                                                                                | 0.30  | 45.00  |
| 10/7/2022  | AS | Strategy call with client (.6); call with RD re: next steps (.1)                                                             | 0.70  | 455.00 |
|            | RD | Call with J. Loftin, S. LaMonica, and AS re: case status and document review                                                 | 0.60  | 300.00 |
| 10/19/2022 | AS | Call with J. Loftin re: BMT data Q                                                                                           | 0.10  | 65.00  |
| 11/7/2022  | RD | Calls with SC re: collection of emails (.3); creating review queues on Lexbe (1.1); reviewing documents re: communications with BMT Global (2) | 3.40  | 1,700.00 |
|            | SC | Phone calls with Lexbe re: database management; phone calls with RD re: document review; started to review and tag relevant documents as per RD | 3.60  | 540.00 |
| 11/8/2022  | RD | Reviewing documents relating to management of company (.7); email with SC re: document review (.2)                           | 0.90  | 450.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/8/2022 | SC | Continued to review and tag relevant documents as per RD | 5.90 | 885.00 |
| 11/9/2022 | RD | Call with SC re: document review (.1); assisting with payment of fee to extend AAA arbitration (.8); reviewing document identified by SC as important (.6) | 1.50 | 750.00 |
|  | SC | Continued to review and tag relevant documents on Lexbe as per RD; email correspondence with RD re: document review | 6.10 | 915.00 |
| 11/10/2022 | SC | Searched for documents on Lexbe as per RD; reviewed those documents | 3.80 | 570.00 |
| 11/11/2022 | SC | Continued to review documents on Lexbe as per RD | 2.40 | 360.00 |
| 11/15/2022 | RD | Reviewing documents related to the loan sought from BMT Global | 2.40 | 1,200.00 |
| 11/17/2022 | RD | Reviewing documents regarding loan and path into bankruptcy | 1.30 | 650.00 |
|  | SC | Saved down bankruptcy court documents as per RD | 0.40 | 60.00 |
| 11/18/2022 | SC | Continued to save down bankruptcy court documents from the case docket as per RD; continued to run searches on Lexbe as per RD | 4.60 | 690.00 |
| 11/21/2022 | SC | Completed saving down case docket and court papers as per RD | 2.80 | 420.00 |
| 11/22/2022 | RD | Call with J. Loftin and G. Herbst | 0.30 | 150.00 |
| 11/28/2022 | RD | Reviewing emails between BMT and Global entity | 3.00 | 1,500.00 |
|  | SC | Continued to search for and review documents on Lexbe as per RD | 2.40 | 360.00 |
| 11/29/2022 | RD | Reviewing emails between DP and Global entity leading up to bankruptcy | 1.20 | 600.00 |
|  | RD | Reviewing emails relating to bankruptcy | 0.90 | 450.00 |
|  | SC | Phone call with RD re: case timeline; correspondence with Lexbe re: same; started creating timeline of key documents as per RD | 3.90 | 585.00 |
| 11/30/2022 | RD | Reviewing emails between BMTDP and Global on lead up to bankruptcy | 4.10 | 2,050.00 |
|  | SC | Continued to work on case timeline | 2.10 | 315.00 |
| 12/1/2022 | RD | Reviewing case documents related to loan from BMT Global; reviewing documents related to SunTrust loan; reviewing documents related to employment statistics during Covid | 5.00 | 2,500.00 |
|  | SC | Searched for and reviewed documents on Lexbe as per RD | 4.40 | 660.00 |

