**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| BMT DESIGNERS & PLANNERS, INC., | Case No. 22-10123 (MG) |
| Debtor. | **CERTIFICATION OF JEFFREY CHUBAK** |

I, Jeffrey Chubak, hereby certify that:

1. I am a member of the firm Amini LLC, special litigation counsel for Salvatore LaMonica, solely in his capacity as Chapter 7 trustee ("Trustee") of the estate of the above-named debtor. This certification is being submitted pursuant to the amended guidelines for professional fees and disbursements and Rule 2016(a), in relation to the prefixed first interim and final fee application.

2. I have read the application. To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and expenses sought fall within the guidelines, except as specifically noted herein and in the application. The fees and disbursements sought by the application are billed at rates and in accordance with practices customarily employed by Amini LLC and generally accepted by its clients.

3. In providing any reimbursable service, Amini LLC did not make a profit on such service, whether performed by Amini LLC in-house or through a third party.

4. The Trustee was given the opportunity to review the application prior to its being filed and has approved the requested compensation and expenses.

5. The Trustee and the Office of the United States Trustee, and all creditors, will be served with a copy of the application no later than 21 days before the hearing date thereon.

6. No payments have previously been made or promised to Amini LLC for services rendered in connection with this case, except as provided in the retention order.

7. No agreement or understanding exists between Amini LLC and any other person for the sharing of compensation to be received for services rendered in connection with this case, except as permitted by 11 U.S.C. § 504 and Rule 2016(a).

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2024.

/s/ Jeffrey Chubak