Hearing Date and Time: November 25, 2024, at 2:00 p.m.<br>Objection Deadline: November 18, 2024

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| BMT DESIGNERS & PLANNERS, INC., | Case No. 22-10123 (MG) |
| Debtor. | Re: ECF #295 |

**NOTICE OF HEARING ON FIRST INTERIM AND FINAL APPLICATION**
**OF AMINI LLC, SPECIAL LITIGATION COUNSEL FOR THE TRUSTEE, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

  PLEASE TAKE NOTICE, a hearing to consider the **First Interim and Final Application of Amini LLC, Special Litigation Counsel for the Trustee, for Allowance of Compensation and Reimbursement of Expenses** (ECF Doc. #295) shall be held on **November 25, 2024 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, **via Zoom for Government**.

  PLEASE TAKE NOTICE, the application seeks final allowance of compensation in the amount of $100,000 and reimbursement of expenses in the amount of $3,558.20.

  PLEASE TAKE FURTHER NOTICE, the application can be obtained on request of the undersigned, or alternatively via the Court's website (PACER login and password required).

  PLEASE TAKE FURTHER NOTICE, pursuant to Local Rule 9006-1(b), any objection to the application must be filed with the Court by **November 18, 2024**, with two courtesy copies delivered to chambers at the time of filing**.**

  PLEASE TAKE FURTHER NOTICE, the hearing shall take place virtually using Zoom for Government.  Parties wishing to appear must register their appearance using the eCourt Appearances tool **https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl** by 4:00 p.m. the business day before the hearing.

Dated: New York, NY
   October 30, 2024

                     Amini LLC

                     /s/ Jeffrey Chubak
                     Avery Samet
                     Jeffrey Chubak
                     131 West 35th Street
                     12th Floor
                     New York, New York 10001
                     (212) 490-4700
                     asamet@aminillc.com
                     jchubak@aminillc.com
                     Special Litigation Counsel for Salvatore
                     LaMonica, solely in his capacity as
                     Chapter 7 Trustee