# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| BMT DESIGNERS & PLANNERS, INC., | Case No. 22-10123 (MG) |
| Debtor. | **CERTIFICATE OF SERVICE** |

I hereby certify:

I am a paralegal at Amini LLC, special litigation counsel for Salvatore LaMonica, solely in his capacity as Chapter 7 trustee of the above-named debtor. On October 31, 2024, I served a copy of the **Notice of Hearing on First Interim and Final Application of Amini LLC, Special Litigation Counsel for the Trustee, for Allowance of Compensation and Reimbursement of Expenses** (ECF Doc. #296) on the persons listed on the attached Service List, comprising all persons listed on the Claims Register herein, the trustee and the Office of the United States Trustee, in accordance with Rule 2002(a)(6), by depositing said paper, enclosed in a first class postpaid wrapper, addressed to the respective addresses indicated on the Service List, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the United States.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2024.

/s/ Mirannda Silveira
Mirannda Silveira

# SERVICE LIST

| | |
|---|---|
| Salvatore LaMonica<br>LaMonica Herbst 3305 Jerusalem Avenue<br>Suite 211<br>Wantagh, NY 11793 | Office of the United States Trustee<br>One Bowling Green<br>Room 534<br>New York, NY 10004 |
| State of Alabama Department of Revenue Legal Division<br>P.O. Box 320001<br>Montgomery AL 36132-0001 | BMT Designers & Planners, Inc.<br>SSPA Sweden AB/Lars Sundqvist<br>P.O. Box 24001<br>Gothenburg Sweden 40022 |
| Tridentis LLC c/o Bean Kinney & Korman<br>Attn: Andrea Davison<br>2311 Wilson Blvd, Suite 500<br>Arlington, VA 22201 | Office Depot<br>6600 North Military Trail<br>Bankruptcy Processing<br>Boca Raton, FL 33496 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Unison Systems, Inc.<br>6130 Greenwood Plaza Boulevard<br>Greenwood, CO 80111 |
| Rubino & Company, Chartered<br>6903 Rockledge Drive<br>Suite 300<br>Bethesda, MD 2081 | Flexicrew Technical, LLC<br>4501 West Napoleon Avenue<br>Suite 200<br>Metairie, LA 70001-7013 |
| Conley & Associates, Inc.<br>930 Kehrs Mill Road<br>Suite 319<br>Ballwin, MO 63011 | Acquisition Logistics Engineering (Ale)<br>6797 North<br>Suite 324<br>Worthington, OH 43085 |
| Fedex Corporate Services, Inc<br>3965 Airways Boulevard, Module G<br>3rd Floor<br>Memphis, TN 38116-5017 | Noise Control Engineering LLC<br>85 Rangeway Road<br>Building 2, Floor 2<br>Billerica, MA 01862-0186 |
| Tennessee Department of Revenue<br>Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Genesis Staffing<br>3517 Laughlin Drive<br>Mobile, AL 36693 |
| Data Research Group Corporation<br>233 East Davis Street<br>Suite 400<br>Culpeper, VA 22701-3267 | Harold V. Hanson<br>462 Belmont Bay Drive<br>Woodbridge, VA 22191 |
| Massachusetts Department of Revenue<br>P.O. Box 7090<br>Boston, MA 02204-7090 | Marine Systems Corporation<br>23 Drydock Avenue<br>Suite 620W<br>Boston, MA 02210 |
| Microbial Insights, Inc.<br>10515 Research Drive<br>Knoxville, TN 37932-3793 | Affinity Power Systems<br>P.O. Box 0498<br>Houston, TX 77001 |
| Arlington County Treasurer<br>P.O. Box 1754<br>Merrifield, VA 22116 | William B. Hale<br>1239 Tieste Dr<br>San Diego, CA 92107 |
| Charles Zigelman<br>10621 Garden Way<br>Spring Valley, CA 91978 | Robert Half<br>Recovery Dept<br>Attn: Amber Baptiste<br>2613 Camino Ramon<br>San Ramon, CA 94583 |
| Zimmerman Associates, Inc.<br>10600 Arrowhead Drive<br>Suite 325<br>Fairfax, VA 22030 | Eurofins Lancaster Laboratories<br>P.O. Box 11407<br>Department #220<br>Birmingham, AL 35246 |

