Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
Special Litigation Counsel for Salvatore LaMonica,
solely in his capacity as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| BMT DESIGNERS & PLANNERS, INC., | Case No. 22-10123 (MG) |
| Debtor. | Re: ECF #295 |

## **CERTIFICATE OF NO OBJECTION PURSUANT TO LR 9013-3**

JEFFREY CHUBAK hereby certifies:

1. I am a member of Amini LLC, special counsel for Salvatore LaMonica solely in his capacity as Chapter 7 trustee.

2. On October 30, 2024, I filed our first and final fee application herein (ECF #295 (application), #295-1 (retention order), #295-2 (time and expense detail), #295-3 (certification)) and notice of hearing thereon (ECF #296).

3. In accordance with FRBP 2002(c)(2), the notice of hearing identified the applicant and the amounts requested.

4. The notice of hearing was served on all parties required by FRBP 2002 by mail on October 31, 2024, and proof of service (ECF #297) was filed the same day.

5. The hearing on the application is scheduled for November 25, 2024, at 2:00 p.m.

6. The objection deadline was November 18, 2024.

7. I reviewed the docket on November 22, 2024, and no objection, responsive pleading or request for hearing with respect to the application appears thereon; and we are unaware of any objection, responsive pleading or request for hearing otherwise made with respect to the application.

8. This certificate of no objection is being filed no less than forty-eight hours after expiration of the objection deadline.

9. We respectfully request that the Court mark off the hearing on the application from the Court's calendar and enter the annexed proposed order granting the same.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on November 22, 2024.

/s/ Jeffrey Chubak