UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| BMT DESIGNERS & PLANNERS, INC., | Case No. 22-10123 (MG) |
| Debtor. | |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the first interim and final application of Amini LLC, special litigation counsel for Salvatore LaMonica, solely in his capacity as Chapter 7 trustee for the above-named debtor, for allowance of compensation and reimbursement of expenses (the "Application") for professional services rendered and expenses incurred during the period July 11, 2022-January 26, 2024; and notice of the hearing on the Application having been given pursuant to Rule 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached Schedules.

Dated: New York, NY
　　　　November ___, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Martin Glenn
　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

Case No. 22-10123 (MG)  
Case Name: BMT Designers & Planners, Inc.

**CURRENT INTERIM FEE PERIOD**
**July 11, 2022-January 26, 2024**

Schedule A

| (1) Applicant | (2) Date; ECF Doc. # of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for prior Fee Period(s) (i.e. Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Amini LLC *Special Counsel* | 10/30/24; ECF #295 | $100,000 | $100,000 | $100,000 | N/A | $100,000 | $3,558.20 | $3,558.20 |

DATE ON WHICH ORDER WAS SIGNED: _____, 2023     INITIALS: _____, USBJ

| Case No. 22-10123 (MG) | **FINAL FEE APPLICATION TOTALS** | | | Schedule B |
| --- | --- | --- | --- | --- |
| Case Name: BMT Designers & Planners, Inc. | **July 11, 2022-January 26, 2024** | | | |

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
| --- | --- | --- | --- | --- |
| Amini LLC *Special Counsel* | $100,000 | $100,000 | $3,558.20 | $3,558.20 |

DATE ON WHICH ORDER WAS SIGNED: _____, 2023      INITIALS: _____, USBJ