**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

BMT DESIGNERS & PLANNERS, INC.,

                           Debtor.

Chapter 7

Case No. 22-10123 (MG)

---

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the first interim and final application of Amini LLC, special litigation counsel for Salvatore LaMonica, solely in his capacity as Chapter 7 trustee for the above-named debtor, for allowance of compensation and reimbursement of expenses (the "Application") for professional services rendered and expenses incurred during the period July 11, 2022-January 26, 2024; and notice of the hearing on the Application having been given pursuant to Rule 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached Schedules.

**IT IS SO ORDERED.**

Dated:  December 2, 2024
       New York, New York

                              **/s/ Martin Glenn**
                                MARTIN GLENN
            Chief United States Bankruptcy Judge

Case No. 22-10123 (MG)  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: BMT Designers & Planners, **July 11, 2022-January 26, 2024**
Inc.

| (1)<br>Applicant | (2)<br>Date;<br>ECF Doc. # of<br>Application | (3)<br>Interim Fees<br>Requested on<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid<br>for Current<br>Fee Period | (6)<br>Fees to be Paid<br>for prior Fee<br>Period(s)<br>(i.e. Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses to be<br>Paid for<br>Current Fee<br>Period |
|---|---|---|---|---|---|---|---|---|
| Amini LLC<br>*Special Counsel* | 10/30/24;<br>ECF #295 | $100,000 | $100,000 | $100,000 | N/A | $100,000 | $3,558.20 | $3,558.20 |

DATE ON WHICH ORDER WAS SIGNED: <u>December 2, 2024</u>  INITIALS: <u>MG</u>, USBJ

Case No. 22-10123 (MG)
Case Name: BMT Designers & Planners, Inc.

**FINAL FEE APPLICATION TOTALS**
**July 11, 2022-January 26, 2024**

Schedule B

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Allowed | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Allowed |
|---|---|---|---|---|
| Amini LLC<br>*Special Counsel* | $100,000 | $100,000 | $3,558.20 | $3,558.20 |

DATE ON WHICH ORDER WAS SIGNED: <u>December 2, 2024</u>　　　　　INITIALS: <u>MG</u>, USBJ