|            |    |                                                                                                                                          | Hours | Amount   |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/2/2022  | SC | Continued to search for and review documents on Lexbe as per RD                                                                          | 3.70  | 555.00   |
| 12/5/2022  | RD | Reviewing case documents related to bankruptcy filing                                                                                    | 2.00  | 1,000.00 |
|            | SC | Continued to search for and review documents on Lexbe as per RD                                                                          | 3.40  | 510.00   |
| 12/6/2022  | JC | Teams conference with RD, G. Herbst                                                                                                      | 0.50  | 250.00   |
| 12/7/2022  | SC | Continued to review documents on Lexbe as per RD                                                                                         | 1.20  | 180.00   |
| 12/8/2022  | RD | Reviewing documents related to attempts to find new funding after parent company decided to not extend loan in January 2022              | 0.60  | 300.00   |
| 12/9/2022  | RD | Review of documents related to last minute funding/other buyers                                                                          | 3.90  | 1,950.00 |
|            | SC | Searched for and reviewed documents on Lexbe re: government contracts; tagged relevant documents on Lexbe                                | 4.70  | 705.00   |
| 12/12/2022 | SC | Continued to tag relevant documents on Lexbe; searched for and saved down documents re: government contracts as per RD                   | 4.30  | 645.00   |
| 12/13/2022 | SC | Continued to review and tag documents on Lexbe as per AS and RD                                                                          | 1.80  | 270.00   |
| 12/14/2022 | SC | Continued to review and tag documents on Lexbe as per AS and RD; saved down relevant documents                                           | 4.90  | 735.00   |
| 12/15/2022 | SC | Continued to review and tag documents on Lexbe as per AS and RD; saved down relevant documents                                           | 4.30  | 645.00   |
| 12/16/2022 | SC | Continued to review and tag documents on Lexbe as per AS and RD; saved down relevant documents on firm drive                             | 3.60  | 540.00   |
| 12/19/2022 | SC | Continued to review and tag key documents on Lexbe                                                                                       | 4.10  | 615.00   |
| 12/20/2022 | SC | Continued to review and tag key documents on Lexbe; saved down documents from Lexbe on firm drive; correspondence with RD re: research   | 3.20  | 480.00   |
| 12/21/2022 | AS | Discuss next steps with J. Loftin                                                                                                        | 0.30  | 195.00   |
|            | RD | Call with SC re: review of documents                                                                                                     | 0.20  | 100.00   |
|            | SC | Phone call with RD re: contracts; researched government contracts; saved down search results and relevant news articles                  | 3.50  | 525.00   |
| 12/22/2022 | AS | Attention to loan document                                                                                                               | 0.10  | 65.00    |
|            | RD | Reviewing key documents to create chronology                                                                                             | 4.50  | 2,250.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/22/2022 | SC | Started to work on case timeline with RD; saved down key documents as per RD | 4.50 | 675.00 |
| 12/23/2022 | RD | Reviewing key documents to create chronology | 4.70 | 2,350.00 |
|  | SC | Continued to work on case timeline with RD; saved down relevant documents | 1.90 | 285.00 |
| 12/27/2022 | RD | Creating list of questions for BMT Global and documents to get from them | 1.00 | 500.00 |
| 12/29/2022 | BA | Review outline; conference with RD | 0.60 | 540.00 |
|  | RD | Revising list of documents and questions for BMT Global; email to AS re: same | 0.90 | 450.00 |
| 1/4/2023 | RD | Reviewing documents for communications with Vigor and US Army | 1.40 | 700.00 |
| 1/9/2023 | SC | Updated case timeline as per RD; reviewed client documents | 3.60 | 540.00 |
| 1/10/2023 | SC | Continued to work on case timeline as per RD | 1.20 | 180.00 |
| 1/24/2023 | RD | Meeting with AS and BA re: next steps on investigation | 0.40 | 200.00 |
|  | SC | Conference with AS and RD re: case update; researched company professionals as per AS; created summary of research and findings for review; reviewed case timeline | 3.10 | 465.00 |
| 1/30/2023 | SC | Continued to research key figures in the case as per RD | 2.20 | 330.00 |
| 1/31/2023 | SC | Continued to research key figures and contracts as per RD | 3.10 | 465.00 |
| 2/1/2023 | SC | Continued to research government contracts as per RD | 1.40 | 210.00 |
| 2/2/2023 | SC | Continued to research government contracts as per RD; saved down articles re: awarded government contracts; saved down articles re: key people in the case | 3.70 | 555.00 |
| 2/6/2023 | SC | Continued to research government contracts; saved down relevant news article; correspondence with AS re: research | 3.40 | 510.00 |
| 3/9/2023 | SC | Strategy call with RD and BH | 0.30 | 45.00 |
|  | BH | Met with RD and SC to discuss next steps | 0.20 | 30.00 |
| 3/16/2023 | AS | Team meeting re: all next steps | 0.60 | 390.00 |
|  | RD | Meeting with AS and BA re: case status and next steps | 0.50 | 250.00 |