# SERVICE LIST

| | |
|---|---|
| Pitney Bowes Global Financial Services LLC<br>27 Waterview Drive<br>Shelton, CT 06484-0648 | Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-9581 |
| Element Materials Technology<br>3701 Port Union Road<br>Fairfield, OH 45014 | Victoria Dlugokecki<br>746 Roosevelt Street<br>Franklin Square, NY 11010 |
| State of Michigan, UIA Tax Office<br>3024 West Grand Boulevard<br>Suite 12-650<br>Detroit, MI 48202 | Fincantieri Marine Group, LLC<br>Attn: Stephanie Propsom<br>605 North Third Avenue<br>P.O. Box 830<br>Sturgeon Bay, WI 54235 |
| Cybersheath Services International LLC<br>11710 Plaza America Drive<br>Reston, VA 20190 | Caterpillar Inc.<br>100 NE Adams Street<br>Peoria, IL 61629 |
| Fluet & Associates, PLLC<br>1751 Pinnacle Drive<br>Suite 1000<br>Tysons, VA 22102 | Peerless Tech Solutions, LLC<br>23680 Three Notch Rd.<br>Unit 104<br>Hollywood, MD 20636 |
| Handy Marine Engineering, PLLC<br>8024 16th Ave NW<br>Seattle, WA 98117 | Summit 7 Systems<br>2 Parade Street<br>Huntsville, AL 35806 |
| American Bureau of Shipping<br>1701 City Plaza Dr.<br>Spring, TX 77389 | Aramark Refreshments Services, LLC<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701 |
| AECOM<br>8324 North Steven Road<br>Milwaukee, WI 53223 | Robert I. Bernstein<br>950 Egret Circle<br>Apartment #5303<br>Delray Beach, FL 33444 |
| Ronke Tokunbo<br>7301 Parkway Drive S.<br>Hanover, MD 21076 | Aston Carter, Inc.<br>3689 Collection Center Drive<br>Chicago, IL 60693 |
| Pitney Bowes Inc<br>27 Waterview Drive<br>3rd Floor<br>Shelton CT 06484 | Marine Measurements, LLC<br>19 Loyola Terrace<br>Newport, RI 02848 |
| Pyrogenesis Canada Inc.<br>1744 William Street<br>Suite 200<br>Montreal<br>Canada | Wilmer Cutler Pickering Hale and Dorr LLP<br>1899 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Attn: Stephen W. Preston |
| Austal USA, LLC<br>c/o Jerome E. Speegle, Esq.<br>P.O. Box 11<br>Mobile, AL 26601 | Simon Fong<br>1340 Gordon Ln<br>McLean, VA 22102 |
| ABB Inc.<br>11600 Miramar Parkway<br>Suite 100<br>Miramar, FL 33025 | BMT Group Limited<br>BMT Defence and Security UK Limited<br>BMT UK Limited<br>1 Park Road<br>3rd Floor<br>Teddington, TW11 0AP<br>United Kingdom |

# SERVICE LIST

| | |
|---|---|
| BMT International Inc<br>c/o BMT Commercial USA, Inc<br>6639 Theall Rd<br>Houston, Texas 22302 | Matthew P. Tedesco<br>1900 Alaskan Way<br>#313<br>Seattle, WA 98101 |
| Northrop Grumman Systems Corporation<br>1070 Seminole Trail<br>Charlottesville, VA 22901<br>Attn: Kyle A. Barker | Alytic, Inc.<br>7206 Kitchen Drive<br>King George, VA 22485 |
| De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Great Northern Insurance Company<br>c/o Chubb<br>436 Walnut Street-WA04K<br>Philadelphia, PA 19106 |
| Ship Constructor USA, Inc.<br>2070 Schillinger Road South<br>Mobile, AL 36695 | Strom Engineering of Florida, Inc.<br>26852 Tanic Drive<br>Suite 101<br>Wesley Chapel, FL 33544 |
| CADD Microsystems, Inc.<br>6361 Walker Lane<br>Suite 400<br>Alexandria, VA 22310 | Marine Group Boat Works, LLC<br>c/o Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Attn: Alan Brody, Esq. |
| L.L. Bean, Inc.<br>P.O. Box 1847<br>Albany, NY 12201 | Rhode Island Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 |
| New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany New York 12205-0300 | New York State Department<br>State Campus Building 12<br>Room 256<br>Albany, NY 12240 |
| Wisconsin Department of Revenue<br>4-SPU Bankruptcy<br>P.O. Box 8901<br>Madison, WI 53708-8901 | WA State Department of Labor and Industries<br>Bankruptcy unit<br>P.O. Box 44171<br>Olympia, WA 98504 |
| Department of Taxation<br>State of Hawaii<br>Attn: Bankruptcy Unit M Robideau<br>P.O. Box 259<br>Honolulu, HI 96809-0259 | Illinois Department of Revenue<br>Bankruptcy Section, P.O. Box 19035<br>Springfield, IL 62794-9035 |
| Murphy Anderson PLLC<br>1401 K Street NW, Suite 300<br>Washington, DC 20005 | Arizona Department of Economic Security<br>P.O. Box 6028<br>Phoenix, AZ 85005 |
| New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | State of Michigan Unemployment Insurance Agency<br>3024 West Grand Boulevard<br>Tax Office, POC, Suite 12-650<br>Detroit, MI 48202 |