|            |    |                                                                                                                                                   | Hours | Amount   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/16/2023  | SC | Strategy meeting with RD, AS, and BH                                                                                                              | 0.60  | 90.00    |
|            | BH | Attended meeting with AS, RD, BA, and SC re: next steps                                                                                           | 0.60  | 90.00    |
| 3/21/2023  | RD | Meeting with SC and BH re: preparing timeline, case memoranda                                                                                     | 0.30  | 150.00   |
|            | SC | Zoom conference with RD and BH re: case projects                                                                                                  | 0.50  | 75.00    |
|            | BH | Attended meeting with RD and SC; created master timeline by merging two previous timelines (case and memorandum) as well as including additional pertinent events | 3.60  | 540.00   |
| 3/23/2023  | RD | Reviewing timeline/cast of characters created by BH                                                                                               | 0.20  | 100.00   |
|            | BH | Updated master timeline and cast of characters documents expanding on corporate structure                                                         | 0.70  | 105.00   |
| 3/24/2023  | BH | Reviewed documents in timeline and updated cast of characters with info from timeline; reviewed additional documents and dates to be added to timeline | 0.90  | 135.00   |
| 3/28/2023  | BH | Added missing dates/events to master timeline; updated corporate structure document to be more comprehensive, using previous memos and client documents | 1.50  | 225.00   |
| 4/26/2023  | AS | Meeting with RD and BH                                                                                                                            | 0.50  | 325.00   |
|            | RD | Reviewing case status and timeline; meeting with AS, BH re: investigation conclusions; reviewing case documents for additional information for AS request | 3.60  | 1,800.00 |
|            | BH | Attended Zoom meeting with AS and RD; research on board members: J. Hull, T. Atkin, and P. Schneider                                              | 1.50  | 225.00   |
| 7/20/2023  | RD | Reviewing documents and revising timeline and cast of characters for meeting with BA and AS                                                       | 5.20  | 2,600.00 |
|            | SC | Added BH as an admin user to Lexbe database; pulled board meeting minutes from Lexbe                                                              | 0.30  | 45.00    |
|            | BH | Scheduled Zoom meeting for 7/21; conducted searches via Lexbe re: missing board minutes per RD                                                    | 0.60  | 90.00    |
| 7/21/2023  | BH | Attended BMT regroup with RD; updated BMT master timeline and hyperlinks with new documents per RD                                                | 1.30  | 195.00   |
| 7/24/2023  | BH | Updated BMT master timeline and hyperlinks with new events and documents per RD                                                                   | 1.80  | 270.00   |

|            |    |                                                                                                                                                                                                                       | Hours | Amount   |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/10/2023  | AS | Reviewed timeline; meeting with team re: investigation and next steps                                                                                                                                                  | 0.60  | 390.00   |
|            | RD | Meeting with BA, AS, BH, re: status of investigation (.5); reviewing and collecting documents on BMT's submission to DOD for loan (2); reviewing email from BH re: BMT's projects, reviewing internet research from BH (.6) | 3.10  | 1,550.00 |
|            | BH | Scheduled BMT Zoom meeting; attended BMT regroup meeting; researched three former BMT projects/boats via online and government database searches; emails with RD; reviewed Lexbe database for management fee documents | 5.20  | 780.00   |
| 8/11/2023  | RD | Reviewing case documents regarding communications with DCSA for loan from parent company                                                                                                                               | 1.80  | 900.00   |
| 8/15/2023  | BH | Reviewed hard-copy documents in office and conducted searches on Lexbe database re: financial statements and Group Management fee; emailed findings to RD                                                              | 3.30  | 495.00   |
| 8/16/2023  | RD | Reviewing board meeting documents and other documents for details about application to DOD for loan approval, management fee to BMT global, and other issues                                                           | 5.50  | 2,750.00 |
|            | BH | Email correspondence with RD re: management fees; reviewed Group Management Powerpoints documents per RD; reviewed Lexbe database re: management fees question                                                         | 0.70  | 105.00   |
| 8/22/2023  | RD | Reviewing documents from BH                                                                                                                                                                                            | 0.50  | 250.00   |
|            | BH | Conducted research via Lexbe into management fee documents; email correspondence with RD re: list for BA and AS and management fee documents; organized notes and findings per last meeting onto master document      | 1.70  | 255.00   |
| 9/18/2023  | RD | Reviewing timeline and emails on case status                                                                                                                                                                           | 0.80  | 400.00   |
| 9/19/2023  | RD | Preparing documents for meeting with AS, BA                                                                                                                                                                            | 4.00  | 2,000.00 |
| 9/21/2023  | AS | Meeting with BA, RD, and BH re: potential for claims and memo to Trustee                                                                                                                                               | 0.60  | 390.00   |
|            | RD | Preparing agenda for meeting (.5); meeting with BA, AS, BH re: case status (.8)                                                                                                                                        | 1.30  | 650.00   |
|            | BH | Conducted searches on Lexbe and reviewed documents re: management fees; attended meeting with RD, BA, AS                                                                                                               | 2.10  | 315.00   |
| 9/22/2023  | RD | Reviewing case documents for drafting memo on work performed and outcome                                                                                                                                               | 2.50  | 1,250.00 |

BMT  Page 10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/25/2023 | RD | Organizing notes from prior meeting | 0.80 | 400.00 |
| | BH | Reviewed previous meeting notes; conducted online searches re: outstanding issues | 0.40 | 60.00 |
| 10/27/2023 | RD | Drafting memorandum summarizing investigation | 4.30 | 2,150.00 |
| 10/30/2023 | RD | Drafting memorandum summarizing investigation | 6.50 | 3,250.00 |
| 10/31/2023 | RD | Drafting memorandum summarizing investigation | 3.90 | 1,950.00 |
| 11/1/2023 | RD | Revising summary of investigation | 3.50 | 1,750.00 |
| 11/3/2023 | BA | Review RD draft memo, documents referenced in it | 2.20 | 1,980.00 |
| 11/5/2023 | BA | Review memo, list of questions; teleconference with AS re: same | 1.40 | 1,260.00 |
| 11/6/2023 | AS | Reviewed memo and discussed with BA and RD | 0.30 | 195.00 |
| 11/8/2023 | BH | Reviewed X drive and Lexbe database for documents re: financial statements, monthly reports, company charter, insurance documents | 0.40 | 60.00 |
| 11/10/2023 | RD | Reviewing task list; looking into articles of incorporation, exculpation | 1.50 | 750.00 |
| | BH | Conducted searches via Lexbe re: monthly reports, financial statements, etc., per RD; updated RD with documentation found and saved | 1.00 | 150.00 |
| 11/13/2023 | BA | Review BMT memo/comments; meet with RD, AS, BH re: next steps | 1.00 | 900.00 |
| | AS | Meeting re: potential claims with RD, BA, and BH | 1.00 | 650.00 |
| | RD | Meeting with AS, BA, BH re: status of report on investigation; reviewing and responding email from BH re: next steps | 1.10 | 550.00 |
| | BH | Attended meeting with BA, AS, RD re: memo and next steps; conducted searches via Lexbe re: contracts, Suntrust, emails, etc.; email correspondence with RD re: findings | 3.00 | 450.00 |
| 11/14/2023 | BH | Reviewed document databases per RD, BA, and AS requests; collected and organized various documents re: Suntrust, MSVL, financial statements, WilmerHale, etc. | 3.50 | 525.00 |
| 11/15/2023 | BH | Conducted searches via Lexbe; saved down and organized documents for RD, BA, AS per last meeting requests (REAs, monthly financials, relevant emails) | 4.50 | 675.00 |
| 11/16/2023 | BH | Conducted searches through the production via Lexbe re: REAs and monthly financials per RD | 1.90 | 285.00 |

|            |    |                                                                                                                                                                                                          | Hours | Amount   |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/21/2023 | BH | Reviewed Lexbe re: outstanding requests per RD; sent email to BA, AS, RD with all collected documents and information                                                                                    | 1.00  | 150.00   |
| 12/12/2023 | AS | Meeting with BH and RD and review documents                                                                                                                                                              | 1.50  | 975.00   |
|            | BH | Attended meeting with AS and RD re: summary memo, document review and next steps                                                                                                                         | 2.70  | 405.00   |
| 12/13/2023 | BH | Conducted searches via Lexbe re: 12/12 meeting with AS; saved down documents to X drive for further review                                                                                               | 2.70  | 405.00   |
| 12/14/2023 | BH | Catalogued and renamed accounting documents collected                                                                                                                                                    | 0.60  | 90.00    |
| 12/15/2023 | BH | Conducted searches via Lexbe re: Requests for Equitable Adjustment emails and timing                                                                                                                     | 1.80  | 270.00   |
| 1/16/2024  | AS | Call with RD and BH re: investigation memo; call with BH re: email searches; attention to emails and documents re: same                                                                                  | 0.50  | 325.00   |
|            | RD | Call with AS re: next steps (.3); reviewing case documents (1.5); legal research on fiduciary duties (1); drafting introduction for memo summarizing case (3.8)                                          | 6.60  | 3,300.00 |
|            | BH | Calls with AS and RD; reviewed X drive files re: payment amounts; email correspondence to AS; searched via Lexbe re: specific payments                                                                   | 2.30  | 345.00   |
| 1/17/2024  | AS | Calls with BH re: document review (.5); status call with BH and RD re: memo and next steps (.6)                                                                                                          | 1.10  | 715.00   |
|            | RD | Drafting introduction to memorandum (5.2); check-in calls with AS and BH (.4)                                                                                                                            | 5.60  | 2,800.00 |
|            | BH | Calls with AS and RD; Teams correspondence with RBW re: scanning BMT financial documents; conducted searches via Lexbe re: Requests for Equitable Adjustment (REA) and $350,000 management fees per AS; email correspondence with AS and RD | 4.70  | 705.00   |
| 1/18/2024  | AS | Check-ins with RD re: memo                                                                                                                                                                               | 0.20  | 130.00   |
|            | RD | Revising memo summarizing investigation, including section on Requests for Equitable Adjustments                                                                                                         | 6.50  | 3,250.00 |
|            | BH | Reviewed draft memo summarizing investigation                                                                                                                                                            | 0.50  | 75.00    |
| 1/19/2024  | AS | Prepared investigation memo to Trustee                                                                                                                                                                   | 2.00  | 1,300.00 |
|            | RD | Revising memo summarizing investigation                                                                                                                                                                  | 7.00  | 3,500.00 |
|            | BH | Compiled notes and documents re: draft memo; reviewed draft memo summarizing investigation                                                                                                               | 1.70  | 255.00   |

|            |    |                                                                                                                                                                                                                                      | Hours | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------:|-------:|
| 1/20/2024  | RD | Revising memorandum summarizing investigation                                                                                                                                                                                        | 1.30  | 650.00 |
| 1/21/2024  | AS | Edited investigation memo (1); worked on investigation memo with RD (1.9)                                                                                                                                                            | 2.90  | 1,885.00 |
|            | RD | Revising memorandum with AS (2); reviewing memorandum structure (.7)                                                                                                                                                                 | 2.70  | 1,350.00 |
| 1/22/2024  | AS | Attention to memo                                                                                                                                                                                                                    | 0.70  | 455.00 |
|            | RD | Revising memorandum summarizing case investigation                                                                                                                                                                                   | 9.40  | 4,700.00 |
|            | BH | Call with AS re: summarizing memo; edited and proofread memo; responded to comments and filled in blanks; added citations as needed; added table of contents and fixed formatting; attended check-ins with RD re: status of memo | 5.00  | 750.00 |
| 1/23/2024  | AS | Finalized client memo with RD                                                                                                                                                                                                        | 2.00  | 1,300.00 |
|            | RD | Revising memo summarizing investigation                                                                                                                                                                                              | 6.90  | 3,450.00 |
|            | BH | Call with RD re: wrapping up summarizing memo; proofread memo; responded to remaining comments and filled in blanks; added citations as needed and edited footnotes re: consistency and email subject; cite-checked memo; adjusted formatting and table of contents | 5.30  | 795.00 |
| 1/24/2024  | AS | Finalized memo; drafted executive summary and email to client re: same                                                                                                                                                               | 0.80  | 520.00 |
|            | RD | Finalizing memo on investigation                                                                                                                                                                                                     | 2.00  | 1,000.00 |
| 1/26/2024  | AS | Call with Trustee re: potential claims                                                                                                                                                                                               | 0.20  | 130.00 |
|            |    | **For professional services rendered**                                                                                                                                                                                               | **449.40** | **$153,720.00** |

Disbursements:

|            |                |                                                                                                     | Qty/Price |        |
|------------|----------------|-----------------------------------------------------------------------------------------------------|----------:|-------:|
| 9/30/2022  | Prof. Services | Professional Services - Lexbe invoice 27688 - E-discovery services for September 2022              | 1 / 39.50 | 39.50  |
| 10/31/2022 | Prof. Services | Professional Services - Lexbe invoice 28137 - E-discovery services for October 2022                 | 1 / 279.50 | 279.50 |
| 11/29/2022 | Research       | Research - Pacer Service Center from November 17 to November 29, 2022                               | 1 / 194.20 | 194.20 |

| Date | Description | Qty/Price | Amount |
|---|---|---:|---:|
| 11/30/2022 | Prof. Services<br>Professional Services - Lexbe invoice 28590 - E-discovery services for November 2022 | 1<br>156.00 | 156.00 |
| 12/31/2022 | Prof. Services<br>Professional Services - Lexbe invoice 29039 - E-discovery services for December 2022 | 1<br>118.50 | 118.50 |
| 1/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 29484 - E-discovery services for January 2023 | 1<br>118.50 | 118.50 |
| 2/28/2023 | Prof. Services<br>Professional Services - Lexbe invoice 29937 - E-discovery services for February 2023 | 1<br>118.50 | 118.50 |
| 3/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 30392 - E-discovery services for March 2023 | 1<br>118.50 | 118.50 |
| 4/30/2023 | Prof. Services<br>Professional Services - Lexbe invoice 30859 - E-discovery services for April 2023 | 1<br>118.50 | 118.50 |
| 5/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 31337 - E-discovery services for May 2023 | 1<br>118.50 | 118.50 |
| 6/30/2023 | Prof. Services<br>Professional Services - Lexbe invoice 31814 - E-discovery services for June 2023 | 1<br>118.50 | 118.50 |
| 7/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 32301 - E-discovery services for July 2023 | 1<br>118.50 | 118.50 |
| 8/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 32776 - E-discovery services for August 2023 | 1<br>118.50 | 118.50 |
| 9/30/2023 | Prof. Services<br>Professional Services - Lexbe invoice 33263 - E-discovery services for September 2023 | 1<br>118.50 | 118.50 |
| 10/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 33736 - E-discovery services for October 2023 | 1<br>118.50 | 118.50 |

|            |                      | Qty/Price | Amount |
|------------|----------------------|-----------|--------|
| 11/30/2023 | Prof. Services<br>Professional Services - Lexbe invoice 34197 - E-discovery services for November 2023 | 1<br>118.50 | 118.50 |
| 12/31/2023 | Prof. Services<br>Professional Services - Lexbe invoice 34677 - E-discovery services for December 2023 | 1<br>118.50 | 118.50 |
| 1/31/2024  | Prof. Services<br>Professional Services - Lexbe invoice 35143 - E-discovery services for January 2024 | 1<br>118.50 | 118.50 |
| 2/29/2024  | Prof. Services<br>Professional Services - Lexbe invoice 35611 - E-discovery services for February 2024 | 1<br>118.50 | 118.50 |
| 3/31/2024  | Prof. Services<br>Professional Services - Lexbe invoice 36066 - E-discovery services for March 2024 | 1<br>118.50 | 118.50 |
| 4/30/2024  | Prof. Services<br>Professional Services - Lexbe invoice 36535 - E-discovery services for April 2024 | 1<br>118.50 | 118.50 |
| 7/10/2024  | Prof. Services<br>Professional Services - Lexbe invoice 37462R - E-discovery services for May and June 2024, and professional services to shut down the database | 1<br>874.50 | 874.50 |

**Total costs**                                                                                                              $3,558.20

**Total amount of this bill**                                                                                                $157,278.20

**Balance due**                                                                                                              $157,278.20

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Avery Samet - Member | 21.60 | 650.00 | $14,040.00 |
| Bijan Amini - Member | 5.20 | 900.00 | $4,680.00 |
| Jeff Chubak - Member | 1.80 | 500.00 | $900.00 |
| Reece Dameron - Associate | 202.80 | 500.00 | $101,400.00 |
| Brandon Hicks - Paralegal | 68.70 | 150.00 | $10,305.00 |
| Sydney Calhoun - Paralegal | 149.30 | 150.00 | $22,395.00 |